**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA**
**PO BOX 129**
**MACON, GA 31202+0129**
**ACCOUNT No. # 5:02-CR-27-CAR**

TRACKING#s: EH 519446028 US(To the Comptroller), EH 519446031 US(To the Dept.:Treas.PR), EH 461379455 US(To Payee), EH 519446045 US(To US Treas.), EH 519446059 US(To Att. Gen), EH 519446062 US (To the Comptroller):

| | |
|---|---|
| IN THE MATTER OF | WRIT IN THE NATURE OF DISCOVERY |
| DWIGHT YORK *misnomer*, | ACCEPTANCE FOR VALUE AND CONSIDERATION AND |
| A/K/A MALACHI Z. YORK, | REQUEST FOR DEBT VALIDATION ASSESSMENT |
| A/K/A ISA MUHAMMAD | |
| A/K/A BABA, ISSA AL HAADI AL MAHDI, | Filed at 9:06 A M |
| A/K/A ISA ABD' ALLAH MUHAMMAD | DATE 12-29-08 |
| A/K/A DWIGHT D. YORK, | |
| A/K/A DR. MALACHI Z. YORK, | DEPUTY CLERK, U.S. DISTRICT COURT |
| NOBLE: MALACHI YORK EL | MIDDLE DISTRICT OF GEORGIA |
| Plaintiff | |
| v. | 5:08-CV-455 |
| USA, | |
| FEDERAL BUREAU OF PRISONS, AND | |
| AGENTS/HEIRS | |
| Defendants | |

COMES NOW: The **Secured Party** in Propia Persona (Pro Per) in the matter of Malachi York El, a.k.a. **Chief ThunderBird Black Eagle of the Yamassee Native American Moors** does hereby accept all alleged charges for value to be returned for immediate closure and settlement Pursuant to 27 CFR 72.11 regarding case #: 5:02-CR-27-CAR and case #: 5:02-CR-27-CAR "et al" and does hereby request a validation of debt for case #: 5:02-CR-27-CAR with attached presentments from **Agent:(S)**

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA / "et al" /**, and

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA**

**MACON DIVISION / "et al" /** Prepared and submitted this 24 day of December, 2008.

Malachi York El:©™, Secured Party, Settlor
Nonresident / Non Domestic
First Class, U.S. Delivery
% PO BOX 522
Decatur, GA [30031]

# I. Notice of Acceptance
*Nunc Pro Tunc*

## NOTICE OF INTENT
(Under Contract Law)

The enclosed **original** Notice of Acceptance, is hereby submitted under "Contract Law" in "good Faith" for the purpose of **Offeror: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO /", "et al"** Address: **PO BOX 129, MACON, GA 31202+0129**, herein after "offeror in contract law", to discharge all debt in this matter, for and on behalf **of the MALACHI Z. YORK/DWIGHT YORK, for the trust-fund** (debtor), through an acknowledgement of Public Policy H.J.R. 192 passed on June 5, 1933. The collateral for this Notice of Acceptance is the United States thru the **MALACHI Z. YORK/DWIGHT YORK, for the trust-fund** (debtor), a transmitting utility, as they are responsible under reorganization of all debts Public, and Private. The receiver in Bankruptcy is the Secretary of Transportation, **Mary E. Peters**, (SEE YOUR Title 46 §§ 1247 Appendix (a)(b).

**For further correspondence you contact** Malachi York El:©™ secured party, trustee **at the above location in writing. In the event you return my instrument without providing me remedy, I will accept your return as a "Dishonor". This will also apply if you: 1. Fail to honor my instrument, 2. Destroy my instrument, or 3. Fail to provide me remedy in Bankruptcy.**

Respectfully Submitted,

Authorized Representative, Living Principal, Grantor, Trustee:

By: _____
"As good as Avail"

For: The  MALACHI Z. YORK, trust fund .

FOR THE PURPOSE OF THIS OFFER, THE DEFINITIONS BELOW APPLY

**Offeree:** *In contract law*, the person to whom an offer is made.
**Offer:** *In contract law*, a proposal made by one party to another indicating a willingness to enter into a contract.
**Offeror:** *In contract law* the person who makes the offer.

**Account No. 5:02-CR-27-CAR**

For Further Proof of Conditional Acceptance of Offer Information See Attachment:

" NEGOTIABLE "                                          December 24, 2008

# "BONDED INTERNATIONAL BILL OF EXCHANGE ORDER"
# (UNCITRAL CONVENTION)

**UCC 1 ACCOUNT NUMBER: 064360272**
UCC FINANCIAL STATEMENT# 2007-2268538-33

RE: "NOTICE OF ACCEPTANCE OF DISHONOR and NOTICE OF **SET OFF** in ACCORD WITH UCC- 3- 419 and HJR – 192 and REGISTERED ADJUSTMENT of ACCOUNT:

COLLATERAL and LOCATION: **5:02-CR-27-CAR**

**Offeror:** UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA/"et al "
PO BOX 129
MACON, GA 31202+0129

VALUE of BILL: $300,000,000.00

Thank you for your Offer / Commercial Presentment , which I accept for value (all related endorsements front and back to include those in accord with UCC - 3 - 419) as evidence with BILL of EXCHANGE. I have directed the "SETOFF" of this BILL of EXCHANGE to my Private Treasury UCC 1 Contract Trust Account No. **064360272** , in the amount listed above, [and] as it is part of my tax estimate for use by the Republic, and the account is charged for the fees necessary for securing and registration (for the priority exchange for the tax exemption to discharge the public liability in accord with HJR - 192) of my personal  (Preferred stock / unalienable). I have directed the command memory of account No. **064360272**  to charge the same to the debtor's order or the Secretary of the Treasury's Order.  Until then, I am

Very truly yours,    Authorized Representative, Living Principal, Grantor, Trustee
                     *[signature]*
                     "As good as Avail"

New: Post Bonded Registered Mail Number: RR 059 445 061 US, TRACKING#s:  EH 519446028 US(To the Comptroller), EH 067526717 US(To the Dept.:Treas.PR), EH 067526748 US(To US Treas.), EH 519446059 US (To Att. Gen), EH 519446062 US(To the Comptroller):
**Henry M. Paulson Jr.,** Trustee or secretary in charge
Department of Treasury

Employer Identification Number  064360272

## " NEGOTIABLE "
## "BONDED INTERNATIONAL BILL of EXCHANGE ORDER"
### IN ACCORD WITH HJR – 192    (UNCITRAL CONVENTION)

TRACKING#s  RR 059 445 061 US, EH 519446028 US(To the Comptroller), EH 067526717 US(To the Dept.:Treas.PR), EH 519446076 US (To Payee), EH 067526748 US(To US Treas.),  EH 519446059 US(To Att. Gen), EH 519446062 US(To the Comptroller):

**Henry M. Paulson Jr.**, Trustee or secretary in charge
Department of State Treasury
1500 Pennsylvania Ave, NW
Washington, DC. 20220

RE: Trustee, **Henry M. Paulson Jr.**, Secretary - in - charge:

    Enclosed are documents (copies) from my examination of my commercial Agreements, which are listed on the enclosed (accounting), with Receipts and other evidence that I have accepted for value (all related endorsements front and back to include those in accord with UCC - **3 - 419**).
**The total amount of NEGOTIABLE SET OFF enclosed is $300,000,000.00** My UCC 1
File Number is: 2007-2268538-33

Please "Set Off" to my Private Treasury U.C.C. Contract Trust Account, 064360272, for the same value, and charge my account for the fees necessary for securing and registration (for the priority exchange for the tax exemption to discharge the public liability) of my personal possessions, and command memory of account  064360272 , to charge the same to the debtor's order or your order.

    The RE: POST BONDED REGISTERED ACCOUNT, NUMBER **RR 059 445 061 US** fund, which is part of my tax estimate, is directed for use (priority) for the theocracy Republic, (Article IV, Section 4 of the united States Constitution) in accord with public policy HJR - 192, and (Set Off of the public debt).

Mr. **Henry M. Paulson Jr.,** Secretary - in - charge, or your Deputy - in -charge, are to take my acceptance (BA) (this Article Seven receipt) in exchange for the tax-exempt priority. "The NEGOTIABLE INTERNATIONAL BILL or EXCHANGE ORDER", in accord with HJR - 192, and when presented for the receiver to the Federal Window, for settlement, (EFT), within the three (3) day Truth - in - lending time for settlement of retail agreements, according to your Regulation Z, 15 USC 226.1 et seq.

After all settlement charges have been made for this " INTERNATIONAL BILL OF EXCHANGE," please furnish me a statement of the financial status of my Private Treasury UCC 1 Contract Trust Account.

If you need more information or assistance with Adjusting my **UCC CONTRACT TRUST ACCOUNT,** you can call or write me.   ATTACHED INVOICE NUMBER(s): #5:02-CR-27-CAR

    Until then, I am

Very truly ,

Authorized Representative, Living Principal, Grantor, Trustee

*[signature]*

"As good as Avail"

**Malachi York El:© ™**
**Nonresident / Non Domestic**
**First Class, U. S. Delivery**
**Care of  PO BOX 522**
**Denver, Colorado [80218]**

Employer Identification Number    064360272    Copy- file

# Negotiable - NOTICE OF TRANSFER

POST BONDED REGISTERED MAIL: **RR 059 445 061 US**

**REGISTERED UCC 1 ACCOUNT NUMBER ROUTING No.** RR 059 445 490 US
**UCC1 TRUST ACCOUNT NUMBER:** 064360272
**BOND NUMBER:** B97927756
**UCC FINANCIAL STATEMENT#** 2007-2268538-33

RE:  NOTICE OF ACCEPTANCE OF DISHONOR and NOTICE of SET OFF IN ACCORD WITH UCC 3-419 and HJR-192 and REGISTERED ADJUSTMENT OF ACCOUNT.

**COLLATERAL and LOCATION:**

Offeror: UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA/"et al"
PO BOX 129
MACON, GA 31202+0129

VALUE OF Dishonor:    $300,000,000.00

Registered on Account:   $300,000,000.00
Partial Released:        $300,000,000.00
Account Balance:         $300,000,000.00

You are hereby given Notice that the United States Department of Commerce, Bureau of Census, has classified certain persons as United States citizens, and they have been placed as Collateral in Bond for the Security of the United States Department of the Treasury. Those persons are identified under the following categories: Those carrying a Social Security number, United States Passport, Permanent Resident Alien card or Diplomatic Immunity. These persons have been placed on the Rolls of the International Monetary Fund (I1vIF) in lieu of the National Debt.

Due to your *Dishonor* in this matter you have caused your Bond to be transferred by *Acceptance of Lien* against your name and it will be registered as such with the State authorities in the state where you are engaged in commercial business.

Authorized Representative, Living Principal, Grantor, Trustee
By: _[signature]_

enclosures_
cc: Trustee, Henry M. Paulson Jr. or secretary in charge
Department of the Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220

file: ACCOUNT No. # **5:02-CR-27-CAR**

# :VERIFICATION:

TRACKING#s  RR 059 445 061 US, TRACKING#s:  EH 519446028 US(To the Comptroller), EH 067526717 US(To the Dept.:Treas.PR), EH 519446076 US (To Payee),  EH 067526748 US(To US Treas.), EH 519446059 US(To Att. Gen), EH 519446062 US(To the Comptroller): UCC FINANCIAL STATEMENT # 2007-2268538-33

**I, Secured Party, Holder in due course** Sui Juris, hereby verify, under penalty of perjury, Under the laws of the united States of America, without the "United States" (federal   government), that the above statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator of Gods  Allah / YHVH(God), pursuant to your 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of your Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated December 24th, 2008

RESPECTFULLY SUBMITTED,

Secured Party, Sui Juris    _Authorized Representative, Living Principal, Grantor, Trustee_ [signature]

## CERTIFICATE OF SERVICE

I, **Secured Party, Trustee** certify that on December 24th, **2008**, The foregoing Writ of Discovery was duly served by placing a copy in the U.S. Mail to the following:

**Offeror:** UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA /"et al "
PO BOX 129
MACON, GA 31202+0129

POSTED REGISTERED Mail NO # RR 059 445 061 US

## *AFFIDAVIT FOR VERIFICATION OF THE FACTS*

TRACKING#s:  EH 519446028 US(To the Comptroller), EH 067526717 US(To the Dept.:Treas.PR), EH 461379455 US(To Payee), EH 067526748 US(To US Treas.), EH 519446059 US(To Att. Gen), EH 519446062 US(To the Comptroller):

**On the 22nd, day of December, 2008** A.D., a living Sovereign Man known as **:Secured Party, Trustee, as holder in due course,** swore out an Administrative Notice of Affidavit, denying the existence of all corporations that as notarized by myself and attached hereto. The notary record shows that no rebuttal of this affidavit was delivered back to me within the time allowed, and therefore, confession of judgment of the merits is warranted.

Further Affiant Saith Naught.

L.S. _____

{Seal} **Secured Party**

state of :Georgia            )
ss county of: Clarke         )

I _____AMIR JAMES_____ , a notary public

State Of __Georgia__ County, __Clarke__ , certify

That __Secured Party,__ personally appeared before me this day, and being duly sworn, stated that he/she knows the handwriting of

__Secured Party__ , and that the signature of __Secured Party__

as a subscribing witness to the foregoing instrument is the signature of

__Secured Party__ .

Witness my hand and official seal, this the __24th__ day of __December__ , 2008.

(Official Seal)
_____
Notary Public

My commission expires __February 12, 2012__

# :AFFIDAVIT NOTICE OF THIS PROCESS

TERMS THEM SELVES ARE NOT SUBJECT TO NEGOTIABILITY
**I DID ACCEPT FOR VALUE.** THIS INSTRUMENT IT SELF CAN BE NEGOTIATED FOR CREDIT

TRACKING#s:  EH 519446028 US(To the Comptroller), EH 067526717 US(To the Dept.:Treas.PR), EH 461379455 US(To Payee), EH 519446045 US(To US Treas.), EH 519446059 US(To Att. Gen), EH 519446062 US(To the Comptroller):

Re: Account No.**5:02-CR-27-CAR**          **USPS MAIL NO. EH 519446076 US,**
                                                                 **and EH 519446059 US:**

Attn:     UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA/"et al "
          PO BOX 129
          MACON, GA 31202+0129

Re: Notice – For the  Processing of **Bond / International Bill of Exchange** or BILL OF EXCHANGE for discharge of debt (BA Time Draft) Date: Monthly

Enclosed is the Bond and International Bill of Exchange **BOND RECEIPT**, the processing of which will discharge the entire current amount on the claim herein I did accept. This Negotiable Instrument is presented under the authority of **Public Law 73-10, HJR 192 JUNE 22nd 1933, UCC 3-104**(c), *Spencer v Sterling Bank*, 63 Cal Ap 4th 1055 (1998), *Guaranty Trust Co. Of New York v Henwood et al*, 59 S.Ct. 847, and Within Negotiable Instruments, Vol 3 (2001 Supplement) on the undersigned. The following are the steps required to settle this account. <u>This is not a Treasury / Bond Account. THIS IS A **UCC Contract Trust Account on the CESTUI QUE TRUST.** Attached is a Receipt / COUPON STUB for the Vendor / Client ,to be torn off and kept for your records Titled INTERNATIONAL BILL OF EXCHANGE OR BILL OF EXCHANGE BOND RECEIPT/ STUB</u>

1.     The enclosed Negotiable Instrument is hereby presented and the following process *must be followed to the letter* in order to satisfy the claimed amount due on this account and discharge of this debt. Please be advised that <u>taxes are due</u>
To the Comptroller for the <u>credit / income</u> that has been given .

2.     My Personal <u>Direct Treasury **(UCC Contract) Trust Account**</u> has been set up at the Department of the Treasury and may only be accessed with my approval through the bank account of the Claimant directly to the Secretary of the Treasury. The original Negotiable Instrument must be presented by Claimant's financial  institutional via Certified or Registered Mail directly to the Secretary of the Treasury - Department of the Treasury Bank (Federal Window), 1500 Pennsylvania Ave NW, Washington, D.C. 20220, Attn: Henry Paulson.

3.     The Item Processor at Claimant's financial institution, with full identification and Bailee (Authorized Agent) signature, is to present original the Negotiable Instrument along with the Instruction Notice and the stamped Claim to the Secretary of the Treasury - Department of the Treasury Bank at the above address.

4.     Claimant's financial institution (T.T.L. department) is to retain the document copies and request that a copy of the Return Receipt from the Federal Window be supplied to them noting the date the original Negotiable Instrument was received at the

Federal Window in accordance with Public and Banking Policy. For out of state transactions the Banking Codes stipulate fifteen (15) days.

5. The copy of the Negotiable Instrument is to be held at the financial institution until the required period for the Federal Window, Regulation J and

Federal Reserve, your Reg Z - Truth in Lending, 12 USC §2261 et seq, the Order / Property has passed. Then the full-faced amount of the Negotiable Instrument is automatically released by the local financial institution for credit to Claimant's account and discharge the claim.

6. If the Secretary of the Treasury (Payee-Drawee) sends notice in writing of some error or problem please notify the undersigned immediately upon receipt of such Notice and the matter will be addressed **with the Department of the Treasury** Bank and the Federal Window. You will be notified of the corrective action taken.
In joinder all applicable law.

7. I hereby request that you notify the undersigned me, when the time period for the Federal Window and the Federal Reserve under your Regulation J and Regulation Z has transpired and the account has been adjusted.

Thank you for your cooperation in getting this account settled and the claim discharged and closed...

Affirmed and Subscribed
Before me_____AMIR JAMES_____
**Notary Public**
On this 24th day of December 2008
My commission expires __02/12/2012__

Seal

Authorized Representative, Living principal, Grantor, Trustee
Malachi York El: © ™

Owner, Secured Party, Creditor.   Void where prohibited by law

12/24/2008

\*\*\*\*\*\*\*\*\*\*\*\*\*NOTARIAL *PROTEST* NOTICE KNOWLEDGE\*\*\*\*\*\*\*\*\*\*\*

Attn: **Clerk's Office**, *Fiduciaries-Clerk of Court, Stenographer / Court Reporter, Judge, Bailiff;*
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
475 Mulberry Street Macon, Georgia 31202

Greetings to **Clerk of Court** for the United States District Court For The Middle District of Georgia;

"FILE THE ATTACHMENTS AS A FEDERAL CIVIL SUIT"

This Notice is in reference to the attached File knowledge to be made on behalf of a USP Florence ADX Prison Inmate(17911-054) Malachi York El:©™, *misnomer* ***DWIGHT* YORK**. Enclosed are documents to be Filed as a **[*PRO SE*] Federal Civil Suit, CLASS-ACTION-CRIMINAL COMPLAINT CLAIM(*COMMERCIAL*),** PURSUANT TO 8 USC §1481, 27 USC § 72.11, 27 CFR 72.11, 46 USC § 781,UCC 1-207, -308, Federal Rule 12 CFR § 226.10, etc., In accordance with the TENDERED PAYMENT:

$350.00 THREE HUNDRED FIFTY USD SECURITY (*TIP STAFF*)TO THE **COURT** (*BAILIFF, STENOGRPHER, JUDGE, CLERK OF COURT*)FOR PROCESSING OF EVIDENCE CRIMINAL COMPLAINT DOCUMENTS:


\*IF YOU'VE ANY QUESTIONS OR CONCERNS REGARDING THIS FILING, PLEASE CONTACT US AT THE BELOW LISTINGS;


**NOTARIAL CONTACTS**

404.808.1383


404.808.1908


678.471.5198




# :TABLE OF CONTENTS:

1. WRIT IN THE NATURE OF DISCOVERY..........................................

2. IRS FORM 56, FIDUCIARY RELATIONSHIP......................................

3. PAYMENT KNOWLEDGE PURSUANT TO 27 CFR 72.11............................

4. SILVER(CONSTITUTIONAL REAL MONEY).......................................

5. CLAIM OF CITIZENSHIP PROOF...............................................

6. TREATY KNOWLEDGE........................................................

7 . AFFIDAVIT KNOWLEDGE OF RECANTMENT CLAIMS.............................

8. FINAL JUDGEMENT NOTICE OF ACCEPTANCE FOR CLOSURE DECLARATION

Writ of Habeas;


