**Form 56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| MALACHI Z YORK EL, DWIGHT YORK, AND ALL ASSOCIATED APPELLATIONS  "et al" | 064360272 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**PO BOX 522**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Decatur, Georgia [30031]**

Fiduciary's name

**HENRY M. PAULSON JR, ANNA ESCOBEDO CABRAL, JOSE G. DAVILA MATOS, and US DISTRICT COURT FOR THE MIDDLE DISTRICT OF GA & AGENTS**

Address of fiduciary (number, street, and room or suite no.)

**1500 PENNSYLVANIA AVE          /          P.O. BOX 4515**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **WASHINGTON, D.C. 20220     /     SAN JUAN, PUERTO RICO 00902** | (     ) |

## Part II   Authority

**1**   Authority for fiduciary relationship. Check applicable box:

**a(1)** ☑ Will and codicils or court order appointing fiduciary . . . . . . . . .   **(2)** Date of death _____

**b(1)** ☑ Court order appointing fiduciary . . . . . . . . . . . . .   **(2)** Date (see instructions) _____

**c**   ☑ Valid trust instrument and amendments

**d**   ☑ Other. Describe ▶ **ALL COMMERCIAL TRANSACTIONS AS DIRECTED** _____

## Part III   Nature of Liability and Tax Notices

**2**   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL** _____

**3**   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **OPT. FORMS ETC., W8-BEN;** _____

**4**   Year(s) or period(s) (if estate tax, date of death) ▶ **06-26-1945  ---- CURRENT** _____

**5**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . ▶ ☑

**6**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☑ and list the applicable federal tax form number and the year(s) or period(s) applicable  **COPIES ONLY** _____

_____

## Part IV   Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**7**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

**a**   ☐ Court order revoking fiduciary authority

**b**   ☐ Certificate of dissolution or termination of a business entity

**c**   ☐ Other. Describe ▶

### Section B—Partial Revocation

**8a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

**b**   Specify to whom granted, date, and address, including ZIP code.
▶ _____

### Section C—Substitute Fiduciary

**9**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . ▶ ☐
▶ _____

**For Paperwork Reduction Act and Privacy Act Notice, see back page.**          Cat. No. 16375I          Form **56** (Rev. 12-2007)