# PAYMENT KNOWLEDGE PURSUANT TO 27 CFR 72.11

# (See Attached Sureties)

# Notary Acceptor

Notary: _____  My Commission Exp. _____

EXPRESS MAIL TRACKING#



IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
(Redacted Version)

UNITED STATES OF AMERICA )    SUPERSEDING INDICTMENT

vs.    )    CRIM NO.

)    VIOLATIONS:

DWIGHT D. YORK, A/K/A )
DR. MALACHI Z. YORK, A/K/A )    18 U.S.C. § 1962(d)–RICO Conspiracy
ISA MUHAMMAD, A/K/A )    18 U.S.C. § 1962(c)–RICO Acts
ISA AL HAADI AL MAHDI AND )    18 U.S.C. § 371–MANN Act Conspiracy
A/K/A "BABA" )    18 U.S.C. § 2423(a)  MANN Act- Minor Transport
)    18 U.S.C. § 2423(b)–MANN Act Travel
)    18 U.S.C. § 3283–MANN Act Limitations Statute
)    18 U.S.C. § 2–Aiding and Abetting
)    31 U.S.C. § 5324(a)(3)–Structuring Cash
)    18 U.S.C. §1963–RICO Forfeiture
)    18 U.S.C. § 2258(a)(3)–MANN Act Forfeiture
)    18 U.S.C. § 2253(o)–MANN Act Forfeiture

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Commit Racketeering Violations)

From in or about January 1988, and continuing through May 8, 2004, in the Middle

District of Georgia and elsewhere within the jurisdiction of this Court, the Defendant

DWIGHT D. YORK, a/k/a DR. MALACHI Z. YORK, a/k/a
ISA MUHAMMAD, a/k/a ISA AL HAADI AL MAHDI and a/k/a "BABA"
(hereinafter referred to as "DWIGHT YORK"),

being a person employed by and associated with an enterprise described in Paragraph A below,

which was engaged in, and the activities of which affected, interstate commerce, did knowingly

and willfully combine, conspire, confederate and agree, and have their understanding with

unindicted co-conspirators and others, known and unknown to the Grand Jury, to violate Title 18,

United States Code, Section 1962(r), that is, to conduct and participate, directly and indirectly, in

16

A.   Cannot be located upon the exercise of due diligence;

B.   Has been transferred, sold to or deposited with a third person;

C.   Has been placed beyond the jurisdiction of the Court;

D.   Has been substantially diminished in value; or

E.   Has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property of DWIGHT YORK, or assets of equal value, up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

Presented By:

_____
MAXWELL WOOD
UNITED STATES ATTORNEY

_____
RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

_____
STEPHANIE D. THACKER
TRIAL ATTORNEY

48

17



18



Criminal Action Number _____ 2002CR229-10

IN THE SU___OR COURT OF PUTNAM COUNTY
STATE OF GEORGIA

THE STATE OF GEORGIA

v.

DWIGHT YORK
A/K/A MALACHI Z. YORK
A/K/A ISA MUHAMMAD
A/K/A BABA
A/K/A ISSA AL HAADI AL MAHDI
A/K/A ISA ABD'ALLAH MUHAMMED,

KATHY JOHNSON,

CHANDRA LAMPKIN A/K/A NEDJULA LAMPKIN

HADIJAH MERRITT A/K/A MACU MERRITT,

and ISITYR COLE

SHERIFF HOWARD R. SILS,

INDICTMENT

"et al"

15

## PRIVATE DISCHARGE AND INDEMNITY BOND    Number: DY/MZY- 12232008-0004

USPS REGISTERED MAIL TRACKING NO. RR059445490US(PR), RR059445061US(D.C.), RB803414873US (ATTORNEY'S#)
AND THE CURRENT USPO MAIL TRACKING NO. EH 273416367 US(To IRS), EH 273416557 US(To IRS), EH 273416353 US,(To Treas.P.R.),
EH 273416398 US(To Treas. D.C.), EH 273416336 US(To ATTORNEY GENERAL), EH 461379455 US  (TO INDEMNITEE ):

### Value: $300,000,000.00 Three Hundred Million United States Dollars 00/100

Routing Number: GUARANTY BK TR 1020-0096-6

Date of Re-Issuance: 12/23/2008
Date of Expiration: 12/23/2038

To:  Henry M. Paulson Jr. and Anna Escobedo Cabral   hereinafter "Fiduciary"
Secretary of the US Treasury,
and the Treasurer of the US Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

José G. Dávila Matos
Secretary of the
DEPARTAMENTO DE HACIENDA
P.O. Box 9024140, San Juan, P.R. 00902-4140

| | |
|---|---|
| For: *Dwight D. York* / Malachi Z. York:®:©™; | Account Holder |
| DWIGHT YORK©™ | Account Holder |
| MALACHI YORK©™ | Account Hlder |
| YORK, DWIGHT, CESTUI QUE TRUST; | Account Holder |
| EL, MALACHI Z.YORK, CESTUI QUE TRUST; | Account Holder |
| STATE OF GEORGIA AND ALL ELECTED FIDUCIARIES/CIVIL SERVANTS; | Account Holder |
| STATE OF GEORGIA BAR ASSOCIATION; | Account Holder |
| U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA; | Account Holder |
| U.S. DISTRICT COURT, DISTRICT OF COLORADO; | Account Holder |
| U.S. COURT OF APPEALS ELEVENTH CIRCUIT; | Account Holder |
| PUTNAM COUNTY SHERIFF'S DEPARTMENT; | Account Holder |
| DISTRICT DEPUTY COMPTROLLER-ARCHIE L. BRANDFORDS. EASTERN DISTRICT, | |
| MARQUISE TOWER; | Account Holder |
| EDWARD T GARLAND BAR# 28400-DBA ATTORNEY AT LAW, MANIBUR S. ARORA; | Account Holder |
| CHILD SUPPORT ENFORCEMENT-DOUGLAS NEWSOME; | Account Holder |
| SHERIFF HOWARD RICHARD SILLS, ESQ.; | Account Holder |
| DEPARTMENTO DE HACIENDA, SECRETARY OF TREASURY- **José G. Dávila Matos**; | Account Holder |
| MAXWELL WOODS, RICHARD S. MOULTRIE, ASST. US ATTORNEY; | Account Holder |
| SONNY PURDUE, GOVENOR OF ATLANTA, GA. 30303; | Account Holder |
| DEPARPTMENT OF TREASURY IN SAN JUAN, PUERTO RICO; | Account Holder |
| US DISTRICT JUDGE HUGH LAWSON; | Account Holder |
| ATTORNEY FRANK RUBINO; | Account Holder |
| FREDRICK D. BRIGHT; | Account Holder |
| HARRY E. BRUNO / FOREPERSON OF THE GRAND JURY | Account Holder |
| STEPHANIE D. THACKER | Account Holder |
| ATTORNEY BENJAMIN A. DAVIS, II, ESQ. | Account Holder |
| DAWN BASK; | Account Holder |
| MORGAN COUNTY COURTHOUSE, GA 306350; | Account Holder |
| SUPERIOR COURT OF PUTNAM COUNTY, GA 31024; | Account Holder |
| *JUDGE* HUGH LAWSON, MACON, GA 31202; | Account Holder |
| *JUDGE* C. ASHLEY ROYAL, MACON, GA 31202; | Account Holder |
| ATTORNEY MALIK SHABAZZ, ESQ. | Account Holder |
| ATTORNEY Matthew McGavock Robinson, Robinson & Brandt, P.S.C.; | Account Holder |
| *JUDGE* ZITA L. WEINSHIENK; | Account Holder |
| CHIEF *JUDGE* EDWARD W. NOTTINGHAM; | Account Holder |
| KRISTEN L. MIX; | Account Holder |
| ATTORNEY MARCY ELIZABETH COOK, ESQ.; | Account Holder |
| ATTORNEY LETA RUTH HOLDEN, ESQ.; | Account Holder |
| HOLDEN LAW OFFICES; | Account Holder |
| ewnsec; | Account Holder |
| FLORENCE ADMAX U.S. PENITENTIARY; | Account Holder |
| FEDERAL BUREAU OF PRISONS; | Account Holder |
| ATTONEY EKAETTE PATTY, ESQ.; | |
| ATTORNEY ANNE EDDINGS —FOUNTAIN; | Account Holder |
| ATTORNEY EKAETTA EDDINGS-FOUNTAIN; | Account Holder |
| MAGISTRATE JUDGE BOYD N. BOLAND; | Account Holder |
| DR. WILLIAM THOMPSON M.D; | Account Holder |
| G. MALLON FAIRCLOTH, REFERRAL; | Account Holder |

U.S. MAG. JUDGE G. MALLON FAIRCLOTH;
U.S.A.;
MAYOR SHIRLEY FRANKLYN
**GEORGIA COURTS/DIVISIONS**, ATHENS,
ALBANY DIVISION,
COLUMBUS DIVISION,
VALDOSTA DIVISION,
PACER SERVICE CENTER, SAN ANTONIO, TX 78278-0549,
U.S.A. COURT FLAG DEFINITIONS;
U.S. GOVERNMENT DEFENDANT(S);
ATTORNEY ADRIAN PATRICK;
PAYNE WEBBER GROUP, INC. / USB FINANCIAL SERVICES
*JUDGE* BIRCH;
*JUDGE* HULL;
*JUDGE* PASCO M. BOWMAN; .
**ACCOUNT NUMBERS,**
202-CR-229-10,
5:02-CR-27-CAR,
1:06-cv-00807-ZLW,
5:07-cv-90001-CAR-GMF,
02-00027-CR-27-CAR-5-1,
1:07-cv-01297-EWN-KLM,
08-cv-02631 "et al"
CORRECTIONS CORPORATION OF AMERICA, BOARD OF TRUSTEES
PUTNAM COUNTY BOARD OF TRUSTEES
HOME LAND SECURITY MICHAEL CHERTOFF
ATTORNEY GENERAL THURBERT BAKER
US ATTORNEY GENERAL JANET RENO
US ATTORNEY GENERAL ROBERTO GONZALEZ
US SECRETARY OF DEFENSE COLON POWELL
COLORADO STATE, INCLUDING ALL ELECTED OFFICERS, FIDUCIARIES,/CIVIL SERVANTS ;
COLORADO STATE BAR, AND THE STATE OF COLRADO BAR ASSOCIATION;
COLORADO STATE COUNTIES/AGENTS;
ADAMS, ALAMOSA, ARAPAHOE, ARCHULETA, BACA, BENT, BOULDER, BROOMFIELD,
CHAFFEE, CHEYENNE, CLEAR CREEK, CONEJOS, COSTILLA, CROWLEY, CUSTER, DELTA,
DENVER, DELORES, DOUGLAS, EAGLE, EL PASO, FREMONT, GARFIELD, GILPIN, GRAND,
GUNNISON, HINSDALE, HUERFANO, JACKSON, JEFFERSON, KIOWA, KIT CARSON, LA PLATA,
LAKE, LARIMER, LARIMER, LAS ANIMAS, LINCOLN, LOGAN, MESA, MINERAL, MOFFAT, MONTEZUMA,
MONTROSE, MORGAN, OTERO, OURAY, PARK, PHILLIPS, PITKIN, PROWERS, PUEBLO, RIO BLANCO,
RIO BLANCO, RIO GRANDE, ROUTT, SAGUACHE, SAN JUAN, SAN MIGUEL, SEDGWICK, SUMMIT, TELLER,
WASHINGTON, WELD, AND YUMA COUNY;
COLORADO STATE JURY COMMISSIONERS- DEBBIE TIFFANY, JENNIE HEERSINK, CYNTHIA DALY,
DEBBIE TULLY, VICKIE MCENDREE, VICKI LEFFERDINK, PAT WITTREICH, KIMBERLY TROUDT,
KAREN PROSSER, VICKI ALLEN, PAT WITTREICH, KIMBERLY TROUDT, KAREN PROSSER, VICKI ALLEN,
KIMBERLEE HILL, JENNIE HEERSINK, DAWN STALLSWORTH, LINDA URWILLER, PENNY WAGNER,
MARILYN ORTIZ, JENNIFER WEDDLE, DEBORA KELLIHER, DIANE CROW, SHARLENE MILLS, LESLIE DAVIS,
BRENDA KNOLL, LORI JOHNSON, GARY VIGIL, KIMERLY GRAHAM, DIANA KAUFMAN, ROSE ANNE KELLEY,
JENNIE HEERSINK, DIANA MEYER, AMELIA L. "AMY" HARRIS, DESIREE LIPE, PENNY WAGNER,
CATHLENE MARSHALL, PENNY WAGNER, DEBRA MCLIMANS, JOY STRACK, CAROLYN JEMISON,
BARBARA MCDANIEL, LILA MEARS, KAREN MURPHY, SOLVEIG OLSON, JENNIE HEERSINK, LESLIE DAVIS,
PENNY WAGNER, SUSAN KINNISON, JAN REED, SHERI PORTER, GLORIA HILLIER, LANELLE COBLE-
MCEACHRON, BETTY WILSON;
INCLUDING TITLES AND POSITIONS, SUCH AS;
JURY COMMISSIONER(S), CLERK(S) OF COURT(S), BENT COUNTY JURY COMMISSIONER(S), CHAFFEE COUNTY
JURY, CROWLEY COUNTY JURY COMMISSIONER(S), DELTA COUNTY JURY COMMISSIONER(S),
DOUGLAS COUNTY JURY COMMISSIONER(S), FREEMONT COUNTY JURY COMMISSIONER(S),
GARFIELD COUNTY JURY COMMISSIONER(S), GILPIN COUNTY JURY COMMISSIONER(S),
GUNNISON COUNTY JURY COMMISSIONER(S), HINSDALE COUNTY JURY COMMISSIONER(S),
HUERFANO COUNTY JURY COMMISSIONER(S), JACKSON COUNTY JURY COMMISSIONER(S),
JEFFERSON COUNTY JURY COMMISSIONER(S), KIT CARSON COUNTY JURY COMMISSIONER(S),
LARIMER COUNTY JURY COMMISSIONER(S), LAS ANIMAS COUNTY JURY COMMISSIONER(S), MONTROSE COUNTY –
LOGAN COUNTY JURY COMMISSIONER(S), MESA COUNTY JURY COMMISSIONER(S), PITKIN COUNTY JURY COMMISSIONER(S),
JURY COMMISSIONER(S), PHILLIPS COUNTY JURY COMMISSIONER(S),
PUEBLO COUNTY JURY COMMISSIONER(S), RANGLY COUNTY JURY COMMISSIONER(S), TELLER COUNTY JURY-
MEEKER COUNTY JURY COMMISSIONER, SAN MIGUEL JURY COMMISSIONER(S),
COMMISSIONER(S);
STATE COURTS OF COLORADO, COURT ADMINISTRATOR(S) / FIDUCIARIES
INTERNATIONAL ATTORNEY GALOWALLO
COLORADO STATE ATTORNEY GENERAL –JOHN W. SUTHERS
US ATTORNEY GENERAL-JOHN ASHCROFT

Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
**Account Holders**
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holders
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder

Account Holder

Account Holder
Account Holder
Account Holder
Account Holder
Account Holder

US ATTORNEY GENERAL-ALBERTO GONZALES                                      Account Holder
US ATTORNEY GENERAL-MICHAEL B. MUKASEY                                    Account Holder
US PROVOST MARSHAL GALE HAYNES                                            Account Holder
US PROVOST MARSHAL OF THE STATE OF GEORGIA                                Account Holder
US PROVOST MARSHAL OF THE STATE OF COLORADO                               Account Holder
US PROVOST MARSHAL OF THE STATE OF WISCONSIN                              Account Holder
UNITED STATES MARSHAL GEORGE BREFFNI WALSH                                Account Holder
STATE OF COLORADO ATTORNEY GENERAL, JOHN SUTHERS                          Account Holder
AUSTIN TEXAS, DEPARTMENT OF THE TREASURY-FRANK SCOFIELD                   Account Holder
STATE OF COLORADO, COMPTROLLER OF THE CURRENCY – DAVID MCDERMOTT          Account Holder
COLORADO STATE, DEPARTMENT OF THE TREASURY                               Account Holder
GEORGIA STATE COMPTROLLER OF THE CURRENCY                                 Account Holder
CITI CORP TRUST BANK, CITI GROUP                                          Account Holder
WAL-MART                                                                  Account Holder
BANK OF INTERNATIONAL SETTLEMENTS                                         Account Holder
UNITED BANK OF SWITZERLAND                                                Account Holder
JP MORGAN CHASE BANK                                                      Account Holder
PZN / PRISON REALTY TRUST INCORPORATION                                   Account Holder
MERYLL LYNCH                                                              Account Holder
WELLS FARGO                                                               Account Holder
WACHOVIA                                                                  Account Holder
DUETSCHE BANK GROUP                                                       Account Holder
BNP PARIBAS / BANQUE NATIONALE DE PARIS                                   Account Holder
BANK OF TOKYO MITSUBISHI LTD                                              Account Holder
SUMITOMO BANK LTD                                                         Account Holder
BAYERISCHE HYPO-UND VEREINS BANK AG MUNICH, GERMANY                       Account Holder
BANK OF AMERICA CHARLOTTE USA                                             Account Holder
US DEPARTMENT OF TREASURY                                                 Account Holder
HENRY M. PAULSON JR.                                                      Account Holder
GEORGE W. BUSH JR                                                         Account
Internal Revenue Service Account No. 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;                        each severally.
Social Security No. 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

By/On/Through: *Dwight D. York* / Malachi Z. York:®:©™    Principal      Private Offset Account No. RR059445061US
hereinafter "Creditors"                                   First Surety    Private Offset Account No. RR059445061US
                                                          Second Surety   Private Offset Account No. RR059445075US
                                                          Third Surety    Private Offset Account No. RB842713256US

*KNOW ALL MEN BY THESE PRESENTS.* **WHEREAS,** only fiat money exists in circulation for the discharge of debt: NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit. In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Account No.064360272, each severally, for any amount up to and including **Three Hundred Million USD– ($300,000,000.00),** insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debt taxes, encumbrances, deficits, deficiencies, liens, judgements, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by certified mail at the location below-noted. Failure to return will stipulate acceptance and honor.

**BOND ORDER**

1.    The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of the Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Social Security Account No.064360272 dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

2.    Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar without exception through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3.    The Fiduciary shall have thirty (30) days from Date of Delivery specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the principal with all associated transactions annexed thereto by United

States Certified Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance and honoring of this instrument and all terms and provisions herein as an operation of law.

4.    All communication shall be sent by United States Certified Mail directly to the Principal at the location noted hereunder exactly as shown, Service in any other manner will be defective. The Principal will accept post at the said postal location only.

5.    This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6.    This Bond expires at 3:29:59 PM, 12/23/2038

Executed by the undersigned on this the 23rd day of December in the Year of Our Lord, 2008.

:Ibrahiim Abdullah Al Mahdi:

:First Surety
Private Offset Account No.RR059445061US
c/o :3535 Peachtree Road Suite#520
Atlanta, Georgia state
Nonresident/Non-Domestic

:Jaame Amun Re:El:

: Second Surety
Private Offset Account No.RR059445075US
c/o:PO BOX 391182
Snellville, Georgia state
Nonresident/Non-Domestic

:Dwight York / Malachi Z. York:

: Principal
Private Offset Account No.RR059445061US
c/o:3535 Peachtree Road Suite#520
Atlanta, Georgia
Nonresident/Non-Domestic

:Wajdet Tum Nefer El:
:Third Surety
Private Offset Account No. RB842713256US
c/o:620 Ponce De Leon Avenue #522
Decatur, Georgia state
Nonresident/Non-Domestic

NOTARY-ACCEPTOR

NOTARY-ACCEPTOR

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner
## for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.    ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**

| | Instead, use Form: |
|---|---|
| ● A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . . | W-9 |
| ● A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . | W-8ECI |
| ● A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . | W-8ECI or W-8IMY |
| ● A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . . | W-8ECI or W-8EXP |

Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.

● A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

Note: See instructions for additional exceptions.

### Part I — Identification of Beneficial Owner (See instructions.)

**1** Name of individual or organization that is the beneficial owner

Malachi Z. York  / EL,MALACHI Z YORK,CESTUI QUE TRUST

**2** Country of incorporation or organization

continental u.s.A.

**3** Type of beneficial owner:  ☑ Individual  ☑ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust

☑ Grantor trust  ☐ Complex trust  ☑ Estate  ☐ Government  ☑ International organization

☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

**4** Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

3535 Peachtree Rd. Suite#520

City or town, state or province. Include postal code where appropriate.

Atlanta, Georgia

Country (do not abbreviate)

continental united states

**5** Mailing address (if different from above)

PO BOX 522

City or town, state or province. Include postal code where appropriate.

Decatur, Georgia [30031]

Country (do not abbreviate)

continental united states

**6** U.S. taxpayer identification number, if required (see instructions)

06-4360270     ☐ SSN or ITIN  ☑ EIN

**7** Foreign tax identifying number, if any (optional)

**8** Reference number(s) (see instructions)

### Part II — Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☑ The beneficial owner is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

**b** ☑ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

**c** ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☑ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____ % rate of withholding on (specify type of income): _____ _____ .

Explain the reasons the beneficial owner meets the terms of the treaty article: _____

_____

### Part III — Notional Principal Contracts

**11** ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV — Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,

2 The beneficial owner is not a U.S. person,

3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and

4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶

Signature of beneficial owner (or individual authorized to sign for beneficial owner)     Date (MM-DD-YYYY) 02/23/2008     Capacity in which acting Authorized Rep.

For Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 25047Z     Form **W-8BEN** (Rev. 2-2006)

Printed on Recycled Paper

# CERTIFICATION OF SILVER SURETY BOND

**KNOW ALL MEN, BY THESE PRESENTS** that: *DWIGHT YORK* /:Malachi York El: :®:©™ (*Authorized Representative*) appeared before the undersigned Notary with 30 Silver Coins to establish this Silver Surety Bond.

This Silver Surety Bond establishes: *DWIGHT YORK* /:Malachi York El:®:©™ as a Sui Juris with substance(not a pauper, not Bankrupt, not a vagabond)

Now I affix my hand in seal to this document to certify the above claim, establishing a Silver Surety Bond for :*DWIGHT YORK* / Malachi York El:®:©™ .

The Trustee:*DWIGHT YORK* / :Malachi  York El:®:©™, Living Principal, Surety, Guarantor

Witness

Witness

Witness

Notary Public



Registered Surety Act and Bond Number: <u>RR 059 445 061 US DY / MY</u>

Issued By:
The Trustee: *DWIGHT YORK* /:Malachi York El:®:©™,
Living Principal, Surety and Guarantor dolus
*DWIGHT YORK*©™ / MALACHI YORK EL©™ dolus
only in my capacity as beneficiary
to the Original Jurisdiction

# DECLARATION FOR NOTICE WITH SURETY ACT AND BOND

§  The united States of America, the perpetual
§              union of sovereign states combined
§                    to form a Constitutional Republic
§
§      on the soil of Georgia, a sovereign state
§              within the perpetual Union of States
§
§      at the sovereign county of __Fulton__

The Trustee :*DWIGHT YORK*©™ / :Malachi York El:®:©™, **Living Principal, Surety and Guarantor dolus** *DWIGHT YORK*©™ / MALACHI YORK EL©™, live on the soil of Georgia a Republican form of Government. Acting in good faith and with clean hands, I declare that I am not a corporation or legal fiction. I am a man of age, competent for testifying, and have first-hand knowledge that the facts stated herein are true, correct, complete, certain and not misleading. I hereby and herein declare and proclaim the following:

The Trustee: Malachi York El, Living Principal, Surety and Guarantor dolus DWIGHT YORK©™ / MALACHI YORK EL©™, **am acting in good conscience of my own free will and accord, in my capacity as beneficiary to the** Original Jurisdiction, and hereby willingly, in the presence of my Creator, El Khaliqa / HuHe, undertake to act as surety, to pledge and provide private bond, in the amount of 30.00 dollar(s) in silver coinage, minted by the American Treasury of the united States of America, with said lawful coin dollars of the united States of America personally held by *DWIGHT YORK*©™ / :Malachi York El:®:©™ (Authorized Representative).

This Declaration for Notice with Surety Act and Bond is payment for the case of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™ by my appellation, in my capacity as beneficiary to the Original-Jurisdiction, as a full faith guarantee to any lawful Bill of Redemption, duly presented under lawful specie money of account of the united States of America, Original Jurisdiction.

The Bill of Redemption, (Surety Act and Bond) is a tender, as set-off for any alleged contract, agreement, consent or assent purportedly held, as an obligation or duty against The Trustee-*DWIGHT YORK*©™ / :Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus DWIGHT YORK / MALACHI YORK EL©™, so as to cause an imputed disability or presumption against the capacity, rights and powers of *DWIGHT YORK*©™ /:Malachi York El:®:©™ This Declaration for Notice with Surety Act and Bond under duly establishes, by my witness, in lawful specie money, of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™ , Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ /:Malachi York El:®:©™

Declaration for Notice with Surety Act and Bond          Page 1 of 3

I do make this surety, pledge and bond, as my full faith guarantee to any lawful Bill, duly presented to The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, in lawful specie money of account of the united States of America, in the matter of correct public judicial/corporate actions in the forum of Original Jurisdiction and Original Rules, for the benefit of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, and his heirs and assigns.

The specific intent of this Declaration for Notice with Surety Act and Bond is to establish, by my witness, in lawful specie dollars of the united States of America, in the sum certain amount of at least 30.00 dollar(s) in silver coinage, minted by the American Treasury of the united States of America and which carry no debt obligations worldwide, available to bond the actions of The Trustee, *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™. "*AMERICAN BANK AND TRUST COMPANY, ET AL., PETITIONER vs. DALLAS COUNTY, ET AL.*", No. 81-1717, a/k/a 463 U.S. 855, 77 L.ED.2D 1072, "*No state shall make anything (assuming the name of any State) may take private property for public use without just compensation (AND NOT DEBT PAPER)*". At *Affidavit file #5325060, #3555, #2312-#2326 at Lee county, Florida state for the united states of America, et al.* Further, in reservation of rights under common law and customs of the united States of America, Original Jurisdiction and Original Rules, The Trustee :DWIGHT YORK©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, cannot be bankrupt or be a vagrant or be a ward of the State, or be the *dolus* trust "*DWIGHT YORK*©™ / MALACHI YORK EL©™", a legal entity, and is not acting in *cessio bonorum*.

The Demand is hereby made for all city, state and federal fiduciaries operating in a corporate capacity, to present a Declaration for Notice with Surety Act and Bond, into evidence in the case of *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™.

The life of this Declaration for Notice with Surety Act and Bond covers a period of life from the date of issue from the date of issue for the Secured Party Sovereign, Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor. *DWIGHT YORK* /:Malachi York El:®:©™ herein confirm, attest, and affirm this Declaration for Notice with Surety Act and Bond. Any and all assumptions and/or presumptions are required to be proven in written form, and signed and sealed before three witnesses, in order to be a valid response.

Failure to, within three business days of receipt, (*Truth In Lending, Regulation* Z) respond to, request additional time for responding for, or refute the foregoing Declaration for Notice with Surety Act and Bond, point for point (see Commercial Maxims of Law), (UCC 1-204) is a default, and the adverse party is collaterally estopped from any further adversarial actions against The Trustee *DWIGHT YORK*©™ / Malachi York El:®:©™, Living Principal, Surety and Guarantor, and for good cause not limited to the laws of collateral estoppel, coercion, fraud and want of jurisdiction of the subject-matter, The Trustee *DWIGHT YORK* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor, sovereign, demands that the cause(s) be vacated and dismissed, and that the accounts be immediately discharged with prejudice. It is hereby made plain and clear that the said failure of response or rebuttal, under penalties of perjury, clearly defines the adverse parties assent to the foregoing Declaration for Notice with Surety Act and Bond, and that a fault exists creating fraud UCC §1-201(16) through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc., both expressed or implied, from the beginning, (UCC §1-103) of which the adverse party is relying on, and that is no longer permission by consent or assent for any demand of payment being ordered or levied against The Trustee :*DWIGHT YORK*©™ / Malachi York El:®:©™, Living Principal, Surety and

Guarantor further demands that the record of the cause(s) be expunged. Failure to comply with the foregoing Declaration for Notice with Surety Act and Bond, within three business days of receipt, will negate the adverse party's remedies. Any third-parties serving on the cause(s) will be liable for civil and criminal prosecution.

The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™ **Living Principal, Surety and Guarantor,** hereby and herein explicitly reserve all of my rights without recourse, I hereby and herein <u>claim</u> my right to common law jurisdiction and <u>refuse</u> statutory jurisdiction and/or admiralty jurisdiction.

Asserverated, signed and issued, in good faith and with clean hands, without, *dolus* on this ___23ʳᵈ___ day of the __12ᵗʰ__ month in the year of our Lord, __2008__ , at the county of __Fulton__ .

*Teste Meipso*

The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus DWIGHT YORK©™ / MALACHI YORK EL©™, UCC 1-207, UCC 1-308;

Witness/Trustee: _____

Witness/Trustee: _____

Witness/Trustee: _____

## Authentication

§    The united States of America, the perpetual
§            union of sovereign states combined
§                to form a Constitutional Republic
§
§        on the soil of Georgia, a sovereign state
§            within the perpetual Union of States
§
§        at the sovereign county of __Fulton__

Having witnessed the signing and sealing of the foregoing "Declaration for Notice with Surety Act and Bond", by the Trustee :<u>*DWIGHT YORK*©™/:Malachi York El:®:©™</u>, Living Principal, Surety and Guarantor dolus and seal hereon as an authentic act as a Public Notary, on this___23___day of the month in the year of our Lord, __2008__ , at the county of _____

_____
Public Notary

Seal

12/22/2008

# THIRTY (30) PIECE SILVER COINAGE VALIDATION, BY NOTARY VERIFICATION FOR THE USE AS CONSTITUTIONAL PAYMENT FOR SETTLEMENT AND CLOSURE KNOWLEDGE PURSUANT TO TITLE 1 § 1, 48 Stat, ARTICLE 1 § 10 OF THE UNITED STATES CONSTITUTION, THE COINAGE ACT OF 1792, & 12 USC § 152:

EH 519446076 US(US DISTRICT COURT PAYEE), EH 519446028 US(To IRS), EH 519446045 US(US Dept.:Treas.), EH 519446059 US(CO STATE ATTORNEY GEN.), and EH 519446031 US(Dept.:Treas. P.R.);

I _James Lumley_, A PUBLIC NOTARY FOR THE STATE OF _Colorado_,

DUE HEREBY ACKNOWLEDGE THAT _Charles Argll_, _James Amir Ali_,

AND _Jaamp -Amin_ APPEARED BEFORE ME ON THE _22nd_ DAY,

IN THE MONTH: _December_, IN THE YEAR: _2008_, POSSESSING A TWO-PIECE

PACKAGE SECURED PRESENTMENT OF THIRTY PIECES OF SILVER COINAGE, REAL

CONSTITUTIONAL MONEY IN THEIR POSSESSION, FOR VALIDATION, BY THIS NOTARIAL

ACKNOWLEDGEMENT, UNDER PENALTIES OF PERJURY, WITHIN THE CITY: _Boulder_

IN THE STATE: _Colorado_.

## NOTARIAL ACKNOWLEDGEMENT

Notary Acceptor: _____    My Commission Expires: _09/17/2011_

Witness: _____

Witness: _____

JAMES H LUMLEY
Notary Public
State of Colorado

Witness: _____



# Sureties

## CORPORATE SURITY(IES) *(Continued)*

NAMES AND ADDRESSES

11. SELWIN. N. BAPTISTE
54 WATTS TR. MALABAR, ARIMA

12. CHAPMAN MOSELEY
33 MOHOSANLY DRIVE MALABAR ARIMA

13.

14.

15.

16.

17.

18.

19.

20.

# :NOTARY-VERIFICATION:

I,CHAPMAN MOSELEY_____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 15th , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner:  ∠ Chapman Moseley

I.D: 196311100027
( Trinidad &
Tobago)

**NOTARY**
**CERTIFICATE OF SERVICE**

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____   **My Commission Expires** is for life .

POSTED REGISTERED Mail NO. **L.K. DOODNATH**
NOTARY PUBLIC
9, ANGLICAN ST. ARIMA
TRINIDAD, W.I.
667-2854 / 4231
email: lkdoodnath@hotmail.com

# :NOTARY-VERIFICATION:

I, STOKLEY NARING **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, **1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 16/10, 2008       RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Stokley Naving_

NOTARY

## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: _Edwin Roupharine_       My Commission Expires ___

EDWIN K. ROUPHARINE
POSTED REGISTERED MAIL NO.
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08



# :NOTARY-VERIFICATION:

I, STOKLEY NARINE    petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 16/10 , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner:  _Stokley Narine_

I.D.# 196 90115032

NOTARY

## CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____    does not    My Commission Expires _____

EDWIN K. ROUPNARINE

POSTED REGISTERED MAIL
____ ROAD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08



# :NOTARY-VERIFICATION:

I, TREVOR MCFARLANE - petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 20, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner:

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary:

My Commission Expires Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

**POSTED REGISTERED MAIL NO. :**

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax (416) 663-1909

# :NOTARY-VERIFICATION:

I, _Touan Dang_ **petitioner**, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _20_, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative Living Principal. Grantor. Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____

POSTED REGISTERED Mail NO. :

My Commission Expires _____

Marie Wafo Fonou
Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel. (416) 663-0874.(416) 997-1908, Fax. (416) 663-1909

## :NOTARY-VERIFICATION:

I, _RYAN HAROLD PRIETO_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_ , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

GUY HANNAH
NOTARY PUBLIC
of Israel

POSTED REGISTERED Mail NO. :

My Commission Expires _N/A_ .

# :NOTARY-VERIFICATION:

I, _Rawle Yeates_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_, 2008

RESPECTFULLY SUBMITTED.

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Rawle Yeates_

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary:_____    My Commission Expires _for life_

POSTED REGISTERED Mail NO. :



**L.K. DOODNATH**
NOTARY PUBLIC
9, ANGLICAN ST ARIMA
TRINIDAD, W.I.
667-2654 / 4731
email lkdoodnath@hotmail.com

186

# :NOTARY-VERIFICATION:

I, SHELDON - HOMER - BAYLEY **petitioner**, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9ᵗʰ xt , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror:** Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: _____
GUY HANNAYS
NOTARY PUBLIC

My Commission Expires_____ N/A.

POSTED REGISTERED Mail NO. :