# :NOTARY-VERIFICATION:

I, _TERRY WALKER_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_, 2008

RESPECTFULLY SUBMITTED.

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary:_____
DIPNARINE RAMPERSAD
POSTED REGISTERED Mail NO. :

My Commission Expires_does not expire_____



180

# :NOTARY-VERIFICATION:

I, TARIF ABDULLAH MUHAMMAD **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ___09th___, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: Ii Tarif R Muhammed.

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _GUY HANNAYS_
NOTARY PUBLIC
of Scared Heart
25 Gerard Street, Port of Spain,
Trinidad, West Indies.

**POSTED REGISTERED** Mail NO.

**My Commission Expires**___N/A.___

# :NOTARY-VERIFICATION:

I, _VALENTINE ANDERSON_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October_____ 2008          RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Valentine Anderson_

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary:_____   **My Commission Expires**_upon my death_

POSTED REGISTERED Mail NO. :



WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, _WAYNE AMBROSE_ **petitioner, Sui Juris, hereby verify,** under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October_9th_, 2008          RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner:   _Wayne Ambrose_

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

GUY HANNAYS
NOTARY PUBLIC
of Second Tier

Notary:_____

My Commission Expires_ _N/A._

POSTED REGISTERED  Mail NO. :



# :NOTARY-VERIFICATION:

I, _Virgil Smith_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_, 2008

RESPECTFULLY SUBMITTED.

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Virgil Smith_

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al"**

Notary: _Dipnarine Rampersad_

DIPNARINE RAMPERSAD

My Commission Expires_does not expire

POSTED REGISTERED Mail NO. :

# :NOTARY-VERIFICATION:

I, _MAUREEN JEBBISON_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October_20___, 2008

RESPECTFULLY SUBMITTED,

_____
Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

NOTARY
CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____

My Commission Expires_____

POSTED REGISTERED Mail NO. :

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel. (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

# :NOTARY-VERIFICATION:

I, _ARTHUR CRUISE_ **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _20_, 2008

RESPECTFULLY SUBMITTED:

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Arthur Cruise_

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror:** Bureau Of Prisons, US DISTRICT COURT, USA / "et al "

Notary: _____

POSTED REGISTERED Mail NO. :

Marie Wafo Fonou
A Notary Public in and for the Province of Ontario
My Commission Expires _____
My commission does not expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

# :NOTARY-VERIFICATION:

I, _Marine Peggy Oboko_ _____ **petitioner**, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 20 __, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

NOTARY

## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____

POSTED REGISTERED Mail NO. :

My Commission Expires

Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874 (416) 007-4000 F--- ----- --- ----

# :NOTARY-VERIFICATION:

**I,** _Tracy Crosse_ _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _20_, 2008

RESPECTFULLY SUBMITTED.

Petitioner: _Tracy Crusoe_

Authorized Representative. Living Principal. Grantor. Trustee

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror:** Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

POSTED REGISTERED Mail NO. :

Marie Wafo Fonou
A Notary Public in and for the
My Commission Expires Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 937-1908, Fax: (416) 663-1909

# :NOTARY-VERIFICATION:

I, _CASSANDRA E WOODS_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _4th_, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____

My Commission Expires _N/A._

POSTED REGISTERED Mail NO. :



# :NOTARY-VERIFICATION:

I, STOKLEY  NARINE  **petitioner**, Sui Juris, hereby verify, under penalty of **perjury**, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help **me** Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see **Supremacy** clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 16/10 , 2008          RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Stokley Narine_

ID # 196 80115032

NOTARY

## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary:_____  My Commission Expires /does not/ _____

EDWIN K. ROOPNARINE
POSTED REGISTERED MAIL NO.
___ STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08

160

# :NOTARY-VERIFICATION:

I, _Angela Bates Ambrose_ petitioner, Sui Juris, hereby verify, under penalty of perjury. Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 **Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA. 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October __9th__ , 2008

RESPECTFULLY SUBMITTED.

Authorized Representative, Livon, Principal Grantor Trustee

Petitioner: _____

NOTARY
VERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons. US DISTRICT COURT. USA /"et al "

Notary: _____

POSTED REGISTERED MAIL NO.

My Commission Expires __N/A.__

# :NOTARY-VERIFICATION:

I, _ANOLA GRAY_ **petitioner, Sui Juris, hereby verify,** under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_, 2008

RESPECTFULLY SUBMITTED.

Authorized Representative, Living Principal, Ganitor, Trustee

Petitioner: _Anola Gray_

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary:_____    My Commission Expires _____

POSTED REGISTERED Mail NO. :

# :NOTARY-VERIFICATION:

I, ARLEY LOVELL **petitioner,** Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, **without the** "United States" (federal government), **that the statement of facts and laws are true and correct,** according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to **the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ___, 2008

RESPECTFULLY SUBMITTED.

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

NOTARY
CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____ My Commission Expires when my death

POSTED REGISTERED Mail NO. :



WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, ANDY S. OROSCO                petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in **part material** with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October  9th  , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____          My Commission Expires  Does Not Expire.
GARNET MUNGALSINGH

POSTED REGISTERED MAIL NO. NO. 3A Lord Street,
SAN FERNANDO.
REPUBLIC OF TRINIDAD AND TOBAGO.

# :NOTARY-VERIFICATION:

I, Alvin Adolphus Samuel____ **petitioner**, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal    government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part **material** with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October__oq ᵗ__, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee.

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

**Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

otary: _____

POSTED REGISTERED Mail NO. :

My Commission Expires___N/A._____

# :NOTARY-VERIFICATION:

I, _BURTON    John_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal    government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see **Supremacy** clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9 - 10 -_, 2008

RESPECTFULLY SUBMITTED.

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

otary: _____

My Commission Expires _N/A._

POSTED REGISTERED Mail NO. :

172

# :NOTARY-VERIFICATION:

I, _BRENT JOSEPH_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. **Constitutional,** International and Treaty laws.

Dated October _9th_, 2008

RESPECTFULLY SUBMITTED,

Petitioner:                    Authorized Representative, Living Principal, Grantor, Trustee

_Brent Joseph_

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US **DISTRICT COURT, USA** /"et al "

Notary: _____          My Commission Expires _is for life_

POSTL  REGISTERED Mail NO. **Z.R. DOODNATH**

# :NOTARY-VERIFICATION:

I, CINDY ALEXANDER - MASON petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner:

NOTARY

CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____ My Commission Expires upon my death

POSTED REGISTERED Mail NO. :

WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, __CHARLES PHILLIP__ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ___ 9 __, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Laying Principal, Charlton Trust,

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____ My Commission Expires _upon my death_

POSTED REGISTERED Mail NO. :

WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
60-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

121

# :NOTARY-VERIFICATION:

I, DAVID THOMAS petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: _____    My Commission Expires upon my death

POSTED REGISTERED Mail NO. :



WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, ELIZABETH LOVELL petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the **Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960,** the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9 lk , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

NOTARY

CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, **US DISTRICT COURT, USA /"et al "**

Notary: _____    My Commission Expires upon my death

POSTED REGISTERED Mail NO. :



WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO