02/23/2008-CURRENT

## (: IDENTIFIED TRIBUNAL)
## :AFFIDAVIT NOTICE OF THE ADMINISTRATIVE-TRIBUNAL PUBLIC NOTARY JUDGEMENT CLAIM OF ACQUITTAL BY THIS PROTEST FOR CLOSURE AGAINST THE ESCROW-ACCOUNT-CASE FILE#s 5:02-CR-27-CAR, AND ALL FOLLOWING CASE NUMBERS ASSOCIATED:

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT "NUNC PRO TUNC"

: Pursuant To: Title 42:U.S.C.§ 1986, O.C.G.A. § 11-1-207, O.C.G.A. § 15-16-4.1, UCC1-201, Title 28:U.S.C.§ 134:

| :Notary Public Acceptors: | | :Comm. Exp.: |
|---|---|---|
| 1. Laquetta C. Chrisp :County: Athens, | d/b/a LAQUETTA C. CHRISP State:GA | February 13, 2012 |
| 2. Arall Charles :County: Athens, | d/b/a ARALL CHARLES State:GA | February 11, 2012 |
| 3. Juanchella Kemp :County: Athens, | d/b/a JUANCHELLA KEMP State:GA | February 12, 2012 |
| 4. Amir James :County: Athens, | d/b/a AMIR JAMES State:GA | February 12, 2012 |
| 5. Renae McDade :County: Athens, | d/b/a RENAE MCDADE State:GA | May 15, 2011 |
| 6. Nkem O. Wilson :County: Fulton, | d/b/a NKEM O. WILSON State:GA | November 14, 2008 |
| 7. Shirley Evans :County: Athens, | d/b/a SHIRLEY EVANS State:GA | July 21, 2012 |

EH 461379455 US:

## Continued

8. Selina C. Hughs   d/b/a  SELINA C. HUGHS          November 6, 2011
:County: Athens,         State:GA

9. Iris Hamilton       d/b/a  IRIS HAMILTON          February 7, 2012
:County: Fulton,         State:GA

10. Lamont Houser   d/b/a  LAMONT HOUSER          February 01, 2010
:County: Fulton,         State:GA

11. Rev. Sharif Wilson   d/b/a  REV. SHARIF WILSON          April 17, 2009
:County: Dekalb,         State:GA

12. [Corliss S. Clayton]   d/b/a  CORLISS CLAYTON          August 30, 2009
:County: Fulton,         State:GA

13. [Barry M. Hamilton]  d/b/a BARRY M. HAMILTON          December 27, 2009
:County: Fulton,         State:GA

## :Sui Juris Foreign Notary Native American Citizen  Nationals:

14.  Zakur Re Tupak El                              Expires with Life
:Territory-Continental u.S.A. / Turtle Island

15. Dawiyd Bar Eloheem El                         Expires with Life
:Territory-Continental u.S.A. / Turtle Island

EH 461370455 US·

# :NOTICE OF ACCEPTANCE FOR CLOSURE BY THIS DECLARATION CLAIM OF THIS ADMINISTRATIVE-JUDGEMENT-CLAIM BY THE MALACHI Z. YORK PRIVATE TRUST ADMINISTRATIVE AGENCY AND INTERNAL TRIBUNAL:



DWIGHT YORK©™     v.     ACCUSER/OFFERORS OF THE STATE OF GEORGIA

Creditor: Dwight York Malachi Z. York    v.    Debtor(s): 3rd Party Agents, Agencies, Courts,& all Fiduciaries thereof

## :NOTICE TO PRINCIPAL IS NOTICE TO AGENT:

:Non-Negotiable Quantum-Notarial-Protest-Administrative-Judgement-Acceptance, For the Record:

:Notary Acceptor#1: _____ My Commission Expires: 2/12/2012

:Notary Acceptor#2: _____ My Commission Expires: 02/11/2012

:Notary Acceptor#3: _____ My Commission Expires: 02/12/2012

:Notary Acceptor#4: _____ My Commission Expires: 02/12/2012

:Notary Acceptor#5: _____ My Commission Expires 05/15/2011

:Notary Acceptor#6: Nkem-O. Wilson ™ My Commission Expires: 11/14/2008

:Notary Acceptor#7: _____ My Commission Expires: 7/21/2012

:Notary Acceptor#8: _____ My Commission Expires: 11/06/2011

:Notary Acceptor#9: _____ My Commission Expires: 2/7/2010

:Notary Acceptor#10: _____ My Commission Expires: 2/21/2010

:Notary Acceptor#11: _____ My Commission Expires: 4/17/2009

:Notary Acceptor#12: _____ My Commission Expires: 8/31/2009

:Notary Acceptor#13: _____ My Commission Expires: 12/27/2009

:Sui Juris-Foreign Notary Nationals

# Class Action Criminal Complaint
# In Matters of

:Malachi York El:®:©™ *misnomer DWIGHT D. YORK*©™

### vs.

# FEDERAL BUREAU OF PRISONS, US DEPARTMENT OF JUSTICE, AND THE USA

;

### NOTICE:
### AFFIDAVIT CRIMINAL COMPLAINT
### QUANTUM-CLAIM OF DAMAGES
### VESSEL-SALVAGE CLAIM
### A.  Pursuant to Title 42 USC § 1986:

1.  Title 42 USC § 1983;
2.  27 CFR 72.11;
3.  Title 11 USC Ch. 5 SUBCHAPTER 11 § 524, § 727, and § 944;
4.  12 CFR § 226.10;
5.  PUBLIC LAW 73-10 ;
6.  Title 1 § 1, 48 Stat;
7.  Emergency Banking Relief Act of March 9th 1933;
8.  ARTICLE 1 § 10 of the US Constitution;
9.  Title 12 USC § 152;
10. UCC 1-207, UCC1-308, UCC3-603, UCC3-605;
11. 1965 No.5596 EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTEE OF PRIVATE INVESTMENTS (MONROVIA, 6 AND 12 September 1960);
12.  THE JAY TREATY ARTICLE X;
13. 1814 TREATY OF GHENT TO END THE WAR OF 1812, ARTICLE III
14. MOROCCO: JUNE 28 AND JULY 15, 1786-TREATY OF PEACE AND FRIENDSHIP;
15. GAAS (GENERAL ACCEPTED AUDITING STANDARDS);
16. GAAP (GENERAL ACCEPTED ACCOUNTING PRINCIPLES);
17. Writ of Habeas, Writ of Assistance, and Writ of Fi.Fa.;
18. EMANCIPATION PROCLAMATION January 1, 1863;
19. ROMAN STATUTES;

Greetings Department of Justice Inspector General Glenn Fine, and
Federal Bureau of Prisons Office of Internal Affairs Marty Vogel Of Colorado:

Comes now with this Criminal Complaint is/are We the People, the worldwide United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*)UN#215/1993, The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST with this Criminal Complaint Claim of Fraud/violations of Oaths of Offices, and of reserved rights by this knowledge as a first-hand witness with knowledge of the injustices that We the People, the worldwide United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*) UN#215/1993, The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST has declared and witnessed through recorded improper procedures taken place at the UNITED STATES DISTRICT COURT(S), in the states of GEORGIA, ILLINOIS, and COLORADO from the dates of May 13, 2002 - **Current** by the following presiding Judges(s): HICKS, LAWSON, C.A. ROYAL, BIRCH, HULL, PASCO M. BOWMAN, NOTTINGHAM, KRISTEN MIX (sic).

We the People, the worldwide United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z.

Page 2 of 6

YORK,CESTUI QUE TRUST due hereby report this knowledge of the nature of War Crimes Pursuant to Title 42 USC § 1986, Title 42 USC §1983, Fair Debt Collections and Practices Act, GAAP (General Accepted Accounting Principles), GAAS (General Accepted Auditing Standards), 27 CFR 72.11, Roman Statutes Article 8(ii),(iii), Article 7 Crimes against humanity, (*Trading with the Enemy Act*) Fraud, Coercion, Collusion committed in this matter as witnesses to the facts of the <u>Fraud</u> within the said afore mentioned case file numbers, under penalties of perjury in the state / country:_____ / Internationally hereby;

Criminal acts of violations of Jurisdiction is/are being committed against the Secured Party: <u>Malachi Z. York El</u>: in accordance with We the People, the United Nuwaubian Nation of Moors (*Muurs*)of the World, the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST, as a recognized Liberian citizen and Honorary Diplomatic Agent. The criminal violations of Public Officials regarding jurisdiction is/are currently being committed by the FEDERAL BUREAU OF PRISONS and other U.S. AGENTS, including the criminal acts of Kidnap and Fraud, in violation of the International Human Rights Treaties, and all Reserved Rights under UCC 1-308; *see* 2003 UCC (*prior to any alleged convictions*);

The Administrative Notarial Tribunal / Notarial Administrative Grand Jury Council witnessed and investigated the illegal/unlawful recorded Tort Acts and detainment of the secured party: Malachi York El:®:©™, assumed and presumed as an escrow Surety to the alleged statute violation (*see* 27 CFR 72.11), in accordance with the knowledge of **Fraud** (*referencing the Treaty of* **1965 No.5596 EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTEE OF PRIVATE INVESTMENTS, MONROVIA, 6 AND 12 September 1960**);
(*In accord to Discoveries*) observed during a Court Case proceeding committed against

<u>:Malachi York El:</u> in the assumed, presumed, opinionated **charges** of ALL LISTED

CHARGES ON THE **INDICTMENT**(S) = TRUE BILL(*see* 27 CFR 72.11) .

Parties on behalf of the STATE OF GEORGIA, and the U.S. DISTRICT COURT

provided no proof of Charges/Claim(s) during the court case hearings.

In accordance, autograph's are provided below as verification knowledge of the

additional witnesses, who are also qualified competent-friends of the Court with

knowledge of the matter herein, do qualify this <u>Class Action-Criminal-Complaint Claim</u>

statement of the facts to establish knowledge of Fraud, Violations of Reserved rights by

the Practice of War Crimes/Crimes Against Humanity, by Coercion, Conspiracy,

Collusion, Espionage on the record for the record committed by the U.S. DISTRICT

COURT(S) (*see Court Transcripts*).  :Malachi York El: UCC Contract Trust Account#

442003002189 GA;  0442007044525 GA: 2007-2268538-33 KY; 2677041 KY; 2008-

F015978 MA-*filed in Puerto Rico and Colorado. and Washington State:*

All commercial tort claims (mortgage notes) made against the Secured Party :Malachi York El:®:©™ all city, state, federal agencies have been satisfied in full by the commercial presentments of a Bond/Promissory Note/Certified Funds in the subtotaled amount of $350,000,000.00 Three Hundred Fifty-Million United States Dollars and Zero Cents, filed in the Clerk of Court in the U.S. DISTRICT COURT DISTRICT OF COLORADO, as well as the Secretary of State Department of Colorado, and Currently now Indemnifying the US DSTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA, IN THE FORM OF A $300,000,000.00 Three Hundred Million Dollar USD- INDEMNITY BOND, AND A SILVER SURETY BOND (US CONSTITUTIONAL REAL MONEY, UNREPEALED), **Payable on Demand** at the Treasury window, TT&L Department, to the Department of the Treasury PO Box 4515 San Juan, Puerto Rico 00902, **Attention:** José G. Dávila Matos.

The Book-Entry Files Pursuant to GAAP

(GENERAL ACCEPTED ACCOUNTING PRINCIPLES) and GAAS (GENERAL ACCEPTED AUDITING STANDARDS) have not been updated, nor the Prompting of Payment towards the accounts after having knowledge of the law, by the US DISTRICT COURT OF COLORADO and the facts aforementioned, which is a commercial dishonor.

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21st in the year 2008.

_____
Witness

_____
NOTARY PUBLIC

_____
Witness

_____
Witness

My Commission Expires Does Not Expine
REPUBLIC OF TRINIDAD AND TOBAGO



## NOTARIAL -WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 20 in the year 2008.

MILLICENT SMALL
Witness

NOTARY PUBLIC

Marie Wafo Fonou
A Notary Public in and for the
My Commission Expires
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

JESSE SMALL
Witness

Marie Hilene Desir
Witness

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

## :NOTARIAL – WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _20_ in the year 2008.

Carinne Peggy Ghule
Witness

NOTARY PUBLIC

Marie Wafo Fonou
My Co Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

Tristen Coffey
Witness

Enock Brobbey
Witness

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel (416) 663-0074 (416) 907-1806, Fax (416) 663-1909

Page 6 of 6

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21st in the year 2008.

_____            _____
Witness                                             Witness

_____            _____
NOTARY PUBLIC                                  Witness



_____
My Commission ~~Expires~~ Does Not Expire

REPUBLIC OF TRINIDAD AND TOBAGO.

## NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: __2C__ in the year 2008.

Tovan Dang
Witness

NOTARY PUBLIC

My Commission Expires,
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

MAUREEN
Witness

TREVOR MCFARLANE
Witness

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel. (416) 663-0874,(416) 997-1908, Fax. (416) 663-1909

## :NOTARIAL –WITNESS– OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _____ in the year 2008.

_____
Witness

_____
NOTARY PUBLIC

_____
Witness

_____
Witness

_____
My Commission Expires

Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: ___20___ in the year 2008.

D'Shawn Jordon
Witness

NOTARY PUBLIC

_____
My Commission Expires

Isa Cooper
Witness

Witness

**Marie Wafo Fonou**
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

Page 6 of 6

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _____ in the year 2008.

_____
Witness

_____
NOTARY PUBLIC

_____
Witness

_____
Witness

_____
My Commission Expires

**Marie Wafo Fonou**
**A Notary Public in and for the**
**Province of Ontario**
**My commission does not**
**expire being a Barrister & a Solicitor.**

**Law Office of Marie Wafo Fonou**
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax (416) 663-1909

Page 6 of 6

### :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 20 in the year 2008.

_Sean Allen_
Witness

NOTARY PUBLIC

_Paola Pareja-Garcia_
Witness

_MASIMBA KADZIRANGE_
Witness

My Commission Expires
Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel (416) 663-0074,(416) 887-1908, Fax (416) 663-1909

## NOTARIAL ‑WITNESS‑ OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _20_ in the year 2008.

_____
Witness

_____
NOTARY PUBLIC

_____
My Commission Expires

Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

_____
Witness

_____ Faride Molina _____
Witness

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

# :NOTARIAL –WITNESS– OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL.,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21st in the year 2008.



_____
Witness

_____
NOTARY PUBLIC



_____
Witness

_____
Witness

_____
My Commission Expires

222

## :NOTARIAL -WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the Yamassee Native American Moors (*Muurs*), The Notarial Administrative Tribunal · Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: 21st in the year 2008.

_____
Witness

_____
NOTARY PUBLIC

_____
Witness

_____
Witness

My Commission ~~Expires~~ Does Not Expire

REPUBLIC OF TRINIDAD AND TOBAGO

NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

21ˢᵗ   On the day: _____ in the year 2008.

*Brent Joseph*
Witness

TTP 138318
NOTARY PUBLIC

*Chapman Moseley*
Witness    1963111  27
TTI.
Witness   TT ID No 1956100.

Date The 21ˢᵗ Octr. 2008

My Commission Expires  _____

NATH PERSAD SHARMA
ATTORNEY-AT-LAW&
NOTARY PUBLIC
Corner Eastern Main Road &
Morton Street, Tunapuna
Trinidad W.I.

Page 6 of 6

## :NOTARIAL  WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal   Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21 st   October, in the year 2008.          } *s.s.*

Witness) MARSHA  P.  FRANK-WALKER        Witness TERRY WALKER

NOTARY PUBLIC   GUY HANNAYS Witness WAYNE  AMBROSE
NOTARY PUBLIC
of Second Floor
53 Edward Street, Port of Spain
Trinidad, West Indies

___N/A___.
My Commission Expires

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

On the day: 21st in the year 2008.

Witness ANGELA A AMBROSE

NOTARY PUBLIC
GUY HANNAYS
NOTARY PUBLIC

My Commission Expires

Witness

Witness
CINDY ALEXANDER - MASON

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21st in the year 2008.

Witness AMEN HETEP

Witness CASSANDRA WOOD

NOTARY PUBLIC    GUY HARNAIS

Witness PHILIP CATO

N/A-

My Commission Expires

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21st _October_ in the year 2008.

_Jamiylah A Muhammad_    _Hikmah Abdellah Mohammad_
Witness JAMIYLAH A MUHAMMAD   Witness Hikmah A. Muhammad

_Guy Hannays_    _Alvin Samuel_
NOTARY PUBLIC   GUY HANNAYS   Witness Alvin Samuel
              NOTARY PUBLIC
              of Second Floor
              St. Vincent Street, Port of Spain,
              Trinidad West Indies.

_N/A._
My Commission Expires

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21ˢᵗ in the year 2008.

Witness CHARLES PHILLIP

Witness CHERRY TRIBUCE

NOTARY PUBLIC

GUY HANNAYS
NOTARY PUBLIC
of Second Floor
55 Edward Street, Port of Spain,
Trinidad, West Indies.

Witness KESTON MAYERS

N/A.
My Commission Expires

## NOTARIAL – WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: _20_ in the year 2008.

_____
Witness

_____
NOTARY PUBLIC

_____
Witness

_____  Faride Molina
Witness

_____
My Commission Expires

Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax (416) 663-1909

Page 6 of 6

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

On the day: 21 ˢᵗ _October_ in the year 2008.

_____     _____
Witness *MERLIN ROBERTS*    Witness *PATRICK ALLEYNE*

_____     _____
NOTARY PUBLIC   GUY HANNAYS Witness *JOSEPH HOSTEN*
NOTARY PUBLIC
of Second Floor
55 Edward Street, Port of Spain,
Trinidad, West Indies.

_____
My Commission Expires N/A.

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

21ˢᵗ on the day: _October_ in the year 2008.

_____
Witness  T&T id 1990022100i

_____
Witness  T&T ID 194H03160l43

_____
NOTARY PUBLIC

_____
Witness  T&TID 1977110407c

_____
My Commission Expires

NATH PERSAD SHARMA
ATTORNEY-AT-LAW&
NOTARY PUBLIC
Corner Eastern Main Road &
Morton Street, Tunapuna
Trinidad W.I.

Page 6 of 6

### NOTARIAL WITNESS OATH:

We the People the United Nuwaubian Nation of Moors (*Moors*) the Yamassee Native American Moors (*Moors*) The Notarial Administrative Tribunal  Notarial Grand Jury  and the EL MALACHI Z YORK CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: 21st in the year 2008.

_____
Witness

NOTARY PUBLIC

_____
Witness

_____
Witness

My Commission ~~Expires~~ Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO.



## :NOTARIAL -WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*). The Notarial Administrative

Tribunal ' Notarial Grand Jury, and the EL.MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 21st in the year 2008.

Cnella Cooper
Witness

NOTARY PUBLIC

Virgil Smith
Witness

_____
Witness

My Commission Expires Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO



## :NOTARIAL WITNESS OATH:

We the People the United Nuwaubian Nation of Moors (Moors) the Yamassee Native American Moors (Moors). The Notarial Administrative Tribunal Notarial Grand Jury, and the EL MALACHI Z. YORK CESTUI QUE TRUST in the presence of a Notarial Witness have reviewed this knowledge being true, correct, and complete with the best of our knowledge by this oath of office under the penalties of perjury in the month: October, on the day: 21st in the year 2008.

Witness

NOTARY PUBLIC

Witness

Witness

My Commission ~~Expires~~ Does Not Expire

REPUBLIC OF TRINIDAD AND TOBAGO.



## :NOTARIAL -WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: 22nd October, in the year 2008.

Witness SheLoon- Homer- BAYLEY

WitnessLYNDON D CRAIGWELL

NOTARY PUBLIC

GUY HANNAYS
NOTARY PUBLIC

Witness TARIF A. MUHAMMAD.

N/A.

My Commission Expires

## :NOTARIAL -WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

On the day: 22nd in the year 2008.

Witness JASON ALFRED MAYERS

NOTARY PUBLIC

GUY HANNAY'S
NOTARY PUBLIC
of Trinidad River
55 Edward Street, Port of Spain
Trinidad, West Indies.

My Commission Expires

Witness NICANOR AMRON

Witness MARLON B.DURHAM

## :NOTARIAL –WITNESS- OATH:

We the People, the United Nuwaubian Nation of Moors (*Muurs*), the

Yamassee Native American Moors (*Muurs*), The Notarial Administrative

Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK,CESTUI

QUE TRUST in the presence of a Notarial Witness have reviewed this

knowledge being true, correct, and complete with the best of our knowledge

by this oath of office under the penalties of perjury in the month: October,

on the day: __21st__ in the year 2008.

_____        _____
Witness                         Witness

_____        _____
NOTARY PUBLIC                   Witness

_____
My Commission ~~Expires~~ Does Not Expire
REPUBLIC OF TRINIDAD AND TOBAGO



## IN THE US DI STRICT COURT OF BIBB COUNTY
## IN THE MIDDLE DI STRICT OF GEORGIA

IN THE MATTER OF THE UNLAWFUL )     Alleged Case No.5:02-CR-27-CAR, "et al"
DETAINMENT OF,              )     AND ALL FOLLOWING ACCOUNT #s:
                              )
DWIGHT YORK / MALACHI Z. YORK©™ )
AND OR ASSOCIATED APPELLATIONS )
Noble: Malachi York El:©™          )

### Ky/Co/Ga UCC File Numbers: 2007-2268538-33(KY), 20082078133 C (CO), and
### 044-2007-004525 (GA),etc.;
### Writ of Habeas Corpus for Indigenous Peoples
### PURSUANT TO: 27 CFR § 72.11, TITLE 11 USC § 524, 12 CFR § 226.10:

**To the Sheriff of said County, GREETINGS:**

I, Malachi Z. York: El, Petitioner, Indigenous Individual, alleged accused/ aggrieved party, and unlawfully detained; and pursuant to state law command that the Bibb County Sheriff, forthwith notify the County prosecutor to hold and to attend an examining court that they show the cause of taking and restraining the said Petitioner with evidence of Subject Matter Jurisdiction, JAMA v. U.S.., 22 F. Supp., 2d 353, 357 and F.R.C.P. 12(b)(1) over said Petitioner, or have case dismissed per F.R.C.P 12(b)(6).

Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by the law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement. It is the ruling of the U.S.-Supreme Court that; "If any Tribunal (Court) finds absence of Proof of Jurisdiction over person and subject matter, that case must be overturned if necessary." Louisville RR v. Motley, 211 US 149, 29 S. Ct. 42, per F.R.C.P. 12(b)(1), 12(h)(3), and 12(b)(6).

**DEMAND IS HEREBY MADE FOR THE US DI STRICT COURT, FOR THE MIDDLE DI STRICT OF GEORGIA TO ISSUE THE FOLLOWING ORDERS AND SUBPOENAS DUCAS TACEM IN BEHALF OF THE PETITIONER, ORDERING TO THE EXAMINING COURT HEARING, THE FOLLOWING ITEMS;**

1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedures as are established by law. All citations or complaints charging or accusing the Petitioner with some offense or crime with supporting affidavits and indictments establishing Subject Matter Jurisdiction over Petitioner;

2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him. All information or indictments, signed or unsigned, by any prosecutor which charged or accuse the Petitioner of some offense or crime with proof of an enacting clause for all named offenses with Title 42 U.S.C.§ 1983, Title 28 U.S.C.§ 636, Civil Claim 60 b, and Title 46 U.S.C.§ 781;

Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful, because of non-disclosure of the requirements of the prosecutor to establish subject matter jurisdiction, other than an unsubstantiated statement;

All warrants and summons that form the basis for the restraint and commitment of the Petitioner, with evidence of subject matter jurisdiction over said Petitioner, including the laws and enacting clauses for the offense of

All Allegations, assumptions, presumptions, and opinionated charges ;

All affidavits in support of any judicial contempt accusations, and commitment papers ordering the Petitioner committed to jail;
Copies of all Constitutional Laws, which the executive, or judicial employee or officer relied upon to accuse the Petitioner, and thereby detain the Petitioner, and restrain him from his liberty. The law requires PROOF OF JURISDICTION to appear on the record of the administrative agency and all administrative requirement of F.R.C.P 12(b)(1), 12(h)(3) and 12(b)(6);

**DEMAND IS HEREBY MADE FOR THE COURT TO ISSUE THE FOLLOWING SUBPOENAS OR ORDERS ON BEHALF OF THE PETITIONER, ORDERING TO THE EXAMINING COURT A HEARING OF THE FOLLOWING PERSONS:**

The alleged harmed party, or other executive officers, who charged Petitioner with an offense that resulted in the Petitioners detainment, to provide the name, and an enacting clause, for all alleged offenses, and substantiated statements of accusation;

The contract which Petitioner violated, with Subject Matter Jurisdiction over Petitioner, that resulted in the detainment of Petitioner, other than a sign statement of the Petitioner with non-disclosure;

The judicial officer who signed any executive or judicial arrest warrant that resulted in the detainment of the Petitioner with affidavits and indictments and any other supporting documents to establish subject matter jurisdiction over Petitioner, to support probable cause for said warrant;

The judge or Magistrate who presided over any proceedings of probable cause, or any other judicial proceedings or court forum, prior to the commitment of Petitioner, to show a cause of action with subject matter jurisdiction as per F.R.C.P 12(b)(1), or order dismissal of the case per F.R.C.P 12(b)(6);

The judicial officer or other person who signed the commitment papers ordering the Petitioner detained, MUST bring forward evidence of subject matter jurisdiction;

Be it further ordered by the court that before any hearing is held that may deprive Petitioner of Life, Liberty, or Property, the Petitioner be afforded all the tools to defend, enacting clauses of all laws in which Petitioner violated, and evidence of subject matter jurisdiction over Petitioner, as the prosecutor has to prosecute according to the mandates of Constitutional Laws;

To act otherwise would be to deny due process of law under "color of law." Be it further ordered that the pleadings of the Petitioner be held to a lesser standards than an attorney, **Haines v. Herner, 92 S. Ct. 594.** Be it further ordered that Petitioner be afforded his right to counsel of his choice as it set forth in the Constitution, said counsel be **"anyone of his choice".**

<u>Malachi York El:®:©™</u>
Petitioner or Petitioner's Next Friend

## AFFIRMATION AND VERIFICATION

**STATE OF GEORGIA**
**BIBB COUNTY**

I :Malachi York El: :®:©™ (TTE), your Affiant, being first duly sworn according to law, having first hand knowledge of the facts herein, and being competent to testify, do affirm that the Petition to which this affirmation is attached is   truly stated by your affiant to his best knowledge and belief:

__12/24/2008__
Date

_____Malachi York El:®:©™_____
Affiant or Affiant's Next Friend

## NOTICE

Using a notary on this document does not constitute any adhesion, nor does it alter an Indigenous Peoples status in any manner:  The purpose of the notary is verification and identification only and not for entrance into foreign jurisdiction:

## NOTARY ACKNOWLEDGEMENT

On this __24th__ day of December 2008 before me, the undersigned Notary Public in and for the STATE OF GEORGIA, appeared: Secured Party-Trustee, self identified as an Indigenous Peoples and proved to me on the   basis of satisfactory evidence, to be the person whose signature appears on the within instrument and acknowledged      to me that he executed it with intent of purpose.

As witness, my hand and official seal

NOTARY PUBLIC BARRY M. HAMILTON

MY COMMISSION EXPIRES 12/27/2009

## CERTIFICATE OF DELIVERY

DELIVERED TO THE_____ COURT DEPUTY-/_____:
Recieved by the Sheriff: Day_____ Time_____

SIGNED:_____