**RELEASE OF PERSONAL PROPERTY FROM ESCROW**

Whereas _____Malachi Z. York_____, of _P O Box 522,Decatur GA_____, by a bond
　　　　　　　　(Name)　　　　　　　　　　　　(Place of Residence)
for the performance of U.S. Government Contract Number _____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_____,

became a surety for the complete and successful performance of said contract, and Whereas

said surety has placed certain personal property in escrow

　　　in Account Number _____5:02-CR-27-CAR_____ on deposit

　　at _The United States District Court The Middle District GA M.D_____
　　　　　　　　　　　　(Name of Financial Institution)

located at _____901 19th Street DENVER, COLORADO 80294-3589_____ , and
　　　　　　　　　　　(Address of Financial Institution)

Whereas I, _____AMIR JAMES-PUBLIC NOTARY_____ , being a duly authorized
representative of the United States government as a warranted contracting officer, have
determined that retention in escrow of the following property is no longer required to ensure
further performance of the said Government contract or satisfaction of claims arising
therefrom:

ACCOUNT NUMBER: 5:02-CR-27-CAR CANCELLED DEBT ON THE DATE 12/22/2008

and

Whereas the surety remains liable to the United States Government for the continued
performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow
the property listed above, and directs the custodian of the aforementioned escrow account to
deliver the listed property to the surety.  If the listed property comprises the whole of the
property placed in escrow in the aforementioned escrow account, the Government further
directs the custodian to close the account and to return all property therein to the surety, along
with any interest accruing which remains after the deduction of any fees lawfully owed to

The United States District Middle District GA M.D.　　　　　.
_____
　　　　　　(Name of Financial Institution)

[Date]　　　12/22/08

[Signature]

Seal

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

AUTHORIZED FOR LOCAL REPRODUCTION