## RELEASE OF LIEN ON REAL PROPERTY

Whereas ___Malachi Z. York©™___, of ___P.O. Box 522, Decatur, GA 30031___, by a bond
               (Name)                        (Place of Residence)
                                                                    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
for the performance of U.S. Government Contract Number _____ ,
became a surety for the complete and successful performance of said contract, which bond
inlcudes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

ACCOUNT NUMBER: 5:02-CR-27-CAR, 08-cv-02361-BNB, CANCELLED DEBT ON THE DATE 12/22/2008

and recorded this pledge on _____ The United States District Court District of CO _____
                                              (Name of Land Records)
in the _____ 901 19th Street _____ of___ DENVER, COLORADO 80294-3589 ___ ,
                    (Locality)                              (State)
and

Whereas, I, _____ AMIR JAMES-NOTARY PUBLIC _____ , being a duly
authorized representative of the United States Government as a warranted contracting
officer, have determined that the lien is no longer required to ensure further performance of
the said Government contract or satisfaction of claims arising therefrom,
and

Whereas the surety remains liable to the United States Government for continued
performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the
aforementioned lien.

[Date]        12/22/08                    [Signature]
                                          Seal

                                          **OPTIONAL FORM 90** (REV. 1-90)
                                          Prescribed by GSA-FAR (48 CFR) 53.228(n)

AUTHORIZED FOR LOCAL REPRODUCTION