# Exhibit A1

# AFFIDAVIT

I, Amir James, a living soul, over 18 years of age, being competent to testify and having first hand knowledge of the facts herein, declares under penalty of perjury of the laws of the united States of America, that:

I have witnessed payment tendered in the amount of $300,000,000 Three Hundred Million United States Dollars and $50,000,000 United States Dollars issued to Marcy Cook Assistant Attorney at the United States Department of Justice District of Colorado (USPS Tracking: RB 803414873 US), Troy Eid and Michael Mukasey United States Attorney and United States Attorney General of the Department of Justice Colorado District, John Suthers Attorney General for the State of Colorado (USPS Tracking: EH 119996086 US), Honorable Judge Edward Nottingham of the United States District Court for the District of Colorado (USPS Tracking: EH 119995995 US), and Warden Ron Wiley of the Federal Bureau of Prisons Florence ADX Facility (USPS Tracking: EB 119996007 US).

Since the first payment has been tendered on February 25th of 2008 I have not been shown any evidence by the United States District Court of The District of Colorado, or the Federal Bureau of Prisons that this account/Case: 5:02-CR-27-CAR thru 07-cv-01297-EWN-KLM his been updated pursuant to 27 CFR 72.11, 12 CFR 226.10, 11 U.S.C. § 524, GAAP, and GAAS or any evidence that Malachi Z. York/DWIGHT York has been discharged from the Florence ADX Facility.

In witness hereof, I hereunto set my hand and official seal.

_____
Notary

_____
County

_____
State

_____
Date   12/22/08

# Exhibit B1-B6

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary E. Cook
U.S. Atty. Ofc. Denver
1225 17th Street East
Seventeenth Street Plaza
Denver, CO 80202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)    RB 803 414 873 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Exhibit B-1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTENTIONS U.S. ATTORNEY
TROY EID
1225 17th Street ste. 700
DENVER, Colorado 80202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

* ATTN: ATTORNEY GENERAL JOHN SUTHERS
1525 Sherman St 7th Floor
Denver Colorado
80203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
Received
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
OCT 0 6 2008
by Mail Services

3. Service Type
☐ Certified Mail  ☒ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
EH119996086US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
OFFICE OF THE PROVOST MARSHAL
BUILDING 2700
* ATTN: Provost Marshal Sergeant
* Master Paul Zeidalis
7227 Christie St.
FT Carson, Colorado

FIDUCIARY RESPONSIBILITY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☒ Addressee
B. Received by (Printed Name)    C. Date of Delivery
PAUL ZEIDALIS  21 SEP
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Certified Mail  ☒ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
EB086312294US

PS Form 3811

**Exhibit B-2**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: CLERK OF COURT and
Edward W. Nottingham
Rooms A-105, A 273, and A 201
901 19th Street

Denver, Colorado

80294 + 3589

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
☐ Certified Mail   ☑ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

EH119995995US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Exhibit B-3**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: HONORABLE

*ATTN: Warden Wiley

USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
Florence, CO
81226    *Notice

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Mail 1 02    6-25-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☑ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    EB 9527284779US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*ATTENTION: WARDEN RON WILEY

U.S. PENITENTIARY
PO BOX 8500
FLORENCE, CO 81226

*NOTICE TO DISCHARGE DETAINEE

2. Article Number
(Transfer from service label)    EH119996007US

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
9-29-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☑ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

**Exhibit B-4**

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
   Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

   * ATTORNEY GENERAL
     1525 Sherman St. 7th Floor
     Denver, CO 80203

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)       C. Date of Delivery

   Received

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   by Mail Services

3. Service Type
   ☐ Certified Mail      ☑ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)       ☐ Yes

2. Article Number
   (Transfer from service label)   EH2734l6336US

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT B-5**

**EXHIBIT B-6**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attn: CLERK OF COURT and
Edward W. Nottingham
Room A105, A273, and A201
901 19th Street
Denver, Colorado

80294+3589

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Address

B. Received by ( Printed Name)    SEP 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☒ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    EH1199959595US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of the Court,
Alfred A. Arraj
United States Courthouse
Room A105
District of Colorado
901 19th Street
Denver, CO 80294

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    AUG 25 2008  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☒ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    EH0833810a5US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTENTION: WARDEN RON WILEY
U.S. Penitentiary
PO Box 8500
Florence, CO 81226

*NOTICE TO DISCHARGE DETAINLEE

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    SEP 2008  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☒ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    EH1199960007US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

# ATTORNEY GENERAL
1525 Sherman St. 7th Floor
Denver, CO 80203

by Mail Services

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    Received  SEP 2008  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☒ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    EH273416336US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# Exhibit C1-C7



RECORDED COPY

**Exhibit C-1**

73

**PRIVATE DISCHARGE AND INDEMNITY BOND**   Number: DY/MZY-09132008-0002

USPS REGISTERED MAIL TRACKING NO. RR059445490US(PR), RR059445061US(D.C.), RB803414873US (ATTORNEY'S#)
AND THE CURRENT USPO MAIL TRACKING NO. EH 273416367 US(To IRS), EH 273416557 US(To IRS), EH 273416353 US,(To Treas.P.R.),
EH 273416398 US(To Treas. D.C.), EH 273416336 US(To ATTORNEY GENERAL):

**Value: $300,000,000.00 Three Hundred Million United States Dollars 00/100**

Routing Number: GUARANTY BK TR 1020-0096-6

Date of Issuance: 09/12/2008
Date of Expiration: 09/12/2038

To:  Henry M. Paulson Jr. and Anna Escobedo Cabral   hereinafter "Fiduciary"
Secretary of the US Treasury
and the Treasurer of the US Treasury
1500 Pennsylvania Ave. NE NW
Washington, D.C. 20220

José G. Dávila Matos
Secretary of the
DEPARTAMENTO DE HACIENDA
P.O. Box 902-4140, San Juan, P.R. 00902-4140

For:  Dwight D. York / Malachi Z. York:®:©
YORK, DWIGHT CESTOI QUE TRUST
EL, MALACHI Z. YORK, CESTUI QUI TRUST
STATE OF GEORGIA AND ALL ELECTED BODIES/CIVIL SERVANTS;
STATE OF GEORGIA BAR ASSOCIATION;
U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA;
U.S. DISTRICT COURT, DISTRICT OF COLORADO;
U.S. COURT OF APPEALS ELEVENTH CIRCUIT;
PUTNAM COUNTY SHERIFF'S DEPARTMENT;
DISTRICT DEPUTY COMPTROLLER-ARCHIE UP ANDERDS EASTERN DISTRICT,
MARQUISE TOWER;
EDWARD T GARLAND BAR# 28400-DBA ATTORNEY AT LAW, MANIBOR S. ARORA;
CHILD SUPPORT ENFORCEMENT-DOUGLAS NEWSOME,
SHERIFF HOWARD RICHARD SILLS, ESQ.;
DEPARTMENTO DE HACIENDA, SECRETARY OF TREASURY- José Davila Matos;
MAXWELL WOODS, RICHARD S. MOULTRIE, ASST. US ATTORNEY;
SONNY PURDUE, GOVENOR OF ATLANTA, GA. 30303;
DEPARPTMENT OF TREASURY IN SAN JUAN, PUERTO RICO;
US DISTRICT JUDGE HUGH LAWSON;
ATTORNEY FRANK RUBINO;
FREDRICK D. BRIGHT;
HARRY E. BRUNO / FOREPERSON OF THE GRAND JURY
STEPHANIE D. THACKER
ATTORNEY BENJAMIN A. DAVIS, II, ESQ.
DAWN BASK;
MORGAN COUNTY COURTHOUSE, GA 306350;
SUPERIOR COURT OF PUTNAM COUNTY, GA 31024;
*JUDGE* HUGH LAWSON, MACON, GA 31202;
*JUDGE* C. ASHLEY ROYAL, MACON, GA 31202;
ATTORNEY MALIK SHABAZZ, ESQ.
ATTORNEY Matthew McGavock Robinson, Robinson & Brandt, P.S.C.;
*JUDGE* ZITA L. WEINSHIENK;
CHIEF *JUDGE* EDWARD W. NOTTINGHAM;
KRISTEN L. MIX;
ATTORNEY MARCY ELIZABETH COOK, ESQ.;
ATTORNEY LETA RUTH HOLDEN, ESQ.;
HOLDEN LAW OFFICES;
ewnsec;
FLORENCE ADMAX U.S. PENITENTIARY;
FEDERAL BUREAU OF PRISONS;
ATTONEY EKAETTE PATTY, ESQ.;

ATTORNEY ANNE EDDINGS —FOUNTAIN;
ATTORNEY EKAETTA EDDINGS-FOUNTAIN;
MAGISTRATE JUDGE BOYD N. BOLAND;
DR. WILLIAM THOMPSON M.D;
G. MALLON FAIRCLOTH, REFERRAL;
U.S. MAG. JUDGE G. MALLON FAIRCLOTH;

Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder

RECORDED COPY

**Exhibit C-2**

U.S.A.;
MAYOR SHIRLEY FRANKLYN
**GEORGIA COURTS/DIVISIONS**, ATHENS,
ALBANY DIVISION,
COLUMBUS DIVISION,
VALDOSTA DIVISION,
PACER SERVICE CENTER, SAN ANTONIO, TX 78278-0549,
U.S.A. COURT FLAG DEFINITIONS;
U.S. GOVERNMENT DEFENDANT(S);
ATTORNEY ADRIAN PATRICK;
PAYNE WEBBER GROUP INC. PWB FINANCIAL SERVICES
*JUDGE* BIRCH;
*JUDGE* HULL;
*JUDGE* PASCO BOWMAN
**ACCOUNT NUMBERS**;
202-CR-229-1
5:02-CR-27
1:06-cv-00
5:07-cv-9 01 CAR-G F,
02-000 CR 7-CA 5-1;
1:07 012 EW KLM,
CORRECTIONS CORPORATION OF AMERICA BOARD OF TRUSTEES
PUTNAM COUNTY BOARD OF TRUSTEES
HOME LAND SECURITY MICHAEL CHERTOFF
ATTORNEY GENERAL HUMBERT BAKER
US ATTORNEY GENERAL JANET RENO
US ATTORNEY GENERAL ROBERTO GONZALES
US SECRETARY OF DEFENSE COLIN POWELL
COLORADO STATE, INCLUDING ALL ELECTED OFFICERS FIDUCIARIES CIVIL SERVANTS,
COLORADO STATE BAR, AND THE STATE OF COLORADO BAR ASSOCIATION;
COLORADO STATE COUNTIES/AGENTS;
ADAMS, ALAMOSA, ARAPAHOE, ARCHULETA, BACA, BENT, BOULDER, BROOMFIELD,
CHAFFEE, CHEYENNE, CLEAR CREEK, CONEJOS, COSTILLA, CROWLEY, CUSTER, DELTA,
DENVER, DELORES, DOUGLAS, EAGLE, EL PASO, FREMONT, GARFIELD, GILPIN, GRAND,
GUNNISON, HINSDALE, HUERFANO, JACKSON, JEFFERSON, KIOWA, KITCARSON, LA PLATA,
LAKE, LARIMER, LARIMER, LAS ANIMAS, LINCOLN, LOGAN, MESA, MINERAL, MOFFAT, MONTE UM,
MONTROSE, MORGAN, OTERO, OURAY, PARK, PHILLIPS, PITKIN, PROWERS, PUEBLO, RIO BLANCO,
RIO BLANCO, RIO GRANDE, ROUTT, SAGUACHE, SAN JUAN, SAN MIGUEL, SEDGWICK, SUMMIT, TELLER,
WASHINGTON, WELD, AND YUMA COUNY;
COLORADO STATE JURY COMMISSIONERS- DEBBIE TIFFANY, JENNIE HEERSINK, CYNTHIA DAY,
DEBBIE TULLY, VICKIE MCENDREE, VICKI LEFFERDINK, PAT WITTREICH, KIMBERLY TROUDT,
KAREN PROSSER, VICKI ALLEN, PAT WITTREICH, KIMBERLY TROUDT, KAREN PROSSER, VICKI ALLEN,
KIMBERLEE HILL, JENNIE HEERSINK, DAWN STALLSWORTH, LINDA URWILLER, PENNY WAGNER,
MARILYN ORTIZ, JENNIFER WEDDLE, DEBORA KELLIHER, DIANE CROW, SHARLENE MILLS, LESLIE DAVIS,
BRENDA KNOLL, LORI JOHNSON, GARY VIGIL, KIMERLY GRAHAM, DIANA KAUFMAN, ROSE ANNE KELLEY,
JENNIE HEERSINK, DIANA MEYER, AMELIA L. "AMY" HARRIS, DESIREE LIPE, PENNY WAGNER,
CATHLENE MARSHALL, PENNY WAGNER, DEBRA MCLIMANS, JOY STRACK, CAROLYN JEMISON,
BARBARA MCDANIEL, LILA MEARS, KAREN MURPHY, SOLVEIG OLSON, JENNIE HEERSINK, LESLIE DAVIS,
PENNY WAGNER, SUSAN KINNISON, JAN REED, SHERI PORTER, GLORIA HILLIER, LANELLE COBLE-
MCEACHRON, BETTY WILSON;
INCLUDING TITLES AND POSITIONS, SUCH AS;
JURY COMMISSIONER(S), CLERK(S) OF COURT(S), BENT COUNTY JURY COMMISSIONER(S), CHAFFEE COUNTY
JURY, CROWLEY COUNTY JURY COMMISSIONER(S), DELTA COUNTY JURY COMMISSIONER(S),
DOUGLAS COUNTY JURY COMMISSIONER(S), FREEMONT COUNTY JURY COMMISSIONER(S),
GARFIELD COUNTY JURY COMMISSIONER(S), GILPIN COUNTY JURY COMMISSIONER(S),
GUNNISON COUNTY JURY COMMISSIONER(S), HINSDALE COUNTY JURY COMMISSIONER(S),
HUERFANO COUNTY JURY COMMISSIONER(S), JACKSON COUNTY JURY COMMISSIONER(S),
JEFFERSON COUNTY JURY COMMISSIONER(S), KIT CARSON COUNTY JURY COMMISSIONER(S),
LARIMER COUNTY JURY COMMISSIONER(S), LAS ANIMAS COUNTY JURY COMMISSIONER(S),
LOGAN COUNTY JURY COMMISSIONER(S), MESA COUNTY JURY COMMISSIONER(S), MONTROSE COUNTY --
JURY COMMISSIONER(S), PHILLIPS COUNTY JURY COMMISSIONER(S), PITKIN COUNTY JURY COMMISSIONER(S),
PUEBLO COUNTY JURY COMMISSIONER(S), RANGLY COUNTY JURY COMMISSIONER(S),
MEEKER COUNTY JURY COMMISSIONER, SAN MIGUEL JURY COMMISSIONER(S), TELLER COUNTY JURY-
COMMISSIONER(S);
STATE COURTS OF COLORADO, COURT ADMINISTRATOR(S) / FIDUCIARIES
INTERNATIONAL ATTORNEY GALOWALLO
COLORADO STATE ATTORNEY GENERAL—JOHN W. SUTHERS
US ATTORNEY GENERAL-JOHN ASHCROFT
US ATTORNEY GENERAL-ALBERTO GONZALES

Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
**Account Holders**
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
**Account Holders**
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder

Account Holder

Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder

RECORDED COPY

**Exhibit C-3**

| | |
|---|---|
| US ATTORNEY GENERAL-MICHAEL B. MUKASEY | Account Holder |
| US PROVOST MARSHAL GALE HAYNES | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF GEORGIA | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF COLORADO | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF WISCONSIN | Account Holder |
| UNITED STATES MARSHAL GEORGE BREFFNI WALSH | Account Holder |
| STATE OF COLORADO ATTORNEY GENERAL, JOHN SUTHERS | Account Holder |
| AUSTIN TEXAS, DEPARTMENT OF THE TREASURY-FRANK SCOFIELD | Account Holder |
| STATE OF COLORADO COMPTROLLER OF THE CURRENCY – DAVID MCDERMOTT | Account Holder |
| COLORADO STATE DEPARTMENT OF THE TREASURY | Account Holder |
| GEORGIA STATE COMPTROLLER OF THE CURRENCY | Account Holder |
| CITI CORP TRUST BANK, CITI GROUP | Account Holder |
| WAL-MART | Account Holder |
| BANK OF INTERNATIONAL SETTLEMENT | Account Holder |
| UNITED BANK OF SWITZERLAND | Account Holder |
| JP MORGAN CHASE BANK | Account Holder |
| PZN PRESTON REALTY TRUST INCORPORATION | Account Holder |
| MERRYLL LYNCH | Account Holder |
| WELLS FARGO | Account Holder |
| WACHOVIA | Account Holder |
| DUETSCHE BANK GROUP | Account Holder |
| BNP PARIBAS, BANQUE NATIONALE DE PARIS | Account Holder |
| BANK OF TOKYO MITSUBISHI LTD. | Account Holder |
| SUMITOMO BANK LTD. | Account Holder |
| BAYERISCHE HYPO-UND VEREINS BANK OF MUNICH, GERMANY | Account Holder |
| BANK OF AMERICA CHARLOTTE US | Account Holder |
| US DEPARTMENT OF TREASURY | Account Holder |
| HENRY M. PAULSON JR. | Account Holder |
| GEORGE W. BUSH JR | Account Holder |
| Internal Revenue Service Account No. 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, | Account Holder |
| Social Security No. 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 | |

By/On/Through: Dwight D. York / Malachi Z. York:®:©™
hereinafter "Creditors"

Principal      Private Offset Account No. RR059_____06___US
First Surety    Private Offset Account No. RR05_____50___US
Second Surety  Private Offset Account No. RR0_____49___
Third Surety    Private Offset Account No. RR____27___256US

*KNOW ALL MEN BY THESE PRESENTS.* **WHEREAS**, only fiat money exists in circulation for the discharge of debt:
NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit. In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for Account Holders: Dwight D. York / Malachi Z. York:®:©™ and Account No.064360272, each severally, for any amount up to and including **Three Hundred Million USD-($300,000,000.00)**, insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current   and future losses, costs, debt taxes, encumbrances, deficits, deficiencies, liens, judgements, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by certified mail at the location below-noted. Failure to return will stipulate acceptance and honor.

## BOND ORDER

1.   The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of the Account Holders: Dwight D. York / Malachi Z. York:®:©™ and Social Security Account No.064360272 dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

2.   Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against   any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar without exception   through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3.   The Fiduciary shall have thirty (30) days from Date of Delivery specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the principal with all associated transactions annexed thereto by United States Certified Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance and honoring of this instrument and all terms and provisions herein as an operation of law.

**Exhibit C-4**

4. All communication shall be sent by United States Certified Mail directly to the Principal at the location noted hereunder exactly as shown, Service in any other manner will be defective. The Principal will accept post at the said postal location only.

5. This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6. This Bond expires at 3:29:00 PM, 09/12 /2038

Execute by the undersigned on this the 10th day of February in the Year of Our Lord, 2008.

RECORDED COPY

**:Ibrahiim Abdullah Al Mahdi:**
:First Surety
Private Offset Account No.RR059445061
c/o :3535 Peachtree Road Suite#520
Atlanta, Georgia state
Nonresident/Non-Domestic

**:Jaime Arun Re El:**
:Second Surety
Private Offset Account No.RR059445075US
c/o:PO BOX 380
Snellville, Georgia
Nonresident/Non-Domestic

**:Dwight York / Malachi Z. York:**
:Principal:
Private Offset Account No.RR059445061US
3535 Peachtree Road Suite#520
Atlanta, Georgia
Nonresident/Non-Domestic

**:Wajdet Tum Nefer El:**
:Third Surety
Private Offset Account No. RB8427132
c/o:620 Ponce De Leon Avenue #522
Decatur, Georgia state
Nonresident/Non-Domestic

_____
NOTARY-ACCEPTOR

_____
NOTARY-ACCEPTOR

**EXHIBIT C-5**



EXHIBIT C-6

70



EXHIBIT C-7

71

# Exhibit D1



Title 4 U.S.C. § 1-4, Title 28 U.S.C. §1333, §1337;
Title 50 U.S.C. Appendix Sections: 7(c), 7 (e), 9 and 12
Fed. Rules of Civ. Procedure Rules: 8,13 & 24;
1917 Trading with the Enemy Act;

US DISTRICT OF COLORADO Court
Clerk's Office  Alfred A. Arraj United States CourtHouse Rm A105
901 19th Street
Denver, Colorado
80294-3589

## LETTER ROGATORY

The Secured Party We the People on behalf of Malachi York El:©™ , and EL,MALACHI Z YORK,CESTUI QUE TRUST©™; EL,MALACHI Z. YORK©™, Secured Party, Liberian Diplomatic Agent, and Yamassee Indigenous Native American (Muur) of North America have done an Acceptance for Honor in accord with the Uniform Commercial Code UCC §3-410; UCC § 3-419; (O.C.G.A. § 11-3-419), for the US DISTRICT OF COLORADO Court Clerk's Office Alfred A. Arraj United States CourtHouse Rm A105 901 19th Street, Denver, Colorado 80294-3589; Case No(s):ALL ASSOCIATED WITH: 5:02-CR-27-CAR. I inform the Honorable José G. Dávila Matos, Esq., who is the Alien Custodian, Head Contract Settlements and the Fiduciary Trustee on the Bankruptcy of the United States under Title 50 U.S.C. Appendix § 7(c), § 7(e), § 9 and § 12 (The Trading with the Enemy Act of 1917). José G. Dávila Matos, Esq., may use my private exemption CUSIP# & AUTOTRIS# TIN# 064360272 for full settlement and closure of this case and Accounts for the US DISTRICT COURT / US DISTRICT OF COLORADO Court Case No(s): For Settlement and Closure.

I Accept for Value, the Charges and the CUSIP numbers for consideration and honor and in return, I post full settlement and closure of all Court Case Numbers and all related and associated accounts, under the Federal Rules of Civil Procedures Rule 8.  I have a Claim of a Claim of Preferred interest in this subject matter as the Secure Party. I require an accounting of the total amount of the bill for the full settlement and closure of this case and these accounts by the US DISTRICT Court.

The Fiduciary Officer, is to file this letter with the Clerk of Court Bradford L. Bolton, United States CourtHouse Rm A105, 901 19th Street, Denver, Colorado 80294-3589 On behalf of YORK, DWIGHT D. I Malachi York El:®:©™, We the People, NOTARIAL TRIBUNAL / NOTARIAL GRAND JURY, the Yamassee Consulte, and the EL,MALACHI Z YORK,CESTUI QUE TRUST©™ herein **Accept for Value** and consideration the and the lack of Subject Matter Jurisdiction as well as the Oath and Bonded insurance policy of Judge-Chief Magistrate(*acting and Prior*) of the Court to Bond the charges YORK, DWIGHT D."et al" court allegations must be vacated on the record for the record. The Body of Malachi Z. York El:®:©™ , (O.C.G.A. 1-2-1)

*Prior*) of the Court to Bond the charges YORK, DWIGHT D."et al" court allegations must be vacated on the record for the record. The Body of Malachi Z. York El:®:©™, (O.C.G.A. 1-2-1) held as artificial corporation must be discharged from the Warehouse of USP FLORENCE ADMAX FEDERAL PRISON, Denver, CO. *Immediately.*

## NOTICE

I bring to your attention O.C.G.A. 15-16-4.1, " *it shall be a violation of a sheriff's oath of office for any sheriff to engage either directly or indirectly in a private security, private investigation, bail bonding, or wrecker towing business in the count in which the sheriff has jurisdiction*" Under the Statues it is required that the Body of Malachi Z. York El:®:©™, held as the artificial corporation O.C.G.A. 1-2-1, YORK, D. DWIGHT, must be released from the Warehouse (USP FLORENCE ADMAX FEDERAL PRISON)

Jose G. Davila Matos, Esq.
Secretary of the Treasury
P. O. Box 90224140
San Juan, P.R. 00902-4140
6213

*URL* http://www. hacienda.gobierno.pr
email: Infoserve@hacienda.gobierno.pr
1 (800) 981-9236  Toll Free
(787) 721-2020    FAX  (787) 723-

Thank you for your consideration and Fiduciary service.

By:    We    the    People,    EL.MALACHI    Z.    YORK.CESTUI    QUE    TRUST,
Bailor, Postmaster, Principal and Secured Party.
Yamassee Native American Muur of North America

### Notary Acknowledgement

On this the 20th day of November 2008. The next of friend _____ on behalf of Malachi York El:®:©™ does herewith declare and affirm before the Notary Public, _Arall Charles_ for the STATE OF GEORGIA, that I have examined the this letter of Rogatory in accordance with the best of my knowledge, this statement of account;

Third Party Intervenor, UCC 1-308

Witness

on behalf of [ Malachi Z. York El:®:©™ ]

Witness
Seal

120

# Exhibit E1



Title 4 U.S.C. § 1-4, Title 28 U.S.C. §1333, §1337;
Title 50 U.S.C. Appendix Sections: 7(c), 7 (e), 9 and 12
Fed. Rules of Civ. Procedure Rules: 8,13 & 24;
1917 Trading with the Enemy Act;

## NOTICE OF RECOUPMENT OF SECURITIES
## under U.C.C. 3-305,
## COUNTER-CLAIM under U.C.C. 3-306

Greetings: CLERK OF COURT/U.S. DISTRICT COURT/DISTRICT OF COLORADO

### 1st Claim

We the People of the Nuwaubian Nation of Moors,
The Authorized Representative: :Malachi Z. York El: on behalf of DWIGHT D. YORK, am writing regarding your recent actions in regard to DISTRICT COURT/DISTRICT OF COLORADO, being the alleged Creditor in the Bond amount of: $50,000,000.00 . The U.S. DISTRICT COURT DISTRICT OF COLORADO, has waived their status as a Creditor when YOU accepted the tender of payment by Registered mail #:RB803 414 873US: on: February 27, 2008, and Promissory Note RR059445490US, on April 16, 2008, in the amount of : $50,000,000.00 under UCC §3-409(a)&(b) and UCC §3-04(a). RISK MANAGEMENT and the COMPTROLLER OF COLORADO, DAVE MILLER did not adjust their accounting ledger to reflect settlement and closure of the accounts receivable side of the accounting ledger.

### 2nd Claim

We presented the Prosecuting Attorney MARCY E. COOK esq. a Commercial Bond, as an order to pay under UCC 3-104(e) to CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, acting as representative(s) for the U.S. DISTRICT COURT DISTRICT OF COLORADO. This Bond may be treated either as a promise to pay or an order to pay. The Attorney MARCY E. COOK esq. CLERK OF COURT ALFRED A. ARRAJ and RISK MANAGEMENT, has not returned the instrument(s) to we the People nor :Malachi Z. York El:, the court has obviously chosen; an order to pay. Under §3-104(f) of the UCC a draft is the equivalent of a check and may be securitized or monetized by direct deposit in a commercial checking, time, thrift or savings account under Title 12 of the United States code, Section 1813(L)(1) and when deposited it becomes the equivalent of money as outlined under Section 1813(L)(1).

### 3rd Claim

The CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, is precluded by public policy HJR-192 and Title 31 of the United States Code Section 5118(d)(2), and the Fair Debt Practices Act, aka, Consumer Protection Act at 15 USC §1601 and §1693 from demanding payment in any specific coin or currency of the United States. Section (d)(2) of Title 31 USC §1518 states that an obligation governed by gold coin is discharged on payment dollar for dollar, by United States coin or currency that is a legal tender at the time of payment. The narrow view that money is limited to legal tender is rejected under Section 1-201(24) of the UCC. It is not limited to United States dollars. See official comments under section 3-104 of the UCC under the definition of money.

111

## 4th Claim

CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, has failed to perform their duty as fiduciary trustee of the account:
**1:07-cv-01297-EWN-KLM**

:Malachi Z. York El: on behalf of DWIGHT D. YORK, have submitted a legal and lawful "NOTICE OF DEFAULT" with no response and the account for non-acceptance and payment under sections 3-501 and 3-505(a)(b) of the UCC, which creates the evidence or presumption of a Dishonor. The CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, has knowingly or unknowingly become the DEBTOR and myself the Creditor by operation of commercial and administrative law. Also worthy of note, if U.S. DISTRICT COURT DISTRICT OF COLORADO is going to treat the note as a liability instrument, the U.S. DISTRICT COURT DISTRICT OF COLORADO has to present it to :Malachi Z. York:, for payment, make me chargeable under 3-501 of the UCC, which CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, has also failed to do. To the extent that the U.S. DISTRICT COURT for the DISTRICT OF COLORADO are in dishonor for non-acceptance and non-payment by Notice of Default on the administrative side ... there has been a discharge of the debt in its entirety under the Fair Debt Collection Practices Act within the 30 day time frame as mandated by law on April 27, 2008 Debt was satisfied on April 27, 2008.

## 5th Claim

The CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, are not applying the correct accounting entries under GAAP. The Fiduciaries of this account are treating the account as a trade receivable through securitization as an off balance sheet financing technique. Since the U.S. DISTRICT COURT DISTRICT OF COLORADO by and through its agent(s): CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, has accepted the instrument that I have tendered, I have a claim or possessory right in the instrument UCC 3-419 and its proceeds under 3-306 of the UCC, Any defense and any claim in Recoupment under section 3-305 of the UCC, which I shall exercise now, if the proper fiduciaries of the account **1:07-cv-01297-EWN-KLM**
do not credit my account. The 1099-OID will identify who the principal is from, which capital and interest were taken, and who the recipient or who the payer of the funds are, and who is holding the account in escrow and unadjusted.

## 6th Claim

Since I am solution oriented, and want to show good faith, there are two ways of resolving this matter. Since U.S. DISTRIC COURT DISTRICT OF COLORADO , has already accepted my tender of payment and has not returned it, I am instructing the COMPTROLLER OF CURRENCY of COLORADO DAVE MILLER, to credit my account for the sum said in full for settlement and closure. Or, instruct The CLERK OF COURT ALFRED A. ARRAJ, RISK MANAGEMENT and COMPTROLLER/Auditor/DAVE MILLER, to return the Original instrument to me, _unendorsed,_

## Claim 7

Mandatory counter-claim under Federal Rules of Civil Procedure rule 13, 24 and 36.

## Claim 8

The Truth in lending Act (TILA) section 226.23, gives one the right to rescind any commercial debt contract or agreement entered into. I formally rescind this mortgage note contract with __U.S. DISTRICT COURT DISTRICT OF COLORADO , THE STATE OF COLORADO.__

## Claim 9

The Authorized Representative: :Malachi Z. York El: on behalf of DWIGHT D. YORK, am asking for the entire amount of the mortgage note returned in the form of GOLD, certified money order or certified cheque. See HJR-192; Public Law 73-10; Title 31 U.S.C. Section 5118 (d)(2), Consumer Protection Act at 15 USC §1601 and §1693)

## Claim 10

U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO, sold the mortgage note, so they must give me back all payments.

## Claim 11

I am making a Claim for the money that is owed to me.

## Claim 12

U.S. DISTRIC COURT DISTRICT OF COLORADO and THE STATE OF COLORADO has NO Claim!

## Claim 13

I have an offset available to me, due to the lack of full disclosure by U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO .

## Claim 14

I have a possessory right in the instrument and its proceeds under 3-306, 3-419 of the Uniform Commercial Code and any and all defense and claim of Recoupment under 3-305 of the U.C.C. since my account was not credited.

113

### Claim 15

U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO has collected on a Note.

U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO has no right, title or interest in any all copyright-copyclaimed /owned APPELLATIONS

### Claim 16

The mortgage note is my asset.

### Claim 17

I have a right to rescind and restitution of this mortgage contract which is a part of Recoupment as this mortgage note and mortgage deed is an unconscionable contract under U.C.C. 2-302.

### Claim 18

The acquiescence by U.S. DISTRICT COURT DISTRICT OF COLORADO and its related partners is a confession under Fed. Rules of Civil Procedure Rules: 8, 9 ,13 and 24 that the aforementioned claims and statements of fact filed by the Secured Party, Lien holder , Principal and Holder-in-due-Course: Malachi Z. York El:, prior to this recent action are public notice of interest by the secured party in the instrument regarding the property in dispute by U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO and related partners, that Secured party's claims, bonds and liens are: valid, legal, lawful and in full force and effect under U.C.C. 1-103, Title 28 U.S.C. SS 1333 & 1337.

### Claim 19

I have shown a public interest that I have a claim in the said instrument(s) by: filing this Recoupment of Securities in the U.S. DISTRICT COURT OF THE IN THE DISTRICT OF COLORADO

### Claim 20

**:Malachi Z. York El:, am the true Creditor in fact, Principal and Grantor regarding this matter.**

### Claim 21

U.S. DISTRIC COURT DISTRICT OF COLORADO and THE STATE OF COLORADO, has sold the Note to a warehousing institution.

114

## FACT 1

:Malachi Z. York El: on behalf of the DWIGHT D. YORK , did not receive a certified copy of the balance sheet in discovery as required under Title 5 U.S.C. Sec. 552(b)4 and the Truth-in-Lending Act (TILA) ,Regulation 'Z'.; and has no knowledge that such documentation exist.

## FACT 2

:Malachi Z. York El: on behalf of the DWIGHT D. YORK , have not received a certified copy of forms: FAS 140, FR 2046 ( the Balance Sheet ) which are required to be filed under Title 12 U.S.C. § 248 and § 347. and has no knowledge that such documentation exist.

## FACT 3

:Malachi Z. York El: on behalf of the DWIGHT D. YORK , have not received certified copies of: forms 2049, 2099, 2046 nor have I received FAS forms: 5, 95, 133,125, and 140; and has no knowledge that such documentation exist.

## FACT 4

:Malachi Z. York El: on behalf of the DWIGHT D. YORK , have not received a data integrity review hearing; and has no knowledge that such documentation exist.

## FACT 5

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, did not receive the cash for my note at the settlement and closing; and has no knowledge that such documentation exist.

## FACT 6

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying: a given notice of the right to rescind the mortgage note and mortgage deed, under Regulation 'Z' Truth-in-Lending ( TILA), by the bank when foreclosure proceedings were initiated; and has no knowledge that such documentation exist.

## FACT 7

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying: that the U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF GEORGIA are the holder, holder-in-due-course, grantor or principal nor has U.S. DISTRICT COURT, DISTRICT OF COLORADO and THE STATE OF COLORADO have the note in their possession; and has no knowledge that such documentation exist.

## FACT 8

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that the U.S. DISTRICT COURT, DISTRICT OF COLORADO and THE STATE OF GEORGIA and related partners have not addressed or rebutted any of my: affidavits, bonds, statements, public advertisements and public filings or any other documentation sent to them regarding this instrument and this commercial matter; and has no knowledge that such documentation exist.

## FACT 9

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that the U.S. DISTRICT COURT, DISTRICT OF COLORADO and THE STATE OF GEORGIA, has not returned the note, given me cash, cheque, money order for the closing or settled the account; and has no knowledge that such documentation exist.

## FACT 10

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that the U.S. DISTRICT COURT, DISTRICT OF COLORADO and THE STATE OF COLORADO has not shown their other set of books, their private books to me, the 3rd party debt collector or issued a Statement 95 in regards to the instrument and proceeds; and has no knowledge that such documentation exist.

## FACT 11

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that the U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO has not provided me with their S-3 registration statement; and has no knowledge that such documentation exist.

## FACT 12

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that there cannot be a holder in due course on a promissory note after it has been deposited; and has no knowledge that such documentation exist.

## FACT 13

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, has not seen documentation verifying that I received a voucher, cheque, certified money order or any of the disbursements, documents, receipts, products, proceeds, and fixtures regarding the instrument; and has no knowledge that such documentation exist.

# Order

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, am requesting the following documents and it is required under Title *5 U.S.C.* sec *552(b)(4)*, that the aforementioned documents be fully disclosed:

:Malachi Z. York El: on behalf of the DWIGHT D. YORK, request a **certified copy of Balance sheet form** *2046*; **forms** *2049* **and form** *2099*; **form** *1099-OID* , disclosing who the principal is from , which capital and interest were taken and who the recipient is and who the payer of the funds are and who is holding the account in escrow and unadjusted.

cash receipt regarding this matter from the AUDITOR OF U.S. DISTRICT COURT OF COLORADO.

RISK MANAGEMENT OF FREEMONT COUNTY, U.S. DISTRIC COURT DISTRICT OF COLORADO and THE STATE OF COLORADO.

 STATE OF COLORADO *Statement 95 cash flow statement;*

The cash for my note at the closing and  all payments received by U.S. DISTRICT COURT DISTRICT OF COLORADO and THE STATE OF COLORADO , returned to me;

- Certified copy of the Audit trail of the accounting on the Bond that bonded case#s Associated;

- Certified copy of the assessment for the charges regarding Case#s Associated;

- 
- Certified copy of the assessment for the charges regarding Warrant#

- Certified copy of all disbursements, documents and receipts held by the Risk Management and the Mayor/Commissioner of the Municipality in; FREEMONT COUNTY regarding case docket #s **1:07-cv-01297-EWN-KLM/5:02-CR-27-CAR,"et al"** the CUSIP # (XXXXX0272) returned to me;

 -the bid bond, performance bond, appearance bond and all associated Bonds for case #'s: **1:07-cv-01297-EWN-KLM / 5:02-CR-27-CAR;**
 - post full settlement and closure of the account for case #'s:**5:02-CR-27-CAR / 1:07-cv-01297-EWN-KLM** "et al"

 - certified copy of the total bill post settlement and closure of the account;

 - Certified copy of forms: FAS 140, FR 2046;
 - Certified copy FAS forms: 5, 95, 133,125, and 140.

117

## Jurisdictional Statement

All claims in this instrument done by the secured party trust/parties of interest/principal/lien holder(s) are under Admiralty law and agreed and consented to by all parties.

The claims of this Instrument are Within the Admiralty: Title 28 U.S.C. §1333, §1337.
(See: *Suits in Admiralty Act, The Bill of Lading Act, The Admiralty Extension Act* and *the Foreign Sovereign Immunity Act.*)

Expressed mail # EB 540288836 US, EB 870487391 US, and current EB 870487391 US:

Jurat

ATHENS-CLARKE _____ County, Georgia Republic: 1787 constitution for the united states of America; and the 1945 Charter of the United Nations, Articles 55 and 56.

Affirmed and subscribed before me on this day of the __30th__ on the month of __November__ , 2008

Consul General Malachi York El: on behalf of the *DWIGHT D. YORK*

by: _____
Secure Party/Lien holder/ Principal, Authorized Representative, Trustee

_____
Notary Public

02/11/2012 ;
My Commission Expires