# Exhibit G1

(b) When additional bond coverage is required and is secured in whole or in part by a new surety or by one of the alternatives described in 28.204 in lieu of corporate or individual surety, agencies shall use Standard Form 25, Performance Bond; Standard Form 1418, Performance Bond for Other Than Construction Contracts; Standard Form 25-A, Payment Bond; or Standard Form 1416, Payment Bond for Other Than Construction Contracts.
[63 FR 44806, Aug. 22, 1997]

**28.106-4 Contract clause.**
(a) The contracting officer shall insert the clause at 52.228-2, Additional Bond Security, in solicitations and contracts when bonds are required.
(b) In accordance with Section 806(a)(3) of Pub. L. 102-190, as amended by Sections 2091 and 8105 of Pub. L. 103-355, the contracting officer shall insert the clause at 52.228-12, Prospective Subcontractor Requests for Bonds, in solicitations and contracts with respect to which a payment bond will be furnished pursuant to the Miller Act (see 28.102-1), except for contracts for the acquisition of commercial items as defined in Subpart 2.1.
[48 FR 42286, Sept. 19, 1983, as amended at 60 FR 48273, Sept. 18, 1995]

**28.106-5 Consent of surety.**
(a) When any contract is modified, the contracting officer shall obtain the consent of surety if—
(1) An additional bond is obtained from other than the original surety;
(2) No additional bond is required and—

## 557

### Federal Acquisition Regulation 28.106-8

(i) The modification is for new work beyond the scope of the original contract; or
(ii) The modification does not change the contract scope but changes the contract price (upward or downward) by more than 25 percent or $50,000; or
(3) Consent of surety is required for a novation agreement (See subpart 42.12).
(b) When a contract for which performance or payment is secured by any of the types of security listed in 28.204 is modified as described in paragraph (a) of this subsection, no consent of surety is required.
(c) Agencies shall use Standard Form 1414, Consent of Surety, for all types of contracts.
[48 FR 42286, Sept. 19, 1983, as amended at 61 FR 31652, June 20, 1996]

**28.106-6 Furnishing information.**
(a) The surety on the bond, upon its written request, may be furnished information on the progress of the work, payments, and the estimated percentage of completion, concerning the contract for which the bond was furnished.

(b) When a payment bond has been provided, the contracting officer shall, upon request, furnish the name and address of the surety or sureties to any subcontractor or supplier who has furnished or been requested to furnish labor or material for the contract. In addition, general information concerning the work progress, payments, and the estimated percentage of completion may be furnished to persons who have provided labor or materials and have not been paid.

(c) When a payment bond has been provided for a contract, the head of the agency or designee shall furnish a certified copy of the bond and the contract for which it was given to any person who makes a request therefor and who furnishes an affidavit that the requestor has supplied labor or materials for such work and payment therefor has not been made or that the requestor is being sued on such bond. The person who makes the request shall be required to pay such costs of preparation as determined by the head of the agency or designee to be reasonable and appropriate (see 40 U.S.C. 3133).

(d) Section 806(a)(2) of Pub. L. 102–190, as amended by Sections 2091 and 8105 of Pub. L. 103–355, requires that the Federal Government provide information to subcontractors on payment bonds under contracts for other than commercial items as defined in Subpart 2.1. Upon the written or oral request of a subcontractor/supplier, or prospective subcontractor/supplier, under a contract with respect to which a payment bond has been furnished pursuant to the Miller Act, the contracting officer shall promptly provide to the requester, either orally or in writing, as appropriate, any of the following:

(1) Name and address of the surety or sureties on the payment bond.

(2) Penal amount of the payment bond.

(3) Copy of the payment bond. The contracting officer may impose reasonable fees to cover the cost of copying and providing a copy of the payment bond.

[48 FR 42286, Sept. 19, 1983, as amended at 50 FR 26903, June 28, 1985; 60 FR 48273, Sept. 18, 1995; 70 FR 57454, Sept. 30, 2005]

**28.106–7 Withholding contract payments.**

(a) During contract performance, agencies shall not withhold payments due contractors or assignees because subcontractors or suppliers have not been paid.

(b) If, after completion of the contract work, the Government receives written notice from the surety regarding the contractor's failure to meet its obligation to its subcontractors or suppliers, the contracting officer shall withhold final payment. However, the

surety must agree to hold the Government harmless from any liability resulting from withholding the final payment. The contracting officer will authorize final payment upon agreement between the contractor and surety or upon a judicial determination of the rights of the parties.

(c) For any withholding incident to the labor standards provisions of the contract, see part 22.

**28.106-8 Payment to subcontractors or suppliers.**

The contracting officer will only authorize payment to subcontractors or suppliers from an ILC (or any other

## CORPORATE SURITY(IES) (Continued)

**NAMES AND ADDRESSES**

1. 124 E Paces Dr   Athens Ga 30605
   Jafar Amin

2. Bernard Gross   Bernard Gross
   127 cole Manor dr   Athens, Ga 30606

3. Michael Jones 836 Parrish St.

4. ROBERT SPIGAT
   P.O. BOX 443, MARIETTA GA 30061

5. SIBIYO LEONARD
   4521 N. CARLISLE ST. Phila. PA 19140

6. Patricia lewis
   635 Huntington RD ATHENS GA 30606

7. André Price   André Price
   2300 W. Broad St.   Athens, Ga. 30606

8. Malikka Saeed   Malikka Saeed
   1362 Spencer St Phila pa 19141

9. Bashiye Douglas   270 Barber st.
   Bashiye Douglas Athens Ga. 30601

10. Anthony T. Montgomery   485 Macon Hwy
    Anthony Montgomery   Athens, GA 30606

**CORPORATE SURITY(IES)** *(Continued)*

**NAMES AND ADDRESSES**

11. Sabriyah Harley 2360 W. Broad St 435
Athens Ga 30606

12. LEAH MABRY 105 OAK HILL DR #3122
ATHENS, GA 30601

13. Kenyatta Moore Athens, GA 30605
200 Sycamore Dr

14. Lawrence Taylor, 190 Baxter Dr Apt 4B
Athens, GA 30606

15. GREGORY THOMAS 190 BAXTER DR APT 4B
ATHENS, GA 30606

16. KEITH Guinyard 130 BIG OAK CIRCLE
ATHENS GA 30605

17. Ameer James 130 Big Oak circle
Athens, GA 30605

18. IRENA GUINYARD 130 BIG OAK CIRCLE
ATHENS, GA 30605

19. LaQuetta Chrisp 130 Big Oak Circle
Athens, GA 30605

20. Junochrila Kelep 1124 1st.
Smyrna, GA 30080

## CORPORATE SURITY(IES) (Continued)

**NAMES AND ADDRESSES**

11. SELWIN N. BAPTISTE
54 WATTS TR. MALABAR, ARIMA

12. CHAPMAN MOSELEY
33 MOHOGANY DRIVE MALABAR ARIMA

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

## CORPORATE SURITY(IES) *(Continued)*

**NAMES AND ADDRESSES**

1. Jermain Wellesley
70B THE AVENUE, KILBURN, LONDON

2. OWEN BryAN
97 SWINDERby Road Wembley

3. MICHEL HAWRD
3 Bovingdon close, LONDON

4. Mark . McLeod
16A BLACKBIRD Hill NEASDen Lane NW9 8SA

5. Kim McLeod
3 Energyn Cresent Church Road

6. Lorraine Williams
16A Blackbird Hill wembley NW9 8SA

7. SEEPhen PhilliP
87 SUDBURY AVE WEMBLEY - HA0-3AL

8. Kim DUCAN
44 DENMARK ROAD HORNSEY

9. Misha Davis
35 West End Cloke

10. Christina Emmanuel
48 Glynfield Rd

## CORPORATE SURITY (IES) *(Continued)*

NAMES AND ADDRESSES

11. SELWIN N. BAPTISTE
54 WATTS TR. MALABAR, ARIMA

12. CHARMAN MOSELEY
33 MOHOSAILY DRIVE MALABAR ARIMA

13. 

14. 

15. 

16. 

17. 

18. 

19. 

20.

## CORPORATE SURITY(IES) *(Continued)*

NAMES AND ADDRESSES

11. A Thomas
    71 Monior pk Rd NW10-4Ju.

12. 2.C Weeks
    &D Com

13. V Reuheus
    LANGEL COURT

14. M. Robert 104 High St

15. P. Baines    640 North Circular Rd
                 NW2 7QT

16. T Folkes    48 Ruth Close
                STANMORE.

    GEORSE WASHINSTON

17. CARLTON EDWARDS C

18. JUNIOR BROWN
    57 HARLESDEN HIGH ST. LONDON N.W.10 4SJ  JB

19. A Brathwaite
    16 Pinewood rd, Kilburn, NW10

20. Devon Lind
    64 Bernard Shaw House
    Knatch Bull Roan
    NW.10

# :NOTARY-VERIFICATION:

I, CHAPMAN MOSELEY _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS, MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 1st, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: ✗ Chapman Moseley

I.D: 19631100027
(Trinidad & Tobago)

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: Doodnath                    My Commission Expires is for Life

POSTED REGISTERED MAIL NO.



L.K. DOODNATH
NOTARY PUBLIC
9, ANGLICAN ST. ARIMA
TRINIDAD, W.I.
667-2654 / 2231
email: lkdoodnath@hotmail.com

RPORATE SURITY(IES) *(Continued)*

MES AND ADDRESSES

Clinton Plummer-nelson    261A Shirland RD
onvon  W9  3JW

Rianna Brown
39  183 Holland RD  NW10 5AK

Tifah Brown
8 Springwell Ave. NW10 cHP

D  Carter
42 Park Parade  NW10 5EJ

Anne Marie Neblett
30ª Onoenhill Rd  Harlesden NW10 8UZ

Donovan Jameison
7 Breeze Terrace Davidson Drive
Cheshunt waltham Cross, En8 OS

Harcourm & Elly

Nelson O Cole
94A Butns Rd  N.W.10 AJ

B  King
7 Rumney Road

B  Smith
33 Alfred  nelson House

C  Porteous
3 Dura Birk House  NW6 9QD

## CORPORATE SURITY(IES) *(Continued)*

NAMES AND ADDRESSES

11. 37a Park Parade Harlesde
NW10 (Gordon Miller)

12. Daus   14 Balnacraig Avenue
KANA   30 Sellons Avenye NW10   NW10 4HJ

13. ANDREA 30 Sellons Avenue NW10 4HJ

14. Shyna Abraham
Convent Harlesden London

15. Sanchus Whittick
55 James Dudson Ct Stonebridge

16. Shana-Kay Mitchell  65 SPENCER RD,
WEALDSTONE HARROW

17. JACKIE SILKCOOT
8 GROVE PARK RD TOTTENHAM

18. Flat 8 B Amil Close
N17 - SBW

19. NOAL VAUGHN
112 ROXETH GREEN AVENUE, HARROW, MIDDLESEX HA2 OQL

20. Noel Henry
12 Shakespear Avenue Stonebridge London

## CORPORATE SURITY(IES) *(Continued)*

NAMES AND ADDRESSES

11. J. MᶜLeod
8 Orchard Grove Edgware London

12. Garry McLeod
5 High Mead Cresent Wembley London

13. Sandra Taitt
90 Sudbury heights Ave, Greenford, UB6 0LY.

14. Paula S.
73 GROVE HILL ROAD, CAMBERWELL - SE5.8DF.

15. Karemu/Wendy Davis
49 Lansbury Close St Raphael NW10 QTX

16. MOLLY OATES
32 ROTHSAY STREET, LONDON SE1-4UE.

17. L Stewart

18. 23 - old frild Road
Willden N W 10 PUD

19. RAOUL FORBES
85 CARLTON AVE WEST, WEMBLEY, MIDDX, HA0 3RB

20. Rohon Howe
12 Dorcy Drive, Kenton, HA3 9JP

## CORPORATE SURITY(IES) (Continued)

### NAMES AND ADDRESSES

31. LESTER COOPER.
#4 DUKE ST
PORT-OF-SPAIN. TRINIDAD. W.I.

32. ARLEN LOVELL.
LP 22 CUTUCUPANO RD.
LA PASTORA SANTA. CRUZ. TRINIDAD. W.I.

33. ELIZABETH LOVELL
LP 22 CUTUCUPANO RD.
LA PASTORA SANTA. CRUZ. TRINIDAD. W.I.

34. LONELLA LOVELL.
LP 22 CUTUCUPANO RD.
LA PASTORA SANTA. CRUZ. TRINIDAD. W.I

35. WAYNE AMBROSE.
LP # 5B UPPER WEEKS TR.
MISSION ROAD. SAN-JUAN. TRINIDAD. W.I

36. ANOLA GRAER.
#95 LA RETREATE ROAD.
ARIMA. TRINIDAD. W.I.

37. RAYHAAN JOSEPH.
#8, SALAMAT ALI ST.
MALABAR RD- ARIMA. TRINIDAD. W.I

38. BRENT JOSEPH.
#24, REID LANE.
ARIMA. TRINIDAD. W.T.

39. RAWLE YATES.
#93 LA RETREATE ROAD.
ARIMA. TRINIDAD. W.I.

40. NICANOR AMRON.
PINTO ROAD.
ARIMA. TRINIDAD. W.I.

CORPORATE SURITY(IES) (Continued)

NAMES AND ADDRESSES

41. RYAN PRIETO.
1. LA ESTONCIA DR.
DIEGO MARTIN. TRINIDAD. W.T.

42. TARIF ABDULLAH MUHAMMAD.
951 FIRST AVENUE. TRINIDAD. W.T.
MOUNT LAMBERT. TRINIDAD. W.T.

43. FRANKIE LUKE.
LP14 LA MORQUETTE BRANCH ROAD.
POINT CUMOWA. CARENAGE TRINIDAD W.I.

## CORPORATE SURITY(IES) *(Continued)*

### NAMES AND ADDRESSES

1. MARLON ATWELL —
#59. MT. MORIAH RD. SAN FERNANDO

2. STEPHEN BECKLES —
#HD Chondoi Avenue Friendship Village San Fernando.

3. PAUL JEFFERS — Paul Jeffers
56 CORAL DRIVE, GULF VIEW, LA ROMAINE, SAN FERNANDO

4. LYNDON LEWIS
#9G Naparima Mayaro Road Mon Repos San Fernando

5. ANIKA ATWELL #Block 1 Apt 1 FLAMINGO
CRESCENT PLEASANT VILLE

6. STOKLEY NARINE #3 B 1 ABA
stokley narine

7. KINGSLEY WARD/
CANE ST. VISTABELLA SAN FDO.

8. LESTER COUZINS —
Block 4 unit 6 Dove walk PLEASANT VILLE TRINIDAD AND TOBAGO.

9. TREVOR BOBB /
#8 Annie STREET Croazin village S/FDO TRINIDAD & TOBAGO

10. PHILIP CATO
FYZABAD, TRINIDAD . W.I

## CORPORATE SURITY(IES) *(Continued)*

### NAMES AND ADDRESSES

11. MARLON DALKER - Medea Dalton
    315 TORNADALE Hills TORTUGA - Trinidad

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

## CORPORATE SURITY(IES) *(Continued)*

NAMES AND ADDRESSES

1. BARRY CHARLES Bhola

#12 EL ROSARIO TR POOLE LAZZARI RIO CLARO T AND T WI

2. KESTER BEALE

Cedar Dr., P'ville, San F'do, Trinidad & Tobago WI

3. BERNARD COOPER Bernard D Cooper

1 Gomez Tr ST Mary's Vge PRINCES Town Trinidad + Tobago

4. ONELIA COOPER Onelle Cooper

1 Gomez Tr St. Mary's Village Princes Town T & T WI

5. MERY GRIMES BEALE Mary Grimes Beale

74 CEDAR DR, P'ville San F'do Trinidad & Tobago WI

6. Kivin Neptone Kivin Neptone

Londonville RD Depot Chaguanas

7. AMEN HETER Bhola

Bagne Trace Chase Village Carapichaima Trinidad & WI

8. NICOLE COOPER Nicole Cooper

#1 Gomez Tr. ST Mary's Vill Princes Town TRINIDAD & Tobago

9. Michael Springle MICHAEL SPRINGLE

71 Pond St La-romaine SAN Fernando Trinidad & Tobago

10. GISELLE COOPER Giselle cooper

71 Pond St La-romaine San Bernardo Trinidad & Tobago WI

## CORPORATE SURITY(IES) (Continued)

### NAMES AND ADDRESSES

11. Leather Stewart
#11 Esperance Village, Phillipine, San Fernando

12. Andy Orosco
#11 Esperance Village phill.fire. San fernando

13. Virgil SMITH    Virgil Smith
150 St JAMES St BAttoo AVE MARABELIA TRINIDAD

14. ROGER BARTHOLOMEWS
#5 SEARLESRD AVENUE. ST MARGARET'S VILLAGE
CLAXTON - BAY TRINIDAD W.T

15. TERRY WALKER.
#22 BANDOO TRACE. ST MARGARET'S VILLAGE
CLAXTON - BAY TRINIDAD W.T

16. SHELDON - Homer BAYLEY
LP#7 NECKLES DRIVE, CARENAGE. TRINIDAD. W.T

17. LYNDON CARIGWELL.
HAIG STREET. CARENAGE. TRINIDAD. W.T.

18. RICHARD FABIEN.
#ITZALLEN STREET
PT. CUMANA. CARENAGE. TRINIDAD. W.T

19. CASSANDRA -E. WOODS.
#113. CARATAL ROAD GASPARILLO.
TRINIDAD. W.T.

20. FELIX POLLIDORE.
RODNEY ST. PT. CUMANA
CARENAGE. TRINIDAD. W.T.

## CORPORATE SURITY(IES) (Continued)

### NAMES AND ADDRESSES

21. BURTON JOHN
LA HORQUETTE VALLEY RD.
CARENAGE TRINIDAD. W.I.

22. DON RICHARDS BACCHUS.
ABBPOUSED ST
CARENAGE. TRINIDAD. W.I

23. JOSEPH CAMPBELL
30 CHERRY DOT DRIVE.
DIAMOND VALE. DIEGO MARTIN. TRINIDAD. W.I

24. PATRICK MASON
#12. REYES ROAD.
LA PASTORA. SANTA CRUZ. TRINIDAD. W.I

25. DAVID THOMAS.
LAVANTILLE EXT ROAD.
MORVANT. POLE 193. TRINIDAD. W.I.

26. CINDY ALEXANDER - MASON.
#12 GARDEN OF EDEN.
LA PASTORA UPPER. SANTA CRUZ. TRINIDAD. W.I.

27. VALENTINE ANDERSON.
#84. VISTA HEIGHTS.
TACARIGUA. TRINIDAD. W.I.

28. ALIN SAMUEL.
FAUSTIN TRACE
MORNE COCO. ROAD. MARAVAL. TRINIDAD. W.I.

29. ANGELA AGNES AMBROSE.
L.P #58. UPPER WEEKS TRACE. MISSION ROAD SAN JUAN TRINIDAD. W.I.

30. CHARLES. PHILLIP.
BAGATELLE ROAD.
DEIGO MARTIN. TRINIDAD. W.I.

153

# :NOTARY-VERIFICATION:

I, ANIKA   ATWELL              petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS, MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October         , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal; Grantor, Trustee

Petitioner:  

197505 50012

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary:                          My Commission Expires  does not

EDWIN K. ROOPNARINE
POSTED REGISTERED MAIL No.
9A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY  PUBLIC

# :NOTARY-VERIFICATION:

I, KINGSLEY WARD _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 10/10, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____   My Commission Expires does not E/C 2

EDWIN K. ROOPNARINE
POSTED REGISTERED MAIL NO.
7A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08

# :NOTARY-VERIFICATION:

I, LESTER COLLINS _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 10/10, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Natural, Grantor, Trustee

Petitioner: _Lester Collins_

19700322018

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: _____    My Commission Expires _does not_

**EDWIN K. ROOPNARINE**
POSTED REGISTERED MAIL #
7A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC

# :NOTARY-VERIFICATION:

I, LYNDON LEWIS petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS, MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 10th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee:

Petitioner: _____

1989101401B

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____  My Commission Expires does not ELC



EDWIN K. ROOPNARINE
POSTED REGISTERED MAIL NO.
9 A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08

# :NOTARY-VERIFICATION:

I, MARLON ATWELL                petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 10/10, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____
# 197102150 60

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: _____          My Commission Expires does not  8/12

EDWIN K. ROOPNARINE
POSTED REGISTERED Mail No.
9 'A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08

# :NOTARY-VERIFICATION:

I, _Marlon Dalien_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _13/10_, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, living Principal, Grantor, Trustee

Petitioner: _____

19 7 7 10 72 3

NOTARY
CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____    My Commission Expires _does not_ EK 2

EDWIN K. ROOPNARINE
POSTED RESIDENCE GROUND 7A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC



# :NOTARY-VERIFICATION:

I, PHILIP CATO_____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 13/10, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: Philip Cato

195-808-21055

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: _____ My Commission Expires _____

EDWIN K. ROOPNARINE
POSTED REGISTERED HOLDING STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
13/18/08



# :NOTARY-VERIFICATION:

I, PAUL ANDREW LUIS JEFFERS petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS, MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 10 , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Similar, Thisne.

Petitioner: _____
ID# 197506050322

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____          My Commission Expires does not ER 2

EDWIN K. ROOPNARINE
POSTED REGISTERED STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
08/08/08

# :NOTARY-VERIFICATION:

I, STEPHEN BECKLES, petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS, MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 10, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee.

Petitioner: _____

ZO#19711230SS

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____   My Commission Expires does not 9/12

EDWIN K. ROOPNARINE
POSTED REGISTERED MAIL NO.:
9 A LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08

# :NOTARY-VERIFICATION:

I, STOKLEY   NARINE   petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 16/10, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Stokley Narine_

T.D # 141 60115832.

NOTARY

## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _Edwin Roupnarine_    My Commission Expires does not.

EDWIN K. ROUPNARINE
POSTED REGISTERED LORD STREET
SAN FERNANDO
TRINIDAD W.I.
NOTARY PUBLIC
10/10/08

160

# :NOTARY-VERIFICATION:

I, _ANGELA AGNES AMBROSE_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative; Living Principal; Grantor, Trustee

Petitioner: _Angela Ambrose_

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _GUY HANNAYS_
NOTARY PUBLIC

My Commission Expires _N/A._

POSTED REGISTERED Mail NO. :

# :NOTARY-VERIFICATION:

I, _____ANDY S. OROSCO_____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ___9th___, 2008

RESPECTFULLY SUBMITTED,

Petitioner: _____
Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____          My Commission Expires___Does Not Expire.
        GARNET MUNGALSINGH

POSTED REGISTERED Mail NO. NO. ½A Lord Street,
                             SAN FERNANDO.
                             REPUBLIC OF TRINIDAD AND TOBAGO.

# :NOTARY-VERIFICATION:

I, _Alvin Adolphus Samuel_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _09 th_, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, (Grantor) Trustee.

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____
GUY HANNAYS
NOTARY PUBLIC
of Sunned Feast
25 Chand Street, Port of Spain
Trinidad, West Indies.
POSTED REGISTERED Mail NO. :

My Commission Expires _N/A._

# :NOTARY-VERIFICATION:

I, CINDY ALEXANDER - MASON petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9|15, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

NOTARY

## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: _____ My Commission Expires upon my death

POSTED REGISTERED Mail NO. :

WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO