## :NOTARY-VERIFICATION:

I, CHARLES PHILLIP petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9K, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Cuimico Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____ My Commission Expires upon my death

POSTED REGISTERED Mail NO. :

**WINSTON A. THOMPSON, LLB**
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

121

# :NOTARY-VERIFICATION:

I, DAVID THOMAS petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Thomas_

# NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____    My Commission Expires upon my death

POSTED REGISTERED Mail NO. :



WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, ELIZABETH LOVELL petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9 lk , 2008

RESPECTFULLY SUBMITTED,

Petitioner:

Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary:                                          My Commission Expires upon my death

POSTED REGISTERED Mail NO. :

WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, Tracy Cruise _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _20_, 2008

RESPECTFULLY SUBMITTED.

Petitioner: _____

Authorized Representative, Living Principal, Grantor, Trustee

# NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

POSTED REGISTERED Mail NO. :

Marie Wafo Fonou
A Notary Public in and for the
My Commission Expires Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0574,(416) 997-1808, Fax: (416) 663-1809

# :NOTARY-VERIFICATION:

I, *ARTHUR CRUISE* _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October **20**, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative. Living Principal. Grantor. Trustee

Petitioner: *Arthur Cruise*

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

POSTED REGISTERED Mail NO. : 

Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My Commission Expires
My commission does not
expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874, (416) 997-1908, Fax: (416) 663-1909

# :NOTARY-VERIFICATION:

I, Arione Pogu Gbolo _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 20 _____, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal. Grantor. Trustee

Petitioner: _____

NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

My Commission Expires

POSTED REGISTERED MAIL NO. :

Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874 (416) 007-1000  Fax: (416) 000-1000

# :NOTARY-VERIFICATION:

I, _MAUREEN JEBBISON_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _20_, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

My Commission Expires _____

POSTED REGISTERED Mail NO. :

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0874,(416) 997-1908, Fax: (416) 663-1909

Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicito

# :NOTARY-VERIFICATION:

I, _Touan Dang_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 20, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative) Living Principal. Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

POSTED REGISTERED Mail NO. :

My Commission Notary Public in and for the Province of Ontario

Marie Wafo Fonou
My commission does not expire being a Barrister & a Solicitor.

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel (416) 663-0874 (416) 897-1908, Fax (416) 663-1909

# :NOTARY-VERIFICATION:

I, TREVOR MCFARLANE- petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 20, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal. Grantor. Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____

My Commission Exp. Marie Wafo Fonou
A Notary Public in and for the
Province of Ontario
My commission does not
expire being a Barrister & a Solicitor.

POSTED REGISTERED MAIL NO. :

Law Office of Marie Wafo Fonou
Barrister, Solicitor & Notary Public
Avocate et Notaire
1111 Finch Ave. W., Suite # 311
Toronto, Ontario M3J 2E5
Tel: (416) 663-0574,(416) 997-1908, Fax: (416) 663-1909

# :NOTARY-VERIFICATION:

I, _WAYNE AMBROSE_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_ , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: GUY HANNAYS
NOTARY PUBLIC
of Second Floor
St. Edward Street, Port of Spain
Trinidad, West Indies.

My Commission Expires _N/A_.

POSTED REGISTERED Mail NO. :

# :NOTARY-VERIFICATION:

I, __Virgil Smith__ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October __9th__, 2008

RESPECTFULLY SUBMITTED.

Authorized Representative: Living Principal, Grantor, Trustee

Petitioner: _____Virgil Smith_____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____
DIPKARINE RAMPERSAD
POSTED REGISTERED Mail NO. :

My Commission Expires __does not expire__

# :NOTARY-VERIFICATION:

I, _VALENTINE ANDERSON_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9th_ 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Valentine Anderson_

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____    My Commission Expires _upon my death_

POSTED REGISTERED Mail NO. :
_____



WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-60 SACKVILLE STREET, P-O-S,
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, TERRY WALKER petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner:

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary:

DIPNARINE RAMPERSAD

POSTED REGISTERED Mail NO. :

My Commission Expires does not expire

# :NOTARY-VERIFICATION:

I, TARIF ABDULLAH MUHAMMAD petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(I) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 09th, 2008

RESPECTFULLY SUBMITTED,

Petitioner: Ti Tarif N. Muhammad

Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: GUY HANNAYS
NOTARY PUBLIC

My Commission Expires  N/A.

POSTED REGISTERED Mail NO. :

122

# :NOTARY-VERIFICATION:

I, SHELDON - HOMER - BAYLEY petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9, 2008

RESPECTFULLY SUBMITTED.

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Sheldon - Homer - Bay_

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: **GUY HANNAYS**
NOTARY PUBLIC

POSTED REGISTERED Mail NO. :

My Commission Expires _N/A._

127

# :NOTARY-VERIFICATION:

I, RAWLE YEATES _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ___9+L___, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: ___Rawle Yeates___

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary:_____     My Commission Expires ___for life___

POSTED REGISTERED Mail NO. :



**L.K. DOODNATH**
NOTARY PUBLIC
9, ANGLICAN ST. ARIMA
TRINIDAD, W.I.
667-2654 / 4231
email: lkdoodnath@hotmail.com

126

# :NOTARY-VERIFICATION:

I, RYAN HAROLD PRIETO petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: _____
GUY HANNAYS
NOTARY PUBLIC
of Second Item
55 Edward Street, Port of Spain,
Trinidad West Indies.
POSTED REGISTERED Mail NO. :

My Commission Expires N/A .

# :NOTARY-VERIFICATION:

I, _CASSANDRA E WOODS_ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ⁹ᵗ⁴ , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Laying Principal, Grantor, Trustee

Petitioner: _C W ood_

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "



Notary: GUY HANNAYS
NOTARY PUBLIC

My Commission Expires _N/A._

POSTED REGISTERED Mail NO. :

# :NOTARY-VERIFICATION:

I, _BURTON     JOHN_____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October _9 – 10 –_ 2008

RESPECTFULLY SUBMITTED.

Petitioner: _____

Authorized Representative, Living Principal, Grantor, Trustee

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

otary: _____

GUY HANNAYS
NOTARY PUBLIC
of Sacred Heart
St Edward Street, Port of Spain,
Trinidad, West Indies.

My Commission Expires __N/A.__

POSTED REGISTERED Mail NO. :

# :NOTARY-VERIFICATION:

I, ARLEY LOVELL petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 9, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner:

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: **Bureau Of Prisons, US DISTRICT COURT, USA /"et al "**

Notary: My Commission Expires upon my death

**POSTED REGISTERED Mail NO. :**



WINSTON A. THOMPSON, LLB
NOTARY PUBLIC
40-50 SACKVILLE STREET, P-O-S.
REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, __BRENT JOSEPH__ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October __9th__, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: __Brent Joseph__

## NOTARY
## CERTIFICATE OF SERVICE

**Offerer:** Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary: __Chrispodulath__    My Commission Expires __is for life__



POST CERTIFIED Mail NO. **L.K. DOODNATH**
NOTARY PUBLIC
8. ANGLICAN ST ARIMA
TRINIDAD, W.I.
667-2654 / 4231
email: lkdoodnath@hotmail.com

# :NOTARY-VERIFICATION:

CHAPMAN MOSELY _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October ___ , 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

I.D: 1963111100027
(Trinidad & Tobago)

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al."

Notary: _____   My Commission is for life.

POSTED REGISTERED MAIL NO. _____

**L.K. DOODNATH**
NOTARY PUBLIC
6, ANGLICAN ST. ARIMA
TRINIDAD, W.I.
667-2654 / 4291

# :NOTARY-VERIFICATION:

I, SELWYN BAPTISTE _____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS, MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October 13th, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner:  ID: 19761008036 (Trinidad & Tobago)

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: _____     My Commission Expires 18 Nov 1-1/10

POSTED REGISTERED Mail NO.:

**L.K. DOODNATH**
NOTARY PUBLIC
9, ANGLICAN ST. ARIMA
TRINIDAD, W.I.
667-2664 / 4231
email: lkdoodnath@hotmail.com

# :NOTARY-VERIFICATION:

I,____AMEN NAS HETEP_____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal   government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods  Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October___9th____, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al "

Notary:_____          My Commission Expires Does Not Expire

GARNET MUNGAILSINGH

POSTED REGISTERED Mail NO: .NO.5 A Lord Street,
                    SAN FERNANDO.
                    REPUBLIC OF TRINIDAD AND TOBAGO

# :NOTARY-VERIFICATION:

I, ___ANOLA GRAY___ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October __9th__, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _Anola Gray._

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary:_____        My Commission Expires 15-for life

POSTED REGISTERED Mail NO. :



**L.K. DOODNATH**
NOTARY PUBLIC
8. ANGLICAN ST ARIMA
TRINIDAD W.
667-2654 · 4231
email lkdoodnath@hotmail.com

# :NOTARY-VERIFICATION:

I, _____BERNARD COOPER_____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October__9th__, 2008          RESPECTFULLY SUBMITTED,

                                     Authorized Representative, Living Principal, Grantor, Trustee

Petitioner: _____

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: _____          My Commission Expires Does Not Expire
GARNET MUNGALSINGH

POSTED REGISTERED Mail NO.: No.5 A Lord Street,
                            SAN FERNANDO.
                            REPUBLIC OF TRINIDAD AND TOBAGO.

177

# :NOTARY-VERIFICATION:

I, _____BARRY CHARLES_____ petitioner, Sui Juris, hereby verify, under penalty of perjury, Under the International laws, including the united States of America, without the "United States" (federal government), that the statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator (Most High) of Gods Allah / YHVH(God), pursuant to the Treaty of Peace and Friendship of 1786, 1938 Monrovia Treaty of Friendship, Commerce, and Navigation, 1965 Treaty of EXCHANGE OF NOTES CONSTITUTING AN AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND LIBERIA RELATING TO THE GUARANTY OF PRIVATE INVESTMENTS. MONROVIA, 6 AND 12 SEPTEMBER 1960, the UCC (Uniform Commercial Code), in accordance with Title 28 U.S.C. § 1601-1610, 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated October_9th_, 2008

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Petitioner:

## NOTARY
## CERTIFICATE OF SERVICE

Offeror: Bureau Of Prisons, US DISTRICT COURT, USA /"et al"

Notary: _____    My Commission Expires_Does Not Expire_

GARNET MUNGALSINGH

POSTED REGISTERED MAIL NO.: No.5ALord Street,
San Fernando.
REPUBLIC OF TRINIDAD AND TOBAGO.

176

# PRIVATE DISCHARGE AND INDEMNITY BOND    Number: DY/MZY- 09132008-0002

USPS REGISTERED MAIL TRACKING NO. RR059445490US(PR), RR059445061US(D.C.), RB803414873US (ATTORNEY'S#)
AND THE CURRENT USPO MAIL TRACKING NO. EH 273416367 US(To IRS), EH 273416557 US(To IRS), EH 273416353 US,(To Treas.P.R.) ,
EH 273416398 US(To Treas. D.C.), EH 273416336 US(To ATTORNEY GENERAL):

## Value: $300,000,000.00 Three Hundred Million United States Dollars 00/100

### Routing Number: GUARANTY BK TR 1020-0096-6

Date of Issuance: 09/12/2008
Date of Expiration: 09/12/2038

To:  **Henry M. Paulson Jr. and Anna Escobedo Cabral**   hereinafter "Fiduciary"
Secretary of the US Treasury,
and the Treasurer of the US Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

**José G. Dávila Matos**
Secretary of the
DEPARTAMENTO DE HACIENDA
P.O. Box 9024140, San Juan, P.R. 00902-4140

For:  Dwight D. York / Malachi Z. York:®:©™;                                     Account Holder
YORK, DWIGHT, CESTUI QUE TRUST;                                                 Account Holder
EL, MALACHI Z YORK, CESTUI QUE TRUST;                                           Account Holder
STATE OF GEORGIA AND ALL ELECTED FIDUCIARIES/CIVIL SERVANTS;                    Account Holder
STATE OF GEORGIA BAR ASSOCIATION;                                              Account Holder
U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA;                         Account Holder
U.S. DISTRICT COURT, DISTRICT OF COLORADO;                                      Account Holder
U.S. COURT OF APPEALS ELEVENTH CIRCUIT;                                         Account Holder
PUTNAM COUNTY SHERIFF'S DEPARTMENT;                                             Account Holder
DISTRICT DEPUTY COMPTROLLER-ARCHIE L. BRANDFORDS. EASTERN DISTRICT,             Account Holder
MARQUISE TOWER
EDWARD T GARLAND BAR# 28400-DBA ATTORNEY AT LAW, MANIBUR S. ARORA;              Account Holder
CHILD SUPPORT ENFORCEMENT-DOUGLAS NEWSOME;                                      Account Holder
SHERIFF HOWARD RICHARD SILLS, ESQ.;                                            Account Holder
DEPARTMENTO DE HACIENDA, SECRETARY OF TREASURY- José G. Dávila Matos;           Account Holder
MAXWELL WOODS, RICHARD S. MOULTRIE, ASST. US ATTORNEY;                          Account Holder
SONNY PURDUE, GOVENOR OF ATLANTA, GA. 30303/                                    Account Holder
DEPARPTMENT OF TREASURY IN SAN JUAN, PUERTO RICO;                               Account Holder
US DISTRICT JUDGE HUGH LAWSON;                                                  Account Holder
ATTORNEY FRANK RUBINO;                                                          Account Holder
FREDRICK D. BRIGHT;                                                            Account Holder
HARRY E. BRUNO / FOREPERSON OF THE GRAND JURY                                   Account Holder
STEPHANIE D. THACKER                                                           Account Holder
ATTORNEY BENJAMIN A. DAVIS, II, ESQ.                                            Account Holder
DAWN BASK;                                                                      Account Holder
MORGAN COUNTY COURTHOUSE, GA 306350;                                            Account Holder
SUPERIOR COURT OF PUTNAM COUNTY, GA 31024;                                      Account Holder
*JUDGE* HUGH LAWSON, MACON, GA 31202;                                           Account Holder
*JUDGE* C. ASHLEY ROYAL, MACON, GA 31202;                                       Account Holder
ATTORNEY MALIK SHABAZZ, ESQ.                                                    Account Holder
ATTORNEY Matthew McGavock Robinson, Robinson & Brandt, P.S.C.;                  Account Holder
*JUDGE* ZITA L. WEINSHIENK;                                                     Account Holder
CHIEF *JUDGE* EDWARD W. NOTTINGHAM;                                             Account Holder
KRISTEN L. MIX;                                                                 Account Holder
ATTORNEY MARCY ELIZABETH COOK, ESQ.;                                            Account Holder
ATTORNEY LETA RUTH HOLDEN, ESQ.;                                                Account Holder
HOLDEN LAW OFFICES;                                                             Account Holder
ewnsec;                                                                         Account Holder
FLORENCE ADMAX U.S. PENITENTIARY;                                               Account Holder
FEDERAL BUREAU OF PRISONS;                                                      Account Holder
ATTONEY EKAETTE PATTY, ESQ.;                                                    Account Holder

ATTORNEY ANNE EDDINGS —FOUNTAIN;                                                Account Holder
ATTORNEY EKAETTA EDDINGS-FOUNTAIN;                                              Account Holder

MAGISTRATE JUDGE BOYD N. BOLAND;                                    Account Holder
DR. WILLIAM THOMPSON M.D;                                           Account Holder
G. MALLON FAIRCLOTH, REFERRAL;                                      Account Holder
U.S. MAG. JUDGE G. MALLON FAIRCLOTH;                                Account Holder
U.S.A.;                                                             Account Holder
MAYOR SHIRLEY FRANKLYN                                              Account Holder
**GEORGIA COURTS/DIVISIONS,** ATHENS,                               Account Holder
ALBANY DIVISION,                                                    Account Holder
COLUMBUS DIVISION,                                                  Account Holder
VALDOSTA DIVISION,                                                  Account Holder
PACER SERVICE CENTER, SAN ANTONIO, TX 78278-0549,                   Account Holder
U.S.A. COURT FLAG DEFINITIONS;                                      Account Holder
U.S. GOVERNMENT/DEFENDANT(S);                                       Account Holder
ATTORNEY ADRIAN PATRICK;                                            Account Holder
PAYNE WEBBER GROUP, INC. / USB FINANCIAL SERVICES                   Account Holder
*JUDGE* BIRCH;                                                      Account Holder
*JUDGE* HULL;                                                       Account Holder
*JUDGE* PASCO M. BOWMAN;                                            Account Holder
**ACCOUNT NUMBERS**                                                 **Account Holders**
202-CR-229-10,                                                      Account Holder
5:02-CR-27-CAR,                                                     Account Holder
1:06-cv-00807-ZLW,                                                  Account Holder
5:07-cv-90001-CAR-GMF,                                              Account Holder
02-00027-CR-27-CAR-5-1,                                             Account Holder
1:07-cv-01297-EWN-KLM,                                              Account Holder
CORRECTIONS CORPORATION OF AMERICA, BOARD OF TRUSTEES               Account Holders
PUTNAM COUNTY BOARD OF TRUSTEES                                     Account Holder
HOME LAND SECURITY MICHAEL CHERTOFF                                 Account Holder
ATTORNEY GENERAL THURBERT BAKER                                     Account Holder
US ATTORNEY GENERAL JANET RENO                                      Account Holder
US ATTORNEY GENERAL ROBERTO GONZALEZ                                Account Holder
US SECRETARY OF DEFENSE COLON POWELL                                Account Holder
COLORADO STATE, INCLUDING ALL ELECTED OFFICERS, FIDUCIARIES, CIVIL SERVANTS ;   Account Holder
COLORADO STATE BAR, AND THE STATE OF COLRADO BAR ASSOCIATION;       Account Holder
COLORADO STATE COUNTIES/AGENTS;                                     Account Holder
ADAMS, ALAMOSA, ARAPAHOE, ARCHULETA, BACA, BENT, BOULDER, BROOMFIELD,
CHAFFEE, CHEYENNE, CLEAR CREEK, CONEJOS, COSTILLA, CROWLEY, CUSTER, DELTA,
DENVER, DELORES, DOUGLAS, EAGLE, EL PASO, FREMONT, GARFIELD, GILPIN, GRAND,
GUNNISON, HINSDALE, HUERFANO, JACKSON, JEFFERSON, KIOWA, KIT CARSON, LA PLATA,
LAKE, LARIMER, LARIMER, LAS ANIMAS, LINCOLN, LOGAN, MESA, MINERAL, MOFFAT, MONTEZUMA,
MONTROSE, MORGAN, OTERO, OURAY, PARK, PHILLIPS, PITKIN, PROWERS, PUEBLO, RIO BLANCO,
RIO BLANCO, RIO GRANDE, ROUTT, SAGUACHE, SAN JUAN, SAN MIGUEL, SEDGWICK, SUMMIT, TELLER,
WASHINGTON, WELD, AND YUMA COUNY;
COLORADO STATE JURY COMMISSIONERS- DEBBIE TIFFANY, JENNIE HEERSINK, CYNTHIA DALY,
DEBBIE TULLY, VICKIE MCENDREE, VICKI LEFFERDINK, PAT WITTREICH, KIMBERLY TROUDT,
KAREN PROSSER, VICKI ALLEN, PAT WITTREICH, KIMBERLY TROUDT, KAREN PROSSER, VICKI ALLEN,
KIMBERLEE HILL, JENNIE HEERSINK, DAWN STALLSWORTH, LINDA URWILLER, PENNY WAGNER,
MARILYN ORTIZ, JENNIFER WEDDLE, DEBORA KELLIHER, DIANE CROW, SHARLENE MILLS, LESLIE DAVIS,
BRENDA KNOLL, LORI JOHNSON, GARY VIGIL, KIMERLY GRAHAM, DIANA KAUFMAN, ROSE ANNE KELLEY,
JENNIE HEERSINK, DIANA MEYER, AMELIA L. TAMY HARRIS, DESIREE LIPE, PENNY WAGNER,
CATHLENE MARSHALL, PENNY WAGNER, DEBRA MCLIMANS, JOY STRACK, CAROLYN JEMISON,
BARBARA MCDANIEL, LILA MEARS, KAREN MURPHY, SOLVEIG OLSON, JENNIE HEERSINK, LESLIE DAVIS,
PENNY WAGNER, SUSAN KINNISON, JAN REED, SHERI PORTER, GLORIA HILLIER, LANELLE COBLE-
MCEACHRON, BETTY WILSON;                                            Account Holder
INCLUDING TITLES AND POSITIONS, SUCH AS;
JURY COMMISSIONER(S), CLERK(S) OF COURT(S), BENT COUNTY JURY COMMISSIONER(S), CHAFFEE COUNTY
JURY, CROWLEY COUNTY JURY COMMISSIONER(S), DELTA COUNTY JURY COMMISSIONER(S),
DOUGLAS COUNTY JURY COMMISSIONER(S), FREEMONT COUNTY JURY COMMISSIONER(S),
GARFIELD COUNTY JURY COMMISSIONER(S), GILPIN COUNTY JURY COMMISSIONER(S),
GUNNISON COUNTY JURY COMMISSIONER(S), HINSDALE COUNTY JURY COMMISSIONER(S),
HUERFANO COUNTY JURY COMMISSIONER(S), JACKSON COUNTY JURY COMMISSIONER(S),
JEFFERSON COUNTY JURY COMMISSIONER(S), KIT CARSON COUNTY JURY COMMISSIONER(S),
LARIMER COUNTY JURY COMMISSIONER(S), LAS ANIMAS COUNTY JURY COMMISSIONER(S),
LOGAN COUNTY JURY COMMISSIONER(S), MESA COUNTY JURY COMMISSIONER(S), MONTROSE COUNTY –
JURY COMMISSIONER(S), PHILLIPS COUNTY JURY COMMISSIONER(S), PITKIN COUNTY JURY COMMISSIONER(S),
PUEBLO COUNTY JURY COMMISSIONER(S), RANGLY COUNTY JURY COMMISSIONER(S),



| | |
|---|---|
| MEEKER COUNTY JURY COMMISSIONER, SAN MIGUEL JURY COMMISSIONER(S), TELLER COUNTY JURY- COMMISSIONER(S); | Account Holder |
| STATE COURTS OF COLORADO, COURT ADMINISTRATOR(S) / FIDUCIARIES | Account Holder |
| INTERNATIONAL ATTORNEY GALOWALLO | Account Holder |
| COLORADO STATE ATTORNEY GENERAL –JOHN W. SUTHERS | Account Holder |
| US ATTORNEY GENERAL-JOHN ASHCROFT | Account Holder |
| US ATTORNEY GENERAL-ALBERTO GONZALES | Account Holder |
| | |
| US ATTORNEY GENERAL-MICHAEL B. MUKASEY | Account Holder |
| US PROVOST MARSHAL GALE HAYNES | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF GEORGIA | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF COLORADO | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF WISCONSIN | Account Holder |
| UNITED STATES MARSHAL GEORGE BREFFNI WALSH | Account Holder |
| STATE OF COLORADO ATTORNEY GENERAL, JOHN SUTHERS | Account Holder |
| AUSTIN TEXAS, DEPARTMENT OF THE TREASURY-FRANK SCOFIELD | Account Holder |
| STATE OF COLORADO, COMPTROLLER OF THE CURRENCY – DAVID MCDERMOTT | Account Holder |
| COLORADO STATE, DEPARTMENT OF THE TREASURY | Account Holder |
| GEORGIA STATE COMPTROLLER OF THE CURRENCY | Account Holder |
| CITI CORP TRUST BANK, CITI GROUP | Account Holder |
| WAL-MART | Account Holder |
| BANK OF INTERNATIONAL SETTLEMENTS | Account Holder |
| UNITED BANK OF SWITZERLAND | Account Holder |
| JP MORGAN CHASE BANK | Account Holder |
| PZN / PRISON REALTY TRUST INCORPORATION | Account Holder |
| MERYLL LYNCH | Account Holder |
| WELLS FARGO | Account Holder |
| WACHOVIA | Account Holder |
| DUETSCHE BANK GROUP | Account Holder |
| BNP PARIBAS / BANQUE NATIONALE DE PARIS | Account Holder |
| BANK OF TOKYO MITSUBISHI LTD | Account Holder |
| SUMITOMO BANK LTD | Account Holder |
| BAYERISCHE HYPO-UND VEREINS BANK AG MUNICH, GERMANY | Account Holder |
| BANK OF AMERICA CHARLOTTE USA | Account Holder |
| US DEPARTMENT OF TREASURY | Account Holder |
| HENRY M. PAULSON JR. | Account Holder |
| GEORGE W. BUSH JR | Account Holder |
| Internal Revenue Service Account No. 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; | Account |
| Social Security No. 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 | each severally. |

By/On/Through: **Dwight D. York / Malachi Z. York:®:©™**
hereinafter "Creditors"

| | |
|---|---|
| Principal | Private Offset Account No. RR059445061US |
| First Surety | Private Offset Account No. RR059445061US |
| Second Surety | Private Offset Account No. RR059445075US |
| Third Surety | Private Offset Account No. RB842713256US |

*KNOW ALL MEN BY THESE PRESENTS.* **WHEREAS,** only fiat money exists in circulation for the discharge of debt:

NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above- named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit. In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for Account Holders: *Dwight D. York /* Malachi Z. York:®:©™ and Account No.064360272, each severally, for any amount up to and including **Three Hundred Million USD-($300,000,000.00),** insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debt taxes, encumbrances, deficits, deficiencies, liens, judgements, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by certified mail at the location below-noted. Failure to return will stipulate acceptance and honor.

## BOND ORDER

1.    The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of the Account Holders: Malachi Z. York:®:©™ and Social Security Account No.064360272 dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

3.    The Fiduciary shall have thirty (30) days from Date of Delivery specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the principal with all associated transactions annexed thereto by United States Certified Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance and honoring of this instrument and all terms and provisions herein as an operation of law.

4.    All communication shall be sent by United States Certified Mail directly to the Principal at the location noted hereunder exactly as shown, Service in any other manner will be defective. The Principal will accept post at the said postal location only.

5.    This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6.    This Bond expires at 3:29:59 PM, 09/12 /2038

Executed by the undersigned on this the 13TH day of February in the Year of Our Lord, 2008.

:Ibrahiim Abdullah Al Mahdi:
:First Surety
Private Offset Account No.RR059445061US
c/o :3535 Peachtree Road Suite#520
Atlanta, Georgia state
Nonresident/Non-Domestic

:Jaame Amun Re:El:
: Second Surety
Private Offset Account No.RR059445075US
c/o:PO BOX 391182
Snellville, Georgia state
Nonresident/Non-Domestic

:*Dwight York* / Malachi Z. York:
: Principal
Private Offset Account No.RR059445061US
c/o:3535 Peachtree Road Suite#520
Atlanta, Georgia
Nonresident/Non-Domestic



:Wajdet Tum Nefer El:
:Third Surety
Private Offset Account No. RB842713256US
c/o:620 Ponce De Leon Avenue #522
Decatur, Georgia state
Nonresident/Non-Domestic

NOTARY-ACCEPTOR

NOTARY-ACCEPTOR