## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION

Civil Action No. 5:08-cv-00455-CAR

Malachi York:©™

    Plaintiff

V.

USA,
FEDERAL BUREAU OF PRISONS, AND
AGENTS/ HEIRS

    Defendants

---

## MOTION TO EXPEDITE DISCHARGE/REPATRIATION

---

HEREBY motions the court for expediting discharge of the secured party Malachi York:©™ as petitioned, pursuant to 8 USC §1481, Emancipation Proclamation, signed Liberian and United States treaty, Foreign Sovereign Immunities Act of 1976, Liberian Constitution Article 37, and Fair Debt Collection Practices Act, Regulation Z, Regulation G, Regulation K, GAAP, 12 C.F.R. 226.10, and 15 U.S.C. § 1601, Vienna Convention on Diplomatic Relation Article 29, and Vienna Convention on Diplomatic Relation Article 31.

# FACTS

1. In accordance with 8 USC § 1481(1)(2)(4)(5)(6). Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions. Voluntarily performing any of the following acts with intention of relinquishing United States nationality-

 (1) obtaining naturalization in foreign state upon his own application or upon an application filed by a duly authorized agent, after having attained the age of eighteen years; or

 (2) taking an oath or making an affirmation or formal declaration of allegiance to foreign state or a political subdivision thereof, after having attained the age of eighteen years; or

 (4) (A) accepting, serving in, or performing the duties of any office, post, or employment under the government of a foreign state or a political subdivision thereof, after attaining the age of eighteen years if he has or acquires the nationality of such foreign state; or

 (B) accepting, serving in, or performing the duties of any of any office, post, or employment under the government of a foreign state or a political subdivision therefore, after attaining the age of eighteen years for which office, post, or employment an oath, affirmation, or declaration of allegiance is required; or

 (5) making a formal renunciation of nationality before a diplomatic or consular officer of the United States in foreign state, in such form as may be prescribed by Secretary of State; or

(6) making in the United States a formal written renunciation of nationality in such

form as may be prescribed by, and before such officer as may be designated by,

the Attorney General, whenever the United States a formal written renunciation of

nationality in such form as may be prescribed by, and before such officer as may

be designated by, Attorney General, *See Liberian Citizenship* documents in

docket # 2

**2.** In accordance with the House of Representatives "in 1819 Congress gave the American Colonization Society (ACS) $100,000 back in 1819 (quite a sum at the time, when a governor might receive $750 a year) to assist with repatriation and enabling the first ship, Elizabeth, to set sail a year later with some Black emigrants who desired to return to their Fatherland. Here are a few references that was made to the American Colonization Society in the past. This is a far cry from all and does not do it justice but is still, nevertheless, interesting:

\* \* \* \* \*

H.R. Journal--Tuesday, January 14, 1817.

Mr. Randolph, presented a petition of the President and board of Managers of the American society, for colonizing the free people of colour of the United States, praying that Congress will aid with the power, the patronage, and the resources of the country, the great and beneficial object of their institution, which was ordered to lie on the table.

\* \* \* \* \*

WEDNESDAY, February 6, 1822.
Mr. Golden presented a memorial of the President and Board of Managers of the American Colonization Society, praying that further and more effectual measures may be adopted for the suppression and entire abolition of the African slave trade; which memorial was referred to the Committee on the Suppression of the said Trade.

\* \* \* \* \*

Monday, February 26, 1827.

The Speaker presented memorials from citizens of Randolph county, in the State of North Carolina, and the citizens of the city of Cincinnati, in the State of Ohio, praying the Government of the United States to extend its aid in effecting a colonization of the people of color on the coast of Africa; which memorials were referred to the Committee appointed on the memorial of the American Colonization Society."

* * * * *

Thursday, December 24, 1829.

". . . Mr. Ramsey presented a resolution of the Legislature of the State of Pennsylvania, in the following words:

"Resolution relative to the American Colonization Society.

"Whereas resolutions, approving of the objects of the American Colonization Society, have been adopted by the Legislatures of several States of this Union: And whereas Pennsylvania is honorably distinguished in having led the way in benevolent efforts to improve the condition of the African race in this country, and in having seized the first moments of her independence from foreign dominion, to abolish slavery, as inconsistent with her benevolent institutions, and, in the eloquent language of the Legislature of that day, 'in grateful commemoration of our happy deliverance from that state of unconditional submission to which we were doomed by the tyrany of Britain:' It seems, therefore, proper, that an association of enlightened and philanthropic men, who have united to form, for free persons of color, an Asylum in the land of their fathers, should receive the countenance and support of the General Assembly of Pennsylvania; and, from the success which has already attended the Colony at Liberia, there is reason to hope that it may be extended and enlarged, so as to offer a home and a country to all of these people who may choose to emigrate there; and their removal from among us would not only be beneficial to them, but highly auspicious to the best interests of our country. It also holds out to the Christian and philanthropist the hope, that, by the means of this Colony, the lights of Christianity and civilization may be made to shine in a land shrouded in the darkness of barbarism, and thus atonement, in some measure, be made, for the wrongs which slavery has inflicted on Africa. As the evil which this Society seeks to remove, pervades the whole country, it would seem to deserve the attention of those whose duty it is, and who are provided with the means 'to provide for the general welfare;' Therefore,

"Be it resolved by the Senate and House of Representatives of the Commonwealth of Pennsylvania, in General Assembly met, That, in the opinion of this General Assembly, the American Colonization Society eminently deserves the support of the National Government; and that our Senators be instructed, and the Representatives in Congress be requested, to aid the same by all proper and constitutional means.

"Resolved, by the authority aforesaid, That the Governor be requested to transmit a copy of this preamble and resolution to each of our Senators and Representatives in Congress.

NER MIDDLESWARTH,

Speaker of the House of Representatives.

DANIEL STURGEON,

Speaker of the Senate.

"Approved: The twenty-third day of April, one thousand eight hundred and twenty-nine.

J. ANDW. SHULZE."

And then the House adjourned, until Monday next, the 28th instant.

* * * * *

Thursday, April 19, 1832.

Mr. Hawes, by leave, presented a memorial of inhabitants of the State of Kentucky, praying Congress to aid the American Colonization Society in colonizing the free people of color of the United States on the coast of Africa; which memorial was referred to the committee appointed on the 30th of January last on the subject of colonization of the free people of color of the United States.

*  *  *  *  *

MONDAY, April 23, 1832.

Mr. Hawes, Mr. Marshall, and Mr. Lyon, severally presented memorials from inhabitants of the State of Kentucky, praying Congress to aid the American Colonization Society in colonizing the free people of color of the United States on the coast of Africa; which memorials were referred to the committee appointed on the 30th January last on the subject of the colonization of the free people of color.

*  *  *  *  *

H.R. Journal--MONDAY, February 25, 1833.

Mr. Vance presented a memorial of inhabitants of the county of Greene, in the State of Ohio, praying Congress to aid the American Colonization Society in colonizing the free people of color of the United States on the coast of Africa; which memorial was laid on the table.

*  *  *  *  *

H.R. Journal--MONDAY, December 12, 1836.

Resolved, That the use of the hall of the House of Representatives be granted to the American Colonization Society, on Tuesday evening, the 13th instant.

*  *  *  *  *

Monday, January 16, 1837.

Mr. Jones, of Ohio, presented a memorial and petition of the Board of Managers of the Colonization Society of Fredericksburg, in the county of Wayne, in the State of Ohio, praying Congress to abolish slavery and the slave trade Within the District of Columbia, and to extend the aid and patronage of the Government to the American Colonization Society, by grant of money or otherwise.

*  *  *  *  *

**3.** The Emaciation Proclamation signed by Former President ABRAHAM LINCOLN states in 1863 all persons held as slaves within any state or designated part of State, the people wherefore shall then be in rebellion, shall be then, thenceforward, and forever free; and the Executive Government of the United States, including the military and navel authority thereof, will recognize and maintain the freedom of such persons. And will do no act or acts to repress such persons, or any of them, in any efforts they may make for actual freedom.

**4.** In accordance with Liberian Constitution Citizenship Article 27(a) All person who on the coming into force of this constitution were lawfully citizens of Liberia citizens. (b) In order to preserve, foster and main the positive Liberian culture, values and **character**, Only persons who are negroes or of negro descent shall qualify by birth or by Naturalization to be citizens of Liberia. (c) The Legislative shall, adhering to the above Standard, prescribe such other qualification criteria for the procedures by which Naturalization maybe obtained.

**5.** Several key witnesses for the prosecution recanted their statement in CR: Case Proving the conspiracy. *See affidavit of recanted statement in amendment complaint.*

**6.** Chief Judge of the Middle District of Georgia C Ashley Royals (Georigia State Bar #617350) over the Criminal case has several complaints of Judicial Misconduct. Judge C Ashley Royals- tainted jurors, including juror 62, has participated in pre Publicity of the trial. Has been asked several times to rescue himself. Judge C Ashley Royals continuously demonstrates racial discrimination, racial profiling, and in deliberate indifference. Preponderance of evidence shows that during trial Judge C Ashley Royals

despite request of commemorating Martin Luther Kings Birthday as a federal holiday in accordance to *U.S.C. 6103 Holidays*. However Judge C Ashley Royals continued the trial on Martin Luther Kings Birthday showed in deliberate indifference. Judge C Ashley Royals also Presided over several family members and affiliates, which shows Conflicts of Interest. *See civil case # 98CV34669C Death of Malachi Z. York's Father-In- Law Noble Roosevelt Richardson See Exhibit D1-, criminal case #502CR-CAR-ALL, <u>2255 Habeas Corpus</u> criminal case #3:03-CR-9 (CAR), Deborah Yahudah Vs. University of Georgia civil case #3:06-CV-41 (CAR), Member and affiliate civil case #5:03-cv-00422-2(CAR), Janet Goins and 1000 John And Jane Does 2007 v. State of Georgia, Putnam County, Georgia Sheriff Department And (Sheriff Howard Sills) and Bureau of Prison, and 5:08CV-00455. Judge C. Ashley Royals also preside over Sheriff Howard Sills #5:02-CV-15-0-1 (CAR) NEIL ISAAC OUTLER vs. SHERIFF HOWARD SILLS. Howard Sills had a torture suit against* Him. Accordance to Title **28 USC 455(b) (1) states as follows "He [Any justice, judge, or magistrate judge of the United States] shall also disqualify himself in the following circumstances: (1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of dispute evidentiary facts concerning the proceeding:"** <u>In accordance with such;</u> These rules govern a motion filed in a United States district court under 28 U.S.C. § 2255 by:

(a) a person in custody under a judgment of that court who seeks a determination that:

      (1) the judgment violates the Constitution or laws of the United States;

      *(2) the court lacked jurisdiction to enter the judgment;*

      *(3) the sentence exceeded the maximum allowed by law; or*

      (4) the judgment or sentence is otherwise subject to collateral review; and

(b) a person in custody under a judgment of a state court or another federal court, and subject to future custody under a judgment of the district court, who seeks a determination that:

> (1) future custody under a judgment of the district court would violate the Constitution or laws of the United States;
>
> *(2) the district court lacked jurisdiction to enter the judgment;*
>
> *(3) the district court's sentence exceeded the maximum allowed by law; or*
>
> (4) the district court's judgment or sentence is otherwise subject to collateral review.

Source
(As amended Apr. 26, 2004, eff. Dec. 1, 2004.)

A District Court Judge "issuing the writ" as the operative remedy, provides that, if the judge finds the movant's assertions to be meritorious, he "shall discharge the prisoner.

A prisoner in custody under sentence of a court established by Act of Congress claiming

The right to be discharged upon the ground that the sentence was imposed in violation of

The Constitution or laws of the United States, or that the court was without

**JURISDICTION** to impose such sentence, *See Liberian Code,.* The Judge is

Authorize to submit an Order of Immediate discharge.

7. In accordance with the Foreign Sovereign Immunities Act of 1976 Section 1602-1611. Section 1602 Findings and declaration of purpose states: The Congress that That the determination by United States courts of claims of foreign states to immunity from jurisdiction of such courts would serve interest of justice and protect the rights of both foreign states and litigants in United States court. Under International law, states are not immune from the jurisdiction of foreign courts insofar as their commercial activities. Claims of foreign states to immunity should henceforth be decided by courts of the United States and States in conformity

with the principles set forth in the above chapter (1602-1611).

8. According to the Bureau of Statistics it is found that elderly inmates have no threat to society. All elderly inmates have a higher deteriorating health rate and a higher cost for the Bureau of Prisons.

9. Hence when this Motion to Expedite on Discharge and Repatriation is granted all Transit fees shall be paid.

Wherefore, this pleading is respectfully submitted in Truth and Reconciliation, and further relief the court deems just and fair.

On this _____ day of January, 2009.

Respectfully Submitted,

Malachi York:©™
P.O. Box 181398
Denver, Colorado 80218

**RECIPIENT**

The sender has requested notification upon delivery. Immediately upon receipt, please telephone:

NAME:

Tel. No.: (   )

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY

PLEASE PRESS FIRMLY

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

Visit us at usps.com

**Mailing Envelope**
For Domestic and International Use

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

Addressee Label
Label 11-B, March 2004

Post Office To Addressee

EH 403 252 4305 US

FOR PICKUP OR TRACKING
Visit WWW.USPS.COM
Call 1-800-222-1811

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code

Date Accepted

Mo. Day Year

Time Accepted   ☐ AM   ☐ PM

Flat Rate ☐ or Weight   lbs.   ozs.

FROM: (PLEASE PRINT)   PHONE (   )

Day of Delivery   ☐ Next ☐ 2nd ☐ 2nd Del. Day   Postage $

Scheduled Date of Delivery   Month  Day   Return Receipt Fee $

Scheduled Time of Delivery   ☐ Noon ☐ 3 PM   COD Fee   Insurance Fee $

Military   ☐ 2nd Day ☐ 3rd Day   Total Postage & Fees $

Int'l Alpha Country Code   Acceptance Emp. Initials

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt   Mo. Day   Time   ☐ AM ☐ PM   Employee Signature

Delivery Date   Mo. Day   Time   ☐ AM ☐ PM   Employee Signature

☐ NO DELIVERY   ☐ Weekend   ☐ Holiday   Mailer Signature

**CUSTOMER USE ONLY**

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

TO: (PLEASE PRINT)   PHONE (   )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

Agency provide account number on label.

Federal Agency Acct. No. or Postal Service Acct. No. must be attached using PS Form 2976-E customs form pouch.

If item being a corporate or federal account may be dropped in an Express Mail collection box. For other pickup options visit usps.com/pickup.

cradletocradle   SILVER

Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste. This USPS® packaging has been certified.

U.S. POSTAGE
DENVER, CO
80129
JAN 12 '09
AMOUNT
$34.80
00005442-14

When used internationally affix customs declarations (PS Form 2976, or 976A).

EXPRESS MAIL POSTAGE REQUIRED.

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail. Misuse may be a violation of federal law. This package is not for resale.

EP-13C May 2007   © 2007 USPS