## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION

**Civil Action No. 5:08-cv-00455-CAR**

*misnomer* DWIGHT  YORK A/K/A DWIGHT D. YORK,
A/K/A MALACHI Z. YORK,
A/K/A ISA MUHAMMAD,
A/K/A BABA, ISSA AL HAADI AL MAHDI,
A/K/A ISA ABD' ALLAH MUHAMMAD,
A/K/A DR. MALACHI Z. YORK,

Noble: Malachi York:©™

       Plaintiff,

v.

USA,
FEDERAL BUREAU OF PRISONS, AND
AGENTS/HEIRS

       Defendant

---

### NEGATIVE AVERMENT

---

COMES NOW the Plaintiff, Malachi York:©™, Consul General Diplomat D/P #003828-04 of the Republic of Liberia, West African Citizenship, *misnomer* Dwight D. York (Inmate #17911-054) hereby files this Negative Averment for immediate discharge from the Defendants, USA, Federal Bureau of Prisons, and Agents/Heirs (hereinafter referred to as "Defendant").

1. Malachi York:©™ herein states that I am competent and being of the age of majority affirm that my "yes" be "yes" and my "no" be "no" and that the following facts are true,

certain, correct, and not misleading under the penalty of the Creator's Law of bearing false witness, and,

2. Malachi York:©™ has not seen or been provided any evidence that Indemnifies Malachi York:©™ with the said charges for the damages defendants will create by enforcement of any liens and/or levies initially alleged by the defendants nor does Malachi York:©™ believe any such evidence exists, and,

3. Malachi York:©™ has not seen or been provided any evidence that certificate proof of claim setting forth essential facts for said alleged original claim by defendants (case #: 5:02-CR-27-CAR "et al"), and,

4. Malachi York:©™ has not seen or been provided any evidence that his conditional acceptance of defendants original offer, does not prove Malachi York:©™ agrees to discharge any liability associated therewith, as set forth in the Notice of Conditional Acceptance (See **WRIT IN THE NATURE OF DISCOVERY**), and,

5. Malachi York:©™ has not seen or been provided any evidence that the defendants have or can produce a signed record of assessment nor does Malachi York:©™ believe any such evidence exists, and,

6. Malachi York:©™ has not seen or been provided any evidence that Malachi York:©™ established an account with the United States or BOP (defendants) which makes Malachi

York:©™ liable for defendants original claim nor does Malachi York:©™ believe any such evidence exists, and,

7. Malachi Z. York©™ has not seen or been provided any evidence that Malachi York:©™ received a benefit, gain, or advantage that made Malachi York:©™ liable for defendants original claim (case #: 5:02-CR-27-CAR "et al") nor does Malachi York:©™ believe any such evidence exists, and,

8. Malachi York:©™ has not seen or been provided any evidence that defendants may lawfully interfere with private contracts made with others, and,

9. Malachi York:©™ has not seen or been provided any evidence that you have a delegation of authority to attach levies against a Sovereign without cause nor does Malachi York:©™ believe any such evidence exists, and,

10. Malachi York:©™ has not seen or been provided any evidence that you have a delegation of authority to unlawfully detain me, and,

11. Malachi York:©™ has not seen or been provided any evidence that you did not know or cannot discover that primary liability rests upon the maker of an instrument, unless the other party refuses to pay or perform, and that Malachi York:©™ has NEVER refused to pay or perform nor does Malachi York:©™ believe any such evidence exists, and,

12. Malachi York:©™ has not seen or been provided any evidence that this offer is NOT evidence that Malachi York:©™ offered to discharge liability conditioned upon proof of claim nor does Malachi York:©™ believe any such evidence exists, and,

13. Malachi York:©™ has not seen or been provided any evidence that defendants are not liable for the amount defendants are seeking by refusing to provide a certificate of proof of claim for case #: 5:02-CR-27-CAR "et al", and,

14. Malachi York:©™ has not seen or been provided any evidence that this matter has not been settled by stipulation of the parties of prior agreements (case #: 5:02-CR-27-CAR "et al") and that defendants are not in dishonor to the first conditional acceptance leaving defendants with no standing to make additional offers, and,

15. Malachi York:©™ has not seen or been provided any evidence that an offer tendered in discharge of a claim and refused, does NOT discharge any liability associated with the claim nor does Malachi York:©™ believe any such evidence exists, and,

16. Malachi York:©™ has not seen or been provided any evidence that the defendants did not have prior knowledge that this matter was already settled by stipulation of the parties and tacit procuration, and,

17. Malachi York:©™ has not seen or been provided any evidence that defendants have standing to make a new offer when defendants have had prior knowledge that the defendants have gone into commercial dishonor by stipulation of the parties, and,

18. Malachi York:©™ has not seen or been provided any evidence that if defendants endorse their new claim with defendants signature or court stamp with advance notice claims and defenses against defendants claim and they go into commercial dishonor, they do not become personally liable on the instrument, and,

19. Malachi York:©™ has not seen or been provided any evidence that defendants are going to provide proof of claim which will keep you in dishonor, and,

20. Malachi York:©™ has not seen or been provided any evidence that since the defendants are in dishonor and will not provide proof of claim defendants are stipulating that defendants are responsible for any amount they allege,

Further Malachi York:©™ sayeth not.

Malachi Z. York©™

THIS ENTIRE DOCUMENT MUST BE FILED AS A PERMANENT PART OF YOUR RECORD FOR CASE#: **08-cv-02631-BNB**