# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION

**Civil Action No. 5:08-cv-00455-CAR**

DWIGHT YORK A/K/A DWIGHT D. YORK *misnomer*,
A/K/A MALACHI Z. YORK,
A/K/A ISA MUHAMMAD,
A/K/A BABA, ISSA AL HAADI AL MAHDI,
A/K/A ISA ABD' ALLAH MUHAMMAD

Noble: Malachi York

      Plaintiff,

v.

USA,
FEDERAL BUREAU OF PRISONS, AND
AGENTS/HEIRS

      Defendant

---

## BILL OF PEACE

---

**Malachi York:©™** in propia persona (Pro Per) does hereby respectfully quest expedited settlement and closure in the form of immediate discharge from the Federal Bureau of Prisons, Florence ADX Facility and from all charges and liens held against Malachi York:©™ "et al" from the USA, Federal Bureau of Prisons, and its Agents/Heirs (Hereinafter referred to as Defendants).

Malachi York:©™ is filing this bill of peace to stop further controversion of his rights by the Defendants. To prevent a multiplicity of suits we direct the court to grant and expedite an immediate discharge of all prior levies and liens held by the Defendants

and order an immediate discharge from out of the Federal Bureau of Prisons Florence ADX Facility (Please refer to the **WRIT IN THE NATURE OF DISCOVERY**).

Respectfully,

Malachi York:©™

PO Box 181398
Denver, CO 80218