**Notice**

RECEIVED
CLERK'S OFFICE

2009 JAN 20 AM 9: 00

Civil Action No. 5:08-CV-455

U.S DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

A fax was sent in reference to this matter the Acceptance for Value and Consideration, Discharge, Settlement and Closure, Please file the following as attachments to the Amended Complaint.  We did not see the Acceptance for Value  on Pacer's therefore we are resubmitting this for your knowledge.