FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION 2009 JAN 27 AM 8:45

Civil Action No. 5:08-CV-00455-CAR-*GMF*

*C. Auston*
DEPUTY CLERK

*misnomer* DWIGHT YORK©™ A/K/A DWIGHT D. YORK©™ "et al",
A/K/A ISA MUHAMMAD©™,
A/K/A ISSA AL HAADI AL MAHDI©™,
A/K/A ISA ABD' ALLAH MUHAMMAD©™,
A/K/A MALACHI Z. YORK EL©™,
A/K/A MALACHI K. YORK©™,

Noble: Malachi York El: ©™

     Plaintiff

v.

USA,
FEDERAL BUREAU OF PRISONS,
AND AGENTS/HEIRS
     Defendants,

---

### NOTICE OF DEFAULT/CERFICATE OF DISHONOR

---

The Secured Party Malachi York El:©™, Ens Legis MALACHI YORK©™ "et al" has done an Acceptance for Honor in accord with the Uniform Commercial Code UCC §3-410; UCC § 3-419; (O.C.G.A. § 11-3-419), for the City of Macon, United States District Court For The Middle District Georgia; Initial Previous Case **Superseding Indictment No(s): 5:02-CR-27-CAR; Current Open Case File No. 5:08-cv-00455-CAR.** I Malachi York El:©™ informed the Honorable Jose G. Davila Matos previously, who was the Alien Custodian, Head Contract Settlements and the Fiduciary Trustee on the Bankruptcy of the United States, under Title 50 U.S.C. Appendix § 7(c), § 7(e), § 9 and § 12 (The Trading with the Enemy Act of 1917), now currently Juan C. Puig Morales. Juan C. Puig Morales of the Departamento de Hacienda P.O. Box 9024140 Tel:(787)721.2020 Email: InfoServ@hacienda.gobiemo.pr Politica de Privacidad, may use my private exemption CUSIP#/AUTOTRIS/TIN 064360272 for full settlement and

closure of this case and accounts for the City of Macon, United States District Court For The Middle District Georgia Case No(s): **5:08-CR-27-CAR "et al".**

I Secured Party Consul General Malachi York El:©™ Accept for Value, the Charges and the CUSIP numbers for consideration and honor and in return, I post full settlement and closure in the City of Macon, United States District Court For The Middle District Georgia **Current Open Case File No. 5:08-cv-00455-CAR**, and all related and associated accounts, under the Federal Rules of Civil Procedures Rule 8.  I have a Claim of Preferred interest in this subject matter as the Secure Party on the record for the record. I've required an accounting of the total amount of the bill for the full settlement and closure of this case and these accounts by the City of Macon, United States District Court For The Middle District Georgia Case No(s): **5:02-CR-27-CAR "et al"**.  The Fiduciary Charles Ashley Royal / U.S. Mag. Judge G. Mallon Faircloth / Officer in Bankruptcy, is to file this letter with the Clerk of Court / Deputy Clerk, for the City of Macon, United States District Court For The Middle District Georgia  Case No(s): **5:08-cv-00455-CAR "et al"** 475 Mulberry Street Macon, GA. 31202, On behalf of Ens Legis DWIGHT YORK©™, ISA MUHAMMAD©™, BABA©™, ISSA AL HAADI AL MAHDI©™, MALACHI Z. YORK EL©™, "et al".  I Accept for Value and consideration the lack of Subject Matter Jurisdiction, as well as the Oath(s) Of Office, and Bonded insurance of Charles Ashley Royal, Magistrate of the City of Macon, United States District Court For The Middle District Georgia  Case No(s): **5:02-CR-27-CAR, currently open under case file#: 5:08-cv-00455-CAR**  to Bond the charges associated to the TRADE-NAMES / STRAWMAN associations DWIGHT YORK "et al", wherein the City of Macon, United States District Court For The Middle District Georgia must vacate all CHARGES associated by (Bankruptcy Officer / Magistrate Charles Ashley Royal / U.S. Mag. Judge G. Mallon Faircloth - (706)653-2942). Wherein The Body of Malachi York El:©™,

(O.C.G.A. 1-2-1) held as an artificial corporation must be discharged (*released*) from the Warehouse of USP FLORENCE ADX PRISON/ Detention Center in Florence, Fremont County, CO *Immediately*.

Malachi York El: ©™

Nonresident/ Non-Domestic

First Class, Delivery

c/o P.O. Box 181398

Denver, Colorado 80218

EP13F JULY 2007 © U.S. Postal Service

PRESS HARD. YOU ARE MAKING 3 COPIES.

UNITED STATES POSTAL SERVICE

**EXPRESS MAIL®**

Recycled Paper

PLEASE PRESS FIRMLY

PLEASE PRESS

Schedule package pickup right from your...
Print postage online – Go to usps.com/postage

Flat Rate
Mailing Envelope
For Domestic and International Use

Visit us at usps.com

Addressee Copy
Label 11-B, March 2004

Post Office To Addressee

When used internationally affix customs declarations (PS Form 2976, or 2976A).

DENVER, CO
80249
JAN 26 09
AMOUNT
**$19.70**
0002947T-06

Mailing Label Here:

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code | Day of Delivery | Postage $
Date Accepted | Scheduled Date of Delivery | Return Receipt Fee $
Time Accepted ☐ AM ☐ PM | Scheduled Time of Delivery | COD Fee | Insurance Fee $
Flat Rate ☐ or Weight | Int'l Alpha Country Code | Total Postage & Fees $
lbs. ozs. | | Acceptance Emp. Initials

FROM: (PLEASE PRINT)    PHONE ( )

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

Visit us at usps.com

We Deliver!

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature
Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature

**CUSTOMER USE ONLY**

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if waiver of signature is requested...

TO: (PLEASE PRINT)    PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES).

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste. This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.

Please recycle.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail®. Misuse may be a violation of federal law. This packaging is not for resale.