# 1/22/2009    Certificate of Dishonor:

"YOUR **COMMERCIAL DISHONOR** IS ACCEPTED, PURSUANT TO **UCC3-605**":
Firstly three different forms of payment were tendered to you from out of the EL,MALACHI Z. YORK,CESTUI QUE TRUST and you did not respond within the appointed 96HRS (*See 12 CFR 226.10*):

> Certified Funds
> State Bond / Private Discharge and Indemnity
> Promissory Note

Four different forms were tendered because of the different Financial practices of different institutions to ensure easy negotiations of the Negotiable Instruments. The Security Instruments are all payable on demand 440.3602 Discharge; payment,440.3603 Sec. 3603. (1), GAAP, GAAS,12 U.S.C. Section 1813 (l)(1) via:

> ATTN: **José G. Dávila Matos, Previous / Current Secretary**- Juan C. Puig Morales
> Department of Treasury                / Department of Treasury
> P.O. Box 4515                         / P.O. Box 9024140
> San Juan, Puerto Rico 00902           / San Juan, Puerto Rico 00902

They are also payable through the US Dept. of Treasury in the state of Georgia, pursuant to Georgia statutes, in Lieu of Negotiable Insrtuments / Promissory Notes, or D.C. under Henry Paulson which can be made when negotiating these security instruments. The funds are valid and are PAYABLE ON DEMAND. You are currently in Dis-Honor, and we're ordering that you promptly credit the associated Account Pursuant to 12 CFR 226.10, or acquiesce to the damages Due to your Commercial Dis-Honor. I am a Public Notary of the State of Georgia whereby you're currently in violations of Commercial Law;

Violations:

- In accordance with Federal Rule 12 CFR § 226.10  Prompt crediting of payments payment was immediately to be applied to the account# 38595286
- Truth In Lending Act Regulation Z and Regulation G
- Fair Debt Collection Practice Act
- GAAP (General Accepted Accounting Principles)
- Public Law 73-10
- House Joint Resolution 192 June 5, 1933 @ 4:30pm
- Commercial Law Maxims
- UCC 3-603, 3-605, 3-606
- GAAS (GENERAL ACCEPTED AUDITING STANDARDS)
- **12 U.S.C. Section 1813 (l)(1)**

We expect you to resolve these issues immediately



Subscribed and sworn to before me on    /      / 2009

Notary Public, COUNTY: _Athens. Clarke_ :State _Georgia_____ My commission



Exhibit S2

At Part_____ of the Supreme Court of
the State of New York, held in and
for the County of Sullivan, at
Monticello, New York, on the 15th
day of January, 1993

PRESENT:
HON. *Robert C. Williams*
                    Justice

---------------------------------------X

In the Matter of the Application of
ISSA AL HAADI AL MAHDI for leave to
change his name to

    MALACHI YORK.

Index No. 74/93

ORDER

---------------------------------------X

Upon the petition of ISSA AL HAADI AL MAHDI, sworn
to on the 27th day of December 1992 praying for leave
to change his name from ISSA AL HAADI AL MAHDI, to MALACHI
YORK, and the Court being satisfied thereby that the petition
is true and that there being no objection to the change of
name proposed.

NOW, upon motion of JOSEPH SADOW, attorney for
petitioner, it is

ORDERED, that the petitioner, ISSA AL HAADI AL
MAHDI, born on June 26, 1945 at Boston, Massachusetts, whose
birth certificate number is 8523, is hereby authorized to
assume the name MALACHI YORK, in place and stead of his
present name on the 12th day of MARCH 1993.
and upon compliance with the provisions of this Order, it is
further

ORDERED, that this Order shall be entered, and the papers upon which it is granted, filed within ten (10) days from the date hereof, in the office of the Clerk of the County of Sullivan, wherein petitioner resides, and it is further

ORDERED, that at least once within twenty (20) days after entry of this Order, a notice in substantially the following form, shall be published in _SULLIVAN COUNTY DEMOCRAT CALLICOON, NEW YORK_

> Notice is hereby given that an order entered by the Supreme Court, Sullivan County on the _19th_ day of _JANUARY_ 1993, bearing Index Number _76/93_, a copy of which may be examined at the Office of the Clerk, located at Court House, Monticello, New York 12701; the date of my birth is June 26, 1945; the place of my birth is Boston, Massachusetts; my present name is ISSA AL HAADI AL MAHDI.

and it is further

ORDERED, that within forty (40) days of the making of this Order, an affidavit of publication as herein directed shall be filed in the Office of the Clerk of the County of _Sullivan_; and it is further

ORDERED, that upon full compliance with the above provisions of this Order, the petitioner shall, on and after

2

the 12th day of March 199 3 , be known by the name of MALACHI YORK, which he is hereby authorized to assume, and by no other.

STATE OF NEW YORK } ss.:
Sullivan County Clerk's Office }

I, George L. Cooke, County Clerk in and for said County, do hereby certify that I have compared the foregoing copy of a Order

with the original now remaining on file in this office and that the same is a correct transcript therefrom and of the whole of said original.

ENDORSED, FILED.

In Testimony whereof, I have hereunto set my hand and affixed the seal of said County this 17th day of March A.D., 19 93

Clerk

3

*Deciphering The Superseding Federal Indictment, Without Presumptions, Assumptions, or Opinions?*

# AFFIDAVIT OF FACT
## Pursuant To Title 27 USC Section 72.11 / **27 CFR 72.11**:

### Fact 1

In observance of the United States District Court for the Middle District of Georgia's **Superseding Indictment**, case file number **5:02-CR-27-CAR**, **"et al"** several concerns come to mind in lieu of the initial name caption spelling associations referencing the case file matter, in accordance with the initial Recanted Affidavits. (*See Exhibits*)

Whereas, misnomers are correctly identified as the associated **ALL-CAPITAL-LETTERS-WRITTEN**, legal fiction, fictitious name, artificial, artificial person, idem sonans, informer, versus the true name / propia persona, which means "in one's own proper person." Therefore, in reference to an easy comprehension, we've provided definitions in accordance to what is referenced within the 10'inch font sized knowledge herein.

So, for further clarity in this matter for the court, we've provided lawful / legal terms for consideration in this matter to help salvage honor in this matter, pursuant to **46 USC Section 781**.

**Sec. 781.** Libel in admiralty against or impleader of United States

A libel in personam in admiralty may be brought against the United States, or a petition impleading the United States, for damages caused by a public vessel of the United States, and for compensation for towage and salvage services, including contract salvage, rendered to a public vessel of the United States: Provided, That the cause of action arose after the 6th day of April, 1920.

### SHORT TITLE

Act Mar. 3, 1925, ch. 428, which enacted this chapter, is popularly known as the "Public Vessels Act".

**IN PROPIA PERSONA**. In one's own proper person. Black's 1st .

However, when one's true name is spelled in ALL-CAPITAL-LETTERS-WRITTEN, the above and below rule applies, in accordance to associated commerce / commercial transactions.
According to  HYPERLINK "http://www.lawterms.net/commerce.php"
http://www.lawterms.net/commerce.php , Commerce is defined as;

### COMMERCE

As defined by the Lanham Act, trade that the federal government is authorized to regulate. To qualify for federal trademark protection and registration, a mark must have first been used in commerce. In practice, this means that a product or service must be sold outside of the state in which it originates, be advertised out of state or cater to travelers, such as a hotel, before it can qualify for trademark protection.

### Fact 2

For Example; According to the Federal Styles Manual Chapter 3/2 "CAPITALIZATION /Court Work", the following knowledge is recognizable which further questions the integrity of the offering prosecuting parties associated:

## 3. CAPITALIZATION RULES

(See also ``Abbreviations and Letter Symbols" and ``Capitalization Examples")

3.1. It is impossible to give rules that will cover every conceivable problem in capitalization; but by considering the purpose to be served and the underlying principles, it is possible to attain a considerable degree of uniformity. The list of approved forms given in chapter 4 will serve as a guide. Obviously such a list cannot be complete. The correct usage with respect to any term not included can be determined by analogy or by application of the rules.

Proper names

3.2. Proper names are capitalized.
Rome
Brussels
John Macadam
Macadam family
Italy
Anglo-Saxon

Derivatives of proper names

3.3. Derivatives of proper names used with a proper meaning are capitalized.
Roman (of Rome)      Johannean      Italian

3.4. Derivatives of proper names used with acquired independent common meaning, or no longer identified with such names, are set lowercased. Since this depends upon general and long-continued usage, a more definite and all-inclusive rule cannot be formulated in advance.
roman (type)
brussels sprouts
venetian blinds
macadam (crushed rock)
watt (electric unit)
plaster of paris
italicize
anglicize
pasteurize

Common nouns and adjectives in proper names

3.5. A common noun or adjective forming an essential part of a proper name is capitalized; the common noun used alone as a substitute for the name of a place or thing is not capitalized.

Massachusetts Avenue; the avenue
Washington Monument; the monument
Statue of Liberty; the statue
Hoover Dam; the dam
Boston Light; the light
Modoc National Forest; the national forest

Panama Canal; the canal
Soldiers' Home of Ohio; the soldiers' home
Johnson House (hotel); Johnson house (residence)
Crow Reservation; the reservation

[[Page 24]]

Federal Express; the express
Cape of Good Hope; the cape
Jersey City
Washington City
but city of Washington; the city
Cook County; the county
Great Lakes; the lakes
Lake of the Woods; the lake
North Platte River; the river
Lower California
but lower Mississippi
Charles the First; Charles I
Seventeenth Census; the 1960 census

3.6. If a common noun or adjective forming an essential part
of a name becomes separated from the rest of the name by an
intervening common noun or adjective, the entire expression is
no longer a proper noun and is therefore not capitalized.
Union Station: union passenger station
Eastern States: eastern farming States
United States popularly elected government

3.7. A common noun used alone as a well-known short form of a
specific proper name is capitalized.
the Capitol building in Washington, DC; but State capitol
building
the Channel (English Channel)

**CHAPTER 2**
Bibliographies or references
2.130. There are many styles available to bibliographers, for
there are many classes of documents. A Government bulletin citation,
according to one authority, would be treated as follows:
Author's name (if the article is signed); title of article (in quotation marks); the
publication (usually in italic), with correct references to volume, number, series,
pages, date, and publisher (U.S. Govt. Print. Off.).
Therefore the example would read:
U.S. Department of the Interior, "Highlights in history of forest and related natural
source conservation," Conservation Bulletin, No. 41 (serial number not italic),
Washington, U.S. Dept. of the Interior (or U.S. Govt. Print. Off.), 1997. 1 p. (or p. 1).
Another Government periodical citation would read as follows:
Reese, Herbert Harshman, "How To Select a Sound Horse," Farmers' Bulletin, No.
779, pp. 1–26 (1987), U.S. Dept. of Agriculture.
Clarity may be maintained by capitalizing each word in book titles,
but only the first word in the title of articles.
Other examples are:
Preston W. Slosson, The Great Crusade and After: 1914–1928 (New York: Macmillan,

1930) Edward B. Rosa, "The economic importance of the scientific work of the government,"
J. Wash. Acad. Sci. 10, 342 (1920)or:
Preston W. Slosson, The Great Crusade and After: 1914–1928 (New York: Macmillan,
1930)Edward B. Rosa, "The Economic Importance of the Scientific Work of the Government,"
J. Wash. Acad. Sci. 10, 342 (1920)
Note that the principal words in both book titles and titles of articles
are capitalized. Consistency is more important in bibliographic
style than the style itself.
The science of bibliography is covered in many texts, and the following
references are available for study:
Bibliographic Procedures and Style: A Manual for Bibliographers in the Library
of Congress. Superintendent of Documents, Washington, DC 20402.
Better Report Writing, by Willis H. Waldo. Reinhold Publishing Corp., New York,
1995.
Macmillan Handbook of English, by Robert F. Wilson. Macmillan Co., New York,
1992.
A Manual of Style, University of Chicago Press, Chicago, 1993.
Suggestions to Authors of the Reports of the U.S. Geological Survey. Superintendent
of Documents, Washington, DC 20402.
Words Into Type, Prentice-Hall, New York, 1994.

**ARTIFICIAL.** What is the result of, or relates to, the arts; opposed to natural; thus we say a
corporation is an artificial person, in opposition to a natural person. Artificial accession is the
uniting one property to another by art, opposed to a simple natural union. 1 Bouv. Inst. n. 503.

**ARTIFICIAL PERSON.** In a figurative sense, a body of men or company are sometimes called an
artificial person, because the law associates them as one, and gives them various powers
possessed by natural persons. Corporations are such artificial persons. 1 Bouv. Inst. n. 177.
IDEM SONANS. Sounding the same.
2. In pleadings, when a name which it is material to state, is wrongly spelled, yet if it be idem
sonans with that proved, it is sufficient, as Segrave for Seagrave, 2 Str. R. 889; Keen for Keene,
Thach. Cr. Cas. 67; Deadema for Diadema, 2 Ired. 346; Hutson for Hudson, 7 Miss. R. 142;
Coonrad for Conrad, 8 Miss. R. 291. See 5 Pike, 72; 6 Ala. R. 679; vide also Russ. & Ry. 412; 2
Taunt. R. 401, In the following cases the variances there mentioned were declared to be fatal.
Russ. & Ry. 351; 10 East, R. 83; 5 Taunt. R. 14; 1 Baldw. R. 83; 2 Crom. & M. 189; 6 Price, R. 2;
1 Chit. R. 659; 13 E. C. L. R. 194. See, generally, 8 Chit. Pr. 231, 2; 4 T. R. 611; 3 B. & P. 559; 1
Stark. R. 47; 2 Stark. R. 29; 3 Camp. R. 29; 6 M. & S. 45; 2 N. H. Rep. 557; 7 S. & R. 479; 3
Caines, 219; 1 Wash. C. C. R. 285; 4 Cowen, 148 and the article Name.

**IDENTITY**, evidence. Sameness.
2. It is frequently necessary to identify persons and things. In criminal prosecutions, and in
actions for torts and on contracts, it is required to be proved that the defendants have in criminal
actions, and for injuries, been guilty of the crime or injury charged; and in an action on a contract,
that the defendant was a party to it. Sometimes, too, a party who has been absent, and who
appears to claim an inheritance, must prove his identity and, not unfrequently, the body of a
person which has been found dead must be identified: cases occur when the body is much
disfigured, and, at other times, there is nothing left but the skeleton. Cases of considerable
difficulty arise, in consequence of the omission to take particular notice; 2 Stark. Car. 239 Ryan's
Med. Jur. 301; and in consequence of the great resemblance of two persons. 1 Hall's Am. Law
Journ. 70; 1 Beck's Med. Jur. 509; 1 Paris, Med. Jur, 222; 3 Id. 143; Trail. Med. Jur. 33; Foder¥,
Med. Leg. ch. 2, tome 1, p. 78-139.
3. In cases of larceny, trover, replevin, and the like, the things in dispute must always be
identified. Vide 4 Bl. Com. 396.
4. M. Briand, in his Manuel Complet de M¥dicine L¥gale, 4eme partie, ch. 1, gives rules for the
discovery of particular marks, which an individual may have had, and also the true color of the
hair, although it may have been artificially colored. He also gives some rules for the purpose of

discovering, from the appearance of a skeleton, the sex, the age, and the height of the person when living, which he illustrates by various examples. See, generally, 6 C. & P 677; 1 C. & M. 730; 3 Tyr. 806; Shelf. on Mar. & Div. 226; 1 Hagg. Cons. R. 189; Best on Pres. Appx. case 4; Wills on Circums. Ev. 143, et seq.

**INFORMER**. A person who informs or prefers an accusation against another, whom he suspects of the violation of some penal statute.

2. When the informer is entitled to the penalty or part of the penalty, upon the conviction of an offender, he is or is not a competent witness, accordingly as the statute creating the penalty has or has not made him so. 1 Phil. Ev. 97; Rosc. Cr. Ev. 107; 5 Mass. R. 57; 1 Dall. 68; 1 Saund. 262, c. Vide articles Prosecutor; Rewards.

**PERSON**. This word is applied to men, women and children, who are called natural persons. In law, man and person are not exactly-synonymous terms. Any human being is a man, whether he be a member of society or not, whatever may be the rank he holds, or whatever may be his age, sex, &c. A person is a man considered according to the rank he holds in society, with all the rights to which the place he holds entitles him, and the duties which it imposes. 1 Bouv. Inst. n. 137.

2. It is also used to denote a corporation which is an artificial person. 1 Bl. Com. 123; 4 Bing. 669; C. 33 Eng. C. L R. 488; Wooddes. Lect. 116; Bac. Us. 57; 1 Mod. 164.

3. But when the word "Persons" is spoken of in legislative acts, natural persons will be intended, unless something appear in the context to show that it applies to artificial persons. 1 Scam. R. 178.

4. Natural persons are divided into males, or men; and females or women. Men are capable of all kinds of engagements and functions, unless by reasons applying to particular individuals. Women cannot be appointed to any public office, nor perform any civil functions, except those which the law specially declares them capable of exercising. Civ. Code of Louis. art. 25.

5. They are also sometimes divided into free persons and slaves. Freemen are those who have preserved their natural liberty, that is to say, who have the right of doing what is not forbidden by the law. A slave is one who is in the power of a master to whom he belongs. Slaves are sometimes ranked not with persons but things. But sometimes they are considered as persons for example, a negro is in contemplation of law a person, so as to be capable of committing a riot in conjunction with white men. 1 Bay, 358. Vide Man.

6. Persons are also divided into citizens, (q. v.) and aliens, (q. v.) when viewed with regard to their political rights. When they are considered in relation to their civil rights, they are living or civilly dead; vide Civil Death; outlaws; and infamous persons.

7. Persons are divided into legitimates and bastards, when examined as to their rights by birth.

8. When viewed in their domestic relations, they are divided into parents and children; husbands and wives; guardians and wards; and masters and servants son, as it is understood in law, see 1 Toull. n. 168; 1 Bouv. Inst. n. 1890, note.

So, based on the knowledge provided, we can clearly observe without question, wherein this entire matter clearly relates to commerce

## NATURAL PERSON.

A living, breathing human being, as opposed to a legal entity such as a  HYPERLINK "http://www.nolo.com/definition.cfm/term/288F640F-F004-41BD-9DA1C46501BFE4D3" corporation. Different rules and protections apply to natural persons and corporations, such as the Fifth Amendment right against self-incrimination, which applies only to natural persons.

See Topic: HYPERLINK "http://www.nolo.com/resource.cfm/catID/DF30274C-0DE0-4D7A-8E77178D82F090CE/104/284/" Consumer RightsÜ HYPERLINK "http://www.nolo.com/resource.cfm/catID/1745D9A3-D50D-4AAD-BFB3ED609A4EE3F5/111/" Business & Human ResourcesÜ    HYPERLINK "http://www.nolo.com/definition.cfm/Term/61D37D9C-A50D-4E29-86A8E661D7D5E344/alpha/N/" http://www.nolo.com/definition.cfm/Term/61D37D9C-A50D-4E29-86A8E661D7D5E344/alpha/N/

**TRADE-NAME.** A trade-name is a name which by user and reputation has acquired the property of indicating that a certain trade or occupation is carried on by a particular person. The name may be that of a person, place, or thing, or it may be what is called a "fancy name," (i.e. a name having no sense as applied to the particular trade,) or word invented for the occasion,
And having no sense at all. Seb. Trade-Marks, 37 Sweet. Black's 1st .

> **Note:** Any alphabetical variant of someone's true name set forth in ALL-CAPITAL LETTER/abbreviated format so as to express an *idem sonans* legal construct that signifies a juristic person, a corporate entity, as well as any other type of artificial contrivance such as a corporation, trust, partnership, "doing business as (dba)," and the like. A TRADE NAME functions as a "transmitting utility" in commerce for and on behalf of the man/woman. In accordance with the "Law of the Flag," a TRADE NAME is artificial, abstract, and corporate in nature while a man has physical existence. TRADE NAMES are not the equivalent of the man/woman on whose behalf the TRADE NAME functions as a flag, transmitting utility, proprietary trademark, etc.

### Fact 3

Aside from the above listed points referencing the associated spellings and assumed intents of opposing Court Fiduciary, regarding the Consul General Malachi York El:©™, the facts mentioned in this matter provides the court with knowledge beyond a shadow of doubt regarding the nature of this commercial casefile involving the Consul General Malachi York El:©™ herein pursuant to **27 CFR 72.11**.

Whereby Tendered Payment , issued by the EL,MALACHI Z. YORK©™,CESTUI QUE TRUST to this casefile's associated Offerors which included Sureties, was previously Tendered directly to the District Attorney Marcy E. Cook, as well as the US Attorney General's Office, for the purpose of Set-Off of the True Bill offered by the US DISTRICT COURT, according to contract law referencing Consul General Malachi York El:©™.                     Below, you'll notice financial definitions helpful in this matter.( Also, See exhibit receipt tracking#)

**TENDER** -- 1. A small vessel which serves a larger vessel in a port for the purpose of supplying provisions and carrying passengers to and from ship to shore.
2. An offer of money. An offer to supply something. An offer to present something.
3. To satisfy a claim, an unconditional offer to perform coupled with a manifest ability to carry out the offer.
4. A car connected behind a steam railroad locomotive to carry coal and water. (Almost obsolete).
 HYPERLINK "http://www.teachmefinance.com/Financial_Terms/tender.html"
http://www.teachmefinance.com/Financial_Terms/tender.html

**CESTUI QUE TRUST**, A barbarous phrase, to signify the beneficiary of an estate held in trust. He for whose benefit another person is enfeoffed or seised of land or tenements, or is possessed of personal property. The cestui que trust is entitled to receive the rents and profits of the land; he may direct such conveyances, consistent with the trust, deed or will, as he shall choose, and the trustee (q. v.) is bound to execute them: he may defend his title in the name of the trustee. 1 Cruise, Dig. tit. 12, c. 4, s. 4; vide Vin. Ab. Trust, U, W, X, and Y 1 Vern. 14; Dane's Ab. Index, h. t.: 1 Story, Eq. Jur. 321, note 1; Bouv. Inst. Index, h. t.

**SET-OFF**, contracts, practice. Defalcation; (q. v.) a demand which a defen-dant makes against the plaintiff in the suit for the purpose of liquidating the whole or a part of his claim.
2. A set-off was unknown to the common law, according to which mutual debts were distinct and inextinguishable except by actual payment or release. 1 Rawle's R. 293; Babb. on Set-off, 1.
3. The statute 2 Geo. II., c. 22, which has been generally adopted in the United States with some modifications however, allowed, in cases of mutual debts, the defendant to set his debt against the other, either by pleading it in bar, or giving it in evidence, when proper notice had been given of such intention, under the general issue. The statute being made for the benefit of the defendant, is not compulsory; 8 Watts, R. 39; the defendant may Waive his right, and bring a

cross action against the plaintiff. 2 Campb. 594; 5 Taunt. 148; 9 Watts, R. 179

4. It seems, however, that in some cases of intestate estates, and of insolvent estates, perhaps owing to the peculiar wording of the law, the statute has been held to operate on the rights of the parties before action brought, or an act done by either of them. 2 Rawle's R. 293; 3 Binn. Rep. 135; Bac. Ab. Bankrupt K.

5. Set-off takes place only in actions on contracts for the payment of money, as assumpsit, debt and covenant. A set-off is not allowed in actions arising ex delicto, as, upon the case, trespass, replevin or detinue. Bull. N. P. 181.

6. The matters which may be set off, may be mutual liquidated debts or damages, but unliquidated damages cannot be set off. 1 Black. R. 394; 2 John. 150; 8 Conn. 325; 1 M'Cord, 7; 3 Wend. 400; 1 Stew. & Port. 19; 2 Yeates, 208; 1 Sumn. 471; 2 Blackf. 31; 1 A. K. Marsh. 41; 6 Halst. 397; 5 Wash. C. C. 232 3 Bibb, 49; 2 Caines, 33. The statutes refer only to mutual unconnected debts; for at common law, when the nature of the employment, transaction or dealings necessarily constitute an account consisting of receipts and payments, debts and credits, the balance only is considered to be the debt, and therefore in an action, it is not necessary in such cases either to plead or give notice of set-off. 4 Burr. 2221.

7. In general, when the government is plaintiff, no set-off will be allowed. 9 Pet. 319; 4 Dall. 303. See 9 Cranch, 313; Paine, 156. But when an act of congress authorizes such set-off, it may be made. 9 Cranch, 213.

8. Judgments in the same rights may be set off against each other at the discretion of the court. 3 Bibb 233; 3 Watts 78; 3 Halst. 172; 4 Hamm. 90; 1 Stew. & Port. 24; 7 Mass. 140, 144; 8 Cowen 126. Vide Compensation; also Mon-tagu on Set-off; Babington on Set-off; 3 Stark. Ev. h. t.; Amer. Dig. h. t.; Whart. Dig. h. t.; 3 Chit. Bl. Com. 304, n.; 1 Chit. Pl. Index, h. t.; 8 Vin. Ab. 556; Bac. Ab. h. t. 1 Sell. Pr. 321; 5 Com. Dig. 595; 6 Id. 335; 7 Id. 336; 8 Id. 927; Chit. Pr. Index, h. t.; Bouv. Inst. Index, h. t. Vide Factor.

**TRUE BILL**, practice. These words are endorsed on a bill of indictment, when a grand jury, after having heard the witnesses for the government, are of opinion that there is sufficient cause to put the defendant on his trial. Formerly, the endorsement was Billa vera, when legal proceedings were in Latin; it is still the practice to write on the back of the bill Ignoramus, when the jury do not find it to be a true bill. Vide Grand Jury. HYPERLINK "http://www.constitution.org/bouv/bouvier_t.htm" http://www.constitution.org/bouv/bouvier_t.htm

**CONTRACT.** An agreement between two or more persons which creates an obligation to do or not to do a particular thing. Its essentials are competent parties, subject matter, a legal consideration, mutuality of agreement, and mutuality of obligation. Black's 5th .

Note: All contracts, whether express or implied, are subject to the universal essentials of contract law, pertaining to the fundamentals of the interaction between the parties. These fundamentals are well codified in many places, e.g. the California Civil Code, Sections 1549 et seq.:

(see exhibits- )

## UCC DEFINITIONS PART 2. GENERAL DEFINITIONS AND PRINCIPLES OF INTERPRETATION HYPERLINK "http://www.law.cornell.edu/ucc/1/index.htm" \l "part2" [Table of Contents]fl 1-201. General Definitions.

(a) Unless the context otherwise requires, words or phrases defined in this section, or in the additional definitions contained in other articles of [the Uniform Commercial Code] that apply to particular articles or parts thereof, have the meanings stated.

(b) Subject to definitions contained in other articles of [the Uniform Commercial Code] that apply to particular articles or parts thereof:

(14) "Defendant" includes a person in the position of defendant in a counterclaim, cross-claim, or third-party claim.

(27) "Person" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity.

(39) "Surety" includes a guarantor or other secondary obligor.
Offer -- 1. A proposal that is made to a certain individual or legal entity to enter into a contract, that is definite in its terms, and that indicates the offerer's intent to be bound by an acceptance.
2. With respect to securities, the price at which one is ready to sell.
HYPERLINK "http://www.teachmefinance.com/Financial_Terms/offer.html"
http://www.teachmefinance.com/Financial_Terms/offer.html

### Fact 4

Further, when we observe the US District Court for the Middle District of Georgia's Federal Superseding Indictment CRIM. NO. VIOLATIONS Count: Pursuant to Title 18 U.S.C.Section RICO, we investigate only to find prior, an honorable mention of the Consul General Malachi York El:©™, previously acknowledged as Al Imaam Isa Al Haadi Al Mahdi in Brooklyn, New York's Bushwick area, an area previously Crack Cocaine Infested, prior to Consul General Malachi Z. York El:©™'s intervention, whereby Consul General Malachi York El:©™'s Intervention disciplinary actions thereof in turn allowed him to receive a Key to the City by the Mayor of New York within the early 80's. (See exhibit attachment)

### Fact 5

In accordance, the presumed allegation VIOLATIONS charge 31 U.S.C. fl 5324(a)(3)-Structuring Cash is not an act committed by the flesh and blood living soul natural person Consul General Malachi Z. York El:©™.  The United Nuwaubian Nation of Moors of the world are in fact an ancient people, before a self-made corporate construct or organization, and should not be misconstrued as such.
Also, according to supporting Affidavit Recantment Statements by Habiyba Washington, her father Nathaniel Washington, etc. (see exhibit attachments ) the recorded facts therein for the record on the
record provided removes all doubt for the Courts knowledge regarding this matter.
In lieu of other record accounts unknown to the Court, it should also be known and or acknowledged that each associated bookstore is or has been independently managed or operated by its own operator and or manager worldwide, separately and freely in its affairs other than by Consul General Malachi Z. York El:©™.
However, due the Kidnap and contract Rape of the Consul General Malachi Z. York El:©™, associated evolutionary bookstores has declined and suffered from the lack of book production worldwide.

### Fact 6

Yet, the care and love growth of We the people for one another, as well as the Consul General Malachi Z. York El:©™ supersedes any dollar amount. Families and careers known and forgotten have successfully produced and evolved due Consul General Malachi Z. York El:©™.

### Fact 7

Consul General Malachi Z. York El:©™ has throughout decades in his career as a counselor and teacher to the many privileged and underprivileged youth, middle ages, as well as adults evolved within the edutainment realms as inspirations in the hip hop and film genres of life, through his books alone have managed to counsel, uplift, save lives, and educate many of these synergies who in turn positively effect the world and the people in it in which we live in today.

### Fact 8

May the Court for the record on the record take Judicial Notice, Pursuant to 8 USC fl 1481 in acknowledgement of the facts that Consul General Malachi Z. York El:©™ on the record for the record herein and prior recorded is not a citizen of the United States Corporation.

### Fact 9

Consul General Malachi Z. York El:©™ was falsely charged with the MANN ACT "et al", which is in complete opposition to how he dedicates his life to humanitarian work, teaching and the upliftment of the downtrodden in which he received numerous awards for  as mentioned above.
(see exhibit- )

****************************NOTARIAL VERIFICATION****************************

I acknowledge the above mentioned statements to be true, correct, and complete to the best of my knowledge, under penalties of perjury:

Notarial Acceptor: _____ My Commission Exp. 02/12/2012

Notarial Acceptor: _____ My Commission Exp. 02/12/12

Witness: _____







15

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
(Redacted Version)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | SUPERSEDING INDICTMENT |
| ) | |
| vs. ) | CRIM. NO. |
| ) | |
| ) | VIOLATIONS: |
| DWIGHT D. YORK, A/K/A ) | |
| DR. MALACHI Z. YORK, A/K/A ) | 18 U.S.C. § 1962(d)–RICO Conspiracy |
| ISA MUHAMMAD, A/K/A ) | 18 U.S.C. § 1962(c)–RICO Acts |
| ISA AL HAADI AL MAHDI AND ) | 18 U.S.C. § 371–MANN Act Conspiracy |
| A/K/A "BABA" ) | 18 U.S.C. § 2423(a) MANN Act- Minor Transport |
| ) | 18 U.S.C. § 2423(b)–MANN Act Travel |
| ) | 18 U.S.C. § 3283–MANN Act Limitations Statute |
| ) | 18 U.S.C. § 2–Aiding and Abetting |
| ) | 31 U.S.C. § 5324(a)(3)–Structuring Cash |
| ) | 18 U.S.C. §1963–RICO Forfeiture |
| ) | 18 U.S.C. § 2253(a)(3)–MANN Act Forfeiture |
| ) | 18 U.S.C. § 2253(o)–MANN Act Forfeiture |

THE GRAND JURY CHARGES:

## COUNT ONE
### (Conspiracy to Commit Racketeering Violations)

From in or about January 1988, and continuing through May 8, 2002, in the Middle

District of Georgia and elsewhere within the jurisdiction of this Court, the Defendant

**DWIGHT D. YORK, a/k/a DR. MALACHI Z. YORK, a/k/a
ISA MUHAMMAD, a/k/a ISA AL HAADI AL MAHDI and a/k/a "BABA"**
(hereinafter referred to as "DWIGHT YORK"),

being a person employed by and associated with an enterprise described in Paragraph A below,

which was engaged in, and the activities of which affected, interstate commerce, did knowingly

and willfully combine, conspire, confederate and agree, and have tacit understanding with

unindicted co-conspirators and others, known and unknown to the Grand Jury, to violate Title 18,

United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in

VALUE RECEIVED

A.    Cannot be located upon the exercise of due diligence;

B.    Has been transferred, sold to or deposited with a third person;

C.    Has been placed beyond the jurisdiction of the Court;

D.    Has been substantially diminished in value; or

E.    Has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant up to the value of the above -forfeitable property of DWIGHT YORK, or assets of equal value, up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

Presented By:

_____
MAXWELL WOOD
UNITED STATES ATTORNEY

_____
RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

_____
STEPHANIE D. THACKER
TRIAL ATTORNEY

48

Case 5:08-cv-00455-CAR-GMF    Document 10-2    Filed 01/27/09    Page 17 of 40

No. _____

## UNITED STATES DISTRICT COURT
### Middle District of Georgia
### Macon Division

THE UNITED STATES OF AMERICA
v.
DWIGHT D. YORK, A/K/A
DR. MALACHI Z. YORK, A/K/A
ISA MUHAMMAD, A/K/A
ISA AL HADDI AL MAHDI AND
A/K/A "BABA"

VALUE
RECEIVED

## INDICTMENT

18 U.S.C. § 1962(d)
18 U.S.C. § 1962(c) & 2
31 U.S.C. § 5324(a)(3)
l/c/w 31 U.S.C. § 5313(a) & 18 USC 2
18 U.S.C. § 2423(a) & 2
18 U.S.C. § 2423(a) & 2
18 U.S.C. § 2423(a) & 2
18 U.S.C. § 2423(b)
18 U.S.C. § 2423(a) & 2
31 U.S.C. § 5324(a)(3)
l/c/w 31 U.S.C. § 5313(a) & 18 USC 2
31 U.S.C. § 5324(a)(3)
l/c/w 31 U.S.C. § 5313(a) & 18 USC 2
31 U.S.C. § 5324(a)(3)
l/c/w 31 U.S.C. § 5313(a) & 18 USC 2
18 U.S.C. § 1963
18 U.S.C. § 2253 & Rule 32.2 F.R.Crim.P.

A true bill.

_Harry E. Bruno_ _____
Foreperson

Filed in open court his _21 st_ day,
Of _Nov_ A.D. 2003.

_Molinda Witt_ _____

_Deputy_              Clerk

Bail, $ _____

_____



ACCEPT FOR VALUE

Officer Holder of the Treasury:

EL, MALACHI Z YORK EL ESTU I QUE TRUST, Accepts for Value and Consideration hereby Endorsements, or ... UCC1-207, UCC1-308, ...

RELATED MORTGAGES, ...

"Preferred Stock", Registered Account
RR059445061US, Thru Treasury Dept
ATTN: Henry M. Paulson Jr
CUSIP-AUTOTRIS#064360212,
THROUGH US DISTRICT COURT "et al"
ACCOUNT# 5:02-CR-27-CAR, "et al":
PROPERTY ADDRESS: USP FLORENCE ADMAX
PO BOX 8500
FLORENCE, CO 81226
ACCOUNT NUMBER: 1:07-cv-01297-EWM-KLM "et al"
FOR FULL SET-OFF
PAYMENT AMOUNT: $350Mil. USD
TO US District Court
901 19th St
Denver Colorado 80294
Date 12/2/2008

Authorized Agent

18

ACCEPT FOR VALUE

Officer Holder of the Treasury:

EL, MALACHI Z YORK, CESTUI QUE TRUST, Accepts for Value and Consideration hereby, Endorsements, or UCC1-207, UCC1-308,

A. Cannot be located upon the exercise of due diligence;

B. Has been transferred, sold to, or deposited with a third person;

C. Has been placed beyond the jurisdiction of the Commitments, or has been substantially diminished in value

E. Has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253 to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property of DWIGHT YORK, or Assets of equal value, up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure.

"Preferred Stock", Registered Treasury Dept

RR059445061US, Trust Bill.

ATTN: Henry M. Paulson Jr.

Jury #360272,

FOREPERSON OF THE GRAND JURY

Presented By:

MAXWELL WOOD
UNITED STATES ATTORNEY

RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

STEPHANIE D. THACKER
TRIAL ATTORNEY

US DISTRICT COURT
THROUGH: AUTOTRIS
ACCOUNT# 5:02-CR-27-CAR, "et al";
ADDRESS: USP FLORENCE ADMAX
P.O. BOX 8500
FLORENCE, CO 81226
PROPER: 1:07-cv-01297-EWM-KLM "et al"
CASE NUMBER: 1:07-cv-01297-EWM.USD
ACCOUNT FULL SET-OFF
PAYMENT AMOUNT: $350Mil.USD
TO US District Court
901 19th St
Denver Colorado 80294
Authorized Representative:

RELATED MORTGAGES PURSUANT TO: UCC1-207, UCC ARTICLE 8, ARTICLE 2, ARTICLE 3, ARTICLE 8, AND ARTICLE 4 OF THE UCC.

all associated Debts

17

## AFFIDAVIT OF HABIYBAH WASHINGTON

STATE OF GEORGIA  )
                                  )SS.:
COUNTY OF DEKALB)

HABIYBAH WASHINGTON, duly sworn, deposes and says:

1.       I am 28 years of age and reside in Brooklyn, New York.  I make this affidavit of my own free will.  No one has threatened or coerced me to make it.  Nor have I been offered anything of value in return for making this affidavit.  I understand that in light of my previous testimony and my statements to Federal agents and an Assistant U. S. Attorney, I can be prosecuted for perjury and other crimes.  In spite of the risk I am putting myself in, I am prepared to make this affidavit in order to make up for my previous perjury.

2.       In May 2001, I had a conversation with Jacob York at his house.  Also present were Nuh and Rashid.  Jacob told me that I should go to the FBI with a story because there were rumors going around that some people were speaking to the FBI, that the FBI had my name, and that they knew that I was in charge of the land for some period of time.  He said that there were rumors that some children were telling the FBI that they had been molested and that the kids mentioned my name and said that I knew about what was going on.  He told me to go to the FBI first and that I should not wait for the FBI to come to me and ask me about it.  I told him that I did not want to talk to the FBI and that I did not have any reason to talk to them.  I told Jacob that I did not having any knowledge that anything wrong was going on. Jacob said that he wanted his father to go

1

to jail, that his father did not deserve to live, and that we could go to the land and kidnap all the little kids there so that nothing happens to them. I told Jacob that nothing was happening to the kids and nothing would happen to them. Jacob asked me to think about it, and the conversation ended.

3.    On the way back from Florida, I had another conversation with Jacob. Farrah, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were also in the car. Jacob again proposed that we go to the land to kidnap our little sisters and brothers. He again told me that I should go to the FBI and not wait for them to come to me with whatever they had on me because if I did not they could come after me. He said that whatever anyone said against me they could use against me. I believed him when he said that other people had gone to the FBI. He did not want to give me names. ▮▮▮▮ and I were listening. I told him that I did not want to tell a story against his father even though I was angry with Malachi. I told him that things were not good between Malachi and me and that we were just arguing all the time. Jacob said that he heard that Pops had sex with ▮▮▮▮▮▮▮ and he wanted me to confirm that. I told him that I never saw him have sex with any of these boys. He asked me over and over again, and I told him that I did not know anything about it and that he should talk to whoever it was who was telling him these things. I kept on telling him that I did not know anything. ▮▮▮▮▮▮▮▮▮▮ were saying why they were angry with Malachi. Jacob said that he was living for the day when he would see his father in jail. I asked him why he was so angry with his father. He told me that he thought his father had mistreated his mother and had a lot to do with her death. He said that his father was a coward and that he really did not believe that he should be living.

2

4.   After we got back from Florida, we stayed at Jacob's house. The next day, Jacobs showed me a documentary about cults, Charles Manson, David Koresh, Jim Jones and a guy in California. I think his name was Marshall Applegate. He asked me to compare all of these stories with the way we grew up. He said that his father had grown up in the same way that these guys had, that they had the same mentality, that we were a cult. The thought had never occurred to me before. I had mixed reactions. I told him that some of the comparisons with those groups made sense but that I still did not believe that we grew up in a cult. He said that I just didn't know that we grew up in a cult because we were living in it.

5.   I tried to contact my sister, Islah, who was still living on the land. I felt that I was getting the runaround from people on the land and at Athens. I told the lady whom I believed was giving me the runaround that if I couldn't talk to my sister matters were going to get worse. I was very angry. I told Jacob about what had happened on the phone, and he said you see this is what we are dealing with. This is the reason why we have to put and end to this, you should just be able to go up to the land and take your sister. He brought up the kidnapping thing again, and I told him that I didn't want to kidnap her and that if she wanted to leave she should just leave on her own. We started talking about living upstate, and he asked me when I started having sex with his father. I told him that it was when I was 17. He said that he didn't believe me and that it would help me if I said that I was thirteen when we first started having sex.

6.   I finally talked to my sister. She told me that my father had been kicked out and was living on the streets. I was very angry with Malachi because of this, and I vented to Jacob. He told me that if I wanted to speak to the Sheriff I could. I told him

3

that I would talk to the FBI. He called the Sheriff and made arrangements. The next day Jacob and I went to the FBI Office.

7.	They interviewed Jacob first, and I stayed in the car. Then about an hour later they called me up and interviewed me. I told him that I had sex with Malachi when I was thirteen. That was false. I had about four or five more interviews, possibly more. During this time, I was comparing notes with ███████████████████████████ ██████████████████████████ We stayed in touch by telephone and we told each other what had happened in each of our interviews. For example, the FBI asked me if I remembered that there was a naked picture taken of ██████ I told them that I didn't remember. But then I spoke to ██████ and she told me that she had told them that. So the next time I met with the FBI, I told them that I remembered.

8.	In my initial interview, I told the FBI that for a period I had run the finances. They asked me how we kept our money and if we paid taxes. I explained to them everything about the finances. The first time structuring came up was when I interviewed in 2003 by IRS agents. I believe it was September or November of 2003. After the interview I called Jalaine, and FBI agent, and told her that I didn't understand the interview, that I didn't understand the purpose. I then had another interview with the IRS agents and Richard Moultrie. They asked if Malachi had ever told me not to sign reports. I told them No. One of them told me that ██████████ had told them that he told her not to sign them. I told them that not to say Malachi was an angel, but that ██████ said that to cover her ass because she's the one who actually gave the bank tellers a hard time. They said that it was a possibility that Malachi could have said it to her, but that as far as I knew he had never said it to me. They asked if we broke down deposits so

4

that we didn't deposit more than ten thousand dollars. I told them, yes. They asked how I knew to do that. I told them that ████████████ had explained to me how to do the finances. I do not remember if they asked me if Malachi knew about it.

9.    Malachi has never done the deposits with us. I do not know if he knew that we were breaking down the deposits. He never told me or, to my knowledge, anyone else not to deposit more than $10,000 at a time.

10.    During the interviews, the agents told me that I was doing the right thing, stay strong. They also reminded me that I could be incriminated on a lot of the charges myself, that I was doing this for the children, and that I was a victim myself. They said that the children needed me for this case, that I was the main witness.

11.    I was never molested by Malachi York. I first had sex with him when I was seventeen years old and I did it voluntarily. He never forced me to have sex. I do not know of anyone he has ever molested. I do not know of any children he has ever had sex with. I never took any children to him for the purpose of sex. I did take children to his house to watch movies in his movie theaters and to play. He would have picnics with his children so he could spend time with him. I do not know if he has ever been involved in structuring of deposits or if he ever knew that we were doing it.

5

12. My lawyer and Jonathan Marks, Malachi York's lawyer, have explained to me that I am putting myself at risk by signing this affidavit. I know that, but I want the truth to come out. I do not believe that Malachi York should be in prison for crimes he did not commit.

HABIYBAH WASHINGTØN

Sworn to before me
April 23, 2004

NOTARY PUBLIC



6

## AFFIDAVIT OF HANAAN MERRIT

**CLARKE COUNTY**

I, HANAAN MERRIT, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Hanaan Merrit. I was born October 26, 1988. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I, Hanaan Merrit am stating for the record that Dr. Malachi Z. York never molested, raped, or sexually abused me in any way nor did I witness Dr. Malachi Z. York molest, rape or perform any sexual activity with anyone.

3. I, Hanaan Merrit am also stating that I have known Dr. Malachi Z. York most of my life.

4. I am affirming that on May 8, 2002, I was interviewed by Federal Agents Mary Mangrum and Lisa Speaker who questioned me about Malachi Z. York, of which I told them that I never met because I was out of mind and guns were pointing at me. I thought that I was going to die and I told them anything.

5. I am also affirming that on May 8, 2002, after being interviewed I was striped away from my family. Selha Eddington, Huana Evans, Heana Evans, Issa Johnson and myself (all minors) were taken by strangers to a small house in Milledgeville, GA without our parents consent.

6. I being intimidated, scared and threatened was interrogated by Federal Agents being told by them that they know I was molested although I denied the allegations, they continued to badger me. They repeatedly told me that I was molested and covering up for Mr. York alleging that he claimed that he was going to kill me.

7.  I writing this to state that I was badgered, threatened and coerced by the Federal Agents in attempts to make statements against Malachi Z. York that were not true.

Signed _____

Print _____Hannan  Merritt_____

I HEREBY CERTIFY that on this __13__ day of __June__, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

__Hanaan  Merritt__, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

Notary Public

My Commission Expires:

LAURIE WELCH
Notary Public, Paulding County, Georgia
My Commission Expires April 11, 2009

## AFFIDAVIT OF SAKINAH WOOD

### STATE OF ALABAMA

I, SAKINAH WOOD, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Sakinah Wood. I was born February 3, 1982. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I, Sakinah Wood did reside on the property at 404 Shady Dale Rd from 1994 til 2004. I have known Dr. Malachi Z. York for most of my life and I am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in any way nor did I see nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons.

3. I am hereby affirming that I was interviewed by FBI agent Jalaine Ward, on May 8, 2002 and also two other agents were present FBI agent Sally Heintzysh and FBI agent Tracey Bradford.

4. Jalaine Ward asked me several questions pertaining to my knowledge of Mr. York and acts of sexual molestation of which I told them I had no knowledge. Jalaine Ward asked me the same questions repeatedly. My answers were consistent and truthful. I had no knowledge of any sexual molestation, rape, inappropriate touching or sexual abuse.

5. Jaline Ward then told me and I quote, "Well, Sakinah, you know, you're not saying this now, but sooner or later, it will come out, because Mr. York is never coming out!" Meanwhile, the other agents Sally Heintzysh and Tracey Bradford had their guns in my face.

6. They told me that if I did not comply with their allegations I would go to jail. At which point I felt pressured.

JUN-19-2007 07:42 FROM:                          TO:14802475610        P.4/7
Case 1:08-cv-02631-BNB    Document 11    Filed 01/08/2009  **EXHIBIT V1-V13**

7. I also, want to state for the record that FBI agent Jalaine Ward subpoenaed me outside of the courthouse in Brunswick Georgia. She stated and I quote, "Get on the right side!"

Signed _____

Print _____

I HEREBY CERTIFY that on this ___ day of _____, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_____, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

Notary Public _____

My Commission Expires: 1/7/2009

**EXHIBIT V1-V13**

## AFFIDAVIT OF DEBORAH SMITH

My name is Deborah Smith. I am over the age of 18. I am making this Affidavit based on my personal knowledge of the facts.

I've known a man from West Africa by the name of Dr. Malichi Z. York for over 20 years. On September 14, 2002 I was arrested and detained in Clayton County Jail. Dr. Malichi Z. York was also detained there, held as a prisoner for Sheriff Howard Richard Sills.

I wrote Dr. Malichi Z. York a letter about returning to Liberia, West Africa. Dr. York never received the letter. It was used in court to prove he was a flight risk.

Dr. York had also spoke with a correction officer by the name of Yuri Johnson who worked in Clayton County. Yuri Johnson had told me that Dr. Malichi Z. York did mention that he would like to return to West Africa. I was excited and wrote Dr. York stating that I may go to West Africa, Liberia also and that I heard from Officer Johnson that he would like to return. Dr. York never received that letter.

I swear and affirm the above statement is true and correct so help me God.

_____
Deborah Smith

Sworn to and subscribed before me, this
19 day of May , 2005.

_____
Notary Public

NOTARY PUBLIC, ATHENS-CLARKE COUNTY, GEORGIA
MY COMMISSION EXPIRES MARCH 23, 2007

JUN-19-2007 07:43 FROM:                                    TO:14802475610      P.6/7
Case 1:08-cv-02631-BNB     Document 11     Filed 01/08/2009     EXHIBIT V1-V13

## AFFIDAVIT OF ISSA MICHAEL JOHNSON

FULTON COUNTY

I, ISSA MICHAEL JOHNSON, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Issa Michael Johnson. I was born September 11, 1988. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I, Issa Michael Johnson am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in any way nor did I see nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons in Upstate New York, also called Nubia.

3. I, Issa Michael Johnson am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in any way nor did I see nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons in Georgia particularly 404 Shady Dale Rd. Eatonton, GA and Athens, Georgia.

4. I am affirming that in June of 2003, I was in the custody of DEFACS (Department of Family and Children Services) under the care of Ms. Eileen Burke. I was picked up from school by Jana Wydell and I asked where we were going and she replied, "You have a visit with Richard Moultrie." I told her repeatedly that I did not want to see him. I was told that it's not up to me.

5. I told FBI agent Richard Moultrie that I did not want to talk to him. That I was not molested by Mr. York or anyone else. He said that I need to make these statements.

6. FBI agent Richard Moultrie then reminded me that my mother Kathy Johnson was incarcerated and if I cooperated and made certain statements and accusations that he could get my mother out of prison and not mention her name in trial. Richard Moultrie wanted me to exchange false statements for this favor.

7. I considered lying and telling them what they wanted to hear to help my mother. Even though I felt compelled to go along with the stories I repeatedly said I was never molested.

8. There were several alleged victims namely Krystal Harden "Beluwra" and Amala Noel sent by Federal agents to get me to falsely testify against Malachi Z. York and Kathy Johnson. Krystal told me that she couldn't wait to get her money from this trial.

**EXHIBIT V1-V13**

9. The day of the trial prior to my testimony FBI agent Jalaine Ward reminded me and several others of what we needed to say. Jalaine Ward told us not to mention the previous guilty plea taken by Malachi Z. York. She made sure that we remembered all the stories given to us by the Federal agents.

10. When I didn't keep up with my end of the deal at the trial of Malachi Z. York and testified honestly, FBI agent Richard Moultrie mentioned my mother's name anyway in his last question to me during trial. He asked, "Your mother is Kathy Johnson, right? No further questions your honor."

11. After the trial the government punished me in various ways. They locked me down in a DEFACs facility and took away all privileges including phone, visits with friends and after school activities. Staff members became upset with me and treated me harshly.

12. The reason that I make this affidavit is because I know that it was not right for the Federal agents to coerce, threaten, intimidate or exchange favors for false testimony against any individual who by right should have a fair trial.

Signed _Michael Johnson_

Print _Michael Johnson_

I HEREBY CERTIFY that on this 12ᵗʰ day of _June_ , 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_Michael Johnson_ , known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

      IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

                                        Notary Public

My Commission Expires:
ELAINE A. BOLSTON
NOTARY PUBLIC, CLAYTON COUNTY, GEORGIA
MY COMMISSION EXPIRES SEPT. 30, 2008
MY Co... ...... ....SEPT 30, 2008

**EXHIBIT V1-V13**

## AFFIDAVIT OF EBONY HILL

District of Columbia

I, EBONY HILL, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as follows:

1. My name is Ebony Hill. I was born on February 3, 1977. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity or relations with Mr. York and my witnessing Mr. York having sexual activity or relations with other children.

3. I deny having sexual relations or activity with Mr. York when I was about 13-14 years old in upstate New York or "Nubia" as we called it. I completely deny having sexual relations or activity with Mr. York in the State of New York.

4. I deny witnessing Mr. York having sexual relations or activity with any minors at any time-whether it was New York or Georgia. This includes the persons I named that I witnessed him having sexual relations and activity with in New York, including Sakinah Parham, Nicole Lopez, Chandra Lankin.

5. I deny having sexual relations or activity with Mr. York in Georgia while I was under seventeen (17) years of age.

6. I deny having sexual relations or activity with Mr. York at Disney World.

7. I affirm that Mr. York is the father of my son, born when I was eighteen (18) years old.

8. The reasons I testified untruthfully against Mr. York at trial is because I was personally angry at Mr. York. I was angry because I felt at the time that I was mistreated, neglected and shunned by the father of my son. I was jealous and envious of other women who had gained his favor and attention. I was bitter at him because of the way he allowed me to be treated on the land and not allowed to leave. I was also bitter because I wanted to have fun and experience the things that life had to offer and Mr. York would not allow me. I was vindictive and wanted to pay him back for the above perceived wrongs.

6.    I understand that I am named as an alleged victim and witness in several counts of the State and Federal Cases against Dr. York.

7.    I was never called by the prosecution to testify in court against Dr. York. I was never given a subpoena to come to court to testify against Dr. York.

8.    I want to state again that I was never molested by Malachi York. I never witnessed Malachi York molesting anyone. I do not know of anyone he has ever molested. I do not know of any children he has ever had sex with. This includes Krystal Harden, Amala Noel, Radeya Herbert, Safa'a LaRoche, Salha Eddington, Husna, and Hasna Evans. I do not believe that Malachi York should be in prison for crimes he did not commit. I want the truth to be known.


Sworn before me                                         _Samaiyah Ellis_
April 23, 2004 / April 25 2004                          Samaiyah Jamiylah Ellis

_Noreen Young_
NOTARY PUBLIC

Notary Public, Barrow County, Georgia
My Commission Expires Oct. 2, 2006

2

**EXHIBIT V1-V13**

## AFFIDAVIT OF SAMAIYAH JAMIYLAH ELLIS

STATE OF GEORGIA
COUNTY OF CLARKE

SAMAIYAH JAMIYLAH ELLIS, duly sworn, deposes and says:

1. My name is Samaiyah Jamiylah Ellis. I am 18 years of age and reside in Athens, Georgia. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. It was May 16, I was at school at my last period and I was called to go to counseling office about an hour before it was time to leave school. I went to the counseling office to a room with three other people and they stated that they wanted to talk to me. I didn't know what it was about and I went in the room and they told me, this is between them and me, not anybody else and don't tell my mother and anybody else. It's just between us, and they were asking me questions about Dr. York. They asked me if I was ever molested by Dr. York. I told them no. Then one of the females told me they were having papers sent to me in regards if I had said anything to help the situation, what to tell them, what happened and what they think happened. I told them it didn't happen and they kept forcing me by saying that if I don't say this then they'll probably put me in jail or they would file a whole bunch of papers against me.

3. So they kept me in the room for too long and I wanted to leave because I was scared. I told them what they wanted to hear because I was very afraid of the past when the lady was telling me about going to jail. So I told them what they wanted to hear because I felt that I would go to jail if I didn't go along with what they were saying. I missed my bus ride home, so they told me that they could drop me off. Then they said they really couldn't do that so they would drop me off somewhere close to my house because they couldn't be seen with me.

4. I came home and I told my mother they put fear in me and I told them what they wanted to hear. I was afraid and I wanted to hurry up and get out of there and the next day I felt bad about it and I called Ms. Franklin and I told her it's a conspiracy, that none of this happened then I felt bad and I told her he didn't deserve none of this because Dr. Malachi, he's a good person and he didn't do anything to me, nothing happened to anybody and he has love for everybody, and he's a good man. So I felt bad that's why I called her.

5. I received constant phone calls and visits from many of them who had been angry with Dr. York for having all of us leave the land for many mischievous things we did. I didn't know that the conversations with Habiba Washington, Safa'a LaRoche, Krystal Hardon, etc. would lead up to the arrest of Dr. York.

1

JUN-19-2006 07:08 ER 02631-BNB    Document 11    Filed 01/06/2008    EXHIBIT V1-V13

6.    I understand that I am named as an alleged victim and witness in several counts of the State and Federal Cases against Dr. York.

7.    I was never called by the prosecution to testify in court against Dr. York. I was never given a subpoena to come to court to testify against Dr. York.

8.    I want to state again that I was never molested by Malachi York. I never witnessed Malachi York molesting anyone. I do not know of anyone he has ever molested. I do not know of any children he has ever had sex with. This includes Krystal Harden, Amala Noel, Radeya Herbert, Safi'a LaRoche, Salha Eddington, Hasna, and Hasna Evans. I do not believe that Malachi York should be in prison for crimes he did not commit. I want the truth to be known.

Sworn before me
April 23, 2004 / April 23 2004

NOTARY PUBLIC

Notary Public, Barrow County, Georgia
My Commission Expires Oct. 2, 2006

Samaiyah Ellis
Samaiyah Janiiyiah Ellis

2

EXHIBIT V1-V13

## AFFIDAVIT OF ABDUS SALAAM LAROCHE

Fulton County

I, ABDUS SALAAM LAROCHE, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Abdus Salaam LaRoche. I was born March 20, 1984. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity. I am also stating that I did not engage in any type of sexual activity with Mr. York including oral sex or anal sex. Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with any minors or adults.

3. I deny that Khadijah "Maculluh" Merrit performed any oral sex on me in the presence of Mr. York when I was about 13, nor did I witness any sexual activity between Mr. York and Khadijah "Maculluh" Merrit in Eatonton, Georgia.

4. I deny that Mr. York performed anal sex on me at any time. I also deny any sexual relations between myself and Khadijah Merrit in the presence of Mr. York at any time.

5. I deny having or witnessing any sexual relationships with Mr. York involving the people I named at trial including Issa Johnson, and Khadijah Merrit on 404 Shady Dale Rd in Eatonton, Georgia.

6. I deny having any sexual activity with Mr. York inclusive of all inappropriate acts including anal sex or oral sex in Athens nor with any of the people that I named in my testimony including Krystal Harden, Khadijah Merrit and Nicole Harden "Elsua".

7. I affirm that the reason I testified falsely against Malachi York and others aforementioned is because I was told that I had to go along with the stories as everyone else did. FBI Jalaine Ward told me and I quote, "Other people already came forth and we already know what happened and it's best that you do the same!"

Exhibit J-7

8. At this point I felt alone and scared and went along with the stories FBI Jahine Ward gave me even though I repeatedly stated that I was never molested or sexually abused by Mr. York or anyone.

9. I was pressured by FBI agent Jahine Ward who then told me that I would be okay if I just cooperate with stories of molestation that I had no knowledge of.

10. I also affirm that I had several interviews with FBI agent Richard Moultrie to make sure my stories matched with others.

11. I am coming forth now to put the truth on record. I am no longer afraid of hiding the truth behind the conspiracy of Malachi York. I felt that I was wrong in attesting to these false allegations and I go on record stating that I never knew any type of child molestation involving Malachi York.

Signed _____

Print _____

I HEREBY CERTIFY that on this 21st day of November, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

__Salaamdeesche Abduk__, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

Notary Public

My Commission Expires:

## AFFIDAVIT OF TAARIQ "DAVID" NOEL

Fulton County

I, TAARIQ NOEL, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Taariq Noel. I was born October 25, 1985. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity. I am also stating that I did not engage in any type of sexual activity with Mr. York including oral sex or anal sex. Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with any minors or adults.

3. I deny having any sexual involvement with Mr. York in upstate New York at age 7 or any age.

4. I deny having watched or seen any pornographic cartoons or inappropriate adult material with Mr. York nor any adult specifically Chandra Lampkin "Najlaa" at any time.

5. I deny being involved in any sexual activity or witnessing any inappropriate behavior with Mr. York or any adults as I testified in court specifically Kathy Johnson, Chandra Lampkin "Najlaa" or Khadijah Merrit "Mucullah" while living in Eatonton Georgia.

6. I deny having or witnessing any sexual intercourse including oral nor anal involving Khalid Eddington "Eddie", Issa Johnson, and Abdul Salaam "Shilemooh" with Mr. York, Kathy Johnson, Chandra Lampkin "Najlaa" or Khadijah Merrit "Mucullah".

7. I testified falsely against Malachi York, Kathy Johnson, Chandra Lampkin "Najlaa" and Khadijah Merrit "Mucullah" for several reasons. The main reason was the threats made against me by FBI agent Joan Cronier and FBI agent Richard Moultrie. I was told by Joan Cronier that if I denied the allegations that my mother would be incarcerated for fraud.

8.  I didn't know my legal rights and I was told that several individuals involved my name falsely in these allegations. At that age you don't know that you can disagree with the FBI.

9.  The specifics of my testimony come from stories that were forced on me by FBI agents Joan Cronier and Richard Moultrie. I felt trapped to go along with the allegations in order to protect my family including my mother Barbara Noel, and my sisters Nicole Lopez and Amala Noel from the threats of being incarcerated.

Signed _____

Print _____

I HEREBY CERTIFY that on this 12th day of July, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

TAARIO NOEL, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

Notary Public

RHANEA POLSTON
NOTARY SEAL, CLAYTON COUNTY, GEORGIA
MY COMMISSION EXPIRES SEPT. 30, 2007

My Commission Expires: