**EXHIBIT V1-V13**

## AFFIDAVIT OF RADEYA MUHAMMAD

STATE OF GEORGIA
COUNTY OF FULTON

I, RADEYA MUHAMMAD, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as follows:

1.    My name is Radeya Muhammad. I am 22 years of age and reside in Orlando Florida. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2.    On March 25, 2002 I was taken by my father to the FBI Office in Orlando, Florida and was questioned by FBI agent Savage. My father, Hamdha A. Muhammad was present and did most of the initial talking. I was 17 years old at the time.

3.    Prior to meeting with the F.B.I. my father had been in contact with Sheriff Sills for years in relationship to his visitation efforts to see me. It is alleged that my father could not enter the land. My father did not agree with me and my mother moving in and living on the land (404 Shady Dale Road, Eatonton, GA). The dispute between my mother, Haroline Herbert and my father was the reason my father was not allowed to visit.

4.    I was told that I was important to the case against Malachi York because Habibah Washington had told the FBI about me. I was asked questions about Malachi York and my involvement with Nuwaubians.

5.    My father, Hamdha A. Muhammad filed a Civil Suit in Clark County Georgia against Malachi Z. York one month after the arrest of Mr. York. This civil suit has since been dismissed.

6.    I was told by the agent that they knew what had happened on the land and what happened to me. They lied to me and told me that Malachi York was already arrested and my statements would not make a difference and I was scared so I went along to just get it over with.

7.    I personally feel that statements attributed to me in the F.B.I interview of March 25, 2002 are not my words. There are many, many, inaccuracies. My relationship with Mr. York was like a father- step daughter relationship.

1

**EXHIBIT V1-V13**

8.  They told me that others mentioned my name as being molested by Malachi. They (FBI) gave me details of what others allegedly said and I was told by everyone to admit to it and go a.ong.

9.  I felt pressured and coerced into cooperating with the F.B.I. I figured that if I didn't cooperate, that I would be going to jail.

10.  I was subpoenaed to testify, and did testify before the grand jury of the State of Georgia out of fear and previous intimidation by detectives and FBI agents during interviews.

11.  I never had sexual relations or sexual activity with Malachi York. I never witnessed Malachi York having sexual activity with anyone. I do not know of anyone he has ever molested. I do not know of any minors he has ever had sex with. This includes Krystal Harden, Amala Noel, Samaiyah Ellis, Safa'a LaRoche, Salba Eddington, Husna, and Hasna Evans.

I HEREBY CERTIFY that on this 20 day of May , 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared Rasey Muhammad, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

My Commission Expires.

Notary Public

STEVEN GRIFFITH
NOTARY PUBLIC DEKALB COUNTY, GA
MY COMMISSION EXPIRES APRIL 19, 2008

<u>Affidavit of Ebony Richards</u>

State of  Georgia
County of  Clarke
 Ebony Richards personally came and appeared before me,
The undersigned notary, the within named *Ebony M Richard*
Who is a resident of _____*Clarke*_____ County, State
Of *Georgia* , and makes this her statement and Affidavit
Upon oath and affirmation of belief and personal knowledge that
The following matters, facts and things set forth are true and correct
To the best of her knowledge.

My name is Ebony Richards born November 20, 1980.  My maiden name is Ebony Henry. I have been married to Gerald Richards since July 22, 2002. I am 26 years of age and reside in Athens,GA. I make this affidavit of my own free will. No one has threatened me or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit.

On February 11, 1995 ,at the age of  14 years old, I moved onto the property at 404 Shady Dale Rd. in Eatonton, GA.  I resided there until August,2004.

I, Ebony Richards state for the record that Malachi Z. York has never molested, raped, touched or behaved in any indecent or inappropriate manner towards me  in any form or fashion, nor have I seen Mr. Malachi Z. York  molest, rape, touch, or behave indecent or inappropriate towards  any other child, adult etc..  Malachi Z. York and myself, Ebony Richards have never engaged in sexual activities of any kind, form or fashion together. I, Ebony Richards have never engaged in sexual activities of any kind, form or fashion with other individuals in the presence of Malachi Z. York.

I, Ebony Richards state for the record that I have never witnessed Malachi Z. York having or engaged in any sexual activities of any kind, form or fashion with the following individuals- Amala Noel, Safaa La Roache, Saiha Eddington, Arlene Hamilton.

I, Ebony Richards state that while living in Eatonton, GA, I never was witness to nor participated in any video of  pornographic or sexual nature with anyone including Malachi Z. York.

Dated the *June 07* day of *07* , 20*07*.
*Ebony M Richards*
Signature of Affiant.
Sworn to and subscribed before me, this is the ____*7th*____ day of
____*June*____ ,20 *07*.

# Second Nuwaubian recants testimony

## Witnesses say York never molested them

**Pat Hogan**
phogan@covnews.com

United States District Attorneys are suffering their second setback in less than two weeks in the case against Malachi York, highly publicized figurehead of the United Nuwaubian Nation of Moors, after a second important witness and alleged victim has come forward to recant earlier testimony that York molested her.

In a video recording that, as of Monday afternoon, had been released only to The Covington News, Samaiyah Jamiylah Ellis, one of 14 alleged victims listed in the original York indictment, recanted her original allegation to the FBI that she was molested by York as a juvenile.

The video, dated April 20, was produced by a videographer with Ellis' personal attorney present, according to Frederick Johnson, a York legal supporter and Nuwaubian member.

In the taped statement, Ellis, who was reportedly pulled out of a high school class by FBI agents investigating York, said that she told the agents "what they wanted to hear" because she was frightened.

According to Ellis, the FBI agents instructed her not to tell anyone, including her mother, about the interview, which reportedly took place within the school.

After the interview, the agents reportedly drove Ellis home because she had missed her bus, but they refused to drop her off in front of her house in order to avoid being seen with her, according to Ellis.

Ellis said that she did tell her mother about the incident and reported to officials the following day that she had lied to the FBI agents.

Attempts to contact FBI lead investigator Jalaine Ward were unsuccessful.

## Trial transcripts sealed

Transcripts of Ellis' testimony in the federal trial against York are unavailable due to the fact that U.S. District Court Judge C. Ashley Royal sealed all transcripts of the trial nearly one month ago, according to officials at the U.S. District Court Office in Macon. The motion to seal the transcripts, which was filed by the prosecution, is sealed as well.

Ellis' recantment comes on the heels of another reversal of testimony. On April 18, 2003, a key witness for the prosecution's case, former Nuwaubian member Habiba Washington, filmed a video recantment in the presence of her personal attorney,

See Nuwaubians page 5

Phone: 770-787-NEWS

WWW.covnews.com

Tuesday, May 18, 2004 PROUD TO BE NEWTON COUNTY'S NEWSPAPER SINCE 1865

The Covington News

# Nuwaubians.

*From front page*

Dwight Johnson.

In the video, Washington claims that she lied to investigators and lied while testifying in the federal trial and asserts that the lies were part of a conspiracy concocted by his estranged son to implicate his father.

According to Washington, York's son, Jacob, convinced her and several other former Nuwaubian members listed on the indictment that, unless they testified that York had molested them and other members, they would be implicated in a looming investigation by the FBI. Jacob York apparently convinced Washington and the other former members during a vacation to Florida. Photographs exist to document the group on their trip.

## Conspiracy against York?

Prior to the vacation, none of the former members had made accusations about York's alleged misconduct. However, within days of returning from the trip, several of them, including Washington, had voluntarily gone to the FBI with allegations of conspiracy and molestation. Despite statements from Assistant U.S. Attorney Richard Moultrie indicating that Washington was not a vital witness to the prosecution, she did hold the position of financial manager under York while living on the Nuwaubian property outside Eatonton.

Washington's testimony regarding York's alleged money structuring activities plays a large role in the entire federal case. York was originally indicted in the federal case on four charges of transporting a minor across state lines for the purpose of having sex with them.

However, York supporters say that the statute of limitations for those counts had already run out. Victims of a crime have only a certain, specified amount of time once the alleged crime has taken place to make a legal accusation.

In this case, according to Johnson, too much time elapsed between the dates of the alleged incidents and the date of the allegations for a legal case to be made.

According to Johnson, federal prosecutors responded with a superseding indictment that includes allegations of crimes that carry a greater statute of limitations. As a result, York supporters argue, the new charges in the indictment — one racketeering count and three counts of evading federal financial reporting requirements — allow the original charges to remain permissible in the lawsuit.

## Case suspended; York in prison

Without the three money structuring counts, however, York's molestation charges are moot, according to Johnson. With Washington as the prosecution's key witness for the money structuring charges, her recantment could throw a wrench into the prosecution's case.

Washington, Ellis and a number of other alleged victims listed on the indictment attended a restitution hearing in the case with the intention of recanting their earlier testimony.

The hearing took place April 23, just days after a jury sentenced York to 135 years in federal prison without the possibility of parole.

Judge C. Ashley Royal denied defense attorneys' attempts to permit any of the testimony, except for that of Washington. Royal suspended the hearing until he could review the law regarding the permissibility of Washington's testimony. The case has yet to move forward.

According to officials, Washington and Ellis could face perjury charges for recanting their testimony.



http://apps.sos.ky.gov/business/ucc/(3oace255gwb2d3450xskdg55)/ucconlineuccbyid.aspx?ack=ack&id=5



Online UCC Services Home | Administrative Services | Business Services | Elections | Executive | Kentucky Land Office | Secretary's Desk

Kentucky Secretary of State > UCC Online Services

Printable version

# Revised Article 9 UCC Acknowledgement

## File Number: 2007-2268538-33

## Filing date: 9/7/2007 4:30:00 PM

## Lapse date: None

File an amendment to this UCC

### COLLATERAL DESCRIPTION

**Date Filed**

9/9/2008

10:20:44 PM

**Collateral Description**

Know all men by these Instruments, that the Secured Party of record do herein make this Assignment and for the Release of Interest in Bond and collateral, Partial Assignment/ Release in the Amount of the Promissory Note, State Bond, and Certified Funds ( = 3 Tendered Registered Instruments): $300,000,000.00 Three Hundred Million United States Dollars, and Zero Cents (Each), For The Associated Account Number(s): 07-cv-01297,1:07-cv-01297-EWM-KLW, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF,02-00027-CR-CAR-5-1, 5:02-CR-27-CAR:for use as the Full Set off and Set-off of the Payment, For Closure and Settlement see USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),EH 273416336 US (To ATTORNEY GEN. Payee),EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.), and IRS Tax Forms, pursuant to International Laws, House Joint Resolution 192 of June 5, 1933, and UCC 1-104, 10-104 Reserved Herein. My Initial Financing Statement File No: 2008-239-2968-1,(Taking for Value, UCC 3 303, UCC 3 605, and 3 305):

SEE ATTACHED OPTIONAL FORMS 90, 91, IRS FORMS 56, 1099OID, 1096, f1040, INCLUDING

APOSTILLE NOTARY VERIFICATION CONTRACT AGREEMENTMENT KNOWLEDGE, AND INDEMNITY BOND:
Assignment :

Assignor:

EL,MALACHI Z. YORK,CESTUI QUE TRUST (AUTHORIZED AGENT)
Care of PO BOX 522
Decatur, Georgia state
Near [30031]

Assignees:

STATE OF COLORADO (AND AGENTS)
121 STATE CAPITOL
DENVER, COLORADO 80203
USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS),
EH 273416353 US (To the Dept.:Treas.PR), EH 273416336 US (To ATTORNEY GEN. Payee),
EH 273416438 US (To US SEC),EH 273416398 US (To US Treas.):

The Secretary of State's office has determined that images containing individual social security numbers on UCC filings will not be provided to the public. This filing contains images which may contain social security numbers. These filings appear in the list above without links. In many cases, a version of the image with the SSNs redacted is available for viewing, and is listed above. If such an image is not available, contact the Secretary of State UCC Branch to have one made.

http://apps.sos.ky.gov/business/ucc/(3oace255gwb2d3450xskdg55)/ucconlineuccbyid.aspx?ack=ack&id=522623

**EXPRESS MAIL**

**Customer Copy**
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE®    Post Office To Addressee

EH 273416557 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
| --- | --- | --- |
| 30218 | ☐ Next ☐ 2nd ☑ 2nd Del. Day | $ 16.50 |

| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| --- | --- | --- |
| Mo. 9 Day 12 Year 0 | Month 9 Day 15 | $ 2.20 |

| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| --- | --- | --- | --- |
| 5:90 ☐ AM ☑ PM | ☐ Noon ☑ 3 PM | $ | $ |

| Flat Rate ☐ or Weight | Military | Total Postage & Fees |
| --- | --- | --- |
| 1 lbs. 7.80 ozs. | ☐ 2nd Day ☐ 3rd Day | $ 18.70 |

| Int'l Alpha Country Code | Acceptance Emp. Initials |
| --- | --- |
| | 75 |

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| --- | --- | --- | --- |
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ NO DELIVERY    ☐ Weekend    ☐ Holiday    Mailer Signature

FROM: (PLEASE PRINT)    PHONE (

PO BOX 391182
Snellville, Georgia
Near [30039]

TO: (PLEASE PRINT)    PHONE (

Department of the Treasury
INTERNAL REVENUE SERVICE Center
ATTN: FRANK SCOFIELD
Austin, Texas 73801

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

7 5 3 0 1 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

---

**EXPRESS MAIL**

**Customer Copy**
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE®    Post Office To Addressee

EH 273416353 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
| --- | --- | --- |
| 30218 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 16.50 |

| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| --- | --- | --- |
| Mo. 9 Day 12 Year 08 | Month 9 Day 15 | $ 2.20 |

| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| --- | --- | --- | --- |
| 6:18 ☐ AM ☐ PM | ☐ Noon ☐ 3 PM | $ | $ |

| Flat Rate ☐ or Weight | Military | Total Postage & Fees |
| --- | --- | --- |
| 1 lbs. 7.10 ozs. | ☐ 2nd Day ☐ 3rd Day | $ 18.70 |

| Int'l Alpha Country Code | Acceptance Emp. Initials |
| --- | --- |
| | 75 |

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| --- | --- | --- | --- |
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ NO DELIVERY    ☐ Weekend    ☐ Holiday    Mailer Signature

FROM: (PLEASE PRINT)    PHONE (

PO Box 391182
Snellville, Georgia
Near [30039]

TO: (PLEASE PRINT)    PHONE (

Department of the Treasury
PO Box 4515
San Juan, Puerto Rico

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

0 0 9 0 2 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

---

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE ®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

EH 273416322 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 80218

Postage: $ 16.50
Return Receipt Fee: $ 2.90
Total Postage & Fees: $ 19.70

Date Accepted: Mo. 9  Day 12  Year 08

Time Accepted: 1:8 PM

Acceptance Emp. Initials: TC

FROM: (PLEASE PRINT)

PO Box 391183
Snellville, Georgia
Near [30039]

TO: (PLEASE PRINT)

Department of Treasury
IRS
600 E. Colfax Ave. Mail
Denver, Colorado

ZIP + 4: 8 0 2 0 3

FOR PICKUP OR TRACKING
www.usps.com
Call 1-800-222-1811

---

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE ®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

EH 273416336 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 80218

Postage: $ 16.50
Return Receipt Fee: $ 2.20
Total Postage & Fees: $ 18.70

Date Accepted: Mo. 9  Day 12  Year 08

Time Accepted: 5:23 PM

Acceptance Emp. Initials: TC

FROM: (PLEASE PRINT)

PO Box 391183
Snellville, Georgia
Near [30039]

TO: (PLEASE PRINT)

ATTORNEY General
1525 Sherman St.
Denver, Colorado

ZIP + 4: 8 0 2 0 3

SEP 12 2008  USPS DENVER, COLORADO

FOR PICKUP OR TRACKING
www.usps.com
Call 1-800-222-1811

Acknowledgment Version(UCCCommon 1.41.9)

All proceeds, products, accounts, fixtures and the orders there from are released to the Debtor. EL,MALACHI Z. YORK, ORGANIZATION/TRADE NAME/TRADE MARK DEBTOR, YORK,DWIGHT D, ORGANIZATION/TRADE NAME/TRADE MARK DEBTOR. SEE ATTACHED NOTICE OF SECURITY PRIVATE AGREEMENT and PRIVATE BOND No.E13933229 NOTE, THIS IS ACTUAL CONSTRUCTIVE NOTICE OF QUANTUM ABSTRACT TITLE CLAIM OWNERSHIP, BY THIS ABSTRACT QUANTUM COPYRIGHT COPYCLAIM KNOWLEDGE OF THE TITLES HEREIN MENTIONED, SUCH AS, ISA MUHAMMAD,ISA ALIHAD MAHDI,BABA,ISA ABD ALLAH MUHAMMED, ISSA AL HAADI AL MAHDI,MALAKAI Z. YORK,MALACHI Z. YORK, MALACHI Z. YORK EL, DR. MALACHI Z. YORK EL, DR. MALACHI Z. YORK, DWIGHT YORK, DWIGHT D. YORK, DWIGHT P. YORK, ISA MUHAMMED: NOT EXCLUDING ASSOCIATED FILE NUMBERS 1:07 cv 01297 EWM KLM, 1:06 cv 00807 ZLW,5:07 cv 90001 CAR GMF, 02 00027 CR CAR 5 1, 5:02 CR 27 CAR, and any or all following Accounts.

Real
Estate

Designation: NOType
Description: Private Secured Trust.
Owner:

El YORK, Malachi Z.
PO BOX 522
Decatur, GA [30031] USA

Search On   NONE

---

This acknowledgment reflects the information that was filed with the Department of Licensing, Uniform Commercial Code office, on this date.

_Elizabeth A. Luce_

Elizabeth Luce, Director, Department of Licensing

8/26/2008

Acknowledgment Version(UCCCommon 1.41.9)

## Acknowledgment of Initial Financing Statement

| | |
|---|---|
| **File Number** | 2008-239-2968-1 |
| **File Date/Time** | 08/26/2008 3:36PM |
| **Lapse Date** | NONE |
| **Initial Filing Number** | 2008-239-2968-1 |
| **Fee Amount ($US)** | 11.00 |
| **Filing Office** | WA DOL |
| **File Status** | Accepted |
| | Alt. Filing Type: TransmittingUtility |
| **Debtor** | YORK EL, MALACHI Z<br>PO BOX 522<br>Decatur GA [30031] USA<br><br>Debtor Alt Capacity:Trust |
| **Debtor** | YORK, DWIGHT D<br>PO BOX 522<br>Decatur GA 30031 USA<br><br>Debtor Alt Capacity:Trust |
| **Debtor** | EL,MALACHI Z. YORK,CESTUI QUE TRUST<br>PO BOX 522<br>Decatur GA [30031] USA<br>Organizational Type: TRUST-SPV<br>Jurisdiction: International<br>Organizational ID: E13933229<br><br>Debtor Alt Capacity:Trust |
| **Debtor** | YORK,DWIGHT D<br>PO BOX 522<br>Decatur GA [30031] USA<br>Organizational Type: TRUST-SPV<br>Jurisdiction: International<br>Organizational ID: RR059445061US<br><br>Debtor Alt Capacity:Trust |
| **Secured Party** | York El, Malachi Z<br>3535 Peachtree Road Suite#520<br>Atlanta GA [30326] USA |
| **Collateral** | This is Actual and Constructive Notice that all of the Debtors interest now held or hereafter acquired is hereby accepted as collateral for securing contractual obligation (s) in favor of the Secured Party as detailed in a true, correct, complete, notarized Security Agreement in the possession of the Secured Party. NOTICE, IN accordance with various USC Sections RE, Property, This is the entry of the Debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same as public notice of a commercial transaction, Certificate of Birth documents Numbers, 422, 890872, and Registration Number 8523 and Emplyer Identification Number 064 36 0272, UCC Contract Trust Account Numbers RR870932460US, RR870932487US,MOST RECENT RR059445081US, AND RR059445480US, All property is accepted for value and is exempt from Levy. Adjusting of this filing is from Public Policy HJR 192, Public Law 73 10, UCC 10 104, |

5:08-cv-00455-CAR

## 12/22/2008
# THIRTY (30) PIECE SILVER COINAGE VALIDATION, BY NOTARY VERIFICATION
# FOR THE USE AS CONSTITUTIONAL PAYMENT
# FOR SETTLEMENT AND CLOSURE KNOWLEDGE
# PURSUANT TO TITLE 1 § 1, 48 Stat, ARTICLE 1 § 10
# OF THE UNITED STATES CONSTITUTION, THE
# COINAGE ACT OF 1792, & 12 USC § 152:

EH 519446076 US(US DISTRICT COURT PAYEE), EH 519446028 US(To IRS), EH 519446045 US(US Dept.:Treas.), EH 519446059 US(CO STATE ATTORNEY GEN.), and EH 519446031 US(Dept.:Treas. P.R.);

I _James Langley_, A PUBLIC NOTARY FOR THE STATE OF _Colorado_,

DUE HEREBY ACKNOWLEDGE THAT _Charles Arull_, _James Amir Ali_,

AND _Jaeame -Amen_ APPEARED BEFORE ME ON THE _20_ DAY,

IN THE MONTH: _December_, IN THE YEAR: _2008_, POSSESSING A TWO-PIECE

PACKAGE SECURED PRESENTMENT OF THIRTY PIECES OF SILVER COINAGE, REAL

CONSTITUTIONAL MONEY IN THEIR POSSESSION, FOR VALIDATION, BY THIS NOTARIAL

ACKNOWLEDGEMENT, UNDER PENALTIES OF PERJURY, WITHIN THE CITY: _Boulder_

IN THE STATE: _Colorado_ .

## NOTARIAL ACKNOWLEDGEMENT

Notary Acceptor: _James Langley_ My Commission Expires: _04/17/2011_

Witness: _____

Witness: _____

Witness: _____

JAMES H LANGLEY
Notary Public
State of Colorado

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 24 2008

GREGORY C. LANGHAM
CLERK

# CERTIFICATION OF SILVER SURETY BOND

KNOW ALL MEN, BY THESE PRESENTS that: *DWIGHT YORK* /:Malachi York El: :®:©™ (*Authorized Representative*) appeared before the undersigned Notary with 30 Silver Coins to establish this Silver Surety Bond.

This Silver Surety Bond establishes: *DWIGHT YORK* /:Malachi York El:®:©™ as a Sui Juris with substance(not a pauper, not Bankrupt, not a vagabond)

Now I affix my hand in seal to this document to certify the above claim, establishing a Silver Surety Bond for :*DWIGHT YORK* / Malachi York El:®:©™

The Trustee:*DWIGHT YORK* / :Malachi York El:®:©™, Living Principal, Surety, Guarantor

Witness

Witness

Witness

Notary Public

Registered Surety Act and Bond Number: RR 059 445 061 US DY / MY

Issued By:
The Trustee: *DWIGHT YORK* /:Malachi York El:®:©™,
Living Principal, Surety and Guarantor dolus
*DWIGHT YORK*©™ / MALACHI YORK EL©™ dolus
only in my capacity as beneficiary
to the Original Jurisdiction

# DECLARATION FOR NOTICE WITH SURETY ACT AND BOND



§ The united States of America, the perpetual
§       union of sovereign states combined
§         to form a Constitutional Republic
§
§       on the soil of Georgia, a sovereign state
§         within the perpetual Union of States
§
§       at the sovereign county of ___Fulton___

The Trustee :*DWIGHT YORK*©™ / :Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, live on the soil of Georgia a Republican form of Government. Acting in good faith and with clean hands, I declare that I am **not** a corporation or legal fiction. I am a man of age, competent for testifying, and have first-hand knowledge that the facts stated herein are true, correct, complete, certain and not misleading. I hereby and herein declare and proclaim the following:

The Trustee: Malachi York El, Living Principal, Surety and Guarantor dolus DWIGHT YORK©™ / MALACHI YORK EL©™, am acting in good conscience of my own free will and accord, in my capacity as beneficiary to the Original Jurisdiction, and hereby willingly, in the presence of my Creator, El Khaliqa / HuHe, undertake to act as surety, to pledge and provide private bond, in the amount of 30.00 dollar(s) in silver coinage, minted by the American Treasury of the united States of America, with said lawful coin dollars of the united States of America personally held by *DWIGHT YORK*©™ / :Malachi York El:®:©™ (Authorized Representative).

This Declaration for Notice with Surety Act and Bond is payment for the case of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™ by my appellation, in my capacity as beneficiary to the Original-Jurisdiction, as a full faith guarantee to any lawful Bill of Redemption, duly presented under lawful specie money of account of the united States of America, Original Jurisdiction.

The Bill of Redemption, (Surety Act and Bond) is a tender, as set-off for any alleged contract, agreement, consent or assent purportedly held, as an obligation or duty against The Trustee-*DWIGHT YORK*©™ / :Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus DWIGHT YORK / MALACHI YORK EL©™, so as to cause an imputed disability or presumption against the capacity, rights and powers of *DWIGHT YORK*©™ / :Malachi York El:®:©™ This Declaration for Notice with Surety Act and Bond under duly establishes, by my witness, in lawful specie money, of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™ , Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ /:Malachi York El:®:©™

Declaration for Notice with Surety Act and Bond          Page 1 of 3

I do make this surety, pledge and bond, as my full faith guarantee to any lawful Bill, duly presented to The Trustee :*DWIGHT YORK©™* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™, in lawful specie money of account of the united States of America, in the matter of correct public judicial/corporate actions in the forum of Original Jurisdiction and Original Rules, for the benefit of The Trustee *DWIGHT YORK©™* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™, and his heirs and assigns.

The specific intent of this Declaration for Notice with Surety Act and Bond is to establish, by my witness, in lawful specie dollars of the united States of America, in the sum certain amount of at least 30.00 dollar(s) in silver coinage, minted by the American Treasury of the united States of America and which carry no debt obligations worldwide, available to bond the actions of The Trustee, *DWIGHT YORK©™* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™. "*AMERICAN BANK AND TRUST COMPANY, ET AL., PETITIONER* vs. *DALLAS COUNTY, ET AL.*", No. 81-1717, a/k/a 463 U.S. 855, 77 L.ED.2D 1072, "No state shall make anything (assuming the name of any State) may take private property for public use without just compensation (AND NOT DEBT PAPER)". At Affidavit file #5325060, #3555, #2312-#2326 at Lee county, Florida state for the united states of America, et al. Further, in reservation of rights under common law and customs of the united States of America, Original Jurisdiction and Original Rules, The Trustee :DWIGHT YORK©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™, cannot be bankrupt or be a vagrant or be a ward of the State, or be the *dolus* trust "*DWIGHT YORK©™* / MALACHI YORK EL©™", a legal entity, and is not acting in *cessio bonorum.*

The Demand is hereby made for all city, state and federal fiduciaries operating in a corporate capacity, to present a Declaration for Notice with Surety Act and Bond, into evidence in the case of *DWIGHT YORK©™* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™.
The life of this Declaration for Notice with Surety Act and Bond covers a period of life from the date of issue from the date of issue for the Secured Party Sovereign, Trustee *DWIGHT YORK©™* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor. *DWIGHT YORK* /:Malachi York El:®:©™ herein confirm, attest, and affirm this Declaration for Notice with Surety Act and Bond. Any and all assumptions and/or presumptions are required to be proven in written form, and signed and sealed before three witnesses, in order to be a valid response.

Failure to, within three business days of receipt, (*Truth In Lending, Regulation* Z) respond to, request additional time for responding for, or refute the foregoing Declaration for Notice with Surety Act and Bond, point for point (see Commercial Maxims of Law), (UCC 1-204) is a default, and the adverse party is collaterally estopped from any further adversarial actions against The Trustee *DWIGHT YORK©™* / Malachi York El:®:©™, Living Principal, Surety and Guarantor, and for good cause not limited to the laws of collateral estoppel, coercion, fraud and want of jurisdiction of the subject-matter, The Trustee *DWIGHT YORK* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor, sovereign, demands that the cause(s) be vacated and dismissed, and that the accounts be immediately discharged with prejudice. It is hereby made plain and clear that the said failure of response or rebuttal, under penalties of perjury, clearly defines the adverse parties assent to the foregoing Declaration for Notice with Surety Act and Bond, and that a fault exists creating fraud UCC §1-201(16) through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc., both expressed or implied, from the beginning, (UCC §1-103) of which the adverse party is relying on, and that is no longer permission by consent or assent for any demand of payment being ordered or levied against The Trustee :*DWIGHT YORK©™* / Malachi York El:®:©™, Living Principal, Surety and

Guarantor further demands that the record of the cause(s) be expunged. Failure to comply with the foregoing Declaration for Notice with Surety Act and Bond, within three business days of receipt, will negate the adverse party's remedies. Any third-parties serving on the cause(s) will be liable for civil and criminal prosecution.

The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™ Living Principal, Surety and Guarantor, hereby and herein explicitly reserve all of my rights without recourse, I hereby and herein <u>claim</u> my right to common law jurisdiction and <u>refuse</u> statutory jurisdiction and/or admiralty jurisdiction.

Asserverated, signed and issued, in good faith and with clean hands, without, *dolus* on this ___1-7 th__ day of the __*le.*__ month in the year of our Lord, __2225__ , at the county of __Fulton__ .

**Teste Meipso**

The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus DWIGHT YORK©™ / MALACHI YORK EL©™, UCC 1-207, UCC 1-308;

Witness/Trustee:_____

Witness/Trustee:_____

Witness/Trustee:_____

## Authentication

§ The united States of America, the perpetual
§ union of sovereign states combined
§ to form a Constitutional Republic
§
§ on the soil of Georgia, a sovereign state
§ within the perpetual Union of States
§
§ at the sovereign county of __Fulton__

Having witnessed the signing and sealing of the foregoing "Declaration for Notice with Surety Act and Bond", by the Trustee :*DWIGHT YORK*©™/:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus and seal hereon as an authentic act as a Public Notary, on this ___ day of the __12th__ month in the year of our Lord, __2004__ , at the county of __Fulton__

_____
Public Notary

Seal

## PRIVATE DISCHARGE AND INDEMNITY BOND    Number: DY/MZY- 12222008-0003

USPS REGISTERED MAIL TRACKING NO. RR059445490US(PR), RR059445061US(D.C.), RB803414873US (ATTORNEY'S#)
AND THE CURRENT USPO MAIL TRACKING NO.  EH 273416367 US(To IRS), EH 273416557 US(To IRS), EH 273416353 US,(To Treas.P.R.) ,
EH 273416398 US(To Treas. D.C.), EH 273416336 US(To ATTORNEY GENERAL):

### Value: $300,000,000.00 Three Hundred Million United States Dollars 00/100

Routing Number: GUARANTY BK TR 1020-0096-6

Date of Re-Issuance: 12/22/2008
Date of Expiration: 12/22/2038

To:  Henry M. Paulson Jr. and Anna Escobedo Cabral   hereinafter "Fiduciary"
Secretary of the US Treasury,
and the Treasurer of the US Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

José G. Dávila Matos
Secretary of the
DEPARTAMENTO DE HACIENDA
P.O. Box 9024140, San Juan, P.R. 00902-4140

For:  Dwight D. York / Malachi Z. York:®:©™;          Account Holder
YORK, DWIGHT, CESTUI QUE TRUST;                        Account Holder
EL, MALACHI Z.YORK, CESTUI QUE TRUST;                  Account Holder
STATE OF GEORGIA AND ALL ELECTED FIDUCIARIES/CIVIL SERVANTS;   Account Holder
STATE OF GEORGIA BAR ASSOCIATION;                     Account Holder
U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA;   Account Holder
U.S. DISTRICT COURT, DISTRICT OF COLORADO;            Account Holder
U.S. COURT OF APPEALS ELEVENTH CIRCUIT;               Account Holder
PUTNAM COUNTY SHERIFF'S DEPARTMENT;                   Account Holder
DISTRICT DEPUTY COMPTROLLER-ARCHIE L. BRANDFORDS. EASTERN DISTRICT,   Account Holder
MARQUISE TOWER;
EDWARD T GARLAND BAR# 28400-DBA ATTORNEY AT LAW, MANIBUR S. ARORA;   Account Holder
CHILD SUPPORT ENFORCEMENT-DOUGLAS NEWSOME;            Account Holder
SHERIFF HOWARD RICHARD SILLS, ESQ.;                   Account Holder
DEPARTMENTO DE HACIENDA, SECRETARY OF TREASURY- José G. Dávila Matos;   Account Holder
MAXWELL WOODS, RICHARD S. MOULTRIE, ASST. US ATTORNEY;   Account Holder
SONNY PURDUE, GOVENOR OF ATLANTA, GA. 30303;          Account Holder
DEPARPTMENT OF TREASURY IN SAN JUAN, PUERTO RICO;     Account Holder
US DISTRICT JUDGE HUGH LAWSON;                        Account Holder
ATTORNEY FRANK RUBINO;                                Account Holder
FREDRICK D. BRIGHT;                                   Account Holder
HARRY E. BRUNO / FOREPERSON OF THE GRAND JURY         Account Holder
STEPHANIE D. THACKER                                  Account Holder
ATTORNEY BENJAMIN A. DAVIS, II, ESQ.                  Account Holder
DAWN BASK;                                            Account Holder
MORGAN COUNTY COURTHOUSE, GA 306350;                  Account Holder
SUPERIOR COURT OF PUTNAM COUNTY, GA 31024;            Account Holder
JUDGE HUGH LAWSON, MACON, GA 31202;                   Account Holder
JUDGE C. ASHLEY ROYAL, MACON, GA 31202;               Account Holder
ATTORNEY MALIK SHABAZZ, ESQ.                          Account Holder
ATTORNEY Matthew McGavock Robinson, Robinson & Brandt, P.S.C.;   Account Holder
JUDGE ZITA L. WEINSHIENK;                             Account Holder
CHIEF JUDGE EDWARD W. NOTTINGHAM;                     Account Holder
KRISTEN L. MIX;                                       Account Holder
ATTORNEY MARCY ELIZABETH COOK, ESQ.;                  Account Holder
ATTORNEY LETA RUTH HOLDEN, ESQ.;                      Account Holder
HOLDEN LAW OFFICES;                                   Account Holder
ewnsec;                                               Account Holder
FLORENCE ADMAX U.S. PENITENTIARY;                     Account Holder
FEDERAL BUREAU OF PRISONS;                            Account Holder
ATTONEY EKAETTE PATTY, ESQ.;                          Account Holder

ATTORNEY ANNE EDDINGS —FOUNTAIN;                      Account Holder
ATTORNEY EKAETTA EDDINGS-FOUNTAIN;                    Account Holder
MAGISTRATE JUDGE BOYD N. BOLAND;                      Account Holder
DR. WILLIAM THOMPSON M.D;                             Account Holder
G. MALLON FAIRCLOTH, REFERRAL;                        Account Holder

U.S. MAG. JUDGE G. MALLON FAIRCLOTH;
U.S.A.;
MAYOR SHIRLEY FRANKLYN
**GEORGIA COURTS/DIVISIONS**, ATHENS,
ALBANY DIVISION,
COLUMBUS DIVISION,
VALDOSTA DIVISION,
PACER SERVICE CENTER, SAN ANTONIO, TX 78278-0549,
U.S.A. COURT FLAG DEFINITIONS;
U.S. GOVERNMENT DEFENDANT(S);
ATTORNEY ADRIAN PATRICK;
PAYNE WEBBER GROUP, INC. / USB FINANCIAL SERVICES
*JUDGE* BIRCH;
*JUDGE* HULL;
*JUDGE* PASCO M. BOWMAN;
**ACCOUNT NUMBERS**,
202-CR-229-10,
5:02-CR-27-CAR,
1:06-cv-00807-ZLW,
5:07-cv-90001-CAR-GMF,
02-00027-CR-27-CAR-5-1,
1:07-cv-01297-EWN-KLM,
08-cv-02631 "et al"
CORRECTIONS CORPORATION OF AMERICA, BOARD OF TRUSTEES
PUTNAM COUNTY BOARD OF TRUSTEES
HOME LAND SECURITY MICHAEL CHERTOFF
ATTORNEY GENERAL THURBERT BAKER
US ATTORNEY GENERAL JANET RENO
US ATTORNEY GENERAL ROBERTO GONZALEZ
US SECRETARY OF DEFENSE COLON POWELL
COLORADO STATE, INCLUDING ALL ELECTED OFFICERS, FIDUCIARIES,/CIVIL SERVANTS ;
COLORADO STATE BAR, AND THE STATE OF COLRADO BAR ASSOCIATION;
COLORADO STATE COUNTIES/AGENTS;
ADAMS, ALAMOSA, ARAPAHOE, ARCHULETA, BACA, BENT, BOULDER, BROOMFIELD,
CHAFFEE, CHEYENNE, CLEAR CREEK, CONEJOS, COSTILLA, CROWLEY, CUSTER, DELTA,
DENVER, DELORES, DOUGLAS, EAGLE, EL PASO, FREMONT, GARFIELD, GILPIN, GRAND,
GUNNISON, HINSDALE, HUERFANO, JACKSON, JEFFERSON, KIOWA, KIT CARSON, LA PLATA,
LAKE, LARIMER, LARIMER, LAS ANIMAS, LINCOLN, LOGAN, MESA, MINERAL, MOFFAT, MONTEZUMA,
MONTROSE, MORGAN, OTERO, OURAY, PARK, PHILLIPS, PITKIN, PROWERS, PUEBLO, RIO BLANCO,
RIO BLANCO, RIO GRANDE, ROUTT, SAGUACHE, SAN JUAN, SAN MIGUEL, SEDGWICK, SUMMIT, TELLER,
WASHINGTON, WELD, AND YUMA COUNY;
COLORADO STATE JURY COMMISSIONERS- DEBBIE TIFFANY, JENNIE HEERSINK, CYNTHIA DALY,
DEBBIE TULLY, VICKIE MCENDREE, VICKI LEFFERDINK, PAT WITTREICH, KIMBERLY TROUDT,
KAREN PROSSER, VICKI ALLEN, PAT WITTREICH, KIMBERLY TROUDT, KAREN PROSSER, VICKI ALLEN,
KIMBERLEE HILL, JENNIE HEERSINK, DAWN STALLSWORTH, LINDA URWILLER, PENNY WAGNER,
MARILYN ORTIZ, JENNIFER WEDDLE, DEBORA KELLIHER, DIANE CROW, SHARLENE MILLS, LESLIE DAVIS,
BRENDA KNOLL, LORI JOHNSON, GARY VIGIL, KIMERLY GRAHAM, DIANA KAUFMAN, ROSE ANNE KELLEY,
JENNIE HEERSINK, DIANA MEYER, AMELIA L. "AMY" HARRIS, DESIREE LIPE, PENNY WAGNER,
CATHLENE MARSHALL, PENNY WAGNER, DEBRA MCLIMANS, JOY STRACK, CAROLYN JEMISON,
BARBARA MCDANIEL, LILA MEARS, KAREN MURPHY, SOLVEIG OLSON, JENNIE HEERSINK, LESLIE DAVIS,
PENNY WAGNER, SUSAN KINNISON, JAN REED, SHERI PORTER, GLORIA HILLIER, LANELLE COBLE-
MCEACHRON, BETTY WILSON;
INCLUDING TITLES AND POSITIONS, SUCH AS;
JURY COMMISSIONER(S), CLERK(S) OF COURT(S), BENT COUNTY JURY COMMISSIONER(S), CHAFFEE COUNTY
JURY, CROWLEY COUNTY JURY COMMISSIONER(S), DELTA COUNTY JURY COMMISSIONER(S),
DOUGLAS COUNTY JURY COMMISSIONER(S), FREEMONT COUNTY JURY COMMISSIONER(S),
GARFIELD COUNTY JURY COMMISSIONER(S), GILPIN COUNTY JURY COMMISSIONER(S),
GUNNISON COUNTY JURY COMMISSIONER(S), HINSDALE COUNTY JURY COMMISSIONER(S),
HUERFANO COUNTY JURY COMMISSIONER(S), JACKSON COUNTY JURY COMMISSIONER(S),
JEFFERSON COUNTY JURY COMMISSIONER(S), KIT CARSON COUNTY JURY COMMISSIONER(S),
LARIMER COUNTY JURY COMMISSIONER(S), LAS ANIMAS COUNTY JURY COMMISSIONER(S),
LOGAN COUNTY JURY COMMISSIONER(S), MESA COUNTY JURY COMMISSIONER(S), MONTROSE COUNTY –
JURY COMMISSIONER(S), PHILLIPS COUNTY JURY COMMISSIONER(S), PITKIN COUNTY JURY COMMISSIONER(S),
PUEBLO COUNTY JURY COMMISSIONER(S), RANGLY COUNTY JURY COMMISSIONER(S),
MEEKER COUNTY JURY COMMISSIONER, SAN MIGUEL JURY COMMISSIONER(S), TELLER COUNTY JURY-
COMMISSIONER(S);
STATE COURTS OF COLORADO, COURT ADMINISTRATOR(S) / FIDUCIARIES
INTERNATIONAL ATTORNEY GALOWALLO
COLORADO STATE ATTORNEY GENERAL –JOHN W. SUTHERS
US ATTORNEY GENERAL-JOHN ASHCROFT

Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
**Account Holders**
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
**Account Holders**
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder
Account Holder

Account Holder

Account Holder
Account Holder
Account Holder
Account Holder
Account Holder

| | |
|---|---|
| US ATTORNEY GENERAL-ALBERTO GONZALES | Account Holder |
| US ATTORNEY GENERAL-MICHAEL B. MUKASEY | Account Holder |
| US PROVOST MARSHAL GALE HAYNES | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF GEORGIA | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF COLORADO | Account Holder |
| US PROVOST MARSHAL OF THE STATE OF WISCONSIN | Account Holder |
| UNITED STATES MARSHAL GEORGE BREFFNI WALSH | Account Holder |
| STATE OF COLORADO ATTORNEY GENERAL, JOHN SUTHERS | Account Holder |
| AUSTIN TEXAS, DEPARTMENT OF THE TREASURY-FRANK SCOFIELD | Account Holder |
| STATE OF COLORADO, COMPTROLLER OF THE CURRENCY – DAVID MCDERMOTT | Account Holder |
| COLORADO STATE, DEPARTMENT OF THE TREASURY | Account Holder |
| GEORGIA STATE COMPTROLLER OF THE CURRENCY | Account Holder |
| CITI CORP TRUST BANK, CITI GROUP | Account Holder |
| WAL-MART | Account Holder |
| BANK OF INTERNATIONAL SETTLEMENTS | Account Holder |
| UNITED BANK OF SWITZERLAND | Account Holder |
| JP MORGAN CHASE BANK | Account Holder |
| PZN / PRISON REALTY TRUST INCORPORATION | Account Holder |
| MERYLL LYNCH | Account Holder |
| WELLS FARGO | Account Holder |
| WACHOVIA | Account Holder |
| DUETSCHE BANK GROUP | Account Holder |
| BNP PARIBAS / BANQUE NATIONALE DE PARIS | Account Holder |
| BANK OF TOKYO MITSUBISHI LTD | Account Holder |
| SUMITOMO BANK LTD | Account Holder |
| BAYERISCHE HYPO-UND VEREINS BANK AG MUNICH, GERMANY | Account Holder |
| BANK OF AMERICA CHARLOTTE USA | Account Holder |
| US DEPARTMENT OF TREASURY | Account Holder |
| HENRY M. PAULSON JR. | Account Holder |
| GEORGE W. BUSH JR | Account Holder |
| Internal Revenue Service Account No. 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; | Account |
| Social Security No. 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 | each severally. |

By/On/Through: *Dwight D. York* / Malachi Z. York:®:©™    Principal    Private Offset Account No. RR059445061US
hereinafter "Creditors"    First Surety    Private Offset Account No. RR059445061US
    Second Surety    Private Offset Account No. RR059445075US
    Third Surety    Private Offset Account No. RB842713256US

*KNOW ALL MEN BY THESE PRESENTS.* **WHEREAS,** only fiat money exists in circulation for the discharge of debt:

NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit. In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Account No.064360272, each severally, for any amount up to and including **Three Hundred Million USD-($300,000,000.00),** insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debt taxes, encumbrances, deficits, deficiencies, liens, judgements, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by certified mail at the location below-noted. Failure to return will stipulate acceptance and honor.

### BOND ORDER

1.    The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of the Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Social Security Account No.064360272 dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

2.    Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar without exception through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3.    The Fiduciary shall have thirty (30) days from Date of Delivery specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the principal with all associated transactions annexed thereto by United States Certified Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance

and honoring of this instrument and all terms and provisions herein as an operation of law.

4. All communication shall be sent by United States Certified Mail directly to the Principal at the location noted hereunder exactly as shown, Service in any other manner will be defective. The Principal will accept post at the said postal location only.

5. This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6. This Bond expires at 3:29:59 PM, 12/22 /2038

Executed by the undersigned on this the 22ⁿᵈ day of December in the Year of Our Lord, 2008.

**:Ibrahiim Abdullah Al Mahdi:**
:First Surety
Private Offset Account No.RR059445061US
c/o :3535 Peachtree Road Suite#520
Atlanta, Georgia state
Nonresident/Non-Domestic

**:Jaame Amun Re:El:**
: Second Surety
Private Offset Account No.RR059445075US
c/o:PO BOX 391182
Snellville, Georgia state
Nonresident/Non-Domestic

**:Dwight York / Malachi Z. York:**
: Principal
Private Offset Account No.RR059445061US
c/o:3535 Peachtree Road Suite#520
Atlanta, Georgia
Nonresident/Non-Domestic

**:Wajdet Tum Nefer El:**
:Third Surety
Private Offset Account No. RB842713256US
c/o:620 Ponce De Leon Avenue #522
Decatur, Georgia state
Nonresident/Non-Domestic



NOTARY-ACCEPTOR

NOTARY-ACCEPTOR

Issued by the authority of the undersigned sovereign man, and executed on the soil within the organic, geographic boundaries of The State of Georgia, a sovereign State within the perpetual union of confederated, sovereign States, on this the 22nd day of December, in the year of our Lord, two-thousand, eight, at the county of Fulton. All Rights and Remedies Reserved. Contract #RR059445061US / RR059445490US. Aval.

By:

_____ Seal

Malachi York El:®:©™, family of York, a man, Principal, Beneficiary, Creditor

Exemption Account: 064360272

Proper mailing location: U. S. P. O. Postmaster,
    P.O. Box 522 ,

for delivery to Malachi York El:®:©™
Decatur, Georgia Near[30031]

Witness: By: _____

Witness: By: _____

## III. AFFIDAVIT OF TRUTH

Be it known to all who call themselves government, their courts, agents, and other parties, that I, Malachi York El:©™, am a natural born sovereign individual, Diplomat and citizen of Liberia DP#: 003828-04, and a Native American Moor Chief of the Yamassee Native American Moors UN # 215/1993subjects. I am not subject to anyone. I am not dominated by anyone. I am not a person as defined in your statutes when such definition includes artificial entities. I refuse to be treated as a federally or state created entity which is only capable of exercising certain rights, privileges, or immunities as specifically granted by Federal or State governments. I may voluntarily choose to comply with the laws which others attempt to impose upon me, but no such laws, nor their enforcers, have any authority over me. I am not in any jurisdiction, for I am not of subject status. Unless I have willfully harmed or violated someone or someone's property without their consent, I have not committed any crime, and am therefore not subject to any penalty (**See Exhibits**        Affidavits of alleged victims recanting their original testimony). Thus, be it known to all, that I reserve my natural right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the "liability associated with the compelled and pretended benefit of any hidden or unrevealed contract or commercial agreement. As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed benefits associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such benefits but I have not accepted them in a manner that binds me to anything. Any such participation does not constitute acceptance, because of the absence of full disclosure of any valid offer, and voluntary consent

without misrepresentation or coercion. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed contract is therefore void, from the beginning. From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights, and, as such, take notice that I revoke, cancel, and make void from the beginning my signature on any and all contracts, agreements, forms, or any instrument which may be construed in any way to give any agency or department of any government any authority, venue, or jurisdiction over me. Typical examples of such compelled and pretended benefits are:

1. Birth Certificate: The fact that a birth certificate was issued to me by a local hospital or government agency when I was born, is irrelevant to my sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any significance, as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind.

2. The use of national currency to discharge my debts: I have used these only because there is no other widely recognized currency.

3. The use of a bank account: If there is any hidden contract behind an account, my signature there with gives no validity to it. The signature is only for verification of identity. I can not be obligated to fulfill any hidden or unrevealed "contract" whatsoever, due to the absence of full disclosure and voluntary consent. Likewise, my use of the bank

account is due to the absence of an alternative. To not use any bank at all is very difficult and impractical.

4. The use of a driver's license: There is no real need for me to have such a license for traveling in a car. However, if I am stopped for any reason and found to be without a license, it is likely I would be unduly harassed and penalized. Therefore, under duress, I carry a license only to avoid extreme inconvenience.

5. State plates on my car: Similarly, if I have registered my car with the state and carry the state plates on it, I have done so only because to have any other plates or no plates at all, causes me to run the risk of police officer harassment and extreme inconvenience.

6. The use of a passport: There is no real need for me to have a United States passport (or other associated permits, visas, etc.) to travel. I have the right to travel without hindrance, wherever, however, and whenever I wish, so long as I do not encroach upon the private property of others. Though without a passport, my right to travel is unduly hindered. Therefore, under duress, I only use a "passport" to prevent extreme inconvenience and to ensure that I can travel from one country to another at all.

7. Past filing of tax returns: Because such tax returns were filed under threat, duress, and coercion, and no two-way contract was ever signed with full disclosure, there is nothing in any past filing of tax returns or payments that created any valid contract. Therefore, no obligation on my part was ever created.

8. Past enrollment and voting: Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the requirements for the supposed privilege to enroll and vote, any such enrollment or voting does not oblige me to do anything, nor grant any jurisdiction over me to anyone.

9. Citizenship: Any document I may have ever signed, in which I answered "yes" to the question, Are you a United States citizen? - cannot be used to compromise

my status as a sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed citizenship, provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no binding contract. I am not a United States citizen. I am not a resident of, an inhabitant of, a franchise of, a subject of, a ward of, the property of, the chattel of, or subject to the jurisdiction of any monarch or any corporate commonwealth, federal, state, territory, county, council, city, municipal body politic, or other government allegedly created under the authority of, or known as the United States. I am not subject to any legislation, department, or agency created by such authorities, nor to the jurisdiction of any employees, officers, or agents deriving their authority there from. Nor do any of the statutes or regulations of such authorities apply to me or have any jurisdiction over me.

Further, I am not a subject of any courts or bound by precedents of any courts, deriving their jurisdiction from said authorities. Take notice that I hereby cancel and make void fromthe beginning any such instrument or any presumed election made by any government or any agency or department thereof known as the United States, that I am or ever have voluntarily elected to be treated as a subject of any monarch or a citizen, or a resident of any commonwealth, state, territory, possession, instrumentality, enclave, division, district, or province, subject to their jurisdiction(s). (See **Exhibit K1-K4** Liberian Documents Pursuant to 8 U.S.C. § 1481, (See **Exhibit K-5** Liberian Citizenship acknowledgement by the Department of Justice and See **Exhibit K-6** The United States District Court For The District of Colorado)

10. Constitution: The document supposedly setting forth the foundations of a country and its government, has no inherent authority or obligation. A constitution has no

authority or obligation at all, unless as a contract between two or more individuals, and then it is limited only to those individuals who have specifically entered into it. At most, such a document could be a contract between the existing people at the time of its creation, but no-one has the right, authority, or power to bind their posterity. I have not knowingly, voluntarily and intentionally entered into any such constitution contract to oblige myself thereby, therefore such a document is inapplicable to me, and anyone claiming to derive their authority from such a document has no jurisdiction over me.

11. Use of semantics: Because the courts have become entangled in the game of semantics, be it known to all courts and all parties, that if I have ever signed any document or spoken any words on record, using words defined by twists in any law books different from the common usage, there can be no effect whatsoever on my sovereign status in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the definition in the common dictionary differs from the definition in the law dictionary, it is the definition in the common dictionary that prevails, because it is more trustworthy. Such compelled and supposed benefits include, but are not limited to, the aforementioned typical examples. My use of such alleged benefits is under duress only, and is with full reservation of all my natural inherent rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled benefits may be temporary, until alternatives become available, practical, and widely recognized.

## REVOCATION OF POWER OF ATTORNEY

I hereby revoke, rescind, cancel, and make void from the beginning, all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to any tax file/identification number and/or social security

number assigned to me, as it pertains to my birth certificate, and as it pertains to any and all other numbers, licenses, certificates, and other instruments issued by any and all government and quasi-governmental departments or agencies, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty and/or property. I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged benefit or gratuity associated with any of the aforementioned numbers, licenses certificates, and other instruments. My use of any such numbers, licenses, certificates, or other instruments has been for information purposes only, and does not grant any jurisdiction to anyone. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possess allodial title to any and all such property. Take notice that I also revoke, cancel, and make void from the beginning all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, governmental departments, agencies or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts. I affirm that all of the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my inalienable rights and my specific right not to be bound by any contract or obligation which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion.

OATH OF OFFICE

STATE OF COLORADO

RECEIVED
JAN 1 0 2007
ELECTIONS / LICENSING
SECRETARY OF STATE

20075601884   C
OATH_OFFICE
SECRETARY OF STATE
01/11/2007  10:23:45

I, JOHN SUTHERS, DO SOLEMNLY SWEAR BY THE EVERLIVING GOD THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES AND OF THE STATE OF COLORADO, AND WILL FAITHFULLY PERFORM THE DUTIES OF THE OFFICE OF ATTORNEY GENERAL OF THE STATE OF COLORADO, UPON WHICH I AM ABOUT TO ENTER.

John Suthers

Subscribed and sworn to before me this 9th day
of January A.D. 2007.



Mary J. Mullarkey
Chief Justice

**STATE OF COLORADO**
**Department of State**
1700 Broadway, Suite 270
Denver, CO 80290



**Mike Coffman**
Secretary of State

**Holly Z. Lowder**
Director, Elections Division

## OATHS and BONDS

## ARTICLE XII SECTION 8 AND SECTION 9

SECTION 8 **Oath of civil officers**. Every civil officer, except members of the general assembly and such inferior officers as may be by law exempted, shall, before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the constitution of the United States and of the state of Colorado, and to faithfully perform the duties of the office upon which he shall be about to enter.

SECTION 9 **Oaths-where filed**. Officers of the executive department and judges of the supreme and district courts, and district attorneys, shall file their oaths of office with the secretary of state; every other officer shall file his oath of office with the county clerk of the county wherein he shall have been elected.

Types:

Elected officials including District Attorneys and Deputy District Attorneys
County Clerk and Recorders and Deputy Clerks (above-CRS 30-10-401-$5,000 Bond)
Supreme Court Justices (above)
District Court Judges     (above)
Appointed State Officials  (Executive Branch) (above)
Public Trustees [CRS 38-37-102(1)-$25,000 bond]
State Engineer  (above-CRS 37-80-101-$10,000 bond)
Deputy State Engineer (above-CRS 37-80-106)
RTD Commissioners (above-CRS 32-9-113-$10,000 bond)
Public Administrators [CRS 15-12-619(2) $10,000 bond CRS 15-12-619(3)]
Clerks of Courts & Deputies  (above CRS 24-12-101)
Notaries  (CRS 12-55-104)

| Main Number | (303) 894-2200 | Web Site | www.sos.state.co.us |
| TDD | (303) 869-4867 | E-mail – Elections | sos.elections@sos.state.co.us |

Treaty of Peace And Friendship

To all Persons to whom these Presents shall come or be made known:

Whereas the United States of America in Congress assembled by their Commission bearing date the twelfth day of May One thousand Seven hundred and Eighty four thought proper to constitute John Adams, Benjamin Franklin and Thomas Jefferson their Ministers Plenipotentiary, giving to them or a Majority of them full Powers to confer, treat & negotiate with the Ambassador, Minister or Commissioner of His Majesty the Emperor of Morocco concerning a Treaty of Amity and Commerce, to make & receive propositions for such Treaty and to conclude and sign the same, transmitting it to the United States in Congress assembled for their final Ratification, And by one other (commission bearing date the Eleventh day of March One thousand Seven hundred & Eighty five did further empower the said Ministers Plenipotentiary or a majority of them, by writing under the* hands and Seals to appoint such Agent in the said Business as they might think proper with Authority under the directions and Instructions of the said Ministers to commence & prosecute the said Negotiations & Conferences for the said Treaty provided that the said Treaty should be signed by the said Ministers:

And Whereas, We the said John Adams & Thomas Jefferson two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the Hand and Seal of the said John Adams at London October the fifth, One thousand Seven hundred and Eighty five, & of the said Thomas Jefferson at Paris October the Eleventh of the same Year, did appoint Thomas Barclay, Agent in the Business aforesaid, giving him the Powers therein, which by the said second Commission we were authorized to give, and the said Thomas Barclay in pursuance thereof, hath arranged Articles for a Treaty of Amity and Commerce between the United States of America and His Majesty the Emperor of Morocco, which Articles written in the Arabic Language, confirmed by His said Majesty the

Emperor of Morocco & seal'd with His Royal Seal, being translated into the Language of the said United States of America, together with the Attestations thereto annexed are in the following Words, To Wit.

In the name of Almighty God,

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this Book and sealed with our Royal Seal at our Court of Morocco on the twenty fifth day of the blessed Month of Shaban, in the Year One thousand two hundred, trusting in God it will remain permanent.

1. ☐ We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.

2. ☐ If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.

Back to Top

3. ☐ If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.

4. ☐A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.

5. ☐If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.

6. ☐If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.

7. ☐If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.

8. ☐If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.

9. ☐If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not

be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.

10. ☐If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.

11. ☐If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.

Back to Top

12. ☐If any Ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the Place compel them to be brought on Shore on any pretext, nor require any payment for them.

13. ☐If a Ship of War of either Party shall put into a Port of the other and salute, it shall be returned from the Fort, with an equal Number of Guns, not with more or less.

14. ☐The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass

shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.

24. ☐If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.

25. ☐This Treaty shall continue in full Force, with the help of God for Fifty Years.

We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred.

I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nunez, Interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOS BARCLAY

our Country and Sea Ports whenever they please without interruption.

15. ☐Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.

16. ☐In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.

17. ☐Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations.

18. ☐All goods shall be weighed and examined before they are sent on board, and to avoid all detention of Vessels, no examination shall afterwards be made, unless it shall first be proved, that contraband Goods have been sent on board, in which Case the Persons who took the contraband Goods on board shall be punished according to the Usage and Custom of the Country and no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever.

19. ☐No vessel shall be detained in Port on any presence whatever, nor be obliged to take on board any Article without the consent of the Commander, who shall be at full Liberty to agree for the Freight of any Goods he takes on board.

Back to Top

20. ☐If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.

21. ☐If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.

22. ☐If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.

23. ☐The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul

**Exhibit S2**

At Part____ of the Supreme Court of
the State of New York, held in and
for the County of Sullivan, at
Monticello, New York, on the _15th_
day of January, 1993

PRESENT:
HON. _Robert C. Williams_
Justice

---------------------------------------X

In the Matter of the Application of          Index No.  _7629_
ISSA AL HAADI AL MAHDI for leave to
change his name to                           ORDER

MALACHI YORK.

---------------------------------------X

Upon the petition of ISSA AL HAADI AL MAHDI, sworn
to on the _27th_ day of _December_ 1992_ praying for leave
to change his name from ISSA AL HAADI AL MAHDI, to MALACHI
YORK, and the Court being satisfied thereby that the petition
is true and that there being no objection to the change of
name proposed.

NOW, upon motion of JOSEPH SADOW, attorney for
petitioner, it is

ORDERED, that the petitioner, ISSA AL HAADI AL
MAHDI, born on June 26, 1945 at Boston, Massachusetts, whose
birth certificate number is 8523, is hereby authorized to
assume the name MALACHI YORK, in place and stead of his
present name on the _12th_ day of _MARCH_ 1993.
and upon compliance with the provisions of this Order, it is
further

ORDERED, that this Order shall be entered, and the papers upon which it is granted, filed within ten (10) days from the date hereof, in the office of the Clerk of the County of Sullivan, wherein petitioner resides, and it is further

ORDERED, that at least once within twenty (20) days after entry of this Order, a notice in substantially the following form, shall be published in _Sullivan County Democrat Callicoon, New York_

Notice is hereby given that an order entered by the Supreme Court, Sullivan County on the _19th_ day of _January_ 1993, bearing Index Number _76/93_, a copy of which may be examined at the Office of the Clerk, located at Court House, Monticello, New York 12701; the date of my birth is June 26, 1945; the place of my birth is Boston, Massachusetts; my present name is ISSA AL HAADI AL MAHDI.

and it is further

ORDERED, that within forty (40) days of the making of this Order, an affidavit of publication as herein directed shall be filed in the Office of the Clerk of the County of _Sullivan_; and it is further

ORDERED, that upon full compliance with the above provisions of this Order, the petitioner shall, on and after

2

the 12th day of March 1993, be known by the name of MALACHI YORK, which he is hereby authorized to assume, and by no other.

STATE OF NEW YORK
Sullivan County Clerk's Office } ss.:

I, George L. Cooke, County Clerk in and for said County, do hereby certify that I have compared the foregoing copy of a Order

with the original now remaining on file in this office and that the same is a correct transcript therefrom and of the whole of said original.

In Testimony whereof, I have hereunto set my hand and affixed the seal of said County this 17th day of March A.D. 19 93

ENDORSED, FILED.

January 26, 1993
George L. Cooke
Clerk

3

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

EL,MALACHI Z. YORK,CESTUI QUE TRUST
Nonresident/Non-Domestic
FirstClass, Delivery
c/o PO BOX 391182
Snellville, Georgia state
Near[30039]

RECEIVED

Aug 19, 2008

Fulton County, GA

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # Deed Book 46894 Pg526 2008-0150084 | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
| --- | --- |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME |  |  |  |
| --- | --- | --- | --- |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME EL,MALACHI Z. YORK,CESTUI QUE TRUST |  |  |  |
| --- | --- | --- | --- |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

| 7d. TAX ID #: SSN OR EIN XXXXX0272 | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION TRUST-SPV | 7f. JURISDICTION OF ORGANIZATION continental / International | 7g. ORGANIZATIONAL ID #, if any E13933229 ☐ NONE |
| --- | --- | --- | --- | --- |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

THIS IS ACTUAL CONSTRUCTIVE NOTICE OF QUANTUM-ABSTRACT TITLE-CLAIM OWNERSHIP, BY THIS ABSTRACT-QUANTUM-COPYRIGHT-COPYCLAIM KNOWLEDGE OF THE TITLES HEREIN MENTIONED, SUCH AS; ISA MUHAMMAD,ISA ALIHAD MAHDI,BABA,ISA ABD'ALLAH MUHAMMED,ISSA AL HAADI AL MAHDI,MALAKAI Z. YORK,MALACHI Z. YORK, MALACHI Z. YORK EL, DR. MALACHI Z. YORK EL, DR. MALACHI Z. YORK, DWIGHT YORK, DWIGHT D. YORK, DWIGHT P. YORK, ISA MUHAMMED: NOT EXCLUDING ASSOCIATED FILE NUMBERS-1:07-cv-01297-EWM-KLM, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF, 02-00027-CR-CAR-5-1, 5:02-CR-27-CAR,"et al":

**"SEE ATTACHMENTS"**

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME EL,MALACHI Z. YORK,CESTUI QUE TRUST(AUTHORIZED REPRESENTATIVE / TRUSTEE) |  |  |  |
| --- | --- | --- | --- |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

the Secured Party, Authorized Representative, Bailor,Bailee,Grantor,Guarantor,Beneficiary, Specie Surety(Not Corporate Surety)Trustee: Malachi-Z.:York El:©:®™ / Malachi Z. York El:©:®™

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

## Acknowledgment of Initial Financing Statement

| | |
|---|---|
| **File Number** | 2008-239-2968-1 |
| **File Date/Time** | 08/26/2008 3:36PM |
| **Lapse Date** | NONE |
| **Initial Filing Number** | 2008-239-2968-1 |
| **Fee Amount ($US)** | 11.00 |
| **Filing Office** | WA DOL |
| **File Status** | Accepted |
| | Alt. Filing Type: TransmittingUtility |
| **Debtor** | YORK EL, MALACHI Z<br>PO BOX 522<br>Decatur  GA [30031] USA |
| | Debtor Alt Capacity:Trust |
| **Debtor** | YORK, DWIGHT D<br>PO BOX 522<br>Decatur  GA 30031 USA |
| | Debtor Alt Capacity:Trust |
| **Debtor** | EL,MALACHI Z. YORK,CESTUI QUE TRUST<br>PO BOX 522<br>Decatur  GA [30031] USA<br>Organizational Type: TRUST-SPV<br>Jurisdiction: International<br>Organizational ID: E13933229 |
| | Debtor Alt Capacity:Trust |
| **Debtor** | YORK,DWIGHT D<br>PO BOX 522<br>Decatur  GA [30031] USA<br>Organizational Type: TRUST-SPV<br>Jurisdiction: International<br>Organizational ID: RR059445061US |
| | Debtor Alt Capacity:Trust |
| **Secured Party** | York El, Malachi Z<br>3535 Peachtree Road Suite#520<br>Atlanta  GA [30326] USA |
| **Collateral** | This is Actual and Constructive Notice that all of the Debtors interest now held or hereafter acquired is hereby accepted as collateral for securing contractual obligation (s) in favor of the Secured Party as detailed In a true, correct, complete, notarized Security Agreement in the possession of the Secured Party. NOTICE, IN accordance with various USC Sections RE, Property, This is the entry of the Debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same as public notice of a commercial transaction, Certificate of Birth documents Numbers, 422, 890872, and Registration Number 8523 and Emplyer Identification Number 064 36 0272, UCC Contract Trust Account Numbers RR870932460US, RR870932487US,MOST RECENT RR059445061US, AND RR059445490US, All property is accepted for value and is exempt from Levy. Adjusting of this filing is from Public Policy HJR 192, Public Law 73 10, UCC 10 104, |

All proceeds, products, accounts, fixtures and the orders there from are released to the Debtor. EL,MALACHI Z. YORK, ORGANIZATION/TRADE NAME/TRADE MARK DEBTOR, YORK,DWIGHT D, ORGANIZATION/TRADE NAME/TRADE MARK DEBTOR. SEE ATTACHED NOTICE OF SECURITY PRIVATE AGREEMENT and PRIVATE BOND No.E13933229 NOTE, THIS IS ACTUAL CONSTRUCTIVE NOTICE OF QUANTUM ABSTRACT TITLE CLAIM OWNERSHIP, BY THIS ABSTRACT QUANTUM COPYRIGHT COPYCLAIM KNOWLEDGE OF THE TITLES HEREIN MENTIONED, SUCH AS, ISA MUHAMMAD,ISA ALIHAD MAHDI,BABA,ISA ABD ALLAH MUHAMMED, ISSA AL HAADI AL MAHDI,MALAKAI Z. YORK,MALACHI Z. YORK, MALACHI Z. YORK EL, DR. MALACHI Z. YORK EL, DR. MALACHI Z. YORK, DWIGHT YORK, DWIGHT D. YORK, DWIGHT P. YORK, ISA MUHAMMED: NOT EXCLUDING ASSOCIATED FILE NUMBERS 1:07 cv 01297 EWM KLM, 1:06 cv 00807 ZLW,5:07 cv 90001 CAR GMF, 02 00027 CR CAR 5 1, 5:02 CR 27 CAR, and any or all following Accounts.

**Real Estate**

Designation: NOType
Description: Private Secured Trust. .
Owner:

El YORK, Malachi Z.
PO BOX 522
Decatur,  GA [30031] USA

**Search On**   NONE

---

This acknowledgment reflects the information that was filed with the Department of Licensing, Uniform Commercial Code office, on this date.

Elizabeth Luce, Director, Department of Licensing                    8/26/2008

History and Government > U.S. Presidents

# The Presidential Oath of Office

The oath to be taken by the president on first entering office is specified in Article II, Section 1, of the Constitution:

> I do solemnly swear (or affirm) that I will faithfully execute the office of President of the United States, and will to the best of my ability, preserve, protect, and defend the Constitution of the United States.

Information Please® Database, © 2007 Pearson Education, Inc. All rights reserved.

| Salaries of the President, Vice President, and Other U.S. Officials, 2005 | **U.S. Presidents** | Presidential Oaths of Office: Dates and Locations |
|---|---|---|

## More on Presidential Oath of Office from Infoplease:

Presidential Oaths of Office: Dates and Locations - Presidential Oaths of Office: Dates and Locations Date President Location Oath administered by ...

Presidential Oaths of Office: Dates and Locations - Presidential Oaths of Office: Dates and Locations Date President Location Oath administered by ...

Article II - Article II Section 1 [The president; the executive power.—1.] The executive power shall be ...

Article II - Article II Section 1 [The president; the executive power.—1.] The executive power shall be ...

Inauguration Factfile - Inaugural Factfile Media coverage, famous addresses, inaugural trivia, and life after the ...

---

Premium Partner Content

 **Related content from HighBeam Research on:
The Presidential Oath of Office**

The Presidential oath of office.(DEVELOPING READING COMPREHENSION (1-2)) *(Weekly Reader, Edition K (including Science Spin))*

So help me God: religion and presidential oath-taking.(The Sound of Legal Thunder: The Chaotic Consequences of Crushing Constitutional Butterflies) *(Constitutional Commentary)*

Everything I need to know about presidents I learned from Dr. Seuss.(Presidential Oath) *(Harvard Journal of Law & Public Policy)*

FELIPE CALDERON TAKES OATH OF OFFICE IN CHAOTIC CEREMONY; NEW PRESIDENT MAKES TWO CONTROVERSIAL CABINET APPOINTMENTS. *(SourceMex Economic News & Analysis on Mexico)*

Americans deserve whole truth and nothing but.(proposal to change the presidential and vice-presidential oaths) (Column) *(Insight on the News)*

Liberia and Africa's first elected female head of state takes oath of office.(AFRICAN AFFAIRS)(Dr. Ellen Johnson Sirleaf ) *(Jet)*

Speaking presidential: two centuries of life lessons from the highest office in the land. (Social Graces).(Brief Article) *(Town & Country)*

Rodney Slater takes oath as 1st black fed. highway administration chief. (new administrator of the Federal Highway Administration) *(Jet)*

Ellison not first to forgo Bible for oath.(Keith Ellison) *(The Christian Century)*

Bible not the only book used for politicians' oath-takings.(IN THE BEGINNING) *(National Catholic Reporter)*

**Search HighBeam Research for:**   The Presidential Oath of Of   [ Research ]

Additional search results provided by HighBeam Research, LLC. © Copyright 2005. All rights reserved.

- © 2000–2008 Pearson Education, publishing as Infoplease •

10/5/2008