FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 FEB 13 AM 8:43

C. Alston
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*misnomer* DWIGHT YORK©™, A/K/A DWIGHT D YORK©™,
A/K/A ISSA MUHAMMAD©™ ,
A/K/A BABA©™,
A/K/A ISSA AL HAADI AL MAHDI©™,
A/K/A ISA ABD' ALLAH MUHAMMED©™,
A/K/A MALACHI Z. YORK EL©™, A/K/A DR MALACHI Z. YORK EL©™
"et al"

Noble: Malachi York El:©™

vs.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND,  AND ZITA L. WEINSHIENK

## MOTION FOR KNOWLEDGE

PURSUANT TO **42 U.S.C. § 1986, Rule 401, and Rule 402:**

### Opening Statement

**For the record, on the record:**

Comes now is I, **Malachi York El:**©™ , **A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A

Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D.

YORK et, al.; Secured Party, Liberian Diplomat D/P #003828-04, Owner in fact, Holder in due course

(*Pro Per*), Pursuant to **42 U.S.C. § 1986, 46 U.S.C. § 781, and UCC 1-201;**

For record purposes, due to my current position as the vessel title holder and owner in fact, Secured Party for this

record, holder in due course (*unwaivered license fee holder*), and quantum damaged vassalee on the record;

## JURISDICTION

I've provided the Court with additional knowledge in reference with my <u>current state of being</u>, as a **<u>non-citzen</u> <u>Of the United States Corporation</u>**,(*Preferably a Preamble citizen in America*) as a **captured** <u>booty / prize</u> Liberian Citizen vessel on the record, to in turn operate under contract law in the rights permitted by the law in these matters, pursuant to **28 U.S.C. PART IV CHAPTER 85 § 1333, 42 U.S.C. § 1986, 46 U.S.C. § 781, 8 U.S.C. § 1481, and UCC 1-201;**

Further, It should be duly noted on the record for the record for the Court and its Fiduciary that I, Secured Party, Registered Title Holder, Owner in fact, and Liberian Diplomat D/P #003828-04: **<u>Malachi</u> <u>York El</u>:©™, A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al.;

**\*\*ACCORDING TO 28 U.S.C § 1333. Admiralty, maritime and prize cases, the following rules for the courts apply:**

The district courts shall have original jurisdiction, exclusive of the courts of the States, of:

> **(1)** Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled.

> **(2)** Any prize brought into the United States and all proceedings for the Condemnation of property taken as prize.

In accordance to the above mentioned knowledge, I've provided a re-cap summary establishment, pursuant to what the court recently received, under the secured case file# **08-cv-02631-BNB-ZLW "et al", such as;**

1. **The Initial Case File# 5:02-CR-27-CAR 'Acceptance', pursuant to UCC 3-410, and Rule 6;**

2. **\*<u>Tendered Payment received</u> by the Court and to Public Official-<u>Attorney General John</u> <u>Suthers</u>, (\*\*<u>un-reported by him/court to the Secretary of the states Treasury / Dept. of Transp.</u>) in the Forms of Bank / Mortgage Backed Securities, including Financial Statements, as well as the <u>un-abandoned realConstitutional Money</u>, recorded in the form of <u>30 pieces of Silver, specie</u> <u>money, pursuant to Title 1§ 1, 48 Stat, Article 1 § 10 Of The United States Constitution, The</u> <u>Coinage Act of 1792, 12 U.S.C. § 152, 12 U.S.C. § 1511(Book-Entries), 28 U.S.C. § 2041, and 18</u> <u>U.S.C. § 641</u>:**

3. **\*<u>Identification</u>- Proper Official Court Acknowledgement of Name Change, including Title Ownership knowledge, Registration knowledge for the Owner in Fact, including my nationality Declaration as a Moor/Muur, not excluding any of my A/K/A's I've mentioned on this court record;**

**And**

4.   *The Previously Recorded <u>Pre-Ordered</u> *Notary Grand Jury / Tribunal* Judgment rendered, Pursuant to the <u>discovered Fraud</u> in matters <u>pursuant to the case file# 5:02-CR-27-CAR;</u> See previous attachments, including Recantor's Affidavits, News Postings, and recorded Notary Judgment associated, pursuant to UCC 3-410, Rule 6, Rule 401, and Rule 402;

Also, See attached **Writ of Habeas Corpus** ( *Pursuant 28: U.S.C. § 2255*), and IRS Form 56;

Respectfully,

Authorized Representative

Malachi York El:©™
Nonresident / Non-Domestic
First Class, Delivery
c/o P.O. Box 181398
Denver, Colorado state
Near [80218]