# JUDICIAL NOTICE ATTACHMENT A DIPLOMATIC LETTER FROM THE REPUBLIC OF LIBERIA PURSUANT TO 8 USC § 1481, VIENNA CONVENTION ON DIPLOMATIC RELATIONS ARTICLE 22, 23, & 29

# ATTACHMENT A



## REPUBLIC OF LIBERIA

*Office of the President*

December 15, 1999

Dr. Malachi Z. York
Athens, Georgia
United States of America

I am pleased to appoint you hereby as Consul General of the Republic of Liberia to Atlanta, Georgia, United States of America.

This preferment is evident of our conviction and expectation that you will continue to be of greater service to Liberia and its people, especially those in the State of Georgia.

Congratulations.

Cordially yours

Dahkpannah Dr. Charles Ghankay **Taylor**

# JUDICIAL NOTICE

# ATTACHMENT B

# CERTIFICATE OF

# CITZENSHIP

# FROM REPUBLIC

# OF LIBERIA

# 8 USC § 1481

JUDICIAL BRANCH OF LIBERIA
MONTSERRADO COUNTY

OFFICE OF THE CLERK OF COURT, FIRST
JUDICIAL CIRCUIT, CRIMINAL ASSIZES "B"
MONTSERRADO COUNTY, MONROVIA





# *ATTACHMENT B*

# Certificate of Citizenship

Permit Number: 108208

Be it known that on this __15th__ day of __December__ A.D. 19 __99__

We, (the) (Mr.) __Malachi Z. York__ who previous to his (her) naturalization was a citizen or subject of the __United States of America__ at present residing at __Monrovia__ in the Republic of Liberia having filed __his__ Declaration of Intention as provided by Law and having satisfied me by __his__ own statement under oath that __Malachi Z. York__ is a person of good moral character attached to the principles of the Constitution of the Republic of Liberia and being in every respect qualified, making person during __his__ residence in the Republic, and having taken oath to support and defend the Constitution and Laws of the Republic of Liberia against all enemies foreign and domestic, and to renounce and adjure all allegiance and fidelity to all foreign powers and particularly to the said __United States of America__ being the foreign power to which __he__ formerly owed allegiance.

Therefore it is ordered that the said __Malachi Z. York__ be and __he__ is hereby admitted as a citizen of the Republic of Liberia __by Naturalization__

In witness whereof this certificate is signed by the Clerk of Court, First Judicial Circuit, Criminal Assizes "B" County of Montserrado this __15th__ day of December A.D. __1999__

SWORN AND SUBSCRIBED TO BEFORE ME,
this __17__ day of May, A.D. 200_

MARY MAMIE HOWE
NOTARY PUBLIC, MONTSERRADO CO.
REPUBLIC OF LIBERIA

Clerk of Court aforesaid

# JUDICIAL NOTICE ATTACHMENT C DECLARATION OF INTENTION FROM THE REPUBLIC OF LIBERIA

# 8 USC § 1481

REPUBLIC OF LIBERIA

CRIMINAL COURT "B"
CLERK

OFFICE OF THE

## DECLARATION OF INTENTION

I, DR. MALACHI Z. YORK, ON OATH OR AFFIRMATION DECLARE THAT IT IS MY INTENTION TO SETTLE PERMANENTLY IN THE REPUBLIC OF LIBERIA AND TO BECOME A CITIZEN THEREOF, AND I DO HEREBY DECLARE MY ALLEGIANCE AND FIDELITY TO THE REPUBLIC OF LIBERIA, AND RENOUNCE SAME TO ALL FOREIGN OR POWER AND PARTICULARLY TO THE UNITED STATES OF AMERICA, BEING THE FOREIGN POWER OF WHICH I AM NOW A CITIZEN OR SUBJECT.

**\*ATTACHMENT C\***

SO HELP ME GOD

GIVEN UNDER MY HAND
AND SEAL OF THIS COURT,
THIS 12TH DAY OF JULY 1997.

SEAL OF COURT



CLERK, CRIMINAL COURT "B" MO. CO.

Descriptions:

AGE: _____ 51 _____

ALLEGIANCE: REPUBLIC OF LIBERIA

OCCUPATION: RELIGIOUS MINISTER

DATE OF BIRTH: 06 – 26 – 45

PLACE OF BIRTH: BOSTON, MA

PASSPORT NUMBER: 083157444

PERMIT NUMBER: 108208

DATE OF ARRIVAL: MAY 5, 1996

PLACE OF RESIDENCE: CITY OF GBARNGA

Malachi Z. York

$10.00 Revenue Stamp affixed on the original.

# JUDICIAL NOTICE ATTACHMENT E & F ADJUDICATIVE FACTS PURSUANT TO FEDERAL RULES OF EVIDENCE ARTICLE II § 201 (B)-(F), & 42 USC § 1986

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01297-EWN-KLM

MALACHI Z. YORK, also known as DWIGHT YORK,

     Plaintiff,

                                  **\*ATTACHMENT E\***

v.

FEDERAL BUREAU OF PRISONS,

     Defendant.

---

**JOINT MOTION TO VACATE AND RESET DISPOSITIVE MOTION DEADLINE**

---

Plaintiff Malachi Z. York, Consul General Diplomat D/P #003828-04 of the Republic of Liberia, West Africa Citizenship, misnomer Dwight D. York (Inmate #17911-054) [hereinafter "Plaintiff"], through his undersigned counsel, and Defendant the Federal Bureau of Prisons ("BOP"), through its undersigned counsel, hereby jointly move to vacate the dispositive motion deadline set for April 24, 2008 and reset it for September 2, 2008. In support of this motion, the parties state as follows:

1.    Plaintiff filed a first Prisoner Complaint on June 20, 2007. (Doc. 1.) To correct deficiencies in his first Complaint, the Court ordered Plaintiff to file an Amended Prisoner Complaint by August 6, 2007. See Doc. 5.

2.    In the following months, Plaintiff requested and received multiple extensions of time to file an amended complaint. See Doc. 7 (Aug. 6, 2007, motion for extension of time); Doc. 8 (order granting motion); Doc. 10 (Sept. 10, 2007, motion for extension of time); Doc. 12 (order granting motion); Doc. 17 (Nov. 5, 2007, motion for expedited discovery and extension of time); Doc. 19 (order granting motion).

3.  On October 8, 2007, Plaintiff filed a motion for expedited discovery. (Doc. 14.) On November 5, 2007, Plaintiff filed a second motion for expedited discovery and an extension of time to file the amended complaint. (Doc. 17.)

4.  On November 8, 2007, the Court granted Plaintiff's motion for expedited discovery, ordering that Defendant produce "all medical and disciplinary documents in their possession that relate to Plaintiff from May 8, 2002, through the present date" by November 23, 2007. (Doc. 19.) The Court also granted Plaintiff's motion for an extension of time, allowing Plaintiff until December 24, 2007 to file an amended complaint. Id.

5.  On November 21, 2007, Defendant provided Plaintiff's counsel with the documents responsive to the Court's November 8, 2007 Order.

6.  Plaintiff filed an Amended Complaint on December 24, 2007. (Doc. 24.)

7.  Defendant filed a Motion to Dismiss the Amended Complaint on February 22, 2008 (Doc. 35).

8.  The parties attended a Scheduling Conference on February 27, 2008. In the Scheduling Order, the parties indicated that they would file a joint motion to vacate and reset the dispositive motion deadline. (Doc. 38 at 8 n.1, 11.) At the Scheduling Conference, Magistrate Judge Mix advised that she could not change the dispositive motion deadline, but that a motion to the Court would be required. Id. at 8.

9.  The parties agree that more discovery is needed in this case, including the possibility of multiple expert depositions, and will require additional time to conduct such discovery. For example, the parties cannot conduct written discovery, take fact depositions, prepare

-2-

*ATTACHMENT E*

expert reports, and take expert depositions within two months. At the Scheduling

Conference, the Court set August 1, 2008 as the discovery cut-off. Id. This is one month

before the parties' proposed Dispositive Motion Deadline.

10.    Moreover, at the Scheduling Conference, the Court set April 12, 2008 as the deadline for

amendment of the complaint and joinder of parties. Id. Plaintiff has indicated a desire to

file a Second Amended Complaint and to add a claim for damages against newly-named

Defendants in their individual capacities. See id. at 5-6. If Plaintiff files this Second

Amended Complaint on April 12, 2008, it will be nearly impossible for the parties to file

meaningful dispositive motions with the Court by April 24, 2008.

WHEREFORE, the parties respectfully request that the dispositive motion deadline be

vacated and reset for September 2, 2008. A proposed order is attached.

Respectfully submitted this 4th day of March, 2008.


s/ Leta R. Holden
Leta R. Holden, Esq
Holden Law Office, PLLC
1330 Leyden Street, Suite 145
Denver, CO 80220
Telephone: (303) 321-1993
Fax: (303) 321-0793
E-mail: lholden@holdenlaw.org
Counsel for Plaintiff

TROY A. EID
United States Attorney

s/ Marcy E. Cook
Marcy E. Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Telephone: (303) 454-0171
Fax: (303) 454-0408
E-mail: marcy.cook@usdoj.gov
Counsel for Defendant

# *ATTACHMENT E*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Leta Holden
lholden@holdenlaw.org
Counsel for Plaintiff

I also hereby certify that on this 4th day of March, 2008, I have mailed or served the foregoing document to the following non-CM/ECF participant(s) in the manner (mail, e-mail, etc.) indicated by the nonparticipant's name:

None

s/ Marcy E. Cook
Marcy E. Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0171
FAX: (303) 454-0408
E-mail: marcy.cook@usdoj.gov
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01297-EWN-KLM

MALACHI Z. YORK, also known as DWIGHT YORK,

Plaintiff,

v.

**\*ATTACHMENT F\***

FEDERAL BUREAU OF PRISONS,

Defendant.

---

## JOINT MOTION TO VACATE AND RESET
## PRELIMINARY PRETRIAL CONFERENCE

---

Plaintiff Malachi Z. York, Consul General Diplomat D/P #003828-04 of the Republic of Liberia, West Africa Citizenship, misnomer Dwight D. York (Inmate #17911-054) [hereinafter "Plaintiff"], through his undersigned counsel, and Defendant the Federal Bureau of Prisons ("BOP"), through its undersigned counsel, hereby jointly move to vacate the Preliminary Pretrial Conference set for April 22, 2008 and reset it for the week of August 25, 2008. In support of this motion, the parties state as follows:

1.    On March 3, 2008, the parties filed a Joint Motion to Vacate and Reset the Dispositive Motion Deadline. (Doc. 40.)

2.    On March 4, 2008, the Court granted the parties' Motion. The Court vacated the April 24, 2008, dispositive motion deadline and reset it for September 2, 2008. (Doc. 41.)

3.    At the Scheduling Conference held February 27, 2008, Magistrate Judge Mix indicated that once the dispositive motion deadline was reset, a motion to vacate and reset the Preliminary Pretrial Conference would be necessary.

WHEREFORE, the parties respectfully request that the Preliminary Pretrial Conference

be vacated and reset for the week of August 25, 2008.  A proposed order is attached.

Respectfully submitted this 7th day of March, 2008.

# *ATTACHMENT F*

s/ Leta R. Holden
Leta R. Holden, Esq
Holden Law Office, PLLC
1330 Leyden Street, Suite 145
Denver, CO 80220
Telephone: (303) 321-1993
Fax: (303) 321-0793
E-mail: lholden@holdenlaw.org
Counsel for Plaintiff

TROY A. EID
United States Attorney

s/ Marcy E. Cook
Marcy E. Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Telephone:  (303) 454-0171
Fax: (303) 454-0408
E-mail:  marcy.cook@usdoj.gov
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

# *ATTACHMENT F*

Leta Holden
lholden@holdenlaw.org
Counsel for Plaintiff

I also hereby certify that on this 7th day of March, 2008, I have mailed or served the foregoing document to the following non-CM/ECF participant(s) in the manner (mail, e-mail, etc.) indicated by the nonparticipant's name:

None

s/ Marcy E. Cook
Marcy E. Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0171
FAX: (303) 454-0408
E-mail: marcy.cook@usdoj.gov
Counsel for Defendant

# JUDICIAL NOTICE ATTACHMENT D

# ACCEPTED FOR VALUE

# BIRTH CERTIFICATE



REGISTRY DIVISION, CITY OF BOSTON
COUNTY OF SUFFOLK, COMMONWEALTH OF MASSACHUSETTS, UNITED STATES OF AMERICA

Reg. 7
Certificate №. 89824
II

CERTIFIED COPY OF RECORD OF BIRTH IN OFFICE OF THE CITY REGISTRAR

I, the undersigned, hereby certify that I hold the office of ................................ City Registrar of the City of Boston, and have the custody of the Records of Births, Marriages and Deaths required by law to be kept in said City, and I certify that the following facts appear on said Records:

No. 8523

Date of Birth ......................... 1945

Name of Child ......................... York

SEX  M

COLOR  C

NAME, SURNAME AND BIRTHPLACE OF FATHER
..... York
New Bedford Ma

NAME, MAIDEN NAME AND BIRTHPLACE OF MOTHER
Mary C Williams
Philadelphia Pa

PLACE OF BIRTH
Boston
Ma

RESIDENCE OF PARENTS
Boston
Ma

OCCUPATION OF PARENT

NAME AND ADDRESS OF INFORMANT
Extern M M H

DATE OF RECORD
July 3 1945

I further certify that by annexation, the Records of the following-named cities and towns are in the custody of the City Registrar of Boston:—

| | ANNEXED | | ANNEXED |
|---|---|---|---|
| East Boston | 1637 | Charlestown | 1874 |
| South Boston | 1804 | Brighton | |
| Roxbury | 1868 | West Roxbury | 1912 |
| Dorchester | 1870 | Hyde Park | |

Date of amendment: _____

31

WITNESS my hand and the SEAL of the CITY REGISTRAR

on this ............. day of DEC 0 8 2008 A. D.

City Registrar

By Chapter 314 of the Acts of 1892, "the certificates or attestations of either Assistant City Registrar shall have the same force and effect as that of the City Registrar."

# JUDICIAL NOTICE OF

# UNITED STATED OF AMERICA'S

# OFFER

# ACCEPTED FOR VALUE

# AND CONSIDERATION

# FOR REMEDY IN THIS MATTER

27 CFR 72.11
VALUE RECEIVED
FOR CLOSURE,
AND SETTLEMENT
PURSUANT TO HJR 192,
JUNE 5, 1933.

*ACCEPTED FOR VALUE AND CONSIDERATION
FOR SETTLEMENT (

UNITED STATES DISTRICT COURT
Middle District of Georgia
Macon Division

THE UNITED STATES OF AMERICA

v.

DWIGHT D. YORK, A/K/A
DR. MALACHI Z. YORK, A/K/A
ISA MUHAMMAD, A/K/A
ISA AL HADDI AL MAHDI AND
A/K/A "BABA"

INDICTMENT

18 U.S.C. § 1962(d)
18 U.S.C. § 1962(c) & 2
31 U.S.C. § 5324(a)(3)
l/c/w 31 U.S.C. § 5313(a) & 18 USC 2
18 U.S.C. § 2423(a) & 2
18 U.S.C. § 2423(a) & 2
18 U.S.C. § 2423(a) & 2
18 U.S.C. § 2423(b)
18 U.S.C. § 2423(b)
18 U.S.C. § 2423(a) & 2
31 U.S.C. § 5324(a)(3)
l/c/w 31 U.S.C. § 5313(a) & 18 USC 2
31 U.S.C. § 5324(a)(3)
l/c/w 31 U.S.C. § 5313(a) & 18 USC 2
31 U.S.C. § 5324(a)(3)
l/c/w 31 U.S.C. § 5313(a) & 18 USC 2
18 U.S.C. § 1963
18 U.S.C. § 2253 & Rule 32.2 F.R.Crim.P.

No. _____

A true bill.

Foreperson

Filed in open court this ___ st ___ day,
of ___ A.D. 2003.

Clerk

Bail, $

27 CFR 72.11

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
(Redacted Version)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | SUPERSEDING INDICTMENT |
| ) | |
| vs. ) | CRIM. NO. |
| ) | |
| ) | VIOLATIONS |
| DWIGHT D. YORK, A/K/A ) | |
| DR. MALACHI Z. YORK, A/K/A ) | 18 U.S.C. § 1962(d)–RICO Conspiracy |
| ISA MUHAMMAD, A/K/A ) | 18 U.S.C. § 1962(c)–RICO Acts |
| ISA AL HAADI AL MAHDI AND ) | 18 U.S.C. § 371–MANN Act Conspiracy |
| A/K/A "BABA" ) | 18 U.S.C. § 2423(a) MANN Act- Minor Transport |
| ) | 18 U.S.C. § 2423(b)–MANN Act Travel |
| ) | 18 U.S.C. § 3283–MANN Act Limitations Statute |
| ) | 18 U.S.C. § 2–Aiding and Abetting |
| ) | 31 U.S.C. § 5324(a)(3)–Structuring Cash |
| ) | 18 U.S.C. §1963–RICO Forfeiture |
| ) | 18 U.S.C. § 2253(a)(3)–MANN Act Forfeiture |
| ) | 18 U.S.C. § 2253(o)–MANN Act Forfeiture |

THE GRAND JURY CHARGES:

**COUNT ONE**
(Conspiracy to Commit Racketeering Violations)

From in or about January 1988, and continuing through May 8, 2002, in the Middle

District of Georgia and elsewhere within the jurisdiction of this Court, the Defendant

**DWIGHT D. YORK, a/k/a DR. MALACHI Z. YORK, a/k/a**
**ISA MUHAMMAD, a/k/a ISA AL HAADI AL MAHDI and a/k/a "BABA"**
(hereinafter referred to as "DWIGHT YORK")

being a person employed by and associated with an enterprise described in Paragraph A below,

which was engaged in, and the activities of which affected, interstate commerce, did knowingly

and willfully combine, conspire, confederate and agree, and have tacit understanding with

unindicted co-conspirators and others, known and unknown to the Grand Jury, to violate Title 18,

United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in

27. CFR 72.11

A.   Cannot be located upon the exercise of due diligence;

B.   Has been transferred, sold to or deposited with a third person;

C.   Has been placed beyond the jurisdiction of the Court;

D.   Has been substantially diminished in value; or

E.   Has been commingled with other property which cannot be subdivided without

difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section

2253(o), to seek forfeiture of any other property of the defendant up to the value of the above

-forfeitable property of DWIGHT YORK; or assets of equal value, up to the value of the above

forfeitable property.

All in violation of Title 18, United States Code, Section 2253 and Rule 32.2 of the

Federal Rules of Criminal Procedure.

A TRUE BILL

*Harry E. Bruno*

FOREPERSON OF THE GRAND JURY

Presented By:

*Maxwell Wood*

MAXWELL WOOD
UNITED STATES ATTORNEY

*R. Moultrie*

RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

*Stephanie D. Thacker*

STEPHANIE D. THACKER
TRIAL ATTORNEY

48

# JUDICIAL NOTICE REGARDING NEWLY ACCEPTED TENDER, PURSUANT TO REMEDY



┌ Printable version

## Online Business Database
## Online UCC Services
Make UCC Filing
UCC Index Search
Check Prepaid Status

# Revised Article 9
# UCC Acknowledgement

## File Number: 2007-2268538-33

## Filing date: 9/7/2007 4:30:00 PM

## Lapse date: None

File an amendment to this UCC

# COLLATERAL DESCRIPTION
## Date Filed   Collateral Description
1/26/2009
11:40:00 AM
Know all men by these Instruments, that the Secured Party of record do herein make this Assignment and for the Release of Interest in Bond and collateral, Partial Assignment/ Release in the Bond / Promissory Note Amount:(= 3 Tendered Registered Instruments): $300,000,000.00 Three Hundred Million United States Dollars, and Zero Cents (Each), For The Associated Account Number(s):5:02-CR-27-CAR "et al":for use as the Full Set off and Set-off of the Payment,For Closure and Settlement see USPO Tracking No. EH 486733085 US (To Paying Agent),EH 486738162 US (To Dept.:Treas.),EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),EH 273416336 US (To CO ATTORNEY GEN. Payee),EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.), and IRS Tax Forms, pursuant to International Laws, House Joint Resolution 192 of June 5, 1933, and UCC 1-104, 10-104 Reserved Herein. My Initial Financing Statement File No: 2008-239-2968-1, (Taking for Value, UCC 3 303, UCC 3 605, and 3 305):

NOTICE FOR COMMERCIAL TRANSACTION ACCOUNTANT(S):

* Reserved Registered Federal Reserve Routing#s: 10392942

* PRIVATE BOND No. B97927756 ;

* Employer Identification# 06-4360272 ;

* UCC Contract Trust Account# RR 059 445 061 US, "et al" ;

* Registered UCC Contract  File Number: 2007-2268538-33 ;

SEE ATTACHED NOTARY VERIFICATION CONTRACT AGREEMENTMENT KNOWLEDGE, AND INDEMNITY BOND,
And IRS Forms 56 – Assigned Fiduciary Relationship:

Assignment :  SET-OFF / DIS-CHARGE

Assignor:

EL,MALACHI Z. YORK,CESTUI QUE TRUST (Authorized Agent,Trustee)
Care of PO BOX 522
Decatur, Georgia state
Near [30031]

Assignees:

1. UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT
   OF GEORGIA:
   *Attention: CLERK OF COURT, DEPUTY CLERK,
   CHARLES ASHLEY ROYAL / AGENTS OR HEIRS
   475 MULBERRY STREET
   MACON,GA 31202
   USPO Tracking Number: EH 486733085 US (To Paying Agent),
   EH 486738162 US(To Dept.:Treas.):

2. STATE OF COLORADO (AND AGENTS)
   121 STATE CAPITOL
   DENVER, COLORADO 80203
   USPO Tracking No. EH 273416332 US and EH 273416367
   (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),
   EH 273416336 US (To ATTORNEY GEN.Payee),
   EH 273416398 US (To US Treas.):

The Secretary of State's office has determined that images containing individual social security numbers on UCC filings will not be provided to the public.  This filing contains images which may contain social security numbers. These filings appear in the list above without links. In many cases, a version of the image with the SSNs redacted is available for viewing, and is listed above. If such an image is not available, contact the Secretary of State UCC Branch to have one made.

http://apps.sos.ky.gov/business/ucc/(aq3nr55l2vtu45wt0akbvl)/ucconlineuccbyid.aspx?ack=ack&id=522623

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

## STATE CERTIFIED BOND
UCC 3-311,(a),(b)

**TP01262009**

**MALACHI YORK EL**
P.O. BOX 181398
DENVER, CO 80218
ACCOUNT NUMBER: 064360272

January 26, 2009

Bonded Registered Number: RR059445061US
64-14
610

**PAY TO THE ORDER OF:** UNITED STATE DISTRICT COURT OF GEORGIA

AMOUNT TENDERED  $  ***********300,000,000.00

**EXACTLY:** THREE HUNDRED MILLION UNITED STATES DOLLARS AND 00/100

Security features are included. Details on back.

PARTIAL RELEASE BY SECURED PARTY OF RECORD FINANCING STATEMENT NUMBER **2007-2268538-33** PARTIAL RELEASE OF INDEMITY BOND FOR FULL PAYMENT OF DEBT. THIS TENDER PAYABLE BY CLAIM IN SECURITY INSTRUMENT ONLY.

UCC 3 RELEASE OF SECURITY INTEREST FILED WITH DEPARTMENT OF LICENSING UNIFORM COMMERCIAL CODE P.O. BOX 1470 FRANFORT KENTUCKY 40601-1470

SIGNATURE:                          Signature without recourse

THIS TENDER IS EXECUTED AND FILED PURSUANT TO UCC 9-405, UCC 1-201, (25), (27), (35) NOTICE UCC 1-104, 10-104 PRIVATE BETWEEN THE PARTY(IES) TRANSFERABLE
ISSUED PURSUANT TO PUBLIC LAW 73-10 (SEE TITLE 31 USC 5118 AND H.J.R. 192 DATED JUNE 5, 1933)

1039242            064360272            B97927756            30000000000

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

| PAYMENT DATE | PAYMENT NUMBER | PAYEE NAME | TOTAL AMOUNT | DISCOUNT | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| January 26,2009 | 5:02-CR-27-CAR | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION | ********$300,000,000.00 | *******$0.00 | *******$300,000,000.00 |

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

| | |
|---|---|
| Bonded Registered Number: | RR059445061US |
| Tender of Payment for: | STATUTE DEBT TENDER, PURSUANT TO 27 CFR 72.11 |
| Tender of Payment in sum of: | *******$300,000,000.00        :TENDERED PAYMENT TRACKING No. EH 486733085 US |
| Paid to: | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION |
| Date: | January 26, 2009 |
| Payable: | On Demand |
| Memo: | Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5116 and H.J.R. 192 dated June 5, 1933) |

FORM# 7000 (Standard Business 3-up)

**PLEASE ENDORSE HERE**          **PLEASE ENDORSE HERE**          **PLEASE ENDORSE HERE**



DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE          DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE          DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

🔒 THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

   • INVISIBLE FLUORESCENT FIBERS
   • THREE-STAIN SET
   • UV DULL
   • MICRO PRINT
   ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

   ℗ PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
   PAYMENT SYSTEMS ASSOCIATION.

* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

🔒 THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

   • INVISIBLE FLUORESCENT FIBERS
   • THREE-STAIN SET
   • UV DULL
   • MICRO PRINT
   ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

   ℗ PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
   PAYMENT SYSTEMS ASSOCIATION.

* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

🔒 THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

   • INVISIBLE FLUORESCENT FIBERS
   • THREE-STAIN SET
   • UV DULL
   • MICRO PRINT
   ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

   ℗ PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
   PAYMENT SYSTEMS ASSOCIATION.

* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

**AFFIDAVIT AND STATEMENT OF ASSIGNMENT OF AAA RATED COLLATERAL BOND-TENDER**
*(Non-Promissory Instrument)*

To: UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF GEORGIA MACON DIVISION
475 MULBERRY STREET #216
MACON, GA 31201

Attention: Accounting Department Management

(An Partial Assignment of Collateral Bond-Tender (Quasi-Intangible) in the Full and Final Payment of Debt.)

To Assignee: Attention:Clerk of Court/Deputy Clerk/CHARLES ASHLEY ROYAL
475 MULBERRY STREET #216 MACON, GA 31201

The record of this Collateral Lien Account is filed and held in the legal custody of the Secretary of State of Kentucky, The Uniformed Commercial Code Section, Revised Article 9, Frankfort, Kentucky.

This record is a record of the transaction and current ledger of this Collateral Lien Account, A collateralized credit account, an accounts receivable, and is regularly maintained by the Trustee/Secured Party of record as a function for the Department of the Secretary of State Uniformed Commercial Code Section used by the Secured Party as a real and movable property Private (non-public) Banking business office.

Assignor:                              EL,MALACHI Z. YORK, C.Q.TR (Secured Party)
Financing Statement #:          2007-2268538-33

Instructions for proceeding: 1.) Indorse and record Certified Bond-Tender (Instrument) on Financial Statement or Books under bonds receivable as an asset to give organization Bond asset increase. 2.) Fill out verified payment receipt and return to the addressor as stated.

This Partial Assignment of Value is Made to:

| | | This Partial Assignment of Value is made for: $300,000,000.00 (STATUTE DEBT) |
|---|---|---|
| Assignee: | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION | Customer's Name: EL,MALACHI Z. YORK,CESTUI QUE TRUST P.O. BOX 181398 DENVER, CO 80218 |
| Address: | 475 MULBERRY STREET #216 MACON, GA 31201 | Account Number: 5:02-CR-27-CAR |

Amount Tendered: $    300,000,000.00

Exactly:    $300,000,000.00

Instrument Number:    2007-2268538-33

Known all men by these instruments, that the "Secured Party" of the record do herein make this "Partial Agreement" of "acuity interest" and collateral Bond (Quasi-Intangible) as "Tender" of payment in lawful U.S. funds in accordance with "Public Policy" House Joint Resolution (H.J.R.) 192 of June 5, 1933, Public Law 73-10, Title 31 USC 5118 and UCC 9-405, 3-311 (a), (b), 1-201 (25), (26), (27), (35) NOTICE, 1-104, 10-104, 1-207.

This is to certify that the Assignee has a lawful Registered Tender for $300,000,000.00 Three Hundred Million United States dollars by this Assignment in the cited Collateral Lien Account filed in the cited Recorder's office.

Malachi York El:©™ (UCC 3-402 b)
Assignor without recourse (Secured Party)

STATE OF GEORGIA          )
                                          )          JURAT
CLARKE COUNTY             )

I, _____, a Notary Public for said County and State, do hereby certify that Malachi York:©™ (Trustee) personally appeared before me this day and acknowledged the due execution of the foregoing instrument. Witness my hand and official seal, this the 27 day of January , 2009.Notary Public: Clarke County _____

My commission expires: 02-11-12 , 20 12

**NEGOTIABLE**                                        **NEGOTIABLE**

# BONDED PROMISSORY NOTE

**U.S. Expressed Mail Number:** TRACKING#s:  EH 486738162 US(To the Dept.:Treas.GA), EH 486738145 US(To Payee)

## $300,000,000.00

### Three Hundred Million United States Dollars and 00/100

Treasury Routing#s: 254-7540-9 or 0215-0222-8; Reserved Reg. FRB Acct#10392942; Private Bond#B97927756;

**To the Order of:**   INTERNAL REVENUE SERVICE, Henry M. Paulson, Jr. d/b/a HENRY M. PAULSON JR., Secretary of the United States Treasury, Juan C. Puig Moralesd/b/a JOSÉ G. DÁVILA MATOS, & UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION:

UCC#2007-2268538-33;

**In the Amount of:** Three Hundred Million United States Dollars and 00/100 Cents ($300,000,000.00) in USD;

**For:**   Internal Revenue Service, UNITED STATES BANKRUPTCY  COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION;

**Routing Through:**   Private Offset Bond No. RR 059 445 061 US, and RR 059 445 490 US to Secretary of Treasury, Henry M. Paulson Jr. d/b/a HENRY M. PAULSON JR, Secretary of the Department of Treasury, Juan C. Puig Moralesd/b/a JUAN C. PUIG MORALES;

This negotiable instrument, tendered lawfully by **Malachi Z. York:®:©™** "Maker" in good faith shall evidence as a debt to the Payee pursuant to the following terms:

1. This Note shall be posted **in full** dollar for dollar amount pursuant to the Credit order noted above and presented to the co-payee, Secretary of Treasury, M. Paulson Jr. d/b/a HENRY M. PAULSON JR Secretary of the Department of Treasury- Juan C. Puig Morales d/b/a JUAN C. PUIG MORALES and

2. Payee shall, upon receipt of this instrument, charge the Pass-Through Account **064360272** for the purpose of terminating any past, present, or future liabilities express or implied attached to the above contract, and

3. Payee shall ledger this Note Negotiable, Assignable, Transferable, Divisible and Renewable for a period of Twelve (12) months according to the Uniform Commercial Code (UCC) commencing the five (365) days, at an interest rate of seven percent (7%) per annum, and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against *Private Offset Bond No.* RR 059 445 061 US, and RR 059 445 490 US (USPS Registered Mail Tracking#s) held and secured by Juan C. Puig Morales d /b/a JOSÉ G. DÁVILA MATOS; Secretary of the Department of Treasury, and Henry M. Paulson Jr., and the US Treasury.

| | | |
|---|---|---|
| 1/27/2009 | : WADJET TUM NEFER EL | |
| :Date | :Surety | :Authorized Representative |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| **Malachi Z. York:®:©™** | Henry M. Paulson Jr.,etc. Trustee | Department of the Treasury |
|---|---|---|
| c/o PO BOX 181398 | US / Department of Treasury | INTERNAL REVENUE SERVICE CENTER |
| Snellville, Georgia | 1500 Pennsylvania Ave NW | ATTN: FRANK SCOFIELD |
| Nonresident / Non-domestic | Washington, D.C. 20220, and | Austin, Texas 73301 |
| | PO Box 4515 San Juan, Puerto Rico 00902 | |
| EL,MALACHI Z YORK, CESTUI QUE TRUST c/o  PO BOX 181398 DENVER, CO 80218 | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA 475 MULBERRY STREET MACON, GEORGIA 31202 | DEPARTMENTE DE HACIENDA PO Box 9024140  SAN JUAN, PUERTO RICO 00902 |

**NEGOTIABLE**                                        **NEGOTIABLE**

FOR VALUE RECEIVED, _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER    (WITHOUT RECOURSE)
IDENTIFYING NUMBER OF ASSIGNEE

064360272

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)

_____ Shares

of the capital / Preferred stock amount represented by the within Certificate, and do hereby irrevocably constitute and appoint

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA Attorney

to transfer the said stock on the books of the within named Company with full power of substitution in the premises.

Dated_____01/26/2009_____

NOTICE: THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S), AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERNATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

SIGNATURE(S) GUARANTEED:

THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION:

LEAD UNDERWRITER:

TRANSFER AGENT:

TRACKING NUMBER: EH 486733085US (To Paying Agent)
Bonded Registered Bill of Exchange Order-Certified & Private Accrual: RR 059 445 061 US (DC):