1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA

*misnomer* DWIGHT YORK©™, A/K/A DWIGHT D YORK©™,                5:08-cv-00455-CAR-GMF "et al"
A/K/A ISSA MUHAMMAD©™ ,
A/K/A BABA©™,
A/K/A ISSA AL HAADI AL MAHDI©™,
A/K/A ISA ABD' ALLAH MUHAMMED©™,
A/K/A MALACHI Z. YORK EL©™, A/K/A DR MALACHI Z. YORK EL©™ "et al"
**Noble: Malachi York El:©™**

vs.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SILLS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND,  AND ZITA L. WEINSHIENK

   Defendants, named as Respondents.

---

### MOTION ACCEPTANCE FOR CLOSURE

---

**PURSUANT TO: 12 U.S.C. § 1511, \*28 U.S.C § 2041,\*\*28 U.S.C. CH. 129 §2043;**

Comes now is I, <u>**Malachi York El**</u>**:©™** , **A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al

haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al.; All

rights reserved, Secured Party, Liberian Diplomat D/P #003828-04, Owner in fact, Holder in due course (*Pro Per*),

Pursuant to **42 U.S.C. § 1986, 46 U.S.C. § 781, and UCC 1-201, pursuant to my-©™,** Ens Legis MALACHI

Z. YORK-EL©™ Trade Name "et al", utilized in the commercial Discharge, dated December

24th, 2008, wherein, I've done an Acceptance for Honor in this case file matter in accord with

the Uniform Commercial Code UCC §3-410; UCC § 3-419 by an Ordered account and

'Acceptance' (O.C.G.A. § 11-3-419), to be applied according to the law regarding **Book-**

**Entries and Deposits,** pursuant to the alleged **Statute Debt associated**, in accordance with <u>12</u>

<u>U.S.C. § 1511, 28 U.S.C § 2041, 28 U.S.C. CH. 129 §2043, 2044</u> in lieu of the 30 Pieces of

Silver,

**which is not an exhibit,** and should not be treated as such, **however, it is lawful Tendered Constitutional Unrepealed Money, pursuant to Article 1 § 10,**for the **Discharge** regarding the **alleged Statute Debt, pursuant to 27 CFR 72.11,** to be leveraged to the Superseding Indictment-True Bill's Statutory Debt Account No. 5:02-CR-27-CAR, and balance zeroed for the City of Macon, United States District Court For The Middle District Georgia; Initial Previous Case **Superseding Indictment No(s): 5:02-CR-27-CAR;**

**Furthermore, I** Malachi York El:©™, **A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al.; Secured Party, Liberian Diplomat D/P #003828-04, Owner in fact, Holder in due course (*Pro Per*) did not instruct anyone in these matters to retrieve this Constitutional Tendered Payment for any other said purposes;

**For the record, on the record, with this order of the court, I instruct the Clerk Of Court, Upon his Oath of Office to forward this Constitutional Money to the Comptroller of Currency to completely fulfill this transaction, without question; Furthermore, possession of this lawful Tender by my non-authorization will constitute 'Theft of Public Funds', pursuant to 18 U.S.C. § 641, and charges will follow regarding your noted negligence; Whereas,** I Malachi York El:©™, **A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK©™ et, al.; All rights reserved, Secured Party, Liberian Diplomat **D/P #003828-04,** Owner in fact, Holder in due course (*Pro Per*), have previously informed you on the processing instructions, and due hereby **set the record straight** again for and on the record, pursuant to **12 U.S.C. § 1511, 28 U.S.C § 2041, 28 U.S.C. CH. 129 §2043, 2044,** for the Judge (*the court's transfer agent / receiver in bankruptcy*) to transfer the Money and Bank / Mortgage backed Securities to the state's TT&L Analyst Department, to transfer the **'Demand Deposit'** to the Department of the Treasury, keeping the instructions attached to the instruments, to the Secretary of the

Department of Transportation, via certified mail, in the acknowledgement of the <u>contract-vessel</u>

<u>matters,</u> to then be forwarded to the state's acting Secretary of Treasury for the 'Demand

Deposit' Winform Monetization, to Transfer the recorded Book-Entries to the U.S. Treasury's

Secretary or Department of Treasury, wherein I've informed the Honorable Jose G. Davila

Matos previously (*see registered tracking numbers on Instruments*) , currently Juan C. Puig

Moralles, who was / is the Alien Custodian, Head Contract Settlements and the Fiduciary

Trustee on the Bankruptcy of the United States, under Title 50 U.S.C. Appendix § 7(c), § 7(e), §

9 and § 12 (The Trading with the Enemy Act of 1917), now currently Juan C. Puig Morales.

Juan C. Puig Morales of the **Departamento de Hacienda** P.O. Box 9024140, San Juan,

P.R. 00902-4140 Tel:(787)721-2020 Email:<u>InfoServ@hacienda.gobierno.pr</u> Política de

<u>Privacidad</u> , ordered to use my private exemption CUSIP# & AUTOTRIS# TIN# 064360272

for full discharge, settlement and closure of this case and Accounts for the City of Macon,

United States District Court For The Middle District Georgia  Case No(s): **5:08-cv-00455-CAR**

**"et al"**.

## FACT I.

***As of this current date, the court has failed to honor my ordered request;**

**For the record:**

 I Secured Party Consul General Malachi York El:©™ , all rights reserved, Accept for

Value, the Charges and the CUSIP numbers for consideration and honor and in return, I

post full settlement and closure in the City of Macon, United States District Court For

The Middle District Georgia **Current Open Case File No. 5:08-cv-00455-CAR**, and all

related and associated accounts, under the Federal Rules of Civil Procedures Rule 8;

I have a Claim of 'Preferred interest' in this subject matter as the Secure Party on the

record for the record, wherein I've required an accounting of the total amount of the bill

for the full settlement and closure of this case and these accounts by the City of Macon,

United States District Court For The Middle District Georgia  Case No(s): **5:02-CR-27-CAR "et al"**.

The Fiduciary Clerk of the court of Colorado (Accountant) and Fiduciary Charles Ashley Royal / U.S. Mag. Judge G. Mallon Faircloth / Officer in Bankruptcy, is/are to file this letter with the Clerk of Court / Deputy Clerk, for the City of Macon, United States District Court For The Middle District Georgia  Case No(s): **5:08-cv-00455-CAR "et al"** 475 Mulberry Street Macon, GA. 31202, On behalf of Ens Legis DWIGHT YORK©™, ISA MUHAMMAD©™, BABA©™, ISSA AL HAADI AL MAHDI©™, MALACHI Z. YORK EL©™, "et al".  I Accept for Value and consideration the lack of Subject Matter Jurisdiction, as well as the Oath(s) Of Office, and Bonded insurance of Charles Ashley Royal, Magistrate of the City of Macon, United States District Court For The Middle District Georgia  Case No(s): **5:02-CR-27-CAR, currently open under casefile: 5:08-cv-00455-CAR** to Bond the charges associated to the TRADE-NAMES / STRAWMAN associations DWIGHT YORK©™ "et al", wherein the City of Macon, United States District Court For The Middle District Georgia must  vacate all CHARGES associated by(Bankruptcy Officer / Magistrate Charles Ashley Royal / U.S. Mag. Judge G. Mallon Faircloth - (706)653-2942). Wherein The Body vessel of Malachi York El:©™ , (O.C.G.A. 1-2-1) held as an artificial corporation must be discharged[*released*] from the Warehouse of  USP FLORENCE ADX PRISON/ Detention Center in Florence, Fremont County, CO. *Immediately.*

Respectfully,

5

**Malachi York El:©™**

Nonresident/ Non-Domestic

First Class, Delivery

c/o P.O. Box 181398

Denver, Colorado 80218



*ATTENTION: CLERK OF COURT- GREGORY LEONARD

TO:  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
MACON, GA 31202

c/o: P. O. BOX 181398
Denver, Colorado
80218