**:Malachi York El: ©™, Creditor-Secured Party**
The State of Georgia
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty
in the nature of

# NOTICE OF INTERNATIONAL
# COMMERCIAL
# CLAIM OF THE ADMIRALTY
# ADMINISTRATIVE REMEDY
### 28 U.S.C. 1333, 2461, 2463

Attached: Copy of Notarial Protest

NOTICE OF FOREIGN JUDGMENT BY ESTOPPEL

# \*\*\*\*\*\*\*\*\*\*\*\*\*\*TABLE OF CONTENTS\*\*\*\*\*\*\*\*\*\*\*

1. NOTICE OF INTERNATIONAL COMMERCIAL CLAIM OF THE ADMIRALTY ADMINISTRATIVE REMEDY.W/.WRIT....

2. NOLLE PROSEQUI....................................................................

3. AB INITIO "WITHIN THE ADMIRALTY"..............................

4. WRIT IN THE NATURE OF DISCOVERY.............................

5. NOTICE OF INTENT "UNDER CONTRACT LAW"................

6. NOTICE OF NEW TENDER, PAYABLE TO THE U.S.,ETC.......

7. AFFIDAVIT OF FACT...........................................................

8. NOTARIAL VERIFICATION..................................................

9. AFFIDAVIT OF TRUTH..............................................

10. NOTARY PUBLIC, VERIFICATION,CERTIFICATE OF SER.

11. AFFIDAVIT NOTICE OF THIS PROCESS...........................

12. EXHIBIT-1 PAGE NOTICE OF PREVIOUS NOTICED
    PARTIES, REGARDING THE PREORDERED JUDGEMENT...

13. PREVIOUSLY RECORDED PREORDERED JUDGEMENT
FOR DISCHARGE OF DETAINEE IN THIS MATTER.............

14. NOTARY VERIFICATION OF CONSTITUTIONAL TENDER
VALIDATION.....................................................

15. CERTIFICATION OF SILVER SURETY BOND,ETC............

16. ACCEPTANCE OF THE UNITED STATES OFFER..............

17. WRIT OF HABEAS, PURSUANT TO 28 U.S.C. § 2255............

<table>
<tr><td>

☒ District Court    ☐ County Court

_____Bibb_____County, Colorado
Court Address:

_____

Plaintiff(s)/Petitioner(s):
Malachi York El:©™ , A/K/A Malachi K. York:©™ misnomer
DWIGHT YORK©™ "et al"
v.
Defendant(s)/Respondent(s):
**USA, FEDERAL BUREAU OF PRISONS/Agents and Heirs**

</td><td>

▲    **COURT USE ONLY**    ▲

Case Number:

Division:           Courtroom:

</td></tr>
<tr><td colspan="2" align="center">**WRIT OF ASSISTANCE**</td></tr>
</table>

**THE PEOPLE OF THE STATE OF COLORADO TO THE SHERIFF OF _____Bibb_____ COUNTY.**

You are directed to take possession of the personal property cited in the Judgment and Order for Possession or the Prejudgment Order for Possession After Hearing in a peaceful and orderly manner and to retain such property in your custody until expiration of the time for filing of an undertaking for redelivery and for exception to the sufficiency of the bond or surety, unless the Court orders a stay of such delivery, CRCP 104 (I) and CRCCP 404 (I). If this cannot be accomplished, you are ordered to use such force as may be reasonably necessary to effectuate said Order.

If the personal property or any part thereof is in a building or enclosure, you are directed to demand its delivery, announcing your identity, purpose, and the authority under which you act. If it is not voluntarily delivered, you shall cause the building or enclosure to be broken open in such a manner as you reasonably believe will cause the least damage to the building or enclosure, and take the personal property into your possession.

If necessary, you are directed to call to your aid the powers of your county, to aid in execution and enforcement of the accompanying Judgment and Order for Possession or Prejudgment Order for Possession After Hearing issued by this Court in the reference matter.

You shall, without delay, serve upon the Defendant a copy of the order of possession and written undertaking by delivering the same to the Defendant personally, if the Defendant can be found or the Defendant's agent for whose possession the property is taken; or if neither can be found, by leaving them at the usual place of abode either with some person of suitable age and discretion; or if neither has any known place of abode, by mailing them to the last known address of either.

Dated:_____          _____
                                                    Clerk / Deputy Clerk

## NOLLE PROSEQUI

**Criminal Docket: 5:02-CR-27-CAR (PURSUANT TO 46 U.S.C. § 781 )**

**FOLIO: 1 Page**

**CASE NUMBER: 5:08-cv-00455-CAR**

**TERM:     135 yrs (Discharged hereby)**

**DEFENDANT:**

misnomer DWIGHT YORK©™ A/K/A DWIGHT D. YORK©™,

A/K/A ISA AL HAADI AL MAHDI©™, A/K/A ISA ABD ALLAH MUHAMMAD©™,

A/K/A MALACHI Z. YORK©™ , "BABA" "et al":

**CHARGES:**

18 U.S.C. § 1962(d)-RICO Conspiracy, 18 U.S.C. § 1962(d)-RICO Acts, 18 U.S.C. § 371-MANN Act Conspiracy, 18 U.S.C. § 2423(a)-MANN Act- Minor Transport, 18 U.S.C. § 2423(b)-MANN Act Travel, 18 U.S.C. § 3283(a)-MANN Act Limitations Statute, 18 U.S.C. § 2-Aiding and Abetting, 31 U.S.C.  § 5324(a)(3)-Structuring Cash, 18 U.S.C. § 1963-RICO Forfeiture, 18 U.S.C. § 2253(a)(3)-MANN Act Forfeiture:

The essentials of the alleged charges brought are more fully proven lacking Facts, subject matter jurisdiction by the affidavit/statement of fact which was accepted by the court , and was incorporated by the court, was acknowledged and accepted on record by the Court and made a part hereof.

For good cause shown to wit:

Rule 12(b)6 ; Rule 12(h)3 of the Federal Rules of Civil Procedure; O.C.G.A. Title 41:1-3, Oath of Allegiance.

It is the order of the Court that a Noelle Prosequi be, and the same is, hereby entered in this case.

This _27_ day of __January__ , 2009.

Malachi York El:©™

Judge(s) Charles Ashley Royal and G. Mallon Faircloth , Bibb County, Georgia

Arall Charles:©™

International / Public Notary of the World Wide Nuwaubians Notary Tribunal:

  

Page 1 of 1

| Name: **Malachi York El:©™** address:c/o: EL.JAAME AMUN RE.CESTUI QUE TRUST-General-Delivery-United States Post Office Box 181398 Denver, Colorado[80218] Phone number 404.808.1383 / 404.808.1908 / 678.471.5198 | Ab Initio "WITHIN THE ADMIRALTY" |
| --- | --- |

## district court for the United States

| Malachi York El:©™ Lawful Man, Creditor Secured Party, The Real Party In Interest | | |
| --- | --- | --- |
| | ) ) ) ) ) ) ) ) ) | File # **5:08-cv-00455-CAR-GMF** COMMERCIAL NOTICE WITHIN THE ADMIRALTY OF THE FILING OF FOREIGN JUDGMENT BY ESTOPPEL |

For and on the record:

The Court and the Public takes judicial notice "within the admiralty ab initio" by

Commercial Notice of the filing of Foreign Judgment by Estoppel Administrative File

Number "5:08-cv-00455-CAR-GMF, In Lieu of 5:02-CR-27-CAR" within the admiralty

IN FACT established under Notary Court Seal and pursuant to Title 28 Section 1963

which states:

**Section 1963. Registration of judgments for enforcement in other districts**

A judgment in an action for the recovery of money or property
entered in any court of appeals, district court, bankruptcy court,
or in the Court of International Trade may be registered by filing
a certified copy of the judgment in any other district or, with
respect to the Court of International Trade, in any judicial
district, when the judgment has become final by appeal or

NOTICE OF FOREIGN JUDGMENT BY ESTOPPEL



expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown. Such a judgment entered in favor of the United States may be so registered any time after judgment is entered. A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.

*A certified copy of the satisfaction of any judgment* in whole or in part may be registered in like manner in any district in which *the judgment is a lien*.

**The procedure prescribed under this section is in *"addition"* to other procedures provided by law for the enforcement of judgments**. This

Administrative Judgment is foreign to judicial. All parties are in agreement and all issues

have been settled. All district courts have provision for filing foreign judgments under

miscellaneous for a standard fee of $39.00 USD. This filing is "on Demand" and failure

to do so constitutes denial due process.

Respectfully Submitted

By: _____, agent, U.C.C. 3-402 (b)(1)
:Malachi York El:©™, Holder in due course, the real party in interest.





## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## 475 MULBERRY STREET
## MACON, GEORGIA 31202

**TRACKING#s: EH 486738162 US(To the Dept.:Treas.GA), EH 486738145 US(To Payee)**

| | |
|---|---|
| IN THE MATTER OF | } **WRIT IN THE NATURE OF DISCOVERY** |
| | } |
| THE UNITED STATES OF AMERICA | } **ACCEPTANCE FOR VALUE AND CONSIDERATION** |
| | } |
| Plaintiff | } |
| | } |
| v. | } |
| | } |
| misnomer DWIGHT D. YORK©™ A/K/A | } |
| DWIGHT YORK | } |
| A/K/A DR. MALACHI Z. YORK, | } |
| A/K/A ISA MUHAMMAD, | } |
| A/K/A ISA AL HADDI AL MAHDI, | } |
| A/K/A "BABA", | } |
| | } |
| Noble: Malachi York El: ©™ | } |
| | } |
| Defendant | } |

COMES NOW: The **Secured Party** in the matter of **Malachi York El: ©™,** does hereby

accept all alleged charges for value to be returned for immediate closure and settlement Pursuant to

27 CFR 72.11 regarding case #: 5:02-CR-27-CAR "et al" with attached presentments from

**Agent:(S) UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF**

**GEORGIA MACON DIVISION / "et al" /.** Prepared and submitted this 28th day of January,

2009.

Malachi York El:©™, Secured Party, Settlor
Nonresident / Non Domestic
First Class, U.S. Delivery
% PO BOX 181398
Denver, Colorado [ 80218

1

I. **Notice of Acceptance**
*Nunc Pro Tunc*

**NOTICE OF INTENT**
(Under Contract Law)

The enclosed **original** Notice of Acceptance, is hereby submitted under "Contract Law" in "good Faith" for the purpose of **Offeror: UNITED STATES BANKRUPTCY COURT FOR MIDDLE DISTRICT OF GEORGIA MACON DIVISION /", "et al"** Address: **475 MULBERRY STREET, MACON, GEORGIA 31202**, herein after "offeror in contract law", to discharge all debt in this matter, for and on behalf **of the MALACHI Z. YORK/DWIGHT YORK, for the trust-fund** (debtor), through an acknowledgement of Public Policy H.J.R. 192 passed on June 5, 1933. The collateral for this Notice of Acceptance is the United States thru **the MALACHI Z. YORK/DWIGHT YORK, for the trust-fund** (debtor), a transmitting utility, as they are responsible under reorganization of all debts Public, and Private. The receiver in Bankruptcy is the Secretary of Transportation, **Ray LaHood,** (SEE YOUR Title 46 §§ 1247 Appendix (a)(b).

**For further correspondence you contact Malachi Z. York©™ secured party, trustee at the above location in writing. In the event you return my instrument without providing me remedy, I will accept your return as a "Dishonor". This will also apply if you: 1. Fail to honor my instrument, 2. Destroy my instrument, or 3. Fail to provide me remedy in Bankruptcy.**

## II. FACTS

The Secured Party Malachi York El:©™, Ens Legis MALACHI YORK©™ "et al" has done an Acceptance for Honor in accord with the Uniform Commercial Code UCC §3-410; UCC § 3-419; (O.C.G.A. § 11-3-419), for the City of Macon, United States District Court For The Middle District Georgia; Initial Previous Case **Superseding Indictment No(s): 5:02-CR-27-CAR;** I Malachi York El:©™ informed the Honorable Jose G. Davila Matos previously, who

2

was the Alien Custodian, Head Contract Settlements and the Fiduciary Trustee on the Bankruptcy of the United States, under Title 50 U.S.C. Appendix § 7(c), § 7(e), § 9 and § 12 (The Trading with the Enemy Act of 1917), now currently Juan C. Puig Morales. Juan C. Puig Morales of the Departamento de Hacienda P.O. Box 9024140 Tel:(787)721.2020 Email: InfoServ@hacienda.gobierno.pr Politica de Privacidad, may use my private exemption CUSIP#/AUTOTRIS/TIN 064360272 for full settlement and closure of this case and accounts for the City of Macon, United States District Court For The Middle District Georgia Case No(s): **5:08-CR-27-CAR "et al"**.

I Secured Party Consul General Malachi York El:©™ Accept for Value, the Charges and the CUSIP numbers for consideration and honor and in return, I post full settlement and closure in the City of Macon, United States Bankruptcy Court For The Middle District Georgia and all related and associated accounts, under the Federal Rules of Civil Procedures Rule 8. I have a Claim of Preferred interest in this subject matter as the Secure Party on the record for the record. I've required an accounting of the total amount of the bill for the full settlement and closure of this case and these accounts by the City of Macon, United States District Court For The Middle District Georgia Case No(s): **5:02-CR-27-CAR "et al"**.

The Presiding Fiduciary or Charles Ashley Royal / U.S. Mag. Judge G. Mallon Faircloth / Officer in Bankruptcy, is to file this letter with the Clerk of Court / Deputy Clerk, for the City of Macon, United States Bankruptcy Court For The Middle District Georgia 475 Mulberry Street Macon, GA. 31202, On behalf of Ens Legis DWIGHT YORK©™, ISA MUHAMMAD©™, BABA©™, ISSA AL HAADI AL MAHDI©™, MALACHI Z. YORK EL©™, "et al". I Accept for Value and consideration the lack of Subject Matter Jurisdiction, as well as the Oath(s) Of Office, and Bonded insurance of Charles Ashley Royal, Magistrate of the City of Macon, United States District Court For The Middle District Georgia Case No(s): **5:02-CR-27-CAR,** **currently** to Bond the charges associated to the TRADE-NAMES / STRAWMAN

3

associations DWIGHT YORK "et al", wherein the City of Macon, United States District Court For The Middle District Georgia must vacate all CHARGES associated by (Bankruptcy Officer / Magistrate Charles Ashley Royal / U.S. Mag. Judge G. Mallon Faircloth - (706)653-2942). Wherein The Body of Malachi York El:©™, (O.C.G.A. 1-2-1) held as an artificial corporation must be discharged (*released*) from the Warehouse of  USP FLORENCE ADX PRISON/ Detention Center in Florence, Fremont County, CO *Immediately*

Respectfully Submitted,

By: _____ Authorized Representative, Living Principal, Grantor, Trustee:

"As good as Avail"
P.O. Box 181398
Denver, Colorado
80218

For: The  MALACHI Z. YORK, trust fund .

### FOR THE PURPOSE OF THIS OFFER, THE DEFINITIONS BELOW APPLY

**Offeree:** *In contract law*, the person to whom an offer is made.
**Offer:** *In contract law*, a proposal made by one party to another indicating a willingness to enter into a contract.
**Offeror:** *In contract law* the person who makes the offer.

## Account No. 5:02-CR-27-CAR

For Further Proof of Conditional Acceptance of Offer Information See Attachment:

# JUDICIAL NOTICE REGARDING NEWLY ACCEPTED TENDER, PURSUANT TO REMEDY



Kentucky.gov

KY Agencies | KY Services | Search [this site ▾] for [        ] [Go]

**BUSINESS SERVICES**
KENTUCKY SECRETARY OF STATE
Trey Grayson

Online UCC Services Home | Administrative Services |
Business Services | Elections | Executive | Kentucky
Land Office | Secretary's Desk

Kentucky Secretary of State > UCC Online
Services

Online Business
Database
Online UCC
Services
Make UCC Filing
UCC Index Search
Check Prepaid
Status

⌐ Printable version

# Revised Article 9
# UCC Acknowledgement

## File Number: 2007-2268538-33

## Filing date: 9/7/2007 4:30:00 PM

## Lapse date: None

File an amendment to this UCC

# COLLATERAL DESCRIPTION
## Date Filed   Collateral Description
1/26/2009
11:40:00 AM
Know all men by these Instruments, that the Secured Party of record do herein make this Assignment and for the Release of Interest in Bond and collateral, Partial Assignment/ Release in the Bond / Promissory Note Amount:(= 3 Tendered Registered Instruments): $300,000,000.00 Three Hundred Million United States Dollars, and Zero Cents (Each), For The Associated Account Number(s):5:02-CR-27-CAR "et al":for use as the Full Set off and Set-off of the Payment,For Closure and Settlement see USPO Tracking No. EH 486733085 US (To Paying Agent),EH 486738162 US (To Dept.:Treas.),EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),EH 273416336 US (To CO ATTORNEY GEN. Payee),EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.), and IRS Tax Forms, pursuant to International Laws, House Joint Resolution 192 of June 5, 1933, and UCC 1-104, 10-104 Reserved Herein. My Initial Financing Statement File No: 2008-239-2968-1, (Taking for Value, UCC 3 303, UCC 3 605, and 3 305):

NOTICE FOR COMMERCIAL TRANSACTION ACCOUNTANT(S):

* Reserved Registered Federal Reserve Routing#s: 10392942

* PRIVATE BOND No. B97927756 ;

* Employer Identification# 06-4360272 ;

* UCC Contract Trust Account# RR 059 445 061 US, "et al" ;

* Registered UCC Contract  File Number: 2007-2268538-33 ;

SEE ATTACHED NOTARY VERIFICATION CONTRACT AGREEMENTMENT KNOWLEDGE, AND INDEMNITY BOND,
And IRS Forms 56 – Assigned Fiduciary Relationship:


Assignment :  SET-OFF / DIS-CHARGE


Assignor:

EL,MALACHI Z. YORK,CESTUI QUE TRUST (Authorized Agent,Trustee)
Care of PO BOX 522
Decatur, Georgia state
Near [30031]

Assignees:


1. UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT
   OF GEORGIA:
   *Attention: CLERK OF COURT, DEPUTY CLERK,
   CHARLES ASHLEY ROYAL / AGENTS OR HEIRS
   475 MULBERRY STREET
   MACON,GA 31202
   USPO Tracking Number: EH 486733085 US (To Paying Agent),
   EH 486738162 US(To Dept.:Treas.):

2. STATE OF COLORADO (AND AGENTS)
   121 STATE CAPITOL
   DENVER, COLORADO 80203
   USPO Tracking No. EH 273416322 US and EH 273416367
   (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),
   EH 273416336 US (To ATTORNEY GEN.Payee),
   EH 273416398 US (To US Treas ):


The Secretary of State's office has determined that images containing individual social security numbers on UCC filings will not be provided to the public.  This filing contains images which may contain social security numbers. These filings appear in the list above without links. In many cases, a version of the image with the SSNs redacted is available for viewing, and is listed above. If such an image is not available, contact the Secretary of State UCC Branch to have one made.

## AFFIDAVIT AND STATEMENT OF ASSIGNMENT OF AAA RATED COLLATERAL BOND-TENDER
### (Non-Promissory Instrument)

To:    UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
       OF GEORGIA MACON DIVISION
       475 MULBERRY STREET #216
       MACON, GA 31201

Attention: Accounting Department Management

(An Partial Assignment of Collateral Bond-Tender (Quasi-Intangible) in the Full and Final Payment of Debt.)

To Assignee:    Attention:Clerk of Court/Deputy Clerk/CHARLES ASHLEY ROYAL
                475 MULBERRY STREET #216 MACON, GA 31201

The record of this Collateral Lien Account is filed and held in the legal custody of the Secretary of State of Kentucky, The Uniformed Commercial Code Section, Revised Article 9, Frankfort, Kentucky.

This record is a record of the transaction and current ledger of this Collateral Lien Account, A collateralized credit account, an accounts receivable, and is regularly maintained by the Trustee/Secured Party of record as a function for the Department of the Secretary of State Uniformed Commercial Code Section used by the Secured Party as a real and movable property Private (non-public) Banking business office.

Assignor:              EL,MALACHI Z. YORK, C.Q.TR (Secured Party)
Financing Statement #:  2007-2268538-33

Instructions for proceeding: 1.) Indorse and record Certified Bond-Tender (Instrument) on Financial Statement or Books under bonds receivable as an asset to give organization Bond asset increase. 2.) Fill out verified payment receipt and return to the addressor as stated.

This Partial Assignment of Value is Made to:                    This Partial Assignment of Value is made for: $300,000,000.00
                                                               (STATUTE DEBT)

Assignee:   UNITED STATES DISTRICT COURT FOR THE         Customer's Name:   EL,MALACHI Z. YORK,CESTUI QUE TRUST
            MIDDLE DISTRICT OF GEORGIA MACON                                P.O. BOX 181398
            DIVISION                                                        DENVER, CO 80218
Address:    475 MULBERRY STREET #216                     Account Number:    5:02-CR-27-CAR
            MACON, GA 31201

Amount Tendered: $  300,000,000.00

Exactly:    $300,000,000.00

Instrument Number:    2007-2268538-33

Known all men by these instruments, that the "Secured Party" of the record do herein make this "Partial Agreement" of "acuity interest" and collateral Bond (Quasi-Intangible) as "Tender" of payment in lawful U.S. funds in accordance with "Public Policy" House Joint Resolution (H.J.R.) 192 of June 5, 1933, Public Law 73-10, Title 31 USC 5118 and UCC 9-405, 3-311 (a), (b), 1-201 (25), (26), (27), (35) NOTICE, 1-104, 10-104, 1-207.

This is to certify that the Assignee has a lawful Registered Tender for $300,000,000.00 Three Hundred Million United States dollars by this Assignment in the cited Collateral Lien Account filed in the cited Recorder's office.

                                                    Malachi York El:©™ (UCC 3-402 b)
                                                    Assignor without recourse (Secured Party)

STATE OF  GEORGIA          )
                          )        JURAT
CLARKE COUNTY             )

I, _____, a Notary Public for said County and State do hereby certify that Malachi York:©™(Trustee) personally appeared before me this day and acknowledged the due execution of the foregoing instrument. Witness my hand and official seal, this the ____ day of ___January___, 2009.Notary Public: ___Clarke County___

My commission expires: ___02-11-_____, 20_12_

NEGOTIABLE                                    NEGOTIABLE

# BONDED PROMISSORY NOTE

U.S. Expressed Mail Number: TRACKING#s:  EH 486738162 US(To the Dept.:Treas.GA), EH 486738145 US(To Payee)

## $300,000,000.00

### Three Hundred Million United States Dollars and 00/100

Treasury Routing#s: 254-7540-9 or 0215-0222-8: Reserved Reg. FRB Acct#10392942; Private Bond#B97927756;
**To the Order of:**  INTERNAL REVENUE SERVICE, Henry M. Paulson, Jr. d/b/a HENRY M. PAULSON JR., Secretary of the United States Treasury, Juan C. Puig Moralesd/b/a JOSÉ G. DÁVILA MATOS, & **UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION:**

UCC#2007-2268538-33;
          **In the Amount of:** Three Hundred Million United States Dollars and 00/100 Cents
($300,000,000.00) in USD;
      **For:**    Internal Revenue Service, **UNITED STATES BANKRUPTCY  COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION;**

**Routing Through:**    Private Offset Bond No. RR 059 445 061 US, and RR 059 445 490 US to Secretary of Treasury, Henry M. Paulson Jr. d/b/a HENRY M. PAULSON JR, Secretary of the Department of Treasury, Juan C. Puig Moralesd/b/a JUAN C. PUIG MORALES;

This negotiable instrument, tendered lawfully by **Malachi Z. York:®:©™** "Maker" in good faith shall evidence as a debt to the Payee pursuant to the following terms:

1. This Note shall be posted **in full** dollar for dollar amount pursuant to the Credit order noted above and presented to the co-payee, Secretary of Treasury, M. Paulson Jr. d/b/a HENRY M. PAULSON JR Secretary of the Department of Treasury- Juan C. Puig Morales d/b/a JUAN C. PUIG MORALES and

2. Payee shall, upon receipt of this instrument, charge the Pass-Through Account **064360272**  for the purpose of terminating any past, present, or future liabilities express or implied attached to the above contract, and

3. Payee shall ledger this Note Negotiable, Assignable, Transferable, Divisible and Renewable for a period of Twelve (12) months according to the Uniform Commercial Code (UCC) commencing the five (365) days, at an interest rate of seven percent (7%) per annum, and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against *Private Offset Bond No.* RR 059 445 061 US, and RR 059 445 490 US (USPS Registered Mail Tracking#s) held and secured by Juan C. Puig Morales d /b/a JOSÉ G. DÁVILA MATOS, Secretary of the Department of Treasury, and Henry M. Paulson Jr., and the US Treasury.

_____1/27/2009_____  :  __WADJET TUM NEFER EL__    _____
     :Date                           :Surety                         :Authorized Representative
*********************************************************************************

**Malachi Z. York:®:©™**          Henry M. Paulson Jr.,etc. Trustee      Department of the Treasury
c/o PO BOX 181398                    US / Department of Treasury        INTERNAL REVENUE SERVICE CENTER
Snellville, Georgia                     1500 Pennsylvania Ave NW           ATTN: FRANK SCOFIELD
Nonresident / Non-domestic           Washington, D.C. 20220, and          Austin, Texas 73301
                                  PO Box 4515 San Juan, Puerto Rico
                                          00902
EL,MALACHI Z YORK, CESTUI QUE TRUST   UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA    DEPARTMENTE DE HACIENDA
   c/o PO BOX 181398                    475 MULBERRY STREET            PO Box 9024140  SAN JUAN, PUERTO RICO
   DENVER, CO 80218                     MACON, GEORGIA 31202                         00902

**NEGOTIABLE**                                              **NEGOTIABLE**

# STATE CERTIFIED
## BOND
*UCC 3-311,(a),(b)*

**TP01262009**

**MALACHI YORK EL**
1541 MARION ST. SUITE#181398
DENVER, CO 80218
ACCOUNT NUMBER: 064360272

February 28, 2009

Bonded Registered Number: RR059445061US
64-14
610

PAY TO THE ORDER OF: **UNITED STATES MIDDLE DISTRICT COURT OF GEORGIA**

AMOUNT TENDERED $ **********300,000,000.00**

Security features are included. Details on back.

EXACTLY: **THREE HUNDRED MILLION UNITED STATES DOLLARS AND ZERO CENTS**

PARTIAL RELEASE BY SECURED PARTY OF RECORD FINANCING STATEMENT NUMBER 2007-2268538-33 PARTIAL RELEASE OF INDEMITY BOND FOR FULL PAYMENT OF DEBT. THIS TENDER PAYABLE BY CLAIM IN SECURITY INSTRUMENT ONLY.

UCC 3 RELEASE OF SECURIY INTEREST FILED WITH DEPARTMENT OF LICENSING, UNIFORM COMMERCIAL CODE P.O. BOX 1470, FRANKFORT, KENTUCKY 40601-1470

SIGNATURE: _____ *Signature without recourse*

THIS TENDER IS EXECUTED AND FILED PURSUANT TO UCC 9-405, UCC 1-201, (25), (27), (35) NOTICE UCC 1-104, 10-104 PRIVATE BETWEEN THE PARTY(IES) TRANSFERABLE ISSUED PURSUANT TO PUBLIC LAW 73-10 (SEE TITLE 31 USC 5118 AND H.J.R. 192 DATED JUNE 5, 1933)

⑂1039294 2⑂ ⑈064360 27⑈ ⑈979277756⑈ ⑈300000000000⑈

| PAYMENT DATE | PAYMENT NUMBER | PAYEE NAME | TOTAL AMOUNT | DISCOUNT | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| February 28, 2009 | 5:02-CR-27-CAR | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION | **********300,000,000.00 | *******$0.00 | **********300,000,000.00 |

| | |
|---|---|
| Bonded Registered Number: | RR059445061US |
| Tender of Payment for: | STATUTE DEBT TENDER, PURSUANT TO 27 CFR 72.11 |
| Tender of Payment in sum of: | *******300,000,000.00: TENDERED PAYMENT TRACKING No. EH486738162 US, EH 400045895 US, EH 400044095 US, ***EH 486733085: |
| Paid to: | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION: |
| Date: | February 28, 2009 |
| Payable: | On Demand (*see Autograph*) |
| Memo: | Issued pursuant to PUBLIC LAW 73-10 (See Title 31 USC 5116 and H.J.R. 192 dated June 5, 1933) |

REORDER FORM #7200

# AFFIDAVIT

# OF

# FACT

# III. AFFIDAVIT OF TRUTH

Be it known to all "government," their "courts," agents, and other parties, that I, Malachi York El:©™, am a natural born sovereign individual. I am neither subject to any entity anywhere, nor am I dominated. I am not a "person" as defined in your "statutes" when such definition includes "artificial entities" as it appears in all Caps nor am I a corporate entity. I refuse to be treated as a "federally" or "state" created entity which is only capable of exercising certain rights, privileges, or immunities as specifically "granted" by "federal" or "state" "governments". I am not in any "jurisdiction," for I am not of subject status. I have not committed any crime, and am therefore not subject to any penalty (See Exhibits V1-V13 Affidavits of alleged victims recanting there original testimony). Thus, be it known to all, that I reserve my natural right not to be compelled to perform under any "contract" that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the "liability" associated with the compelled and pretended "benefit" of any hidden or unrevealed "contract" or "commercial agreement". As such, the hidden or unrevealed "contracts" that supposedly create "obligations" to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden "contracts," I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything. Any such participation does not constitute "acceptance," because of the absence of full disclosure of any valid offer, and voluntary consent without misrepresentation or coercion. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, from the beginning. From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights, and, as such, take notice that I revoke, cancel, and make void from the beginning my signature on any and all "contracts," "agreements," "forms," or any "instrument" which may be construed in any way to give any agency or department "jurisdiction" over me.

5

* * * NOTARY PUBLIC * * *

The use of notary below is for identification only, and such use does not grant any

"jurisdiction" to anyone.   FURTHER AFFIANT SAITH NOT.Subscribed and sworn, without

prejudice, and with all rights reserved,

(Printed Name:) _Malachi York_____ .

Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

Signed: _____ Date: _1 / 27 / 2009_ _____

On this __27__ day of __January__, _09_ , before me, the undersigned, a Notary Public
in and for _Malachi York_____, personally appeared the above-signed, known to me to
be the one whose name is signed on this instrument, and has acknowledged to me that s/he has
executed the same.

Signed: _____

Printed Name: _ARALL CHARLES_____

Date: _01-27-09_____

6

# AFFIDAVIT
## ************NOTICE REGARDING THE DEPOSITION INTERVENTION***********

As the Court and its Fiduciaries of the Court, such as the Clerk of Court, Judge, District
Attorney, Solicitor(s), and or Court stenographer of the US District Court of Colorado may already be
aware of, an Affidavit of Intervention, Declaratory Notice was submitted on behalf of Consul General
Malachi York El:©™ to the Clerk of Court on the date: August 28th, 2008, prior to the recorded
Deposition tort committed against Consul General Malachi York El:©™ on the date: August 29th,
2008:
For further clarity regarding the nature of this matter, We the People, the WorldWide Nuwaubians of the
World, as well as the Notarial Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK©™, CESTUI QUE TRUST have found the Bureau Of Prisons and its Court Fiduciary in violation of the law by Negligence;

## POINTS OF INTEREST:

According to Bouvier's Law Dictionary 1856 Edition, Deposition is defined as;

**DEPOSITION**, evidence. The testimony of a witness reduced to writing, in due form of law, taken by virtue of a commission or other authority of a competent tribunal.
2. Before it is taken, the witness ought to be sworn or affirmed to declare the truth, the whole truth, and nothing but the truth. It should properly be written by the commissioner appointed to take it, or by the witness himself; 3 Penna. R. 41; or by one not interested in the matter in dispute, who is properly authorized by the commissioner. 8 Watts, R. 406, 524. It ought to answer all the interrogatories, and be signed by the witness, when he can write, and by the commissioner. When the witness cannot write, it ought to be so stated, and he should make his mark or cross.
3. Depositions in criminal cases cannot be taken without the consent of the defendant. Vide, generally, 1 Phil. Ev. 286; 1 Vern. 413, note; Ayl. Pand. 206; 2 Supp. to Ves. jr. 309; 7 Vin. Ab. 553; 12 Vin. Ab. 107; Dane's Ab. Index, h. t.; Com. Dig. Chancery, P 8, T 4, T 5; Com. Dig. Testmoigne, C 4.
4. The Act of September 24, 1789, s. 30, 1 Story's L. U. S. 64, directs that when the testimony of any person shall be necessary in any civil cause depending in any district, in any court of the United States, who shall live at a greater distance from the place of trial than one hundred miles, or is bound on a voyage to sea, or is about to go out of the United States, or out of such district, and to a greater distance from the place of trial than as aforesaid, before the time of trial, or is ancient, or very infirm, the deposition of such person may be taken de bene esse, before any justice or judge of any of the courts of the United States, or before any chancellor, justice, or judge of a supreme or superior court, mayor, or chief magistrate of a city, or judge of a county court or court of common pleas of any of the United States, not being of counsel or attorney to either of the parties, or interested in the event of the cause; provided that a notification from the magistrate before whom the deposition is to be taken, to the adverse party, to be present at the taking of the same, and to put interrogatories, if he think fit, be first made out and served ou the adverse party, or his attorney, as either may be nearest, if either is within one hundred miles of the place of such caption, allowing time for their attendance after being notified, not less than at the rate of one day, Sundays exclusive, for every twenty miles travel . And in causes of admiralty and maritime jurisdiction, or other causes of seizure, when a libel shall be filed, in which an adverse party is not named, and depositions of persons, circumstanced as aforesaid, shall be taken before a claim be put in, the like notification, as aforesaid, shall be given to the person having the agency or possession of the property libelled at the time of the capture or seizure of

the same, if known to the libellant. And every person deposing as aforesaid, shall be carefully examined and cautioned, and sworn or affirmed to testify the whole truth, and shall subscribe the testimony by him or her given, after the same shall be reduced to writing, which shall be done only by the magistrate taking the deposition, or by the deponent in his presence. And the deposition so taken shall be retained by such magistrate, until he deliver the same with his own, hand into the court for which they are taken, or shall, together with a certificate of the reasons as aforesaid, of their being taken, and of the notice, if any given, to the adverse party, be by him, the said magistrate, sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid, in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court, that probably it will not be in his power to produce the witnesses, there testifying, before the circuit court, should an appeal be had, and shall move that their testimony shall be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court, which shall try the appeal, that the witnesses are then dead, or gone out of the United States, or to, a greater distance than as aforesaid, from the place where the court is sitting; or that, by reason of age, sickness, bodily infirmity, or imprisonment, they are unable to travel or, appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, that nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem, to take depositions according to common usage, when it may be necessary to prevent a failure or delay of justice; which power they shall severally possess nor to extend to depositions taken in perpetuam rei memoriam, which, if they relate to matters that may be cognizable in any court of the United States, a circuit court, on application thereto made as a court of equity, may, according to the usages in chancery, direct to be taken.

5. The Act of January 24, 1827, 3 Story's L. U. S . 2040, authorizes the clerk of any court of the United States within which a witness resides or where he is found, to issue a subpoena to compel the attendance of such witness, and a neglect of the witness to attend may be punished by the court whose clerk has issued the subpoena, as for a contempt. And when papers are wanted by the parties litigant, the judge of the court within which they are, may issue a subpoena duces tecum, and enforce obedience by punishment as for a contempt. For the form and style of depositions, see Gresl. Eq. Ev. 77.

**DEPOSITION**, eccl. law. The act of depriving a clergyman, by a competent tribunal, of his clerical orders, to punish him for some offence, and to prevent his acting in future in his clerical character. Ayl. Par. 206.

What We the People, the of Nuwaupians World Wide, as well as the Notarial Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK©™,CESTUI QUE TRUST have found In our quest for the evidence and knowledge for documenting Consul General Malachi Z. York El's Deposement dis-agreement /Contract Rape, we were deliberately detoured, and informed in written form that neither Court, Judge, Bailiff, nor Stenographer existed therein; (see exhibit attachment)

The case was again "Accepted For Value" in accordance to 27 CFR 72.11 / Title 27 USC fl 72.11 as stated in the transcripts, and according to the documented evidence of the recorded Transcripts of the Deposition, Consul General Malachi Z. York El©™ responded to one the posed questions as follows;
Reference: Page 4 of the Deposition Transcript, # 4:6:

BY MS. COOK:

Q  Good morning, Mr. York.
A  Good morning.
Q  My name is Marcy Cook, and I represent the

Bureau of Prisons in this lawsuit. With me is Chris Synsvoll, who is also an attorney for the Bureau of Prisons.

Q Do you understand that you're here today to give formal testimony concerning the second amended complaint that you filed in York versus BOP?

A Yes. But I would like to go on the record that I accept this at value. I accept this situation for its value.

Q Okay. Do you understand that you're under oath, and you've sworn to tell the truth?

A I understand that.

Q Have you ever given deposition testimony before?

A I beg your pardon?

Q Have you ever given deposition testimony

In Consul General Malachi Z. York El's:©™ opposition to the deposition, it was also clearly stated that;
Reference:Page 4 of the Deposition Transcript, #7:5-22:

Q Are you presently under the influence of any substance that would prevent you from telling the truth today?

A No.

Q Okay. Is there anything that would prevent you from providing truthful and accurate testimony today?

A The presence of my Liberian lawyer, Mr. Francis Garlawolu, who represents me as a diplomat for the Republic of Liberia, and a Liberian citizenship acquired on November 26, 1999, and diplomatic status acquired on December 15th, 1999.

And I don't—I notice my name is not – my acquired name is Malachi Z. York©™, not Dwight D. York, not Dwight H. York. These are misnomers. And I acquired—prior to that, my name was Isaa Al Haadi Al Mahdi, I-S-S-A, space, A-L, H-A-A-D-I, A-L, M-A-H-D-I. I just wanted to have that for the record.

Q Okay. But can you provide truthful and accurate testimony with your attorney, Leta Holden, here today?

Also, when Consul General Malachi Z. York El:©™ was questioned in reference
To him having any preparation for the deposition, he stated verbatim as follows;
Reference:Page 5 of the Deposition Transcript, #8:14

A I had no idea I was having a deposition.

Q Okay. So you didn't do anything to prepare?

A No. I had no idea.

Q Okay. You didn't look at any documents?

A I was caught off guard.

Q Okay. Did you talk to anyone about this deposition today?

A No. I'm in G block. You don't talk to no

one. You don't see anyone.

Q   Okay. Now, we're here today because you filed a complaint in federal court regarding a number of issues dealing with the Bureau of Prisons, correct?

In closing, Consul General Malachi Z. York El:©™   suffers from hereditary Angiodema Which can be found within his medical records, prior to his incarceration; Reference:Page 14 of the Deposition Transcript, #47:10-14 ( see exhibit)

Consul General Malachi Z. York El:©™   has made his medical condition known to the BOP numerous times, inclusive of the Deposition, against his will;

"A   Yes. From the first day I was arrested, my doctor had contacted them, called them, Dr. William Thompson. He's an MD.  He called them and informed them of the dangers of the stress-related effects of my illness.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTARIAL VERIFICATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I acknowledge the above mentioned statements to be true, correct, and complete to the best of my knowledge, under penalties of perjury:

Notarial Acceptor: _____ - My Commission Exp. _02/12/2012_

Notarial Acceptor: _____ My Commission Exp. _02/12/12_

Witness: _____





*Deciphering The Superseding Federal Indictment, Without Presumptions, Assumptions, or Opinions?*

# AFFIDAVIT OF FACT
## Pursuant To Title 27 USC Section 72.11 / 27 CFR 72.11:

### Fact 1

In observance of the United States District Court for the Middle District of Georgia's **Superseding Indictment**, case file number **5:02-CR-27-CAR**, **"et al"** several concerns come to mind in lieu of the initial name caption spelling associations referencing the case file matter, in accordance with the initial Recanted Affidavits. (*See Exhibits*)

Whereas, misnomers are correctly identified as the associated **ALL-CAPITAL-LETTERS-WRITTEN**, legal fiction, fictitious name, artificial, artificial person, idem sonans, informer, versus the true name / propia persona, which means "in one's own proper person." Therefore, in reference to an easy comprehension, we've provided definitions in accordance to what is referenced within the 10'inch font sized knowledge herein.

So, for further clarity in this matter for the court, we've provided lawful / legal terms for consideration in this matter to help salvage honor in this matter, pursuant to **46 USC Section 781**.

**Sec. 781.** Libel in admiralty against or impleader of United States

> A libel in personam in admiralty may be brought against the
> United States, or a petition impleading the United States, for
> damages caused by a public vessel of the United States, and for
> compensation for towage and salvage services, including contract
> salvage, rendered to a public vessel of the United States:
> Provided, That the cause of action arose after the 6th day of
> April, 1920.

### SHORT TITLE

Act Mar. 3, 1925, ch. 428, which enacted this chapter, is
popularly known as the "Public Vessels Act".

**IN PROPIA PERSONA.** In one's own proper person.  Black's 1st .

However, when one's true name is spelled in ALL-CAPITAL-LETTERS-WRITTEN, the above and below rule applies, in accordance to associated commerce / commercial transactions.
According to  HYPERLINK "http://www.lawterms.net/commerce.php"
http://www.lawterms.net/commerce.php , Commerce is defined as;

### COMMERCE

As defined by the Lanham Act, trade that the federal government is authorized to regulate. To qualify for federal trademark protection and registration, a mark must have first been used in commerce. In practice, this means that a product or service must be sold outside of the state in which it originates, be advertised out of state or cater to travelers, such as a hotel, before it can qualify for trademark protection.

### Fact 2

For Example; According to the Federal Styles Manual Chapter 3/2 "CAPITALIZATION /Court Work", the following knowledge is recognizable which further questions the integrity of the offering prosecuting parties associated:

## 3. CAPITALIZATION RULES

(See also ``Abbreviations and Letter Symbols" and ``Capitalization Examples")

3.1. It is impossible to give rules that will cover every conceivable problem in capitalization; but by considering the purpose to be served and the underlying principles, it is possible to attain a considerable degree of uniformity. The list of approved forms given in chapter 4 will serve as a guide. Obviously such a list cannot be complete. The correct usage with respect to any term not included can be determined by analogy or by application of the rules.

Proper names

3.2. Proper names are capitalized.
Rome
Brussels
John Macadam
Macadam family
Italy
Anglo-Saxon

Derivatives of proper names

3.3. Derivatives of proper names used with a proper meaning are capitalized.
Roman (of Rome)      Johannean      Italian

3.4. Derivatives of proper names used with acquired independent common meaning, or no longer identified with such names, are set lowercased. Since this depends upon general and long-continued usage, a more definite and all-inclusive rule cannot be formulated in advance.
roman (type)
brussels sprouts
venetian blinds
macadam (crushed rock)
watt (electric unit)
plaster of paris
italicize
anglicize
pasteurize

Common nouns and adjectives in proper names

3.5. A common noun or adjective forming an essential part of a proper name is capitalized; the common noun used alone as a substitute for the name of a place or thing is not capitalized.

Massachusetts Avenue; the avenue
Washington Monument; the monument
Statue of Liberty; the statue
Hoover Dam; the dam
Boston Light; the light
Modoc National Forest; the national forest

Panama Canal; the canal
Soldiers' Home of Ohio; the soldiers' home
Johnson House (hotel); Johnson house (residence)
Crow Reservation; the reservation

[[Page 24]]

Federal Express; the express
Cape of Good Hope; the cape
Jersey City
Washington City
but city of Washington; the city
Cook County; the county
Great Lakes; the lakes
Lake of the Woods; the lake
North Platte River; the river
Lower California
but lower Mississippi
Charles the First; Charles I
Seventeenth Census; the 1960 census

3.6. If a common noun or adjective forming an essential part
of a name becomes separated from the rest of the name by an
intervening common noun or adjective, the entire expression is
no longer a proper noun and is therefore not capitalized.
Union Station: union passenger station
Eastern States: eastern farming States
United States popularly elected government

3.7. A common noun used alone as a well-known short form of a
specific proper name is capitalized.
the Capitol building in Washington, DC; but State capitol
  building
the Channel (English Channel)

**CHAPTER 2**
Bibliographies or references
2.130. There are many styles available to bibliographers, for
there are many classes of documents. A Government bulletin citation,
according to one authority, would be treated as follows:
Author's name (if the article is signed); title of article (in quotation marks); the
publication (usually in italic), with correct references to volume, number, series,
pages, date, and publisher (U.S. Govt. Print. Off.).
Therefore the example would read:
U.S. Department of the Interior, "Highlights in history of forest and related natural
source conservation," Conservation Bulletin, No. 41 (serial number not italic),
Washington, U.S. Dept. of the Interior (or U.S. Govt. Print. Off.), 1997. 1 p. (or p. 1).
Another Government periodical citation would read as follows:
Reese, Herbert Harshman, "How To Select a Sound Horse," Farmers' Bulletin, No.
779, pp. 1–26 (1987), U.S. Dept. of Agriculture.
Clarity may be maintained by capitalizing each word in book titles,
but only the first word in the title of articles.
Other examples are:
Preston W. Slosson, The Great Crusade and After: 1914–1928 (New York: Macmillan,

1930) Edward B. Rosa, "The economic importance of the scientific work of the government," J. Wash. Acad. Sci. 10, 342 (1920)or:
Preston W. Slosson, The Great Crusade and After: 1914–1928 (New York: Macmillan, 1930)Edward B. Rosa, "The Economic Importance of the Scientific Work of the Government," J. Wash. Acad. Sci. 10, 342 (1920)
Note that the principal words in both book titles and titles of articles are capitalized. Consistency is more important in bibliographic style than the style itself.
The science of bibliography is covered in many texts, and the following references are available for study:
Bibliographic Procedures and Style: A Manual for Bibliographers in the Library of Congress. Superintendent of Documents, Washington, DC 20402.
Better Report Writing, by Willis H. Waldo. Reinhold Publishing Corp., New York, 1995.
Macmillan Handbook of English, by Robert F. Wilson. Macmillan Co., New York, 1992.
A Manual of Style, University of Chicago Press, Chicago, 1993.
Suggestions to Authors of the Reports of the U.S. Geological Survey. Superintendent of Documents, Washington, DC 20402.
Words Into Type, Prentice-Hall, New York, 1994.

**ARTIFICIAL.** What is the result of, or relates to, the arts; opposed to natural; thus we say a corporation is an artificial person, in opposition to a natural person. Artificial accession is the uniting one property to another by art, opposed to a simple natural union. 1 Bouv. Inst. n. 503.

**ARTIFICIAL PERSON.** In a figurative sense, a body of men or company are sometimes called an artificial person, because the law associates them as one, and gives them various powers possessed by natural persons. Corporations are such artificial persons. 1 Bouv. Inst. n. 177.
IDEM SONANS. Sounding the same.
2. In pleadings, when a name which it is material to state, is wrongly spelled, yet if it be idem sonans with that proved, it is sufficient, as Segrave for Seagrave, 2 Str. R. 889; Keen for Keene, Thach. Cr. Cas. 67; Deadema for Diadema, 2 Ired. 346; Hutson for Hudson, 7 Miss. R. 142; Coonrad for Conrad, 8 Miss. R. 291. See 5 Pike, 72; 6 Ala. R. 679; vide also Russ. & Ry. 412; 2 Taunt. R. 401, In the following cases the variances there mentioned were declared to be fatal. Russ. & Ry. 351; 10 East, R. 83; 5 Taunt. R. 14; 1 Baldw. R. 83; 2 Crom. & M. 189; 6 Price, R. 2; 1 Chit. R. 659; 13 E. C. L. R. 194. See, generally, 8 Chit. Pr. 231, 2; 4 T. R. 611; 3 B. & P. 559; 1 Stark. R. 47; 2 Stark. R. 29; 3 Camp. R. 29; 6 M. & S. 45; 2 N. H. Rep. 557; 7 S. & R. 479; 3 Caines, 219; 1 Wash. C. C. R. 285; 4 Cowen, 148 and the article Name.

**IDENTITY**, evidence. Sameness.
2. It is frequently necessary to identify persons and things. In criminal prosecutions, and in actions for torts and on contracts, it is required to be proved that the defendants have in criminal actions, and for injuries, been guilty of the crime or injury charged; and in an action on a contract, that the defendant was a party to it. Sometimes, too, a party who has been absent, and who appears to claim an inheritance, must prove his identity and, not unfrequently, the body of a person which has been found dead must be identified: cases occur when the body is much disfigured, and, at other times, there is nothing left but the skeleton. Cases of considerable difficulty arise, in consequence of the omission to take particular notice; 2 Stark. Car. 239 Ryan's Med. Jur. 301; and in consequence of the great resemblance of two persons. 1 Hall's Am. Law Journ. 70; 1 Beck's Med. Jur. 509; 1 Paris, Med. Jur, 222; 3 Id. 143; Trail. Med. Jur. 33; Foder¥, Med. Leg. ch. 2, tome 1, p. 78-139.
3. In cases of larceny, trover, replevin, and the like, the things in dispute must always be identified. Vide 4 Bl. Com. 396.
4. M. Briand, in his Manuel Complet de M¥dicine L¥gale, 4eme partie, ch. 1, gives rules for the discovery of particular marks, which an individual may have had, and also the true color of the hair, although it may have been artificially colored. He also gives some rules for the purpose of

discovering, from the appearance of a skeleton, the sex, the age, and the height of the person when living, which he illustrates by various examples. See, generally, 6 C. & P 677; 1 C. & M. 730; 3 Tyr. 806; Shelf. on Mar. & Div. 226; 1 Hagg. Cons. R. 189; Best on Pres. Appx. case 4; Wills on Circums. Ev. 143, et seq.

**INFORMER**. A person who informs or prefers an accusation against another, whom he suspects of the violation of some penal statute.

2. When the informer is entitled to the penalty or part of the penalty, upon the conviction of an offender, he is or is not a competent witness, accordingly as the statute creating the penalty has or has not made him so. 1 Phil. Ev. 97; Rosc. Cr. Ev. 107; 5 Mass. R. 57; 1 Dall. 68; 1 Saund. 262, c. Vide articles Prosecutor; Rewards.

**PERSON**. This word is applied to men, women and children, who are called natural persons. In law, man and person are not exactly-synonymous terms. Any human being is a man, whether he be a member of society or not, whatever may be the rank he holds, or whatever may be his age, sex, &c. A person is a man considered according to the rank he holds in society, with all the rights to which the place he holds entitles him, and the duties which it imposes. 1 Bouv. Inst. n. 137.

2. It is also used to denote a corporation which is an artificial person. 1 Bl. Com. 123; 4 Bing. 669; C. 33 Eng. C. L R. 488; Wooddes. Lect. 116; Bac. Us. 57; 1 Mod. 164.

3. But when the word "Persons" is spoken of in legislative acts, natural persons will be intended, unless something appear in the context to show that it applies to artificial persons. 1 Scam. R. 178.

4. Natural persons are divided into males, or men; and females or women. Men are capable of all kinds of engagements and functions, unless by reasons applying to particular individuals. Women cannot be appointed to any public office, nor perform any civil functions, except those which the law specially declares them capable of exercising. Civ. Code of Louis. art. 25.

5. They are also sometimes divided into free persons and slaves. Freemen are those who have preserved their natural liberty, that is to say, who have the right of doing what is not forbidden by the law. A slave is one who is in the power of a master to whom he belongs. Slaves are sometimes ranked not with persons but things. But sometimes they are considered as persons for example, a negro is in contemplation of law a person, so as to be capable of committing a riot in conjunction with white men. 1 Bay, 358. Vide Man.

6. Persons are also divided into citizens, (q. v.) and aliens, (q. v.) when viewed with regard to their political rights. When they are considered in relation to their civil rights, they are living or civilly dead; vide Civil Death; outlaws; and infamous persons.

7. Persons are divided into legitimates and bastards, when examined as to their rights by birth.

8. When viewed in their domestic relations, they are divided into parents and children; husbands and wives; guardians and wards; and masters and servants son, as it is understood in law, see 1 Toull. n. 168; 1 Bouv. Inst. n. 1890, note.

So, based on the knowledge provided, we can clearly observe without question, wherein this entire matter clearly relates to commerce

### NATURAL PERSON.

A living, breathing human being, as opposed to a legal entity such as a  HYPERLINK "http://www.nolo.com/definition.cfm/term/288F640F-F004-41BD-9DA1C46501BFE4D3" corporation. Different rules and protections apply to natural persons and corporations, such as the Fifth Amendment right against self-incrimination, which applies only to natural persons.

See Topic: HYPERLINK "http://www.nolo.com/resource.cfm/catID/DF30274C-0DE0-4D7A-8E77178D82F090CE/104/284/" Consumer RightsÜ  HYPERLINK "http://www.nolo.com/resource.cfm/catID/1745D9A3-D50D-4AAD-BFB3ED609A4EE3F5/111/" Business & Human ResourcesÜ   HYPERLINK "http://www.nolo.com/definition.cfm/Term/61D37D9C-A50D-4E29-86A8E661D7D5E344/alpha/N/" http://www.nolo.com/definition.cfm/Term/61D37D9C-A50D-4E29-86A8E661D7D5E344/alpha/N/

**TRADE-NAME.** A trade-name is a name which by user and reputation has acquired the property of indicating that a certain trade or occupation is carried on by a particular person. The name may be that of a person, place, or thing, or it may be what is called a "fancy name," (i.e. a name having no sense as applied to the particular trade,) or word invented for the occasion,

And having no sense at all. Seb. Trade-Marks, 37 Sweet. Black's 1st .

> **Note:** Any alphabetical variant of someone's true name set forth in ALL-CAPITAL LETTER/abbreviated format so as to express an *idem sonans* legal construct that signifies a juristic person, a corporate entity, as well as any other type of artificial contrivance such as a corporation, trust, partnership, "doing business as (dba),"and the like. A TRADE NAME functions as a "transmitting utility" in commerce for and on behalf of the man/woman. In accordance with the "Law of the Flag," a TRADE NAME is artificial, abstract, and corporate in nature while a man has physical existence. TRADE NAMES are not the equivalent of the man/woman on whose behalf the TRADE NAME functions as a flag, transmitting utility, proprietary trademark, etc.

### Fact 3

Aside from the above listed points referencing the associated spellings and assumed intents of opposing Court Fiduciary, regarding the Consul General Malachi York El:©™, the facts mentioned in this matter provides the court with knowledge beyond a shadow of doubt regarding the nature of this commercial casefile involving the Consul General Malachi York El:©™ herein pursuant to **27 CFR 72.11.**

Whereby Tendered Payment , issued by the EL,MALACHI Z. YORK©™,CESTUI QUE TRUST to this casefile's associated Offerors which included Sureties, was previously Tendered directly to the District Attorney Marcy E. Cook, as well as the US Attorney General's Office, for the purpose of Set-Off of the True Bill offered by the US DISTRICT COURT, according to contract law referencing Consul General Malachi York El:©™.          Below, you'll notice financial definitions helpful in this matter.( Also, See exhibit receipt tracking#)

**TENDER** -- 1. A small vessel which serves a larger vessel in a port for the purpose of supplying provisions and carrying passengers to and from ship to shore.
2. An offer of money. An offer to supply something. An offer to present something.
3. To satisfy a claim, an unconditional offer to perform coupled with a manifest ability to carry out the offer.
4. A car connected behind a steam railroad locomotive to carry coal and water. (Almost obsolete).
 HYPERLINK "http://www.teachmefinance.com/Financial_Terms/tender.html"
http://www.teachmefinance.com/Financial_Terms/tender.html

**CESTUI QUE TRUST**, A barbarous phrase, to signify the beneficiary of an estate held in trust. He for whose benefit another person is enfeoffed or seised of land or tenements, or is possessed of personal property. The cestui que trust is entitled to receive the rents and profits of the land; he may direct such conveyances, consistent with the trust, deed or will, as he shall choose, and the trustee (q. v.) is bound to execute them: he may defend his title in the name of the trustee. 1 Cruise, Dig. tit. 12, c. 4, s. 4; vide Vin. Ab. Trust, U, W, X, and Y 1 Vern. 14; Dane's Ab. Index, h. t.: 1 Story, Eq. Jur. 321, note 1; Bouv. Inst. Index, h. t.

**SET-OFF**, contracts, practice. Defalcation; (q. v.) a demand which a defen-dant makes against the plaintiff in the suit for the purpose of liquidating the whole or a part of his claim.
2. A set-off was unknown to the common law, according to which mutual debts were distinct and inextinguishable except by actual payment or release. 1 Rawle's R. 293; Babb. on Set-off, 1.
3. The statute 2 Geo. II., c. 22, which has been generally adopted in the United States with some modifications however, allowed, in cases of mutual debts, the defendant to set his debt against the other, either by pleading it in bar, or giving it in evidence, when proper notice had been given of such intention, under the general issue. The statute being made for the benefit of the defendant, is not compulsory; 8 Watts, R. 39; the defendant may Waive his right, and bring a

cross action against the plaintiff. 2 Campb. 594; 5 Taunt. 148; 9 Watts, R. 179

4. It seems, however, that in some cases of intestate estates, and of insolvent estates, perhaps owing to the peculiar wording of the law, the statute has been held to operate on the rights of the parties before action brought, or an act done by either of them. 2 Rawle's R. 293; 3 Binn. Rep. 135; Bac. Ab. Bankrupt K.

5. Set-off takes place only in actions on contracts for the payment of money, as assumpsit, debt and covenant. A set-off is not allowed in actions arising ex delicto, as, upon the case, trespass, replevin or detinue. Bull. N. P. 181.

6. The matters which may be set off, may be mutual liquidated debts or damages, but unliquidated damages cannot be set off. 1 Black. R. 394; 2 John. 150; 8 Conn. 325; 1 M'Cord, 7; 3 Wend. 400; 1 Stew. & Port. 19; 2 Yeates, 208; 1 Sumn. 471; 2 Blackf. 31; 1 A. K. Marsh. 41; 6 Halst. 397; 5 Wash. C. C. 232 3 Bibb, 49; 2 Caines, 33. The statutes refer only to mutual unconnected debts; for at common law, when the nature of the employment, transaction or dealings necessarily constitute an account consisting of receipts and payments, debts and credits, the balance only is considered to be the debt, and therefore in an action, it is not necessary in such cases either to plead or give notice of set-off. 4 Burr. 2221.

7. In general, when the government is plaintiff, no set-off will be allowed. 9 Pet. 319; 4 Dall. 303. See 9 Cranch, 313; Paine, 156. But when an act of congress authorizes such set-off, it may be made. 9 Cranch, 213.

8. Judgments in the same rights may be set off against each other at the discretion of the court. 3 Bibb 233; 3 Watts 78; 3 Halst. 172; 4 Hamm. 90; 1 Stew. & Port. 24; 7 Mass. 140, 144; 8 Cowen 126. Vide Compensation; also Mon-tagu on Set-off; Babington on Set-off; 3 Stark. Ev. h. t.; Amer. Dig. h. t.; Whart. Dig. h. t.; 3 Chit. Bl. Com. 304, n.; 1 Chit. Pl. Index, h. t.; 8 Vin. Ab. 556; Bac. Ab. h. t. 1 Sell. Pr. 321; 5 Com. Dig. 595; 6 Id. 335; 7 Id. 336; 8 Id. 927; Chit. Pr. Index, h. t.; Bouv. Inst. Index, h. t. Vide Factor.

**TRUE BILL**, practice. These words are endorsed on a bill of indictment, when a grand jury, after having heard the witnesses for the government, are of opinion that there is sufficient cause to put the defendant on his trial. Formerly, the endorsement was Billa vera, when legal proceedings were in Latin; it is still the practice to write on the back of the bill Ignoramus, when the jury do not find it to be a true bill. Vide Grand Jury. HYPERLINK "http://www.constitution.org/bouv/bouvier_t.htm" http://www.constitution.org/bouv/bouvier_t.htm

**CONTRACT.** An agreement between two or more persons which creates an obligation to do or not to do a particular thing. Its essentials are competent parties, subject matter, a legal consideration, mutuality of agreement, and mutuality of obligation. Black's 5th .

> Note:  All contracts, whether express or implied,  are subject to the universal
> essentials of contract law, pertaining to the fundamentals of the interaction between
> the parties.  These fundamentals are well codified in many places, e.g. the California
> Civil Code, Sections 1549 et seq.:

(see exhibits- )

## UCC DEFINITIONS PART 2. GENERAL DEFINITIONS AND PRINCIPLES OF INTERPRETATION HYPERLINK "http://www.law.cornell.edu/ucc/1/index.htm" \l "part2" [Table of Contents]fl 1-201. General Definitions.

(a) Unless the context otherwise requires, words or phrases defined in this section, or in the additional definitions contained in other articles of [the Uniform Commercial Code] that apply to particular articles or parts thereof, have the meanings stated.

(b) Subject to definitions contained in other articles of [the Uniform Commercial Code] that apply to particular articles or parts thereof:

(14) "Defendant" includes a person in the position of defendant in a counterclaim, cross-claim, or third-party claim.

(27) "Person" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity.

(39) "Surety" includes a guarantor or other secondary obligor.
Offer -- 1. A proposal that is made to a certain individual or legal entity to enter into a contract, that is definite in its terms, and that indicates the offerer's intent to be bound by an acceptance.
2. With respect to securities, the price at which one is ready to sell.
 HYPERLINK "http://www.teachmefinance.com/Financial_Terms/offer.html"
http://www.teachmefinance.com/Financial_Terms/offer.html

### Fact 4

Further, when we observe the US District Court for the Middle District of Georgia's Federal Superseding Indictment CRIM. NO. VIOLATIONS Count: Pursuant to Title 18 U.S.C.Section RICO, we investigate only to find prior, an honorable mention of the Consul General Malachi York El:©™, previously acknowledged as Al Imaam Isa Al Haadi Al Mahdi in Brooklyn, New York's Bushwick area, an area previously Crack Cocaine Infested, prior to Consul General Malachi Z. York El:©™'s intervention, whereby Consul General Malachi York El:©™'s Intervention disciplinary actions thereof in turn allowed him to receive a Key to the City by the Mayor of New York within the early 80's. (See exhibit attachment)

### Fact 5

 In accordance, the presumed allegation VIOLATIONS charge 31 U.S.C. fl 5324(a)(3)-Structuring Cash is not an act committed by the flesh and blood living soul natural person Consul General Malachi Z. York El:©™.  The United Nuwaubian Nation of Moors of the world are in fact an ancient people, before a self-made corporate construct or organization, and should not be misconstrued as such.
Also, according to supporting Affidavit Recantment Statements by Habiyba Washington, her father Nathaniel Washington, etc. (see exhibit attachments ) the recorded facts therein for the record on the
record provided removes all doubt for the Courts knowledge regarding this matter.
In lieu of other record accounts unknown to the Court, it should also be known and or acknowledged that each associated bookstore is or has been independently managed or operated by its own operator and or manager worldwide, separately and freely in its affairs other than by Consul General Malachi Z. York El:©™.
However, due the Kidnap and contract Rape of the Consul General Malachi Z. York El:©™, associated evolutionary bookstores has declined and suffered from the lack of book production worldwide.

### Fact 6

Yet, the care and love growth of We the people for one another, as well as the Consul General Malachi Z. York El:©™ supersedes any dollar amount. Families and careers known and forgotten have successfully produced and evolved due Consul General Malachi Z. York El:©™.

### Fact 7

 Consul General Malachi Z. York El:©™ has throughout decades in his career as a counselor and teacher to the many privileged and underprivileged youth, middle ages, as well as adults evolved within the edutainment realms as inspirations in the hip hop and film genres of life, through his books alone have managed to counsel, uplift, save lives, and educate many of these synergies who in turn positively effect the world and the people in it in which we live in today.

### Fact 8

 May the Court for the record on the record take Judicial Notice, Pursuant to 8 USC fl 1481 in acknowledgement of the facts that Consul General Malachi Z. York El:©™ on the record for the record herein and prior recorded is not a citizen of the United States Corporation.

### Fact 9

 Consul General Malachi Z. York El:©™ was falsely charged with the MANN ACT "et al", which is in complete opposition to how he dedicates his life to humanitarian work, teaching and the upliftment of the downtrodden in which he received numerous awards for  as mentioned above. (see exhibit- )

# :VERIFICATION:

TRACKING#s  RR 059 445 061 US, TRACKING#s:  EH 067526717 US(To the Dept.:Treas.PR), EH 486738145 US (To Payee)

UCC FINANCIAL STATEMENT # 2007-2268538-33

**I, Secured Party, Holder in due course** Sui Juris, hereby verify, under penalty of perjury, Under the laws of the united States of America, without the "United States" (federal   government), that the above statement of facts and laws are true and correct, according to the best of my current information, knowledge, and belief, so help me Creator of Gods  Allah / YHVH(God), pursuant to your 28 U.S.C. 1746(1) (see Supremacy clause in part material with all provisions of your Title 28 U.S.C. Constitutional, International and Treaty laws.

Dated January 27th, 2009

RESPECTFULLY SUBMITTED,

Authorized Representative, Living Principal, Grantor, Trustee

Secured Party, Sui Juris _____

P.O. BOX 481398
Denver, Colorado
80218

## CERTIFICATE OF SERVICE

I, **Secured Party, Trustee** certify that on January 27th, **2009,**
The foregoing Writ of Discovery was duly served by placing a copy in the U.S. Mail to the following:

**Offeror: UNITED STATES BANKRUPTCY  COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION /"et al "**
          475 MULBERRY STREET
          MACON, GEORGIA 31202

POSTED REGISTERED Mail NO # **RR 059 445 061 US**

7

# :AFFIDAVIT NOTICE OF THIS PROCESS

TERMS THEM SELVES ARE NOT SUBJECT TO NEGOTIABILITY
**I DID ACCEPT FOR VALUE. THIS** INSTRUMENT IT SELF CAN BE
NEGOTIATED FOR CREDIT
TRACKING#s: EH 486738162 US(To the Dept.:Treas.GA), EH 486738145 US(To Payee),

Re: Account No.**5:02-CR-27-CAR**                    USPS MAIL NO. EH 486738145 US,

Attn:    UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT GEORGIA
MACON DIVISION/"et al "
         433 CHERRY STREET
         MACON, GEORGIA 31202

Re: Notice – For the  Processing of **Bond / International Bill of Exchange** or BILL OF
EXCHANGE for discharge of debt (BA Time Draft) Date: Monthly

Enclosed is the Bond and International Bill of Exchange **BOND RECEIPT,** the
processing of which will discharge the entire current amount on the claim herein I did
accept.  This Negotiable Instrument is presented under the authority of **Public Law 73-
10, HJR 192 JUNE 22nd 1933, UCC 3-104**(c), *Spencer v Sterling Bank*, 63 Cal Ap 4th
1055 (1998), *Guaranty Trust Co. Of New York v Henwood et al*, 59 S.Ct. 847, and
Within Negotiable Instruments, Vol 3 (2001 Supplement) on the undersigned. The
following are the steps required to settle this account.  <u>This is not a Treasury / Bond
Account. THIS IS A **UCC Contract Trust Account** on the CESTUI QUE TRUST.
Attached  is a Receipt / COUPON STUB for the Vendor / Client ,to be torn off and
kept for your records Titled INTERNATIONAL BILL OF EXCHANGE OR BILL OF
EXCHANGE BOND RECEIPT/ STUB</u>

1.    The enclosed Negotiable Instrument is hereby presented and the following
process *must be followed to the letter* in order to satisfy the claimed amount due on this
account and discharge of this debt. Please be advised that <u>taxes are due</u>
<u>to the IRS</u> for the <u>credit / income</u> that has been given .

2.    My Personal <u>Direct Treasury **(UCC Contract) Trust Account**</u> has been set up at
the Department of the Treasury and may only be accessed with my approval through
the bank account of the Claimant directly to the Secretary of the Treasury. The original
Negotiable Instrument must be presented by Claimant's financial  institutional via
Certified or Registered Mail directly to the Secretary of Transportation - Department of
the Transportation, 1200 New Jersey Ave SE, Washington, D.C. 20590, Attn: Ray
LaHood.

3.    The Item Processor at Claimant's financial institution, with full identification and
Bailee (Authorized Agent) signature, is to present the original Negotiable Instrument
along with the Instruction Notice and the stamped Claim to the Secretary of
Transportation - Department of Transportation at the above address.

4.    Claimant's financial institution (T.T.L. department) is to retain the document
copies and request that a copy of the Return Receipt from the Federal Window be
supplied to them noting the date the original Negotiable Instrument was received at the
Federal Window in accordance with Public and Banking Policy.  For out of state
transactions the Banking Codes stipulate fifteen (15) days.

8

5.    The copy of the Negotiable Instrument is to be held at the financial institution until the required period for the Federal Window and the Federal Reserve under your Regulation J and, Reg Z - Truth in Lending, 12 USC §2261 et seq, the Order / Property has passed.  Then the full-faced amount of the Negotiable Instrument is automatically released by the local financial institution for credit to Claimant's account and discharge the claim.

6.    If the Secretary of the Treasury (Payee-Drawee) sends notice in writing of some error or problem please notify the undersigned immediately upon receipt of such Notice and the matter will be addressed **with the Department of the Treasury** Bank and the Federal Window.  You will be notified of the corrective action taken.  In joinder all applicable law.

7.    I hereby request that you notify the undersigned me, when the time period for the Federal Window and the Federal Reserve under your Regulation J and Regulation Z has transpired and the account has been adjusted.

Thank you for your cooperation in getting this account settled and the claim discharged and closed...


Affirmed and Subscribed
Before me_____AMIR JAMES_____
                              **Notary Public**
On this 27th  day of January   2009
My commission expires _02/12/2012_

**Seal**

Authorized Representative, Living principal, Grantor, Trustee
                    : Malachi York El: © ™

P.O. Box 181398
Denver, Co 80218

Owner, Secured Party, Creditor.  **Void where prohibited by law**

9

# JUDICIAL NOTICE

# REGARDING

# PREORDERED JUDGEMENT RENDERED,

# PURSUANT TO REMEDY

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 01-21-2009 | 01:03:01 p.m. | Transmit Header Text | |
| Local ID 1 | 1235334 | | Local Name 1 | qwry |
| Local ID 2 | | | Local Name 2 | |

This document : Confirmed

(reduced sample and details below)

Document size : 8.5"x11"

Total Pages Scanned : 24          Total Pages Confirmed : 24

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 365 | 7192765593 | 12:43:48 p.m. 01-21-2009 | 00:18:00 | 24/24 | 1 | EC | HS | CP14400 |

Abbreviations:

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | TU: Terminated by user | |
| HR: Host receive | PR: Polled remote | CP: Completed | TS: Terminated by system | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FA: Fail | RP: Report | EC: Error Correct |

PHONE:303.371.9494
FAX:303.375.1808

# FAX TRANSFER
# 1/23/2009

TO: **SHERIFF / DEPUTY SHERIFF JAMES BEICKER OF FLORENCE, COLORADO**

**FAX# 719.276.5593**

FROM: **NOTARY TRIBUNAL / NOTARY GRAND JURY  -  PUBLIC OFFICIALS**

PHONE: **404.808.1383    /     404.808.1908        /    678.471.5198**

RE:              **NOTICE TO ACT UPON KNOWLEDGE ENCLOSED  "URGENT"**

---

GREETINGS SHERIFF /DEPUTY SHERIFF OF THE COUNTY;
THIS NOTICE SERVES FOR AN IMMEDIATE RESPONSE
IN REGARDS TO A PRISON INMATE RELEASE, VIA **PREORDERED ADMINISTRATIVE-JUDGEMENT**; WHICH WAS ISSUED IN REFERENCE TO THE ASSOCIATED
UNITED STATES DISTRICT COURT OF COLORADO CASEFILE# **08-cv-02631-BNB**,
IN LIEU OF **FOREIGN CLAIMED INTELLECTUAL PROPERTY, PURSUANT TO
CONTRACT LAW, IN REFERENCE OF INMATE#17911-054**, Malachi York, *misnomer*
DWIGHT YORK, ALSO FILED JUDICIALLY IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO:

### "SEE ATTACHMENTS"

IF YOU'VE ANY QUESTIONS, COMMENTS, OR CONCERNS, CONTACT US @

**404.808.1383,    404.808.1908,    OR    687.471.5198**

ALL PHONE LINES ARE OPEN, AWAITING YOUR RESPONSE

| Form **56** | **Notice Concerning Fiduciary Relationship** | OMB No. 1545-0013 |
|---|---|---|
| (Rev. December 2007)<br>Department of the Treasury<br>Internal Revenue Service | (Internal Revenue Code sections 6036 and 6903) | |

## Part I   Identification

| Name of person for whom you are acting (as shown on the tax return)<br>**EL,MALACHI Z. YORK,CESTUI QUE TRUST  /  MALACHI YORK** | Identifying number<br>064360272 | Decedent's social security no. |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
**P.O. BOX 181398**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Denver, Colorado Near [80218]**

Fiduciary's name
**(FREMONT COUNTY FLORENCE, CO) SHERIFF'S DEPARTMENT    / SHERIFF /DEPUTY SHERIFF JAMES BEICKER**

Address of fiduciary (number, street, and room or suite no.)
**600 W. THIRD ST**

| City or town, state, and ZIP code<br>**Florence, Colorado 81226** | Telephone number (optional)<br>( 719 )    784.3411 |
|---|---|

## Part II   Authority

**1**   Authority for fiduciary relationship. Check applicable box:

**a(1)** ☑ Will and codicils or court order appointing fiduciary  . . . . . . . . .   **(2)** Date of death _____

**b(1)** ☑ Court order appointing fiduciary  . . . . . . . . . . . . . .   **(2)** Date (see instructions) _____

**c**   ☑ Valid trust instrument and amendments

**d**   ☑ Other. Describe ▶ **ALL COMMERCIAL RELATED TRANSACTIONS AS DIRECTED** _____

## Part III   Nature of Liability and Tax Notices

**2**   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL**_____

**3**   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **SEE ASSOCIATED TAX FORMS**_____

**4**   Year(s) or period(s) (if estate tax, date of death) ▶ **06-26-1945---CURRENT**_____

**5**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
described on lines 2, 3, and 4, check here  . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**6**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
of the items described on lines 2, 3, and 4, check here ▶  ☑ and list the applicable federal tax form number and the year(s) or
period(s) applicable **COPIES ONLY**_____

## Part IV   Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**7**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a**  ☐ Court order revoking fiduciary authority

**b**  ☐ Certificate of dissolution or termination of a business entity

**c**  ☐ Other. Describe ▶

### Section B—Partial Revocation

**8a**  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . . . . . . . . ▶ ☐

**b**  Specify to whom granted, date, and address, including ZIP code.
▶ ----------------------------------------------------------------

### Section C—Substitute Fiduciary

**9**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ▶ ☐
▶ ----------------------------------------------------------------

**For Paperwork Reduction Act and Privacy Act Notice, see back page.**    Cat. No. 16375I    Form **56** (Rev. 12-2007)