08-cv-02631-ZNB

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2009 JAN 14  PM 4: 51

GREGORY C. LANGHAM
CLERK

| ☒ District Court ☐ County Court Fremont / Denver County, Colorado Court Address: | DEP. CLK |
|---|---|
| Plaintiff(s)/Petitioner(s): Malachi York©™ misnomer DWIGHT YORK v. | ▲ COURT USE ONLY ▲ |
| Defendant(s)/Respondent(s): USA, FEDERAL BUREAU OF PRISONS/Agents and Heirs | Case Number: |
| | Division:        Courtroom: |
| WRIT OF ASSISTANCE | |

THE PEOPLE OF THE STATE OF COLORADO TO THE SHERIFF OF _____ Fremont _____ COUNTY.

You are directed to take possession of the personal property cited in the Judgment and Order for Possession or the Prejudgment Order for Possession After Hearing in a peaceful and orderly manner and to retain such property in your custody until expiration of the time for filing of an undertaking for redelivery and for exception to the sufficiency of the bond or surety, unless the Court orders a stay of such delivery, CRCP 104 (I) and CRCCP 404 (I). If this cannot be accomplished, you are ordered to use such force as may be reasonably necessary to effectuate said Order.

If the personal property or any part thereof is in a building or enclosure, you are directed to demand its delivery, announcing your identity, purpose, and the authority under which you act. If it is not voluntarily delivered, you shall cause the building or enclosure to be broken open in such a manner as you reasonably believe will cause the least damage to the building or enclosure, and take the personal property into your possession.

If necessary, you are directed to call to your aid the powers of your county, to aid in execution and enforcement of the accompanying Judgment and Order for Possession or Prejudgment Order for Possession After Hearing issued by this Court in the referenced matter.

You shall, without delay, serve upon the Defendant a copy of the order of possession and written undertaking by delivering the same to the Defendant personally, if the Defendant can be found or the Defendant's agent for whose possession the property is taken; or, if neither can be found, by leaving them at the usual place of abode either with some person of suitable age and discretion; or if neither has any known place of abode, by mailing them to the last know address of either.

Dated: _____

_____
Clerk / Deposit Clerk

JDF 121  1/03  WRIT OF ASSISTANCE

Township Levy Certification

# TOWNSHIP LEVY CERTIFICATION
## FOR
## FLORENCE

## TO THE COUNTY AUDITOR OF FREMONT COUNTY

I hereby certify that Notice was sent by Notarial Acknowledement to the County of Freemont Official Warden Ron Wiley, of Florence, on the day(s) 25th of August, 2008, and September 29th of 2008, the following amounts were voted to be paid in the full Private Bond Security amount: $300,000,000.00 to said Town holding the Intellectual Property as a Corporate Surety
(Thru State ATTORNEY Gen. and US DISTRICT COURT OF CO) (as appears from the records in our office of records) for the year 2008-CURRENT, viz.: *ref. USPO EH 273416398 US*

(**Whereas a previous witnessed Tendered Payment amount of $50Mil. USD was received (by MARCY E. COOK, ESQ. RB 803 414 873 US;*

| Expenditure Category | Certified Levy |
|---|---|
| General Government | |
| Road & Bridges | |
| Fire District #4 | |
| Fire District #1 | |
| Ambulance District #10,79,91,25 | |
| Other: Sheriff's Department | |
| Other: FREMONT COUNTY WRISK MANAGEMENT (SEE PRIVATE DISCHARGE AND INDEMNITY BOND) | |

Total: $350,000,000.00
Dated this _16_ day of January, 2009.

_____
Clerk

**PRIVATE DISCHARGE AND INDEMNITY BOND**   Number: DY/MZY- 12222008-0003

USPS REGISTERED MAIL TRACKING NO. RR059445490US(PR), RR059445061US(D.C.), RB803414873US (ATTORNEY'S#)
AND THE CURRENT USPO MAIL TRACKING NO.  EH 273416367 US(To IRS), BH 273416557 US(To IRS), EH 273416353 US (To Treas.P.R.),
EH 273416398 US(To Treas. D.C.), EH 273416336 US(To ATTORNEY GENERAL):

## Value: $300,000,000.00 Three Hundred Million United States Dollars 00/100

**Routing Number: GUARANTY BK TR 1020-0096-6**

Date of Re-Issuance: 12/22/2008
Date of Expiration: 12/22/2038

To:  Henry M. Paulson Jr. and Anna Escobedo Cabral   hereinafter "Fiduciary"
Secretary of the US Treasury,
and the Treasurer of the US Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

José G. Dávila Matos
Secretary of the
DEPARTAMENTO DE HACIENDA
P.O. Box 9024140, San Juan, P.R. 00902-4140

| For: | |
|---|---|
| Dwight D. York / Malachi Z. York:®:©™; | Account Holder |
| YORK, DWIGHT, CESTUI QUE TRUST; | Account Holder |
| EL, MALACHI Z.YORK, CESTUI QUE TRUST; | Account Holder |
| STATE OF GEORGIA AND ALL ELECTED FIDUCIARIES/CIVIL SERVANTS; | Account Holder |
| STATE OF GEORGIA BAR ASSOCIATION; | Account Holder |
| U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA; | Account Holder |
| U.S. DISTRICT COURT, DISTRICT OF COLORADO; | Account Holder |
| U.S. COURT OF APPEALS ELEVENTH CIRCUIT; | Account Holder |
| PUTNAM COUNTY SHERIFF'S DEPARTMENT; | Account Holder |
| DISTRICT DEPUTY COMPTROLLER-ARCHIE L. BRANDFORDS. EASTERN DISTRICT, MARQUISE TOWER; | Account Holder |
| EDWARD T GARLAND BAR# 28400-DBA ATTORNEY AT LAW, MANIBUR S. ARORA; | Account Holder |
| CHILD SUPPORT ENFORCEMENT-DOUGLAS NEWSOME; | Account Holder |
| SHERIFF HOWARD RICHARD SILLS, ESQ.; | Account Holder |
| DEPARTMENTO DE HACIENDA, SECRETARY OF TREASURY- José G. Dávila Matos; | Account Holder |
| MAXWELL WOODS, RICHARD S. MOULTRIE, ASST. US ATTORNEY; | Account Holder |
| SONNY PURDUE, GOVENOR OF ATLANTA, GA. 30303; | Account Holder |
| DEPARPTMENT OF TREASURY IN SAN JUAN, PUERTO RICO; | Account Holder |
| US DISTRICT JUDGE HUGH LAWSON; | Account Holder |
| ATTORNEY FRANK RUBINO; | Account Holder |
| FREDRICK D. BRIGHT; | Account Holder |
| HARRY E. BRUNO / FOREPERSON OF THE GRAND JURY | Account Holder |
| STEPHANIE D. THACKER | Account Holder |
| ATTORNEY BENJAMIN A. DAVIS, II, ESQ. | Account Holder |
| DAWN BASK; | Account Holder |
| MORGAN COUNTY COURTHOUSE, GA 306350; | Account Holder |
| SUPERIOR COURT OF PUTNAM COUNTY, GA 31024; | Account Holder |
| JUDGE HUGH LAWSON, MACON, GA 31202; | Account Holder |
| JUDGE C. ASHLEY ROYAL, MACON, GA 31202; | Account Holder |
| ATTORNEY MALIK SHABAZZ, ESQ. | Account Holder |
| ATTORNEY Matthew McGavock Robinson, Robinson & Brandt, P.S.C.; | Account Holder |
| JUDGE ZITA L. WEINSHIENK; | Account Holder |
| CHIEF JUDGE EDWARD W. NOTTINGHAM; | Account Holder |
| KRISTEN L. MIX; | Account Holder |
| ATTORNEY MARCY ELIZABETH COOK, ESQ.; | Account Holder |
| ATTORNEY LETA RUTH HOLDEN, ESQ.; | Account Holder |
| HOLDEN LAW OFFICES; | Account Holder |
| ewnsec; | Account Holder |
| FLORENCE ADMAX U.S. PENITENTIARY; | Account Holder |
| FEDERAL BUREAU OF PRISONS; | Account Holder |
| ATTONEY EKAETTE PATTY, ESQ.; | Account Holder |
| ATTORNEY ANNE EDDINGS —FOUNTAIN; | Account Holder |
| ATTORNEY EKAETTA EDDINGS-FOUNTAIN; | Account Holder |
| MAGISTRATE JUDGE BOYD N. BOLAND; | Account Holder |
| DR. WILLIAM THOMPSON M.D; | Account Holder |
| G. MALLON FAIRCLOTH, REFERRAL; | Account Holder |

U.S. MAG. JUDGE G. MALLON FAIRCLOTH;                          Account Holder
U.S.A.;                                                       Account Holder
MAYOR SHIRLEY FRANKLYN                                        Account Holder
**GEORGIA COURTS/DIVISIONS**, ATHENS,                         Account Holder
ALBANY DIVISION,                                              Account Holder
COLUMBUS DIVISION,                                            Account Holder
VALDOSTA DIVISION,                                            Account Holder
PACER SERVICE CENTER, SAN ANTONIO, TX 78278-0549,            Account Holder
U.S.A. COURT FLAG DEFINITIONS;                                Account Holder
U.S. GOVERNMENT DEFENDANT(S);                                 Account Holder
ATTORNEY ADRIAN PATRICK;                                      Account Holder
PAYNE WEBBER GROUP, INC. / USB FINANCIAL SERVICES             Account Holder
*JUDGE* BIRCH;                                                Account Holder
*JUDGE* HULL;                                                 Account Holder
*JUDGE* PASCO M. BOWMAN;                                      Account Holder
**ACCOUNT NUMBERS,**                                          **Account Holders**
202-CR-229-10,                                                Account Holder
5:02-CR-27-CAR,                                               Account Holder
1:06-cv-00807-ZLW,                                            Account Holder
5:07-cv-90001-CAR-GMF,                                        Account Holder
02-00027-CR-27-CAR-5-1,                                       Account Holder
1:07-cv-01297-EWN-KLM,                                        Account Holder
08-cv-02631 "et al"                                           Account Holder
CORRECTIONS CORPORATION OF AMERICA, BOARD OF TRUSTEES         **Account Holders**
PUTNAM COUNTY BOARD OF TRUSTEES                               Account Holder
HOME LAND SECURITY MICHAEL CHERTOFF                           Account Holder
ATTORNEY GENERAL THURBERT BAKER                               Account Holder
US ATTORNEY GENERAL JANET RENO                                Account Holder
US ATTORNEY GENERAL ROBERTO GONZALEZ                          Account Holder
US SECRETARY OF DEFENSE COLON POWELL                          Account Holder
COLORADO STATE, INCLUDING ALL ELECTED OFFICERS, FIDUCIARIES,/CIVIL SERVANTS ;   Account Holder
COLORADO STATE BAR, AND THE STATE OF COLRADO BAR ASSOCIATION;   Account Holder
COLORADO STATE COUNTIES/AGENTS;                               Account Holder
ADAMS, ALAMOSA, ARAPAHOE, ARCHULETA, BACA, BENT, BOULDER, BROOMFIELD,
CHAFFEE, CHEYENNE, CLEAR CREEK, CONEJOS, COSTILLA, CROWLEY, CUSTER, DELTA,
DENVER, DELORES, DOUGLAS, EAGLE, EL PASO, FREMONT, GARFIELD, GILPIN, GRAND,
GUNNISON, HINSDALE, HUERFANO, JACKSON, JEFFERSON, KIOWA, KIT CARSON, LA PLATA,
LAKE, LARIMER, LARIMER, LAS ANIMAS, LINCOLN, LOGAN, MESA, MINERAL, MOFFAT, MONTEZUMA,
MONTROSE, MORGAN, OTERO, OURAY, PARK, PHILLIPS, PITKIN, PROWERS, PUEBLO, RIO BLANCO,
RIO BLANCO, RIO GRANDE, ROUTT, SAGUACHE, SAN JUAN, SAN MIGUEL, SEDGWICK, SUMMIT, TELLER,
WASHINGTON, WELD, AND YUMA COUNY;
COLORADO STATE JURY COMMISSIONERS- DEBBIE TIFFANY, JENNIE HEERSINK, CYNTHIA DALY,
DEBBIE TULLY, VICKIE MCENDREE, VICKI LEFFERDINK, PAT WITTREICH, KIMBERLY TROUDT,
KAREN PROSSER, VICKI ALLEN, PAT WITTREICH, KIMBERLY TROUDT, KAREN PROSSER, VICKI ALLEN,
KIMBERLEE HILL, JENNIE HEERSINK, DAWN STALLSWORTH, LINDA URWILLER, PENNY WAGNER,
MARILYN ORTIZ, JENNIFER WEDDLE, DEBORA KELLIHER, DIANE CROW, SHARLENE MILLS, LESLIE DAVIS,
BRENDA KNOLL, LORI JOHNSON, GARY VIGIL, KIMERLY GRAHAM, DIANA KAUFMAN, ROSE ANNE KELLEY,
JENNIE HEERSINK, DIANA MEYER, AMELIA L. "AMY" HARRIS, DESIREE LIPE, PENNY WAGNER,
CATHLENE MARSHALL, PENNY WAGNER, DEBRA MCLIMANS, JOY STRACK, CAROLYN JEMISON,
BARBARA MCDANIEL, LILA MEARS, KAREN MURPHY, SOLVEIG OLSON, JENNIE HEERSINK, LESLIE DAVIS,
PENNY WAGNER, SUSAN KINNISON, JAN REED, SHERI PORTER, GLORIA HILLIER, LANELLE COBLE-
MCEACHRON, BETTY WILSON;                                      Account Holder
INCLUDING TITLES AND POSITIONS, SUCH AS;
JURY COMMISSIONER(S), CLERK(S) OF COURT(S), BENT COUNTY JURY COMMISSIONER(S), CHAFFEE COUNTY
JURY, CROWLEY COUNTY JURY COMMISSIONER(S), DELTA COUNTY JURY COMMISSIONER(S),
DOUGLAS COUNTY JURY COMMISSIONER(S), FREMONT COUNTY JURY COMMISSIONER(S),
GARFIELD COUNTY JURY COMMISSIONER(S), GILPIN COUNTY JURY COMMISSIONER(S),
GUNNISON COUNTY JURY COMMISSIONER(S), HINSDALE COUNTY JURY COMMISSIONER(S),
HUERFANO COUNTY JURY COMMISSIONER(S), JACKSON COUNTY JURY COMMISSIONER(S),
JEFFERSON COUNTY JURY COMMISSIONER(S), KIT CARSON COUNTY JURY COMMISSIONER(S),
LARIMER COUNTY JURY COMMISSIONER(S), LAS ANIMAS COUNTY JURY COMMISSIONER(S),
LOGAN COUNTY JURY COMMISSIONER(S), MESA COUNTY JURY COMMISSIONER(S), MONTROSE COUNTY –
JURY COMMISSIONER(S), PHILLIPS COUNTY JURY COMMISSIONER(S), PITKIN COUNTY JURY COMMISSIONER(S),
PUEBLO COUNTY JURY COMMISSIONER(S), RANGLY COUNTY JURY COMMISSIONER(S),
MEEKER COUNTY JURY COMMISSIONER, SAN MIGUEL JURY COMMISSIONER(S), TELLER COUNTY JURY-
COMMISSIONER(S);                                             Account Holder
STATE COURTS OF COLORADO, COURT ADMINISTRATOR(S) / FIDUCIARIES   Account Holder
INTERNATIONAL ATTORNEY GALOWALLO                             Account Holder
COLORADO STATE ATTORNEY GENERAL–JOHN W. SUTHERS              Account Holder
US ATTORNEY GENERAL–JOHN ASHCROFT                            Account Holder

US ATTORNEY GENERAL-ALBERTO GONZALES — Account Holder
US ATTORNEY GENERAL-MICHAEL B. MUKASEY — Account Holder
US PROVOST MARSHAL GALE HAYNES — Account Holder
US PROVOST MARSHAL OF THE STATE OF GEORGIA — Account Holder
US PROVOST MARSHAL OF THE STATE OF COLORADO — Account Holder
US PROVOST MARSHAL OF THE STATE OF WISCONSIN — Account Holder
UNITED STATES MARSHAL GEORGE BREFFNI WALSH — Account Holder
STATE OF COLORADO ATTORNEY GENERAL, JOHN SUTHERS — Account Holder
AUSTIN TEXAS, DEPARTMENT OF THE TREASURY-FRANK SCOFIELD — Account Holder
STATE OF COLORADO, COMPTROLLER OF THE CURRENCY – DAVID MCDERMOTT — Account Holder
COLORADO STATE, DEPARTMENT OF THE TREASURY — Account Holder
GEORGIA STATE COMPTROLLER OF THE CURRENCY — Account Holder
CITI CORP TRUST BANK, CITI GROUP — Account Holder
WAL-MART — Account Holder
BANK OF INTERNATIONAL SETTLEMENTS — Account Holder
UNITED BANK OF SWITZERLAND — Account Holder
JP MORGAN CHASE BANK — Account Holder
PZN / PRISON REALTY TRUST INCORPORATION — Account Holder
MERYLL LYNCH — Account Holder
WELLS FARGO — Account Holder
WACHOVIA — Account Holder
DUETSCHE BANK GROUP — Account Holder
BNP PARIBAS / BANQUE NATIONALE DE PARIS — Account Holder
BANK OF TOKYO MITSUBISHI LTD — Account Holder
SUMITOMO BANK LTD — Account Holder
BAYERISCHE HYPO-UND VEREINS BANK AG MUNICH, GERMANY — Account Holder
BANK OF AMERICA CHARLOTTE USA — Account Holder
US DEPARTMENT OF TREASURY — Account Holder
HENRY M. PAULSON JR. — Account Holder
GEORGE W. BUSH JR — Account Holder
Internal Revenue Service Account No. 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; — Account
Social Security No. 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 — each severally.

By/On/Through: *Dwight D. York* / Malachi Z. York:®:©™ — Principal — Private Offset Account No. RR059445061US
hereinafter "Creditors" — First Surety — Private Offset Account No. RR059445061US — Second Surety — Private Offset Account No. RR059445075US — Third Surety — Private Offset Account No. RB842713256US

*KNOW ALL MEN BY THESE PRESENTS.* **WHEREAS,** only fiat money exists in circulation for the discharge of debt: NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit. In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Account No.064360272, each severally, for any amount up to and including **Three Hundred Million USD– ($300,000,000.00),** insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current    and future losses, costs, debt taxes, encumbrances, deficits, deficiencies, liens, judgements, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by certified mail at the location below-noted. Failure to return will stipulate acceptance and honor.

### BOND ORDER

1.    The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of the Account Holders: *Dwight D. York* / Malachi Z. York:®:©™ and Social Security Account No.064360272 dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

2.    Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against    any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar without exception    through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3.    The Fiduciary shall have thirty (30) days from Date of Delivery specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the principal with all associated transactions annexed thereto by United States Certified Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance

and honoring of this instrument and all terms and provisions herein as an operation of law.

4.   All communication shall be sent by United States Certified Mail directly to the Principal at the location noted hereunder exactly as shown, Service in any other manner will be defective. The Principal will accept post at the said postal location only.

5.   This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6.   This Bond expires at 3:29:59 PM, 12/22 /2038

Executed by the undersigned on this the 22nd day of December in the Year of Our Lord, 2008.

**:Ibrahiim Abdullah Al Mahdi:**
:First Surety
Private Offset Account No.RR059445061US
c/o :3535 Peachtree Road Suite#520
Atlanta, Georgia state
Nonresident/Non-Domestic

**:Jaame Amun Re:El:**
: Second Surety
Private Offset Account No.RR059445075US
c/o:PO BOX 391182
Snellville, Georgia state
Nonresident/Non-Domestic

**:Dwight York / Malachi Z. York:**℗™
: Principal
Private Offset Account No.RR059445061US
c/o:3535 Peachtree Road Suite#520
Atlanta, Georgia
Nonresident/Non-Domestic

**:Wajdet Tum Nefer El:**
:Third Surety
Private Offset Account No. RB842713256US
c/o:620 Ponce De Leon Avenue #522
Decatur, Georgia state
Nonresident/Non-Domestic



NOTARY-ACCEPTOR

NOTARY-ACCEPTOR

Issued by the authority of the undersigned sovereign man, and executed on the soil within the organic, geographic boundaries of The State of Georgia, a sovereign State within the perpetual union of confederated, sovereign States, on this the 22nd day of December, in the year of our Lord, two-thousand, eight, at the county of Fulton.  All Rights and Remedies Reserved.    Contract #RR059445061US / RR059445490US.  Aval.

By:

_____ Seal

Malachi York El:®:©™, family of York, a man, Principal, Beneficiary, Creditor

Exemption Account: 064360272

Proper mailing location: U. S. P. O. Postmaster,
    P.O. Box 522 ,

    for delivery to Malachi York El:®:©™ ·
    Decatur, Georgia Near[30031]

Witness: By: _____

Witness: By: _____

NEGOTIABLE                                        NEGOTIABLE

# BONDED PROMISSORY NOTE

USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),EH 273416336 US (To ATTORNEY GEN. Payee), EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.)

## $300,000,000.00
### THREE HUNDRED MILLION UNITED STATES DOLLARS 00/100 CENTS

**To the Order of:**  INTERNAL REVENUE SERVICE, Henry M. Paulson, Jr. d/b/a HENRY M. PAULSON JR., Secretary of the United States Treasury, José G. Dávila Matos d/b/a JOSÉ G. DÁVILA MATOS, & STATE OF COLORADO (AGENTS/HEIRS):

**UCC# 2007-2268538-33**
**In the Amount of:** Three Hundred Million United States Dollars 00/100 Cents ($300,000,000.00) in USD;
**For:**   **Internal Revenue Service, STATE OF COLORADO (AGENTS / HEIRS);**
**Routing Through:**   Private Offset Bond No. RR 059 445 061 US, and RR 059 445 490 US to Secretary of Treasury, Henry M. Paulson Jr. d/b/a HENRY M. PAULSON JR. Secretary of the Department of Treasury, José G. Dávila Matos d/b/a JOSÉ G. DÁVILA MATOS ;

This negotiable instrument, tendered lawfully by **Malachi Z. York El:®:©™** "Maker" in good faith shall evidence as a debt to the Payee pursuant to the following terms:

1. This Note shall be posted **in full** dollar for dollar amount pursuant to the Credit order noted above and presented to the co-payee, Secretary of Treasury, M. Paulson Jr. d/b/a HENRY M. PAULSON JR Secretary of the Department of Treasury- José G. Dávila Matos d/b/a JOSÉ G. DÁVILA MATOS and

2. Payee shall, upon receipt of this instrument, charge the Pass-Through Account **064360272** for the purpose of terminating any past, present, or future liabilities express or implied attached to the above contract, and

3. Payee shall ledger this Note Negotiable, Assignable, Transferable, Divisible and Renewable for a period of Twelve (12) months according to the Uniform Commercial Code (UCC) commencing the five (365) days, at an interest rate of seven percent (7%) per annum, and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against *Private Offset Bond No.* RR 059 445 061 US, and RR 059 445 490 US (USPS Registered Mail Tracking#s) held and secured by José G. Dávila Matos d/b/a JOSÉ G. DÁVILA MATOS, Secretary of the Department of Treasury, and Henry M. Paulson Jr., and the US Treasury.

| 09/09/2008 | : WADJET TUM NEFER EL | :Authorized Representative |
|---|---|---|
| :Date | :Surety | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Malachi Z. York El:®:©™ | Henry M. Paulson Jr.,etc. Trustee | Department of the Treasury |
|---|---|---|
| c/o PO Box 522 | US / Department of Treasury | INTERNAL REVENUE SERVICE CENTER |
| Decatur, Georgia | 1500 Pennsylvania Ave NW | ATTN: FRANK SCOFIELD |
| Nonresident / Non-domestic | Washington, D.C. 20220, and | Austin, Texas 73301 |
| | PO Box 4515 San Juan, Puerto Rico 00902 | |
| EL.MALACHI Z. YORK; CESTUI QUE TRUST c/o PO BOX 522 DECATUR, GA 30031 | STATE OF COLORADO 1525 SHERMAN STREET 7ᵀᴴ FLOOR DENVER, COLORADO 80203 | DEPARTMENTE DE HACIENDA PO Box 4515 SAN JUAN, PUERTO RICO 00902 |

NEGOTIABLE                                        NEGOTIABLE

http://apps.sos.ky.gov/business/ucc/(3oace255gwb2d3450xskdg55)/ucconlineuccbyid.aspx?ack=ack&id=5



Online UCC Services Home | Administrative Services | Business Services | Elections | Executive | Kentucky Land Office | Secretary's Desk

Kentucky Secretary of State > UCC Online Services

Printable version

# Revised Article 9 UCC Acknowledgement

## File Number: 2007-2268538-33

## Filing date: 9/7/2007 4:30:00 PM

## Lapse date: None

File an amendment to this UCC

**COLLATERAL DESCRIPTION**

**Date Filed**

9/9/2008

10:20:44 PM

**Collateral Description**

Know all men by these Instruments, that the Secured Party of record do herein make this Assignment and for the Release of Interest in Bond and collateral, Partial Assignment/ Release in the Amount of the Promissory Note, State Bond, and Certified Funds ( = 3 Tendered Registered Instruments): $300,000,000.00 Three Hundred Million United States Dollars, and Zero Cents (Each), For The Associated Account Number(s): 07-cv-01297,1:07-cv-01297-EWM-KLW, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF,02-00027-CR-CAR-5-1, 5:02-CR-27-CAR:for use as the Full Set off and Set-off of the Payment, For Closure and Settlement see USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS), EH 273416353 US (To the Dept.:Treas.PR),EH 273416336 US (To ATTORNEY GEN. Payee),EH 273416438 US (To US SEC), EH 273416398 US (To US Treas.), and IRS Tax Forms, pursuant to International Laws, House Joint Resolution 192 of June 5, 1933, and UCC 1-104, 10-104 Reserved Herein. My Initial Financing Statement File No: 2008-239-2968-1,(Taking for Value, UCC 3 303, UCC 3 605, and 3 305):

SEE ATTACHED OPTIONAL FORMS 90, 91, IRS FORMS 56, 1099OID, 1096, f1040, INCLUDING

APOSTILLE NOTARY VERIFICATION CONTRACT AGREEMENTMENT KNOWLEDGE, AND INDEMNITY BOND:
Assignment :

Assignor:

EL,MALACHI Z. YORK,CESTUI QUE TRUST (AUTHORIZED AGENT)
Care of PO BOX 522
Decatur, Georgia state
Near [30031]

Assignees:

STATE OF COLORADO (AND AGENTS)
121 STATE CAPITOL
DENVER, COLORADO 80203
USPO Tracking No. EH 273416322 US and EH 273416367 (To the IRS),
EH 273416353 US (To the Dept.:Treas.PR), EH 273416336 US (To ATTORNEY GEN. Payee),
EH 273416438 US (To US SEC),EH 273416398 US (To US Treas.):

The Secretary of State's office has determined that images containing individual social security numbers on UCC filings will not be provided to the public. This filing contains images which may contain social security numbers. These filings appear in the list above without links. In many cases, a version of the image with the SSNs redacted is available for viewing, and is listed above. If such an image is not available, contact the Secretary of State UCC Branch to have one made.

http://apps.sos.ky.gov/business/ucc/(3oace255gwb2d3450xskdg55)/ucconlineuccbyid.aspx?ack=ack&id=522623

Acknowledgment Version(UCCCommon 1.41.9)

All proceeds, products, accounts, fixtures and the orders there from are released to the Debtor. EL,MALACHI Z. YORK, ORGANIZATION/TRADE NAME/TRADE MARK DEBTOR, YORK,DWIGHT D, ORGANIZATION/TRADE NAME/TRADE MARK DEBTOR. SEE ATTACHED NOTICE OF SECURITY PRIVATE AGREEMENT and PRIVATE BOND No.E13833229 NOTE, THIS IS ACTUAL CONSTRUCTIVE NOTICE OF QUANTUM ABSTRACT TITLE CLAIM OWNERSHIP, BY THIS ABSTRACT QUANTUM COPYRIGHT COPYCLAIM KNOWLEDGE OF THE TITLES HEREIN MENTIONED, SUCH AS, ISA MUHAMMAD,ISA ALIHAD MAHDI,BABA,ISA ABD ALLAH MUHAMMED, ISSA AL HAADI AL MAHDI,MALAKAI Z. YORK,MALACHI Z. YORK, MALACHI Z. YORK EL, DR. MALACHI Z. YORK EL, DR. MALACHI Z. YORK, DWIGHT YORK, DWIGHT D. YORK, DWIGHT P. YORK, ISA MUHAMMED: NOT EXCLUDING ASSOCIATED FILE NUMBERS 1:07 cv 01297 EWM KLM, 1:06 cv 00807 ZLW,5:07 cv 90001 CAR GMF, 02 00027 CR CAR 5 1, 5:02 CR 27 CAR, and any or all following Accounts.

Real
Estate

Designation: NOType
Description: Private Secured Trust.
Owner:

El YORK, Malachi Z.
PO BOX 522
Decatur,  GA [30031] USA

Search On    NONE

This acknowledgment reflects the information that was filed with the Department of Licensing, Uniform Commercial Code office, on this date.

*Elizabeth A. Luce*

Elizabeth Luce, Director, Department of Licensing

8/26/2008

Acknowledgment Version(UCCCommon 1.41.9)

## Acknowledgment of Initial Financing Statement

| | |
|---|---|
| File Number | 2008-239-2968-1 |
| File Date/Time | 08/26/2008 3:36PM |
| Lapse Date | NONE |
| Initial Filing Number | 2008-239-2968-1 |
| Fee Amount ($US) | 11.00 |
| Filing Office | WA DOL |
| File Status | Accepted |
| | Alt. Filing Type: TransmittingUtility |
| Debtor | YORK EL, MALACHI Z<br>PO BOX 522<br>Decatur  GA [30031] USA |
| | Debtor Alt Capacity:Trust |
| Debtor | YORK, DWIGHT D<br>PO BOX 522<br>Decatur  GA 30031 USA |
| | Debtor Alt Capacity:Trust |
| Debtor | EL,MALACHI Z. YORK,CESTUI QUE TRUST<br>PO BOX 522<br>Decatur  GA [30031] USA<br>Organizational Type: TRUST-SPV<br>Jurisdiction: International<br>Organizational ID: E13933229 |
| | Debtor Alt Capacity:Trust |
| Debtor | YORK,DWIGHT D<br>PO BOX 522<br>Decatur  GA [30031] USA<br>Organizational Type: TRUST-SPV<br>Jurisdiction: International<br>Organizational ID: RR059445061US |
| | Debtor Alt Capacity:Trust |
| Secured Party | York El, Malachi Z<br>3535 Peachtree Road Suite#520<br>Atlanta  GA [30326] USA |
| Collateral | This is Actual and Constructive Notice that all of the Debtors interest now held or hereafter acquired is hereby accepted as collateral for securing contractual obligation (s) in favor of the Secured Party as detailed in a true, correct, complete, notarized Security Agreement in the possession of the Secured Party. NOTICE, IN accordance with various USC Sections RE, Property, This is the entry of the Debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same as public notice of a commercial transaction, Certificate of Birth documents Numbers, 422, 890872, and Registration Number 8523 and Employer Identification Number 064 36 0272, UCC Contract Trust Account Numbers RR870932460US, RR870932487US,MOST RECENT RR059445061US, AND RR059445480US, All property is accepted for value and is exempt from Levy. Adjusting of this filing is from Public Policy HJR 192, Public Law 73 10, UCC 10 104, |

https://fortress.wa.gov/dol/ucc/confirm.asp?ID=4j57X                    8/26/2008

## EXPRESS MAIL

**Customer Copy**
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE ®    **Post Office To Addressee**

EH 273416557 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 80218 | ☐ Next ☐ 2nd ☑ 2nd Del. Day | $ 16.50 |

| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
|---|---|---|
| Mo. 09 Day 12 Year 06 | Month 9 Day K | $ 2.20 |

| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
|---|---|---|---|
| 5.99 ☐AM ☑PM | ☐ Noon ☑ 3 PM | $ | $ |

Military
Total Postage & Fees

| Flat Rate ☑ or Weight | ☐ 2nd Day ☐ 3rd Day | $ 18.70 |
|---|---|---|
| 1 lbs. 7.0 ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials 75 |

**FROM:** (PLEASE PRINT)   PHONE (   )

PO Box 391182
Snellville, Georgia
Near [30039]

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐AM ☐PM | Employee Signature |
|---|---|---|---|
| Mo.    Day | | | |
| Delivery Attempt | Time | ☐AM ☐PM | Employee Signature |
| Mo.    Day | | | |
| Delivery Date | Time | ☐AM ☐PM | Employee Signature |
| Mo.    Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

☐ NO DELIVERY ☐ Weekend ☐ Holiday    Mailer Signature

**TO:** (PLEASE PRINT)   PHONE (   )

Department of the Treasury
INTERNAL REVENUE SERVICE CENTER
ATTN: FRANK SCOFIELD
Austin, Texas 73301

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

7  3  3  0  1  +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW

---

## EXPRESS MAIL

**Customer Copy**
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE ®    **Post Office To Addressee**

EH 273416353 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 80218 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 16.50 |

| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
|---|---|---|
| Mo. 9 Day 12 Year 06 | Month 9 Day 15 | $ 2.20 |

| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
|---|---|---|---|
| 6.98 ☐AM ☑PM | ☐ Noon ☐ 3 PM | $ | $ |

Military
Total Postage & Fees

| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ 18.70 |
|---|---|---|
| 1 lbs. 6.0 ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials 75 |

**FROM:** (PLEASE PRINT)   PHONE (   )

PO Box 391182
Snellville, Georgia
Near [30039]

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐AM ☐PM | Employee Signature |
|---|---|---|---|
| Mo.    Day | | | |
| Delivery Attempt | Time | ☐AM ☐PM | Employee Signature |
| Mo.    Day | | | |
| Delivery Date | Time | ☐AM ☐PM | Employee Signature |
| Mo.    Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

☐ NO DELIVERY ☐ Weekend ☐ Holiday    Mailer Signature

**TO:** (PLEASE PRINT)   PHONE (   )

ATTN: Jose G. Otero-Mateo
Department of the Treasury
PO Box 4515
Guaynabo, Puerto Rico

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

0  0  9  0  2  +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW

EH 273416438 US

**EXPRESS MAIL**

**Customer Copy**
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE®

**Post Office To Addressee**

FROM (PLEASE PRINT)

PO Box 391182
Snellville, Georgia
Near [30039]

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

TO: (PLEASE PRINT)

US Securities & Exchange Commission
1801 California St Ste 1500
Denver, CO

---

EH 273416367 US

**EXPRESS MAIL**

**Customer Copy**
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE®

**Post Office To Addressee**

FROM (PLEASE PRINT)

PO Box 391182
Snellville, Georgia
Near [30039]

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

TO: (PLEASE PRINT)

Department of the Treasury
Internal Revenue Service
Atlanta, Georgia

EH 273416322 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 80218
Day of Delivery: Postage $ 16.50
Date Accepted: 09 Day 17 Year 08
Return Receipt Fee $ 2.70
Time Accepted: AM / PM
Scheduled Time of Delivery: Noon / 3 PM
Total Postage & Fees $ 18.70
Acceptance Emp. Initials: TC

FROM: (PLEASE PRINT)
PO Box 391183
Snellville, Georgia
Near [30039]

TO: (PLEASE PRINT)
Department of Treasury
And
800 E. Colfax Ave
Denver, Colorado

ZIP+4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
8 0 2 0 3

FOR PICKUP OR TRACKING
www.usps.com
1-800-222-1811

---

EH 273416336 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 80218
Day of Delivery: Postage $ 16.50
Date Accepted: 09 Day 17 Year 08
Return Receipt Fee $ 2.70
Time Accepted: AM / PM
Scheduled Time of Delivery: Noon / 3 PM
Total Postage & Fees $ 18.70
Acceptance Emp. Initials: TC

FROM: (PLEASE PRINT)
PO Box 391183
Snellville, Georgia
Near [30039]

TO: (PLEASE PRINT)
Attorney General
1525 Sherman St
Denver, Colorado

SEP 12 2008
USPS DENVER, COLORADO 80210-099

ZIP+4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
8 0 2 0 3

FOR PICKUP OR TRACKING
www.usps.com
1-800-222-1811

## NOTICE OF ACKNOWLEDGEMENT

http://www.constitution.org/bouv/bouvier.htm

**JUDGE.** A public officer, lawfully appointed to decide litigated questions according to law. This, in its most extensive sense, includes all officers who are appointed to decide such questions, and not only judges properly so called, but also justices of the peace, and jurors, who are judges of the facts in issue. See 4 Dall. 229; 3 Yeates, IR. 300. In a more limited sense, the term judge signifies an officer who is so named in his commission, and who presides in some court.

**NOTARY or NOTARY PUBLIC.** An officer appointed by the executive, or other appointing power, under the laws of different states.

2. Their duties are generally prescribed by such laws. The most usual of which are, 1. To attest deeds, agreements and other instruments, in order to give them authenticity. 2. To protest notes, bills of exchange, and the like. 3. To certify copies of agreements and other instruments.

3. By act of congress, Sept. 16, 1850, Minot's Statutes at Large. U. S. 458, it is enacted, That, in all cases in which, under the laws of the United States, oaths, or affirmations, or acknowledgments may now be taken or made before any justice or justices of the peace of any state or territory, such oaths, affirmations, or acknowledgments may be hereafter also taken or made by or before any notary public duly appointed in any state or territory, aud, when certified under, the hand and official seal of such notary, shall have the name force and effect as if taken or made by or before such justice or justices of the peace. And all laws and parts of laws for punishing perjury, or subornation of perjury, committed in any such oaths or affirmations, when taken or made before any such justice of the peace, shall apply to any such offence committed in any oaths or affirmations which may be taken under this act before a notary public, or commissioner, as hereinafter named: Provided always, That on any trial for either of these offences, the seal and signature of the notary shall not be deemed sufficient in themselves to establish the official character of such notary, but the same shall be shown by other and proper evidence.

4. Notaries, are of very ancient origin they were well known among the Romans, and exist in every state of Europe, and particularly on the continent.

**:NOTICE OF ACCEPTANCE FOR CLOSURE BY THIS DECLARATION CLAIM OF THIS ADMINISTRATIVE-JUDGEMENT-CLAIM BY THE MALACHI Z. YORK PRIVATE TRUST ADMINISTRATIVE AGENCY AND INTERNAL TRIBUNAL:**

**DWIGHT YORK©™**          v.          **ACCUSER/OFFERORS OF THE STATE OF GEORGIA**

Creditor: [Dwight York] Malachi Z. York          v.          Debtor(s): 3rd Party Agents, Agencies, Courts,& all Fiduciaries thereof

**:NOTICE TO PRINCIPAL IS NOTICE TO AGENT:**

**:Non-Negotiable Quantum-Notarial-Protest-Administrative-Judgement-Acceptance, For the Record:**

:Notary Acceptor#1:_____          My Commission Expires: 2/1/2012

:Notary Acceptor#2:_____          My Commission Expires: 02/11/2012

:Notary Acceptor#3:_____          My Commission Expires: 02/12/2012

:Notary Acceptor#4:_____          My Commission Expires: 02/12/2012

:Notary Acceptor#5:_____          My Commission Expires: 05/15/2011

:Notary Acceptor#6: Nkem-O.:Wilson.℠          My Commission Expires: 11/14/2008

:Notary Acceptor#7:_____          My Commission Expires: 7/21/2012

:Notary Acceptor#8:_____          My Commission Expires: 11/06/2011

:Notary Acceptor#9:_____          My Commission Expires: 2/7/2012

:Notary Acceptor#10:_____          My Commission Expires: 2/04/2011

:Notary Acceptor#11:_____℠          My Commission Expires: 4/17/2009

:Notary Acceptor#12:_____          My Commission Expires: 8/31/2009

:Notary Acceptor#13:_____          My Commission Expires: 12/27/2009

:Sui Juris-Foreign Notary Nationals

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*JUDGEMENT AUTHENTICATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**02/23/2008-CURRENT**

# (: IDENTIFIED TRIBUNAL)
## :AFFIDAVIT NOTICE OF THE ADMINISTRATIVE-TRIBUNAL PUBLIC NOTARY JUDGEMENT CLAIM OF ACQUITTAL BY THIS PROTEST FOR CLOSURE AGAINST THE ESCROW-ACCOUNT-CASE FILE#s 5:02-CR-27-CAR,                AND ALL FOLLOWING CASE NUMBERS ASSOCIATED:

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## "NUNC PRO TUNC"
: Pursuant To: Title 42:U.S.C.§ 1986, O.C.G.A. § 11-1-207, O.C.G.A. § 15-16-4.1, UCC1-201, Title 28:U.S.C.§ 134:

| :Notary Public Acceptors: | | :Comm. Exp.: |
|---|---|---|
| 1. Laquetta C. Chrisp :County: Athens, | d/b/a LAQUETTA C. CHRISP State:GA | February 13, 2012 |
| 2. Arall Charles :County: Athens, | d/b/a ARALL CHARLES State:GA | February 11, 2012 |
| 3. Juanchella Kemp :County: Athens, | d/b/a JUANCHELLA KEMP State:GA | February 12, 2012 |
| 4. Amir James :County: Athens, | d/b/a AMIR JAMES State:GA | February 12, 2012 |
| 5. Renae McDade :County: Athens, | d/b/a RENAE MCDADE State:GA | May 15, 2011 |
| 6. Nkem O. Wilson :County: Fulton, | d/b/a NKEM O. WILSON State:GA | November 14, 2008 |
| 7. Shirley Evans | d/b/a SHIRLEY EVANS | July 21, 2012 |

:County: Athens,        State:GA


**Continued**


8. Selina C. Hughs   d/b/a  SELINA C. HUGHS         **November 6, 2011**
:County: Athens,        State:GA

9. Iris Hamilton       d/b/a  IRIS HAMILTON          **February 7, 2012**
:County: Fulton,        State:GA

10. Lamont Houser   d/b/a  LAMONT HOUSER        **February 01, 2010**
:County: Fulton,        State:GA

11. Rev. Sharif Wilson   d/b/a  REV. SHARIF WILSON   **April 17, 2009**
:County: Dekalb,        State:GA

12. [Corliss S. Clayton]   d/b/a  CORLISS CLAYTON    **August 30, 2009**
:County: Fulton,        State:GA

13. [Barry M. Hamilton]  d/b/a BARRY M. HAMILTON   **December 27, 2009**
:County: Fulton,        State:GA


:**<u>Sui Juris Foreign Notary Native American Citizen  Nationals:</u>**


14.  Zakur Re Tupak El                          **Expires with Life**
:Territory-Continental u.S.A. / Turtle Island



15. Dawiyd Bar Eloheem El                       **Expires with Life**
:Territory-Continental u.S.A. / Turtle Island

# AFFIDAVIT NOTICE-KNOWLEDGE CLAIM FOR THE QUALIFICATIONS OF A JURY OF PEERS HEREIN FOR CASE-FILE: 5:02-CR-27-CAR / 5:08-cv-00455-CAR-GMF:

*misnomer* DWIGHT YORK ©™/ MALACHI Z YORK©™ v. STATE OF GEORGIA /ACCUSSORS

\* ALL JURY MEMBERS IN PART MUST BE <u>Secured Parties</u> or acknowledge the remedy available to Secured Parties to be acknowledged as a peer:

\* ALL JURY MEMBERS IN PART MUST HAVE KNOWLEDGE OF THE LAW: Title 42 U.S.C. Sections 1986, 1983, & 1985:

\* ALL JURY MEMBERS IN PART MUST HAVE KNOWLEDGE OF

<u>O.C.G.A. Sections 11-1-207, 209, & 308;</u>

<u>O.C.G.A. Sections 15-16-4.1;</u>

<u>House Joint Resolution 192 June 5, 1933 @ 4:30-45p.m.;</u>

<u>Public Law 73-10;</u>

\* ALL JURY MEMBERS IN PART MUST HAVE FULL-KNOWLEDGE OF WHAT COURT RULINGS ARE SUPERIOR, <u>IN TERMS OF LAWS v. CODES AND ORDINANCES;</u>

## <u>DEFINITION(S) NOTICE</u>

JURY. A body of men selected according to law, for the purpose of deciding some controversy.

2. This mode of trial by jury was adopted soon after the conquest of England, by William, and was fully established for the trial of civil suits in the reign of Henry II. Crabb's C. L. 50, 61. In the old French law they are called inquests or tourbes of ten men. 2 Loisel's Instit. 238, 246, 248.

3. Juries are either grand juries, (q. v.) or petit juries. The former having been treated of elsewhere, it will only be necessary to consider the latter. A petit jury consists of twelve citizens duly qualified to serve on juries, impanneled and sworn to try one or more issues of facts submitted to them, and to give a judgment respecting the same, which is called a verdict.

4. Each one of the citizens so impanneled and sworn is called a juror. Vide Trial.

5. The constitution of the United States directs, that "the trial of all crimes, except in cases of impeachment, shall be by jury;" and this invaluable institution is also, secured by the several state constitutions. The constitution of the United States also provides that in suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved. Amendm. VII.

6. It is scarcely practicable to give the rules established in the different states to secure impartial juries; it may, however, be stated that in all, the selection of persons who are to serve on the jury is made by disinterested officers, and that out of the lists thus made out, the jurors are selected by lot.

jury[1] (jʊr'ē?)
*n., pl.* -ries.

> *Law.* A body of persons sworn to judge and give a verdict on a given matter, especially a body of persons summoned by law and sworn to hear and hand down a verdict upon a case presented in court.

> A committee, usually of experts, that judges contestants or applicants, as in a competition or exhibition; a panel of judges.

*tr.v.,* -ried, -rying, -ries.

To judge or evaluate by a jury: *jurying submitted samples for a crafts fair.*

[Middle English jure, from Anglo-Norman juree, from feminine past participle of *jurer*, to swear, from Latin iūrāre, from iūs, iūr-, law.]


jury[2] (jʊr'ē?)
*adj. Nautical.* Intended or designed for temporary use; makeshift: *a jury sail.* The American Heritage Dictionary of the English Language, Fourth Edition Copyright © 2004, 2000 by Houghton Mifflin Company. Published by Houghton Mifflin Company. All rights reserved.

**\*NOTE: KNOWLEDGE IS HEREBY ESTABLISHED: ANY AND ALL AFFIDAVIT-REBUTTALS BY ANY AND ALL PARTIES AT INTEREST WILL BE ACCEPTED FOR VALUE WITHIN 72HRS/3-DAYS BY THIS KNOWLEDGE HERE:**

# JUDICIAL NOTICE

# REGARDING

# PRIOR LIBERIAN

# JUDICIAL DECLATORY JUDGEMENT

231227686                    P.02

**EXHIBIT D**



**REPUBLIC OF LIBERIA**
**MINISTRY OF FOREIGN AFFAIRS**
**MONROVIA, LIBERIA**

AUGUST 17, 2004

NTGL/MFA/3031/2-5/'04

The Ministry of Foreign Affairs of the Republic of Liberia, presents its compliments to the Embassy of the United States of America and has the honor to inform the latter that a Judicial Action or PETITION FOR A DECLARATION JUDGEMENT was filed on the 13th day of July, A.D. 2004 against the Government of Liberia, in the Sixth Judicial Circuit, Civil Law Court, Montserrado County, Republic of Liberia. The action was filed by and through Counselor Francis Y.S. Garlawolu, Lawyer for and on behalf of Dr. Malachi Z. York, alias  Dr. Dwight York a naturalized citizen of Liberia who is also an Honorary Counsel General of Liberia in Atlanta. The petitioner requested the Sixth Judicial Circuit Court to order the Republic of Liberia to take such measures deem necessary and proper, to intervene and request the Government of the United States of America to have Dr. York declared a persona non grata and repatriated or deported to Liberia, instead of being prosecuted and held in detention in the United States of America, in contravention or contrary to International Norm and Convention regarding the immunity of Foreign Diplomats.

It is reported by the Petitioner to the Court, that Dr. York was arrested and prosecuted in the State of Atlanta Georgia for an alleged sexual molestation which has been proven to be untrue base on the admission of the principle witness that she was persuaded under duress to commit perjury against her self in her testimony against Dr. York.

The Court, in its judgment, inter alia, confirmed that Dr. York is a Diplomatic Personnel of the Government of the Republic of Liberian, with the rank of Consul General, accredited to Atlanta Georgia, which immunes him form being subject to arrest or prosecution as provided under the doctrine of Diplomatic immunity that a Diplomat, accused of a criminal offense should be declared, a PERSONA NON GRATA and subsequently

231227686                          P.01

SEP-03-2004 01:05 PM    RA

deported to his country of origin; but should not be arrested and detained in the host country, as it is in the current case involving Dr. York.

Therefore, based upon the judgment of the Court; and in obedience thereto, or in reliance upon and in accordance with said declaratory judgment of the Sixth Judicial Circuit Court of Montserrado County, Republic of Liberia, ordering the Government of Liberia to intervene and defend and protect the rights of Mr. York, a citizen and a diplomatic personnel of Liberia, the Ministry of Foreign Affairs hereby appeals to the Embassy of the United States of America, to kindly request the appropriate Authority of the United States of America to have Dr. Malachi Z. York released from detention and repatriated or deported to Liberia.

The Ministry of Foreign Affairs of the Republic of Liberia shall be very grateful were you to confer with the appropriate Authority of the United States Government to effect the release and subsequent repatriation of Dr. York, a naturalized citizen and diplomatic personnel of Liberia, accredited near Atlanta, Georgia; In view of the above facts and circumstances and consistent with the International Norms and Conventions on the inviolability of the immunities of Diplomatic Officers.

The Ministry of Foreign affairs of the Republic of Liberia avails itself of this opportunity to renew to the Embassy of the United States of America the assurances of its highest esteem, consideration and support of the Republic of Liberia.

MONROVIA-AUGUST 17

The Embassy of the United States of America
Mamba Point, Monrovia Liberia

**EXHIBIT A**

SUR. Garlawolu

REPUBLIC OF LIBERIA      )     IN THE 6TH JUDICIAL CIRCUIT COURT,
MONTSERRADO COUNTY)        IN ITS JUNE TERM, A. D. 2004

Before His Honor:  Yusufu Kabah,  Assigned Circuit Judge

Dr. Malachi Z York by & thru his
Attorney In-Fact and Legal Counsel,
Counsellor Francis Y. S. Garlawolu
Of the City of Monrovia.............. PETITIONER

          Vs.                                    )ACTION
                                                 )
The Government of Liberia by & thru              )PETITION FOR
The Ministry of Justice thru the                 )DECLARATORY
Minister of Justice and all appropriate          )JUDGEMENT
Government Functionaries of the                   )
City of Monrovia................RESPONDENT       )

## PETITIONER'S PETITION

And now comes, Petitioner in the above entitled cause and most respectfully petitioning of and against Respondent, showeth reasons therefor, to wit:

1.  That your Petitioner is a naturalized citizen of the Republic of Liberia.

2.  That Petitioner, by virtue of his citizenship and laudable services rendered to the Republic of Liberia in particular and Africa as a whole, was appointed as Liberian Consul General to Atlanta Georgia, USA, by the Government of Liberia, in 1999, which position Petitioner held at the time of his arrest and still holds up to the present, as will evidentially appear from photocopy of the letter of appointment herewith proffered as exhibit "A" hereof, forming a cogent part of this Petition.

3.  That notwithstanding Petitioner's diplomatic status, he was arrested and detained on May 8, 2002, on a non-capitol offense of SEXUAL MOLESTATION, in the Jones County Correctional Center, where he languishes up to and including the present.

4.  That notwithstanding the diplomatic status of Petitioner and his (Petitioner's) desire to be repatriated to Liberia, the State of Georgia still arrested and indefinitely detained him in the Jones County Correctional Center.

5.  That notwithstanding, two of the prosecution most material witnesses have revealed that they were coerced to lie on your Petitioner and further that they have publicly recanted such testimonies, he is still being held in detention ad infinitum.

Wherefore, Petitioner prays that this Honourable Court will render such judgement that Your Honour May deem lawful and equitable, to all intents and purposes, including but not limited to judicial determination of the following issues:

a)  That Petitioner is a Liberian Citizen who has the right to be repatriated to and live in Liberia;

b)  That Respondent is under legal obligation to advocate and seek the repatriation of its citizens from the diaspora to Liberia, and to defend them within and without the territorial confines of Liberia;

c)  That Petitioner's diplomatic premises and staff are also immune against seizure, search and execution, to all intents and purposes; and

FROM : LTC TRAFFIC DEPT          PHONE NO. : 231 227 614          JUL. 15 2004 04:30PM P3

Respectfully submitted.
By & thru his Legal Counsel:

Francis Y. S. Garlawolu
COUNSELLOR-AT-LAW

Dated this 13th day of July A. D. 2004

$5.00. Revenue stamp affixed hereto.

Filed.
JULY 13 2004
IN Liberia
ON Record

**Cour**
**Pénale**
**Internationale**

**International**
**Criminal**
**Court**



Le Bureau du Procureur ·

The Office of the Prosecutor

Our reference:  OTP-CR-416/08

The Hague, 18 August 2008

Dear Sir, Madam

The Office of the Prosecutor of the International Criminal Court acknowledges receipt of your documents/letter.

This communication has been duly entered in the Communications Register of the Office. We will give consideration to this communication, as appropriate, in accordance with the provisions of the Rome Statute of the International Criminal Court.

As soon as a decision is reached, we will inform you, in writing, and provide you with reasons for this decision.

Yours sincerely,

Head of Information & Evidence Unit
Office of The Prosecutor

El Malachi Z. York Cestuique
Trust (Trustee)
P.O. Box 522
Decatur, GA 30031
United States

Post Office Box 19519, 2500 CM The Hague, The Netherlands
Boîte postale 19519, 2500 CM La Haye, Pays Bas
Telephone / Téléphone: + 31 70 5158515 • Facsimile / Télécopie: + 31 70 5158555 • http://www.icc-cpi.int

124

Colorado Secretary of State

https://www.sos.state.co.us/cgi-forte/uccicgi/frte_uccprodacces...



## Filing Details



**Search UCC Database**

**Account Summary**

**ub-Account Summary**

**Logout**

Business Center

Go to bottom of page
Click ALT-B to go back    Click ALT-N for new search    Click ALT-P for Print Friendly

### Filing

| Filing# Office | Type | Date | EFS Filing | View Images | Remarks | Original# Office |
|---|---|---|---|---|---|---|
| 2009F000013 SEC OF STATE | STATEMENT | 01/01/2009 | YES | N/A | | 2009F000013 SEC OF STATE |

### Debtor Records: 1

| Debtor▼ |
|---|
| EL,MALACHI Z. YORK,CESTUI QUE TRUST PO BOX 181398 DENVER, CO 80218 |

### Secured Party Records: 1

| Secured Party▼ |
|---|
| INTERNATIONAL CRIMINAL COURT PO BOX 19519, 2500 CM THE HAGUE 00000 THE NETHERLANDS |

### Assignee Records: 2

| Assignee▼ |
|---|
| USP FLORENCE ADX FLORENCE, CO 81226–850 |
| BUREAU OF PRISONS FLORENCE, CO 81226–850 |

### Collateral Records: 2

| # | Code▼ | Crop Year | Collateral Description | County |
|---|---|---|---|---|
| 1 | 600 - PROCEEDS OF COLLATERAL | 2008 | THIS IS ACTUAL AND CONSTRUCTIVE NOTICE OF A BANKER'S TRUST COMMON LAW, ADMIRALTY, AND MARITIME,EXECUTION LIEN AND LEVY IN THE FULL COLLATERAL AMOUNT:$9,999,999,999.99 NINE BILLION,NINE HUNDRED NINETY NINE MILLION,NINE HUNDRED NINETY NINE HUNDRED THOUSAND,NINE HUNDRED NINETY NINE UNITED STATES DOLLARS AND NINETY NINE CENTS 99/100,AGAINST ALL WAREHOUSED GOODS, CHATTLE, POSSESSORYS,EQUITABLE CONTRACTED PROPERTY RIGHTS OF THE FLORENCE USP ADX,IN ITS ASSOCIATIONS WITH THE PZN TRUST,INCLUDING THE CORRECTIONS CORPORATION OF AMERICA, ITS BOARD OF TRUSTEES/AGENTS/HEIRS, PREVIOUS FINANCIAL INTEREST ACCOUNTS AND HEREAFTER ACQUIRED, PURSUANT TO GAAP, GAAS, TRUTH IN LENDING, AND THE FAIR DEBT COLLECTIONS AND PRACTICES ACT, HEREBY SECURED BY THIS SECURED TRUST, AND INTERNATIONAL SURETIES | 1 - DENVER 2 - PUEBLO 3 - WELD 4 - EL PASO 5 - LAS ANIMAS 6 - LARIMER 7 - BOULDER 8 - MESA 9 - OTERO 10 - ARAPAHOE 12 - ADAMS 13 - LOGAN 14 - FREMONT 15 - MORGAN 16 - HUERFANO 17 - PROWERS 18 - DELTA 19 - YUMA 20 - LA PLATA 21 - MONTROSE 22 - BACA 23 - RIO GRANDE 24 - GARFIELD 25 - CONEJOS 26 - KIT CARSON 27 - WASHINGTON 28 - ROUTT 29 - BENT 30 - ALAMOSA 31 - CHAFFEE 32 - MONTEZUMA 33 - LINCOLN 34 - ELBERT 35 - SAGUACHE |

1 of 2

1/13/09 9:34 PM

| | | | | 36 - CROWLEY<br>37 - PHILLIPS<br>38 - COSTILLA<br>39 - SEDGWICK<br>40 - GUNNISON<br>41 - LAKE<br>42 - MOFFAT<br>43 - TELLER<br>44 - EAGLE<br>45 - KIOWA<br>46 - CHEYENNE<br>47 - DOUGLAS<br>48 - ARCHULETA<br>49 - RIO BLANCO<br>50 - SAN MIGUEL<br>51 - CLEAR CREEK<br>52 - CUSTER<br>53 - GRAND<br>54 - PARK<br>55 - SAN JUAN<br>56 - OURAY<br>57 - PITKIN<br>58 - DOLORES<br>59 - JACKSON<br>60 - GILPIN<br>61 - SUMMIT<br>62 - MINERAL<br>63 - HINSDALE<br>90 - NOT AVAILABLE<br>95 - NIC |
| 2 | 30 - CONTRACT RIGHTS | | THIS IS ACTUAL AND CONSTRUCTIVE NOTICE OF A BANKER'S TRUST COMMON LAW, ADMIRALTY, AND MARITIME,EXECUTION LIEN AND LEVY IN THE FULL COLLATERAL AMOUNT:$9,999,999,999.99 NINE BILLION,NINE HUNDRED NINETY NINE MILLION,NINE HUNDRED NINETY NINE HUNDRED THOUSAND,NINE HUNDRED NINETY NINE UNITED STATES DOLLARS AND NINETY NINE CENTS 99/100,AGAINST ALL WAREHOUSED GOODS, CHATTLE, POSSESSORYS,EQUITABLE CONTRACTED PROPERTY RIGHTS OF THE FLORENCE USP ADX,IN ITS ASSOCIATIONS WITH THE PZN TRUST,INCLUDING THE CORRECTIONS CORPORATION OF AMERICA, ITS BOARD OF TRUSTEES/AGENTS/HEIRS, PREVIOUS FINANCIAL INTEREST ACCOUNTS AND HEREAFTER ACQUIRED, PURSUANT TO GAAP, GAAS, TRUTH IN LENDING, AND THE FAIR DEBT COLLECTIONS AND PRACTICES ACT, HEREBY SECURED BY THIS SECURED TRUST, AND INTERNATIONAL SURETIES; | |

Click ALT-B to go back     Click ALT-N for new search     Click ALT-P for Print Friendly

Go to top of page

Elections | Business | Information | Bingo License | Contact Us | Home

OATH OF OFFICE
STATE OF COLORADO

RECEIVED
JAN 1 0 2007
ELECTIONS / LICENSING
SECRETARY OF STATE

20075601884  C
OATH_OFFICE
SECRETARY OF STATE
01/11/2007 10:23:45

I, JOHN SUTHERS, DO SOLEMNLY SWEAR BY THE EVERLIVING GOD THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES AND OF THE STATE OF COLORADO, AND WILL FAITHFULLY PERFORM THE DUTIES OF THE OFFICE OF ATTORNEY GENERAL OF THE STATE OF COLORADO, UPON WHICH I AM ABOUT TO ENTER.

_John W. Suthers_

John Suthers

Subscribed and sworn to before me this 9th day
of January A.D. 2007.



Mary J. Mullarkey
Chief Justice, Colorado Supreme Court

**STATE OF COLORADO**
**Department of State**
1700 Broadway, Suite 270
Denver, CO 80290



**Mike Coffman**
Secretary of State

**Holly Z. Lowder**
**Director, Elections Division**

## OATHS and BONDS

### ARTICLE XII SECTION 8 AND SECTION 9

SECTION 8 **Oath of civil officers.** Every civil officer, except members of the general assembly and such inferior officers as may be by law exempted, shall, before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the constitution of the United States and of the state of Colorado, and to faithfully perform the duties of the office upon which he shall be about to enter.

SECTION 9 **Oaths-where filed.** Officers of the executive department and judges of the supreme and district courts, and district attorneys, shall file their oaths of office with the secretary of state; every other officer shall file his oath of office with the county clerk of the county wherein he shall have been elected.

Types:

Elected officials including District Attorneys and Deputy District Attorneys
County Clerk and Recorders and Deputy Clerks (above-CRS 30-10-401-$5,000 Bond)
Supreme Court Justices (above)
District Court Judges    (above)
Appointed State Officials  (Executive Branch) (above)
Public Trustees [CRS 38-37-102(1)-$25,000 bond]
State Engineer  (above-CRS 37-80-101-$10,000 bond)
Deputy State Engineer (above-CRS 37-80-106)
RTD Commissioners (above-CRS 32-9-113-$10,000 bond)
Public Administrators [CRS 15-12-619(2) $10,000 bond CRS 15-12-619(3)]
Clerks of Courts & Deputies  (above CRS 24-12-101)
Notaries  (CRS 12-55-104)

| | | | |
|---|---|---|---|
| Main Number | (303) 894-2200 | Web Site | www.sos.state.co.us |
| TDD | (303) 869-4867 | E-mail – Elections | sos.elections@sos.state.co.us |

## RELEASE OF LIEN ON REAL PROPERTY

Whereas _____Malachi Z. York©™_____, of _____P.O. Box 522, Decatur, GA 30031_____, by a bond
            (Name)                     (Place of Residence)
for the performance of U.S. Government Contract Number _____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_____ ,
became a surety for the complete and successful performance of said contract, which bond
inlcudes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

ACCOUNT NUMBER: 5:02-CR-27-CAR, 08-cv-02361-BNB, CANCELLED DEBT ON THE DATE 12/22/2008

and recorded this pledge on _____The United States District Court District of CO_____
                                              (Name of Land Records)
in the _____901 19th Street_____ of_____DENVER, COLORADO 80294-3589_____ ,
                (Locality)                        (State)
and

Whereas, I, _____AMIR JAMES-NOTARY PUBLIC_____ , being a duly
authorized representative of the United States Government as a warranted contracting
officer, have determined that the lien is no longer required to ensure further performance of
the said Government contract or satisfaction of claims arising therefrom,
and

Whereas the surety remains liable to the United States Government for continued
performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the
aforementioned lien.

[Date]

12/22/08

[Signature]
Seal

OPTIONAL FORM 90 (REV. 1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(n)

AUTHORIZED FOR LOCAL REPRODUCTION

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas _____Malachi Z. York:☉™_____, of __P O Box 522,Decatur GA_____, by a bond
                (Name)                    (Place of Residence)
for the performance of U.S. Government Contract Number _____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_____,

became a surety for the complete and successful performance of said contract, and Whereas

said surety has placed certain personal property in escrow

        in Account Number __5:02-CR-27-CAR, 08-cv-02361-BNB__ on deposit

    at _____The United States District Court District of Colorado_____
                      (Name of Financial Institution)

located at _____901 19th Street DENVER, COLORADO 80294-3589_____, and
                  (Address of Financial Institution)

Whereas I, _____AMIR JAMES-PUBLIC NOTARY_____, being a duly authorized
representative of the United States government as a warranted contracting officer, have
determined that retention in escrow of the following property is no longer required to ensure
further performance of the said Government contract or satisfaction of claims arising
therefrom:

ACCOUNT NUMBER: 5:02-CR-27-CAR, 08-cv-02361-BNB  CANCELLED DEBT ON THE DATE
12/22/2008

and
Whereas the surety remains liable to the United States Government for the continued
performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow
the property listed above, and directs the custodian of the aforementioned escrow account to
deliver the listed property to the surety.  If the listed property comprises the whole of the
property placed in escrow in the aforementioned escrow account, the Government further
directs the custodian to close the account and to return all property therein to the surety, along
with any interest accruing which remains after the deduction of any fees lawfully owed to

    The United States District Court District of CO .
           (Name of Financial Institution)

[Date]     12/22/08            [Signature]

                               Seal

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

AUTHORIZED FOR LOCAL REPRODUCTION

## Transmission Report

| | | |
|---|---|---|
| Date/Time | 01-21-2009 | 08:23:28 p.m. |
| Local ID 1 | 1235334 | |
| Local ID 2 | | |

Transmit Header Text
Local Name 1          qwry
Local Name 2

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"

Deciphering The Superseding Federal Indictment Without Presumptions, Assumptions, or Opinions!

**AFFIDAVIT OF FACT**
Pursuant To Title 27 USC Section 72.11 / 27 CFR 72.11:

**Fact 1**

In observance of the United States District Court for the Middle District of Georgia's **Superseding Indictment**, case file number **5:02-CR-27-CAR**, "et al" several concerns come to mind in lieu of the initial name caption spelling associations referencing the case file matter, in accordance with the initial Recanted Affidavits. (*See Exhibits*)

Whereas, misnomers are correctly identified as the associated **ALL-CAPITAL-LETTERS-WRITTEN**, legal fiction, fictitious name, artificial, artificial person, idem sonans, informer, versus the true name / propia persona, which means "in one's own proper person." Therefore, in reference to an easy comprehension, we've provided definitions in accordance to what is referenced within the 10'inch font sized knowledge herein.

So, for further clarity in this matter for the court, we've provided lawful / legal terms for consideration in this matter to help salvage honor in this matter, pursuant to **46 USC Section 781.**

**Sec. 781.** Libel in admiralty against or impleader of United States

A libel in personam in admiralty may be brought against the United States, or a petition impleading the United States, for damages caused by a public vessel of the United States, and for compensation for towage and salvage services, including contract salvage, rendered to a public vessel of the United States: Provided, That the cause of action arose after the 6th day of April, 1920.

**SHORT TITLE**
Act Mar. 3, 1925, ch. 428, which enacted this chapter, is popularly known as the "Public Vessels Act".

**IN PROPIA PERSONA.** In one's own proper person.  Black's 1st .

However, when one's true name is spelled in ALL-CAPITAL-LETTERS-WRITTEN, the above and below rule applies, in accordance to associated commerce / commercial transactions. According to HYPERLINK "http://www.lawterms.net/commerce.php" http://www.lawterms.net/commerce.php , Commerce is defined as;

**COMMERCE**
As defined by the Lanham Act, trade that the federal government is authorized to regulate. To qualify for federal trademark protection and registration, a mark must have first been used in commerce. In practice, this means that a product or service must be sold outside of the state in which it originates, be advertised out of state or cater to travelers, such as a hotel, before it can qualify for trademark protection.

**Fact 2**
For Example; According to the Federal Styles Manual Chapter 3/2 "CAPITALIZATION /Court Work", the following knowledge is recognizable which further questions the integrity of the offering prosecuting parties associated:

Total Pages Scanned : 22          Total Pages Confirmed : 22

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 375 | 12672208756 | 07:57:22 p.m. 01-21-2009 | 00:25:16 | 22/22 | 1 | EC | HS | CP14400 |

Abbreviations:
| | | | |
|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | TU: Terminated by user |
| HR: Host receive | PR: Polled remote | CP: Completed | TS: Terminated by system    G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FA: Fail | RP: Report    EC: Error Correct |

*Deciphering The Superseding Federal Indictment, Without Presumptions, Assumptions, or Opinions?*

# AFFIDAVIT OF FACT
## Pursuant To Title 27 USC Section 72.11 / **27 CFR 72.11**:

### Fact 1

In observance of the United States District Court for the Middle District of Georgia's **Superseding Indictment**, case file number **5:02-CR-27-CAR**, **"et al"** several concerns come to mind in lieu of the initial name caption spelling associations referencing the case file matter, in accordance with the initial Recanted Affidavits. (*See Exhibits*)

Whereas, misnomers are correctly identified as the associated **ALL-CAPITAL-LETTERS-WRITTEN**, legal fiction, fictitious name, artificial, artificial person, idem sonans, informer, versus the true name / propia persona, which means "in one's own proper person." Therefore, in reference to an easy comprehension, we've provided definitions in accordance to what is referenced within the 10'inch font sized knowledge herein.

So, for further clarity in this matter for the court, we've provided lawful / legal terms for consideration in this matter to help salvage honor in this matter, pursuant to **46 USC Section 781**.

**Sec. 781.** Libel in admiralty against or impleader of United States

> A libel in personam in admiralty may be brought against the
> United States, or a petition impleading the United States, for
> damages caused by a public vessel of the United States, and for
> compensation for towage and salvage services, including contract
> salvage, rendered to a public vessel of the United States:
> Provided, That the cause of action arose after the 6th day of
> April, 1920.

### SHORT TITLE
Act Mar. 3, 1925, ch. 428, which enacted this chapter, is
popularly known as the "Public Vessels Act".

**IN PROPIA PERSONA**. In one's own proper person.  Black's 1st .

However, when one's true name is spelled in ALL-CAPITAL-LETTERS-WRITTEN, the above and below rule applies, in accordance to associated commerce / commercial transactions.
According to  HYPERLINK "http://www.lawterms.net/commerce.php"
http://www.lawterms.net/commerce.php , Commerce is defined as;

### COMMERCE
As defined by the Lanham Act, trade that the federal government is authorized to regulate. To qualify for federal trademark protection and registration, a mark must have first been used in commerce. In practice, this means that a product or service must be sold outside of the state in which it originates, be advertised out of state or cater to travelers, such as a hotel, before it can qualify for trademark protection.

### Fact 2
For Example; According to the Federal Styles Manual Chapter 3/2 "CAPITALIZATION /Court Work", the following knowledge is recognizable which further questions the integrity of the offering prosecuting parties associated:

### 3. CAPITALIZATION RULES

(See also ``Abbreviations and Letter Symbols" and ``Capitalization Examples")

3.1. It is impossible to give rules that will cover every conceivable problem in capitalization; but by considering the purpose to be served and the underlying principles, it is possible to attain a considerable degree of uniformity. The list of approved forms given in chapter 4 will serve as a guide. Obviously such a list cannot be complete. The correct usage with respect to any term not included can be determined by analogy or by application of the rules.

Proper names

3.2. Proper names are capitalized.
Rome
Brussels
John Macadam
Macadam family
Italy
Anglo-Saxon

Derivatives of proper names

3.3. Derivatives of proper names used with a proper meaning are capitalized.
Roman (of Rome)      Johannean      Italian

3.4. Derivatives of proper names used with acquired independent common meaning, or no longer identified with such names, are set lowercased. Since this depends upon general and long-continued usage, a more definite and all-inclusive rule cannot be formulated in advance.
roman (type)
brussels sprouts
venetian blinds
macadam (crushed rock)
watt (electric unit)
plaster of paris
italicize
anglicize
pasteurize

Common nouns and adjectives in proper names

3.5. A common noun or adjective forming an essential part of a proper name is capitalized; the common noun used alone as a substitute for the name of a place or thing is not capitalized.

Massachusetts Avenue; the avenue
Washington Monument; the monument
Statue of Liberty; the statue
Hoover Dam; the dam
Boston Light; the light
Modoc National Forest; the national forest

Panama Canal; the canal
Soldiers' Home of Ohio; the soldiers' home
Johnson House (hotel); Johnson house (residence)
Crow Reservation; the reservation

[[Page 24]]


Federal Express; the express
Cape of Good Hope; the cape
Jersey City
Washington City
but city of Washington; the city
Cook County; the county
Great Lakes; the lakes
Lake of the Woods; the lake
North Platte River; the river
Lower California
but lower Mississippi
Charles the First; Charles I
Seventeenth Census; the 1960 census


3.6. If a common noun or adjective forming an essential part of a name becomes separated from the rest of the name by an intervening common noun or adjective, the entire expression is no longer a proper noun and is therefore not capitalized.
Union Station: union passenger station
Eastern States: eastern farming States
United States popularly elected government


3.7. A common noun used alone as a well-known short form of a specific proper name is capitalized.
the Capitol building in Washington, DC; but State capitol building
the Channel (English Channel)


## CHAPTER 2
Bibliographies or references
2.130. There are many styles available to bibliographers, for there are many classes of documents. A Government bulletin citation, according to one authority, would be treated as follows:
Author's name (if the article is signed); title of article (in quotation marks); the publication (usually in italic), with correct references to volume, number, series, pages, date, and publisher (U.S. Govt. Print. Off.).
Therefore the example would read:
U.S. Department of the Interior, "Highlights in history of forest and related natural source conservation," Conservation Bulletin, No. 41 (serial number not italic), Washington, U.S. Dept. of the Interior (or U.S. Govt. Print. Off.), 1997. 1 p. (or p. 1).
Another Government periodical citation would read as follows:
Reese, Herbert Harshman, "How To Select a Sound Horse," Farmers' Bulletin, No. 779, pp. 1–26 (1987), U.S. Dept. of Agriculture.
Clarity may be maintained by capitalizing each word in book titles, but only the first word in the title of articles.
Other examples are:
Preston W. Slosson, The Great Crusade and After: 1914–1928 (New York: Macmillan,

1930) Edward B. Rosa, "The economic importance of the scientific work of the government," J. Wash. Acad. Sci. 10, 342 (1920)or:

Preston W. Slosson, The Great Crusade and After: 1914–1928 (New York: Macmillan, 1930)Edward B. Rosa, "The Economic Importance of the Scientific Work of the Government," J. Wash. Acad. Sci. 10, 342 (1920)

Note that the principal words in both book titles and titles of articles are capitalized. Consistency is more important in bibliographic style than the style itself.

The science of bibliography is covered in many texts, and the following references are available for study:

Bibliographic Procedures and Style: A Manual for Bibliographers in the Library of Congress. Superintendent of Documents, Washington, DC 20402.

Better Report Writing, by Willis H. Waldo. Reinhold Publishing Corp., New York, 1995.

Macmillan Handbook of English, by Robert F. Wilson. Macmillan Co., New York, 1992.

A Manual of Style, University of Chicago Press, Chicago, 1993.

Suggestions to Authors of the Reports of the U.S. Geological Survey. Superintendent of Documents, Washington, DC 20402.

Words Into Type, Prentice-Hall, New York, 1994.

**ARTIFICIAL.** What is the result of, or relates to, the arts; opposed to natural; thus we say a corporation is an artificial person, in opposition to a natural person. Artificial accession is the uniting one property to another by art, opposed to a simple natural union. 1 Bouv. Inst. n. 503.

**ARTIFICIAL PERSON.** In a figurative sense, a body of men or company are sometimes called an artificial person, because the law associates them as one, and gives them various powers possessed by natural persons. Corporations are such artificial persons. 1 Bouv. Inst. n. 177.
IDEM SONANS. Sounding the same.
2. In pleadings, when a name which it is material to state, is wrongly spelled, yet if it be idem sonans with that proved, it is sufficient, as Segrave for Seagrave, 2 Str. R. 889; Keen for Keene, Thach. Cr. Cas. 67; Deadema for Diadema, 2 Ired. 346; Hutson for Hudson, 7 Miss. R. 142; Coonrad for Conrad, 8 Miss. R. 291. See 5 Pike, 72; 6 Ala. R. 679; vide also Russ. & Ry. 412; 2 Taunt. R. 401, In the following cases the variances there mentioned were declared to be fatal. Russ. & Ry. 351; 10 East, R. 83; 5 Taunt. R. 14; 1 Baldw. R. 83; 2 Crom. & M. 189; 6 Price, R. 2; 1 Chit. R. 659; 13 E. C. L. R. 194. See, generally, 8 Chit. Pr. 231, 2; 4 T. R. 611; 3 B. & P. 559; 1 Stark. R. 47; 2 Stark. R. 29; 3 Camp. R. 29; 6 M. & S. 45; 2 N. H. Rep. 557; 7 S. & R. 479; 3 Caines, 219; 1 Wash. C. C. R. 285; 4 Cowen, 148 and the article Name.

**IDENTITY,** evidence. Sameness.
2. It is frequently necessary to identify persons and things. In criminal prosecutions, and in actions for torts and on contracts, it is required to be proved that the defendants have in criminal actions, and for injuries, been guilty of the crime or injury charged; and in an action on a contract, that the defendant was a party to it. Sometimes, too, a party who has been absent, and who appears to claim an inheritance, must prove his identity and, not unfrequently, the body of a person which has been found dead must be identified: cases occur when the body is much disfigured, and, at other times, there is nothing left but the skeleton. Cases of considerable difficulty arise, in consequence of the omission to take particular notice; 2 Stark. Car. 239 Ryan's Med. Jur. 301; and in consequence of the great resemblance of two persons. 1 Hall's Am. Law Journ. 70; 1 Beck's Med. Jur. 509; 1 Paris, Med. Jur, 222; 3 Id. 143; Trail. Med. Jur. 33; Foder¥, Med. Leg. ch. 2, tome 1, p. 78-139.
3. In cases of larceny, trover, replevin, and the like, the things in dispute must always be identified. Vide 4 Bl. Com. 396.
4. M. Briand, in his Manuel Complet de M¥dicine L¥gale, 4eme partie, ch. 1, gives rules for the discovery of particular marks, which an individual may have had, and also the true color of the hair, although it may have been artificially colored. He also gives some rules for the purpose of

discovering, from the appearance of a skeleton, the sex, the age, and the height of the person when living, which he illustrates by various examples. See, generally, 6 C. & P 677; 1 C. & M. 730; 3 Tyr. 806; Shelf. on Mar. & Div. 226; 1 Hagg. Cons. R. 189; Best on Pres. Appx. case 4; Wills on Circums. Ev. 143, et seq.

**INFORMER**. A person who informs or prefers an accusation against another, whom he suspects of the violation of some penal statute.

2. When the informer is entitled to the penalty or part of the penalty, upon the conviction of an offender, he is or is not a competent witness, accordingly as the statute creating the penalty has or has not made him so. 1 Phil. Ev. 97; Rosc. Cr. Ev. 107; 5 Mass. R. 57; 1 Dall. 68; 1 Saund. 262, c. Vide articles Prosecutor; Rewards.

**PERSON**. This word is applied to men, women and children, who are called natural persons. In law, man and person are not exactly-synonymous terms. Any human being is a man, whether he be a member of society or not, whatever may be the rank he holds, or whatever may be his age, sex, &c. A person is a man considered according to the rank he holds in society, with all the rights to which the place he holds entitles him, and the duties which it imposes. 1 Bouv. Inst. n. 137.

2. It is also used to denote a corporation which is an artificial person. 1 Bl. Com. 123; 4 Bing. 669; C. 33 Eng. C. L R. 488; Wooddes. Lect. 116; Bac. Us. 57; 1 Mod. 164.

3. But when the word "Persons" is spoken of in legislative acts, natural persons will be intended, unless something appear in the context to show that it applies to artificial persons. 1 Scam. R. 178.

4. Natural persons are divided into males, or men; and females or women. Men are capable of all kinds of engagements and functions, unless by reasons applying to particular individuals. Women cannot be appointed to any public office, nor perform any civil functions, except those which the law specially declares them capable of exercising. Civ. Code of Louis. art. 25.

5. They are also sometimes divided into free persons and slaves. Freemen are those who have preserved their natural liberty, that is to say, who have the right of doing what is not forbidden by the law. A slave is one who is in the power of a master to whom he belongs. Slaves are sometimes ranked not with persons but things. But sometimes they are considered as persons for example, a negro is in contemplation of law a person, so as to be capable of committing a riot in conjunction with white men. 1 Bay, 358. Vide Man.

6. Persons are also divided into citizens, (q. v.) and aliens, (q. v.) when viewed with regard to their political rights. When they are considered in relation to their civil rights, they are living or civilly dead; vide Civil Death; outlaws; and infamous persons.

7. Persons are divided into legitimates and bastards, when examined as to their rights by birth.

8. When viewed in their domestic relations, they are divided into parents and children; husbands and wives; guardians and wards; and masters and servants son, as it is understood in law, see 1 Toull. n. 168; 1 Bouv. Inst. n. 1890, note.

So, based on the knowledge provided, we can clearly observe without question, wherein this entire matter clearly relates to commerce

### NATURAL PERSON.

A living, breathing human being, as opposed to a legal entity such as a HYPERLINK "http://www.nolo.com/definition.cfm/term/288F640F-F004-41BD-9DA1C46501BFE4D3" corporation. Different rules and protections apply to natural persons and corporations, such as the Fifth Amendment right against self-incrimination, which applies only to natural persons.

See Topic: HYPERLINK "http://www.nolo.com/resource.cfm/catID/DF30274C-0DE0-4D7A-8E77178D82F090CE/104/284/" Consumer RightsÜ HYPERLINK "http://www.nolo.com/resource.cfm/catID/1745D9A3-D50D-4AAD-BFB3ED609A4EE3F5/111/" Business & Human ResourcesÜ HYPERLINK "http://www.nolo.com/definition.cfm/Term/61D37D9C-A50D-4E29-86A8E661D7D5E344/alpha/N/" http://www.nolo.com/definition.cfm/Term/61D37D9C-A50D-4E29-86A8E661D7D5E344/alpha/N/

**TRADE-NAME.** A trade-name is a name which by user and reputation has acquired the property of indicating that a certain trade or occupation is carried on by a particular person. The name may be that of a person, place, or thing, or it may be what is called a "fancy name," (i.e. a name having no sense as applied to the particular trade,) or word invented for the occasion,
And having no sense at all. Seb. Trade-Marks, 37 Sweet. Black's 1st .

> **Note:** Any alphabetical variant of someone's true name set forth in ALL-CAPITAL LETTER/abbreviated format so as to express an *idem sonans* legal construct that signifies a juristic person, a corporate entity, as well as any other type of artificial contrivance such as a corporation, trust, partnership, "doing business as (dba),"and the like. A TRADE NAME functions as a "transmitting utility" in commerce for and on behalf of the man/woman. In accordance with the "Law of the Flag," a TRADE NAME is artificial, abstract, and corporate in nature while a man has physical existence. TRADE NAMES are not the equivalent of the man/woman on whose behalf the TRADE NAME functions as a flag, transmitting utility, proprietary trademark, etc.

### Fact 3

Aside from the above listed points referencing the associated spellings and assumed intents of opposing Court Fiduciary, regarding the Consul General Malachi York El:©™, the facts mentioned in this matter provides the court with knowledge beyond a shadow of doubt regarding the nature of this commercial casefile involving the Consul General Malachi York El:©™ herein pursuant to **27 CFR 72.11.**
Whereby Tendered Payment , issued by the EL,MALACHI Z. YORK©™,CESTUI QUE TRUST to this casefile's associated Offerors which included Sureties, was previously Tendered directly to the District Attorney Marcy E. Cook, as well as the US Attorney General's Office, for the purpose of Set-Off of the True Bill offered by the US DISTRICT COURT, according to contract law referencing Consul General Malachi York El:©™.                Below, you'll notice financial definitions helpful in this matter.( Also, See exhibit receipt tracking#)

**TENDER** -- 1. A small vessel which serves a larger vessel in a port for the purpose of supplying provisions and carrying passengers to and from ship to shore.
2. An offer of money. An offer to supply something. An offer to present something.
3. To satisfy a claim, an unconditional offer to perform coupled with a manifest ability to carry out the offer.
4. A car connected behind a steam railroad locomotive to carry coal and water. (Almost obsolete).
 HYPERLINK "http://www.teachmefinance.com/Financial_Terms/tender.html"
http://www.teachmefinance.com/Financial_Terms/tender.html

**CESTUI QUE TRUST,** A barbarous phrase, to signify the beneficiary of an estate held in trust. He for whose benefit another person is enfeoffed or seised of land or tenements, or is possessed of personal property. The cestui que trust is entitled to receive the rents and profits of the land; he may direct such conveyances, consistent with the trust, deed or will, as he shall choose, and the trustee (q. v.) is bound to execute them: he may defend his title in the name of the trustee. 1 Cruise, Dig. tit. 12, c. 4, s. 4; vide Vin. Ab. Trust, U, W, X, and Y 1 Vern. 14; Dane's Ab. Index, h. t.: 1 Story, Eq. Jur. 321, note 1; Bouv. Inst. Index, h. t.

**SET-OFF,** contracts, practice. Defalcation; (q. v.) a demand which a defen-dant makes against the plaintiff in the suit for the purpose of liquidating the whole or a part of his claim.
2. A set-off was unknown to the common law, according to which mutual debts were distinct and inextinguishable except by actual payment or release. 1 Rawle's R. 293; Babb. on Set-off, 1.
3. The statute 2 Geo. II., c. 22, which has been generally adopted in the United States with some modifications however, allowed, in cases of mutual debts, the defendant to set his debt against the other, either by pleading it in bar, or giving it in evidence, when proper notice had been given of such intention, under the general issue. The statute being made for the benefit of the defendant, is not compulsory; 8 Watts, R. 39; the defendant may Waive his right, and bring a

cross action against the plaintiff. 2 Campb. 594; 5 Taunt. 148; 9 Watts, R. 179

4. It seems, however, that in some cases of intestate estates, and of insolvent estates, perhaps owing to the peculiar wording of the law, the statute has been held to operate on the rights of the parties before action brought, or an act done by either of them. 2 Rawle's R. 293; 3 Binn. Rep. 135; Bac. Ab. Bankrupt K.

5. Set-off takes place only in actions on contracts for the payment of money, as assumpsit, debt and covenant. A set-off is not allowed in actions arising ex delicto, as, upon the case, trespass, replevin or detinue. Bull. N. P. 181.

6. The matters which may be set off, may be mutual liquidated debts or damages, but unliquidated damages cannot be set off. 1 Black. R. 394; 2 John. 150; 8 Conn. 325; 1 M'Cord, 7; 3 Wend. 400; 1 Stew. & Port. 19; 2 Yeates, 208; 1 Sumn. 471; 2 Blackf. 31; 1 A. K. Marsh. 41; 6 Halst. 397; 5 Wash. C. C. 232 3 Bibb, 49; 2 Caines, 33. The statutes refer only to mutual unconnected debts; for at common law, when the nature of the employment, transaction or dealings necessarily constitute an account consisting of receipts and payments, debts and credits, the balance only is considered to be the debt, and therefore in an action, it is not necessary in such cases either to plead or give notice of set-off. 4 Burr. 2221.

7. In general, when the government is plaintiff, no set-off will be allowed. 9 Pet. 319; 4 Dall. 303. See 9 Cranch, 313; Paine, 156. But when an act of congress authorizes such set-off, it may be made. 9 Cranch, 213.

8. Judgments in the same rights may be set off against each other at the discretion of the court. 3 Bibb 233; 3 Watts 78; 3 Halst. 172; 4 Hamm. 90; 1 Stew. & Port. 24; 7 Mass. 140, 144; 8 Cowen 126. Vide Compensation; also Mon-tagu on Set-off; Babington on Set-off; 3 Stark. Ev. h. t.; Amer. Dig. h. t.; Whart. Dig. h. t.; 3 Chit. Bl. Com. 304, n.; 1 Chit. Pl. Index, h. t.; 8 Vin. Ab. 556; Bac. Ab. h. t. 1 Sell. Pr. 321; 5 Com. Dig. 595; 6 Id. 335; 7 Id. 336; 8 Id. 927; Chit. Pr. Index, h. t.; Bouv. Inst. Index, h. t. Vide Factor.

**TRUE BILL**, practice. These words are endorsed on a bill of indictment, when a grand jury, after having heard the witnesses for the government, are of opinion that there is sufficient cause to put the defendant on his trial. Formerly, the endorsement was Billa vera, when legal proceedings were in Latin; it is still the practice to write on the back of the bill Ignoramus, when the jury do not find it to be a true bill. Vide Grand Jury. HYPERLINK "http://www.constitution.org/bouv/bouvier_t.htm" http://www.constitution.org/bouv/bouvier_t.htm

**CONTRACT.** An agreement between two or more persons which creates an obligation to do or not to do a particular thing. Its essentials are competent parties, subject matter, a legal consideration, mutuality of agreement, and mutuality of obligation. Black's 5th .

> Note: All contracts, whether express or implied, are subject to the universal
> essentials of contract law, pertaining to the fundamentals of the interaction between
> the parties. These fundamentals are well codified in many places, e.g. the California
> Civil Code, Sections 1549 et seq.:

(see exhibits- )

## UCC DEFINITIONS PART 2. GENERAL DEFINITIONS AND PRINCIPLES OF INTERPRETATION HYPERLINK "http://www.law.cornell.edu/ucc/1/index.htm" \l "part2" [Table of Contents]fl 1-201. General Definitions.

(a) Unless the context otherwise requires, words or phrases defined in this section, or in the additional definitions contained in other articles of [the Uniform Commercial Code] that apply to particular articles or parts thereof, have the meanings stated.

(b) Subject to definitions contained in other articles of [the Uniform Commercial Code] that apply to particular articles or parts thereof:

(14) "Defendant" includes a person in the position of defendant in a counterclaim, cross-claim, or third-party claim.

(27) "Person" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity.

(39) "Surety" includes a guarantor or other secondary obligor.
Offer -- 1. A proposal that is made to a certain individual or legal entity to enter into a contract, that is definite in its terms, and that indicates the offerer's intent to be bound by an acceptance.
2. With respect to securities, the price at which one is ready to sell.
 HYPERLINK "http://www.teachmefinance.com/Financial_Terms/offer.html"
http://www.teachmefinance.com/Financial_Terms/offer.html

### Fact 4

Further, when we observe the US District Court for the Middle District of Georgia's Federal Superseding Indictment CRIM. NO. VIOLATIONS Count: Pursuant to Title 18 U.S.C.Section RICO, we investigate only to find prior, an honorable mention of the Consul General Malachi York El:©™, previously acknowledged as Al Imaam Isa Al Haadi Al Mahdi in Brooklyn, New York's Bushwick area, an area previously Crack Cocaine Infested, prior to Consul General Malachi Z. York El:©™'s intervention, whereby Consul General Malachi York El:©™'s Intervention disciplinary actions thereof in turn allowed him to receive a Key to the City by the Mayor of New York within the early 80's. (See exhibit attachment)

### Fact 5

 In accordance, the presumed allegation VIOLATIONS charge 31 U.S.C. fl 5324(a)(3)-Structuring Cash is not an act committed by the flesh and blood living soul natural person Consul General Malachi Z. York El:©™.  The United Nuwaubian Nation of Moors of the world are in fact an ancient people, before a self-made corporate construct or organization, and should not be misconstrued as such.
Also, according to supporting Affidavit Recantment Statements by Habiyba Washington, her father Nathaniel Washington, etc. (see exhibit attachments ) the recorded facts therein for the record on the
record provided removes all doubt for the Courts knowledge regarding this matter.
In lieu of other record accounts unknown to the Court, it should also be known and or acknowledged that each associated bookstore is or has been independently managed or operated by its own operator and or manager worldwide, separately and freely in its affairs other than by Consul General Malachi Z. York El:©™.
However, due the Kidnap and contract Rape of the Consul General Malachi Z. York El:©™, associated evolutionary bookstores has declined and suffered from the lack of book production worldwide.

### Fact 6

Yet, the care and love growth of We the people for one another, as well as the Consul General Malachi Z. York El:©™ supersedes any dollar amount. Families and careers known and forgotten have successfully produced and evolved due Consul General Malachi Z. York El:©™.

### Fact 7

 Consul General Malachi Z. York El:©™ has throughout decades in his career as a counselor and teacher to the many privileged and underprivileged youth, middle ages, as well as adults evolved within the edutainment realms as inspirations in the hip hop and film genres of life, through his books alone have managed to counsel, uplift, save lives, and educate many of these synergies who in turn positively effect the world and the people in it in which we live in today.

### Fact 8

 May the Court for the record on the record take Judicial Notice, Pursuant to 8 USC fl 1481 in acknowledgement of the facts that Consul General Malachi Z. York El:©™ on the record for the record herein and prior recorded is not a citizen of the United States Corporation.

### Fact 9

 Consul General Malachi Z. York El:©™ was falsely charged with the MANN ACT "et al", which is in complete opposition to how he dedicates his life to humanitarian work, teaching and the upliftment of the downtrodden in which he received numerous awards for  as mentioned above.
(see exhibit- )

# AFFIDAVIT
## ************NOTICE REGARDING THE DEPOSITION INTERVENTION***********

As the Court and its Fiduciaries of the Court, such as the Clerk of Court, Judge, District

Attorney, Solicitor(s), and or Court stenographer of the US District Court of Colorado may already be

aware of, an Affidavit of Intervention, Declaratory Notice was submitted on behalf of Consul General

Malachi York El:©™ to the Clerk of Court on the date: August 28th, 2008, prior to the recorded

Deposition tort committed against Consul General Malachi York El:©™ on the date: August 29th,

2008:

For further clarity regarding the nature of this matter, We the People, the WorldWide Nuwaubians of the

World, as well as the Notarial Tribunal / Notarial Grand Jury, and the EL,MALACHI Z. YORK©™, CESTUI QUE TRUST have found the Bureau Of Prisons and its Court Fiduciary in violation of the law by Negligence;

## POINTS OF INTEREST:

According to Bouvier's Law Dictionary 1856 Edition, Deposition is defined as;

**DEPOSITION**, evidence. The testimony of a witness reduced to writing, in due form of law, taken by virtue of a commission or other authority of a competent tribunal.
2. Before it is taken, the witness ought to be sworn or affirmed to declare the truth, the whole truth, and nothing but the truth. It should properly be written by the commissioner appointed to take it, or by the witness himself; 3 Penna. R. 41; or by one not interested in the matter in dispute, who is properly authorized by the commissioner. 8 Watts, R. 406, 524. It ought to answer all the interrogatories, and be signed by the witness, when he can write, and by the commissioner. When the witness cannot write, it ought to be so stated, and he should make his mark or cross.
3. Depositions in criminal cases cannot be taken without the consent of the defendant. Vide, generally, 1 Phil. Ev. 286; 1 Vern. 413, note; Ayl. Pand. 206; 2 Supp. to Ves. jr. 309; 7 Vin. Ab. 553; 12 Vin. Ab. 107; Dane's Ab. Index, h. t.; Com. Dig. Chancery, P 8, T 4, T 5; Com. Dig. Testmoigne, C 4.
4. The Act of September 24, 1789, s. 30, 1 Story's L. U. S. 64, directs that when the testimony of any person shall be necessary in any civil cause depending in any district, in any court of the United States, who shall live at a greater distance from the place of trial than one hundred miles, or is bound on a voyage to sea, or is about to go out of the United States, or out of such district, and to a greater distance from the place of trial than as aforesaid, before the time of trial, or is ancient, or very infirm, the deposition of such person may be taken de bene esse, before any justice or judge of any of the courts of the United States, or before any chancellor, justice, or judge of a supreme or superior court, mayor, or chief magistrate of a city, or judge of a county court or court of common pleas of any of the United States, not being of counsel or attorney to either of the parties, or interested in the event of the cause; provided that a notification from the magistrate before whom the deposition is to be taken, to the adverse party, to be present at the taking of the same, and to put interrogatories, if he think fit, be first made out and served ou the adverse party, or his attorney, as either may be nearest, if either is within one hundred miles of the place of such caption, allowing time for their attendance after being notified, not less than at the rate of one day, Sundays exclusive, for every twenty miles travel . And in causes of admiralty and maritime jurisdiction, or other causes of seizure, when a libel shall be filed, in which an adverse party is not named, and depositions of persons, circumstanced as aforesaid, shall be taken before a claim be put in, the like notification, as aforesaid, shall be given to the person having the agency or possession of the property libelled at the time of the capture or seizure of

the same, if known to the libellant. And every person deposing as aforesaid, shall be carefully examined and cautioned, and sworn or affirmed to testify the whole truth, and shall subscribe the testimony by him or her given, after the same shall be reduced to writing, which shall be done only by the magistrate taking the deposition, or by the deponent in his presence. And the deposition so taken shall be retained by such magistrate, until he deliver the same with his own, hand into the court for which they are taken, or shall, together with a certificate of the reasons as aforesaid, of their being taken, and of the notice, if any given, to the adverse party, be by him, the said magistrate, sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid, in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court, that probably it will not be in his power to produce the witnesses, there testifying, before the circuit court, should an appeal be had, and shall move that their testimony shall be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court, which shall try the appeal, that the witnesses are then dead, or gone out of the United States, or to, a greater distance than as aforesaid, from the place where the court is sitting; or that, by reason of age, sickness, bodily infirmity, or imprisonment, they are unable to travel or, appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, that nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem, to take depositions according to common usage, when it may be necessary to prevent a failure or delay of justice; which power they shall severally possess nor to extend to depositions taken in perpetuam rei memoriam, which, if they relate to matters that may be cognizable in any court of the United States, a circuit court, on application thereto made as a court of equity, may, according to the usages in chancery, direct to be taken.

5. The Act of January 24, 1827, 3 Story's L. U. S . 2040, authorizes the clerk of any court of the United States within which a witness resides or where he is found, to issue a subpoena to compel the attendance of such witness, and a neglect of the witness to attend may be punished by the court whose clerk has issued the subpoena, as for a contempt. And when papers are wanted by the parties litigant, the judge of the court within which they are, may issue a subpoena duces tecum, and enforce obedience by punishment as for a contempt. For the form and style of depositions, see Gresl. Eq. Ev. 77.

**DEPOSITION**, eccl. law. The act of depriving a clergyman, by a competent tribunal, of his clerical orders, to punish him for some offence, and to prevent his acting in future in his clerical character. Ayl. Par. 206.

What We the People, the of Nuwaupians World Wide, as well as the Notarial Tribunal / Notarial Grand Jury,  and the EL,MALACHI Z. YORK©™,CESTUI QUE TRUST have found In our quest for the evidence and knowledge for documenting Consul General Malachi Z. York El's Deposement dis-agreement /Contract Rape, we were deliberately detoured, and informed in written form that neither Court, Judge, Bailiff, nor Stenographer existed therein; (see exhibit attachment)

The case was again "Accepted For Value" in accordance to 27 CFR 72.11 / Title 27 USC fl 72.11 as stated in the transcripts, and according to the documented evidence of the recorded Transcripts of the Deposition, Consul General Malachi Z. York El©™  responded to one the posed questions as follows;

Reference: Page 4 of the Deposition Transcript, # 4:6:

BY MS. COOK:

Q  Good morning, Mr. York.
A  Good morning.
Q  My name is Marcy Cook, and I represent the

Bureau of Prisons in this lawsuit. With me is Chris Synsvoll, who is also an attorney for the Bureau of Prisons.

Do you understand that you're here today to give formal testimony concerning the second amended complaint that you filed in York versus BOP?

A  Yes. But I would like to go on the record

that I accept this at value. I accept this situation for its value.

Q  Okay. Do you understand that you're under oath, and you've sworn to tell the truth?

A  I understand that.

Q  Have you ever given deposition testimony before?

A  I beg your pardon?

Q  Have you ever given deposition testimony

In Consul General Malachi Z. York El's:©™  opposition to the deposition, it was also clearly stated that;
Reference:Page 4 of the Deposition Transcript, #7:5-22:

Q  Are you presently under the influence of any substance that would prevent you from telling the truth today?

A  No.

Q  Okay. Is there anything that would prevent you from providing truthful and accurate testimony today?

A  The presence of my Liberian lawyer, Mr. Francis Garlawolu, who represents me as a diplomat for the Republic of Liberia, and a Liberian citizenship acquired on November 26, 1999, and diplomatic status acquired on December 15th, 1999.

And I don't—I notice my name is not – my acquired name is Malachi Z. York©™, not Dwight D. York, not Dwight H. York. These are misnomers. And I acquired—prior to that, my name was Isaa Al Haadi Al Mahdi, I-S-S-A, space, A-L, H-A-A-D-I, A-L, M-A-H-D-I. I just wanted to have that for the record.

Q  Okay. But can you provide truthful and accurate testimony with your attorney, Leta Holden, here today?

Also, when Consul General Malachi Z. York El:©™  was questioned in reference
To him having any preparation for the deposition, he stated verbatim as follows;
Reference:Page 5 of the Deposition Transcript, #8:14

A  I had no idea I was having a deposition.

Q  Okay. So you didn't do anything to prepare?

A  No. I had no idea.

Q  Okay. You didn't look at any documents?

A  I was caught off guard.

Q  Okay. Did you talk to anyone about this deposition today?

A No. I'm in G block. You don't talk to no

one. You don't see anyone.

Q   Okay. Now, we're here today because you filed a complaint in federal court regarding a number of issues dealing with the Bureau of Prisons, correct?

In closing, Consul General Malachi Z. York El:©™   suffers from hereditary Angiodema Which can be found within his medical records, prior to his incarceration; Reference:Page 14 of the Deposition Transcript, #47:10-14 ( see exhibit)

Consul General Malachi Z. York El:©™  has made his medical condition known to the BOP numerous times, inclusive of the Deposition, against his will;

"A   Yes. From the first day I was arrested, my doctor had contacted them, called them, Dr. William Thompson. He's an MD.  He called them and informed them of the dangers of the stress-related effects of my illness.

*******************************NOTARIAL VERIFICATION********************************

I acknowledge the above mentioned statements to be true, correct, and complete to the best of my knowledge, under penalties of perjury:

Notarial Acceptor: _____ - My Commission Exp. _02/12/2012_

Notarial Acceptor: _____ My Commission Exp. _02/12/12_

Witness: _____



