# JUDICIAL NOTICE

# FOR THE COURT,

# UNITED STATES OF AMERICA'S OFFER

# ACCEPTED FOR VALUE AND CONSIDERATION

# FOR REMEDY IN THIS MATTER

FROM : 6782989623

# IN THE SUPERIOR COURT OF PUTNAM COUNTY
# STATE OF GEORGIA

## SEARCH WARRANT

TO:    ALL LAW ENFORCEMENT OFFICERS OF THE STATE OF GEORGIA AND ITS POLITICAL SUBDIVISIONS

Affidavit having been made before me by Sheriff Howard R. Sills, an officer charged with the duty of enforcing the criminal laws of the State of Georgia, that he has the reason to believe that in Putnam County, Georgia on the following described person, premises, vehicle and/or property:

The property known as 404 Shadydale Road, Putnam County, Georgia, including all dwellings, buildings, structures, underground rooms or chambers, and vehicles located thereupon. Said premises being more particularly described as follows:

Tract A. All that certain tract or parcel of land in Land Lot 231, 390th GMD, Putnam County, Georgia containing 176.13 acres and being more fully shown and described on a plat of same made by Edwin L. Thompson dated May 4, 1985, of record in Plat Book 12, page 193, records of Putnam County, Georgia, which plat is incorporated herein by reference as if fully in this description.

Tract B. All that tract or parcel of land containing 30.776 acres, more or less, in the 390 GMD, Putnam County, Georgia, being more particularly described as Tracts 1 and 2 in a deed from H. Grady Leverette Jr. to Georgia Kraft Company dated December 22, 1978, and recorded in Deed Book 4-Z, page 282, records of Putnam County, Georgia, the descriptions in said deed being incorporated herein by reference thereto.

Tracts 1 and 2 are contiguous and bounded now or formerly as follows: northeast by U.S. Forest Service and Georgia Pacific Corporation; southeast by H. Grady Leverette Jr.; southwest by William Larman Jr. and northwest by Gardner and Howard and/or C. W. Pinkerton.

Tract 1 containing 15.873 acres, more or less, is more particularly described on a plat prepared by Charles William Roberts recorded in Plat Book 7, page 23, records of Putnam County, Georgia. Tract 2 containing 15.846 acres, more or less, is more particularly described on a plat prepared by Ralph E. Lackey, dated December 18, 1978, and recorded in Deed Book 4-Z, page 282, records of Putnam County, Georgia. Said plats are incorporated herein by reference thereto.

Also conveyed is a non-exclusive 40 foot easement to the above tract of land from Georgia Highway 142 along the common property line of property now or formerly owned by William Larman Jr. and H. Grady Leverette Jr. and being the same easement as described in Deed Book 4-Z, page 282, records of Putnam County, Georgia.

ACCEPTED FOR VALUE AND RETURNED FOR VALUE

"Officer Holder of the Instrument / Exempt from levy"

EL MAHDI ACH

Accepted Article 2 of the UCC 1-201.19

All RELATING ARTICLES, PRESENTMENTS, REGISTERED Account #

Attached Exemption ID #

PER RELATING ARTICLES, JSON G. Morales

"Pre-paid, Preferred Stock Exempt Account #

SET OFF and Adjust this Account"

"PRESIDENT, SECRETARY, TREASURY DCBT et al"

FROM :6782989623<<    FAX NO. :6782989623    Feb. 23 2009 06:45AM P2

Tract C: Parcel 1: All tract or parcel of land lying and being in the 390th GMD, Putnam County, Georgia containing 61.2 acres, more or less, according to a plat of survey for Continental Can Company, Inc., made by H. M. Brown, Georgia Registered Land Surveyor, dated October 12, 1959, recorded in Plat Book 2, page 173, records of Putnam County, Georgia; said plat by this reference thereto being incorporated herein for a more particularly and accurate description of said property; said property being more particularly described as being bounded now or formerly as follows: northerly and easterly by property of Mrs. Charles Pinkerton; southerly by property of Arne Lassen; and westerly by the easterly right-of-way of Georgia Highway 142.

LESS AND EXCEPT: All that tract or parcel of land lying and being in the 390th GMD, Putnam County, Georgia containing 6.23 acres, according to a plat of survey for Arne Chr. Lassen dated September 10, 1988, prepared by Edwin L. Thompson, Georgia Registered Land Surveyor, shown as Tract #2 and recorded in Plat Book 15, page 156, records of Putnam County, Georgia; said plat by reference thereto being incorporated herein for a more particularly and accurate description of said property; said property being more particularly described as being bounded now or formerly as follows: northerly by property of Mrs. Jennie (Charles) Pinkerton; easterly by property of Mrs. Jennie (Charles) Pinkerton; and westerly by property of Arne Chr. Lassen and Sandra Gay Lassen.

Parcel 2: All that tract or parcel of land lying and being in 390th GMD, Putnam County, Georgia containing 6.23 acres, more or less, according to a plat of survey for Arne Chr. Lassen dated September 10, 1988, prepared by Edwin L. Thompson, Georgia Registered Land Surveyor, shown as Tract #2, and recorded in Plat Book 15, page 156, records of Putnam County, Georgia; said plat by this reference thereto being incorporated herein by reference for a more particular and accurate description of said property; said property being more particularly described as being bounded now or formerly as follows: easterly by property of Mrs. Jennie (Charles) Pinkerton; southerly by property of Arne Chr. Lassen; and westerly by property of Arne Chr. Lassen and Sandra Gay Lassen.

The aforementioned legal description of the premises and property to be searched was obtained by affiant from a deed from Arne Chr. Lassen and Sandra Gay Lassen to Dwight York dated January 15, 1983, recorded in Deed Book 79, pages 179-181, records of the Clerk of Superior Court, Putnam County, Georgia.

The above described real property is more particularly illustrated as the area encircled in blue on a copy of an aerial photograph obtained by affiant from the Putnam County Tax Assessor's Office and incorporated herein as Exhibit "A".

An illustration of the known buildings and structures on the previously described real property is incorporated herein as Exhibit "B", said exhibit being an aerial photograph made by affiant approximately one year ago.

Said property will be hereafter referred to as the "premises" or "property to be searched" and the "Putnam County compound".

The person of Dwight York, AKA: Malachi Z. York, AKA: Isa Muhammad, AKA: Issa Al Haadi Al Mahdi, AKA: Isa Abd' Allah Muhammad

2

FROM :6782989623((                    FAX NO. :6782989623          Feb. 23 2009 05:40AM P3

The person of Kathy Vivia Johnson, AKA Kathy York.

The persons of any individuals found on said premises at the time the search warrant is executed for the sole limited purpose of searching for weapons for the reasons of officer safety and the safety of other people on said premises.

there is now located certain instruments, articles, persons(s), and/or things, namely:

The person of Dwight York, AKA Malachi Z. York, AKA Isa Muhammad, AKA Issa Al Haadi Al Mahdi, AKA Isa Abd Allah Muhammad.

The person of Kathy Vivia Johnson, AKA Kathy York.

Specific items described by the victims to corroborate their statements such as the black and white colored animal print pillow or bean bag chair, the bedroom quilt, an orange, red and green colored African motif quilt or bedcover, black-colored Chinese massage table, grass skirts, stuffed "Pink Panther" animal with male genitalia sewed on, etc.

Letters to and from the child victims and York.

Disney World records and souvenirs.

A journal containing the records of York's children.

Adult and child pornography.

Photographs, videotapes, and/or drawings of children and/or adults engaged in sexual acts or suggestive poses, inclusive of electronic, magnetic or any form of computer memory.

Computers.

Photographs and/or videotapes of child victims.

Camera equipment with which York could have taken photos of the child victims engaged in sexual activity or in sexually suggestive poses.

Sexual paraphernalia and erotica, such as fake penises and other similar devices.

Diaries.

Any records, receipts, etc. detailing the purchase of food, clothing, other necessary sustenances for the child victims and other children residing on said premises to be searched. Any records related to injuries, illnesses, etc. of the child victims and other children residing on said premises to be searched.

3

which are:   Evidence of the crimes of Aggravated Child Molestation, Child Molestation, Aggravated Sodomy, Rape, Statutory Rape, Influencing a Witness, Enticing a Child for Indecent Purposes, Sexual Exploitation of Children, and Cruelty to Children

Based upon the affidavit given under oath or affirmation and all other evidence and/or testimony presented to me under oath or affirmation, I am satisfied that there is probable cause to believe that a crime is being committed or has been committed and that the property described above is presently located on the person, premises, or property described above.

You are hereby commanded to enter and/or search, within ten (10) days, the person, property, vehicle and/or premises described above, and seize the instruments, articles, person(s), and/or things also described above.  A copy of this Search Warrant is to be left with the person searched, or if no person is available on the premises, or vehicle searched, and a written return, including an inventory of all articles seized, shall be made before me or a Court of competent jurisdiction without unnecessary delay after the execution of this Search Warrant.

SO ORDERED, this ____ day of May, 2002

_____
John Lee Parrott, JUDGE
SUPERIOR COURTS
OCMULGEE JUDICIAL CIRCUIT

## NO KNOCK PROVISION - OTHER PERSONS CLAUSE (not valid unless signed)

(X) It appearing from the aforementioned affidavit that there are reasonable grounds to believe that the giving of verbal notice would greatly increase the officers' peril and/or lead to the immediate destruction of the instruments, articles and/or things ordered to be seized.

IT IS THEREFORE, ORDERED that entry through the driveway gate onto said property may be made without knocking and the giving of verbal notice of the officers' authority and purpose.

(X) OTHER PERSONS CLAUSE GRANTED.  All persons found on the premises may be searched for weapons.

SO ORDERED this ____ day of May, 2002

_____
John Lee Parrott, JUDGE
SUPERIOR COURTS
OCMULGEE JUDICIAL CIRCUIT

4



Criminal Action Number _____

IN THE SUPERIOR COURT OF PUTNAM COUNTY
STATE OF GEORGIA

THE STATE OF GEORGIA

v.

DWIGHT YORK
A/K/A MALACHI Z. YORK
A/K/A ISA MUHAMMAD
A/K/A BABA
A/K/A ISSA AL HAADI AL MAHDI
A/K/A ISA ABDALLAH MUHAMMED,

KATHY JOHNSON,

CHANDRA LAMPKIN A/K/A NEDJULA LAMPKIN,

KHADIJAH MERRITT A/K/A MACULA MERRITT,

and ISITYR COLE

205 Counts Bill

_____, Foreperson

SHERIFF HOWARD R. SILLS, Prosecutor. and SPECIAL PRESENTMENT

FREDRIC D. BRIGHT,
District Attorney

INDICTMENT

27 CFR 72.11



IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
(Redacted Version)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | CRIM. NO. |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| DWIGHT D. YORK, A/K/A | ) | |
| DR. MALACHI Z. YORK A/K/A | ) | 18 U.S.C. § 1962(d)–RICO Conspiracy |
| ISA MUHAMMAD, A/K/A | ) | 18 U.S.C. § 1962(c)–RICO Acts |
| ISA AL HAADI AL MAHDI AND | ) | 18 U.S.C. § 371–MANN Act Conspiracy |
| A/K/A "BABA" | ) | 18 U.S.C. § 2423(a)  MANN Act–Minor Transport |
| | ) | 18 U.S.C. § 2423(b)–MANN Act Travel |
| | ) | 18 U.S.C. § 3283–MANN Act Limitations Statute |
| | ) | 18 U.S.C. § 2–Aiding and Abetting |
| | ) | 31 U.S.C. § 5322(a)(3)–Structuring Cash |
| | ) | 18 U.S.C. §1963–RICO Forfeiture |
| | ) | 18 U.S.C. § 2253(a)(3)–MANN Act Forfeiture |
| | ) | 18 U.S.C. § 2253(o)–MANN Act Forfeiture |

THE GRAND JURY CHARGES:

**COUNT ONE**
(Conspiracy to Commit Racketeering Violations)

From in or about January 1988, and continuing through May 8, 2002, in the Middle

District of Georgia and elsewhere within the jurisdiction of this Court, the Defendant

**DWIGHT D. YORK, a/k/a DR. MALACHI ZI YORK, a/k/a
ISA MUHAMMAD, a/k/a ISA AL HAADI AL MAHDI and a/k/a "BABA"**
(hereinafter referred to as "DWIGHT YORK"),

being a person employed by and associated with an enterprise described in paragraph A below,

which was engaged in, and the activities of which affected, interstate commerce, did knowingly

and willfully combine, conspire, confederate and agree, and have tacit understanding with

unindicted co-conspirators and others, known and unknown to the Grand Jury, to violate Title 18,

United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in

A.    Cannot be located upon the exercise of due diligence;

B.    Has been transferred, sold to or deposited with a third person;

C.    Has been placed beyond the jurisdiction of the Court;

D.    Has been substantially diminished in value; or

E.    Has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant up to the value of the above -forfeitable property of DWIGHT YORK, or assets of equal value, up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 2253 and Rule 12.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

Presented By:

_____
MAXWELL WOOD
UNITED STATES ATTORNEY

_____
RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

_____
STEPHANIE D. THACKER
TRIAL ATTORNEY

48



27 CFR 72.11

ACCEPTED FOR VALUE AND CONSIDERATION FOR CLOSURE AND SETTLE IN THIS MATTER

House Joint Resolution 192 of June 5, 1933

YOUR RECIEVED

UNITED STATES DISTRICT COURT
Middle District of Georgia
Macon Division

THE UNITED STATES OF AMERICA
v.
DWIGHT D. YORK, A/K/A
DR. MALACHI Z. YORK, A/K/A
ISA MUHAMMAD, A/K/A
ISA AL HAADI AL MAHDI AND
A/K/A "BABA"

INDICTMENT

18 U.S.C. § 1962(d) & 2
31 U.S.C. § 5324(a)(3)
18 U.S.C. § 5313(a) & 18 USC 2
18 U.S.C. § 2423(a) & 2
18 U.S.C. § 2423(a) & 2
18 U.S.C. § 2423(a) & 2
18 U.S.C. § 2423(b)
31 U.S.C. § 2423(a) & 2.
31 U.S.C. § 5324(a)(3)
31 U.S.C. § 5324(a)(3)
31 U.S.C. § 5313(a) & 18 USC 2
31 U.S.C. § 5324(a)(3)
18 U.S.C. § 5313(a) & 18 USC 2
18 U.S.C. § 1963
18 U.S.C. § 2253 & Rule 32.2 F.R.Crim.P.

A true bill.

_____
Foreperson

Filed in open court this 21 ST day,
of _____ A.D. 2003.

_____
Clerk

Bail $



REGISTRY DIVISION, CITY OF BOSTON

COUNTY OF SUFFOLK, COMMONWEALTH OF MASSACHUSETTS, UNITED STATES OF AMERICA

Reg. 7

Certificate No. 89824

CERTIFIED COPY OF RECORD OF **BIRTH** IN OFFICE OF THE CITY REGISTRAR

II

I, the undersigned, hereby certify that I hold the office of .................... City Registrar of the City of Boston, and have the custody of the Records of Births, Marriages and Deaths required by law to be kept in said City; and I certify that the following facts appear on said Records:

No. 8523  Date of Birth .................... Name of Child ....................

NAME, SURNAME AND BIRTHPLACE OF FATHER                    NAME, MAIDEN NAME AND BIRTHPLACE OF MOTHER

SEX      COLOR

PLACE OF BIRTH                                            RESIDENCE OF PARENTS

OCCUPATION OF PARENT                                     NAME AND ADDRESS OF INFORMANT

DATE OF RECORD

July 3 1945

WITNESS my hand and the SEAL of the CITY REGISTRAR

I further certify that by annexation, the Records of the following-named cities and towns are in the custody of the City Registrar of Boston:—

on this .................... day of DEC 08 2003 .................... A.D.

|  | ANNEXED |  | ANNEXED |
|---|---|---|---|
| East Boston | 1637 | Charlestown | |
| South Boston | 1804 | Brighton | 1874 |
| Roxbury | 1868 | West Roxbury | |
| Dorchester | 1870 | Hyde Park | 1912 |

City Registrar

Date of amendment: _____

By Chapter 314 of the Acts of 1892, "the certificates or attestations of either Assistant City Registrar shall have the same force and effect as that of the City Registrar."

# JUDICIAL NOTICE

# REGARDING

# OFFICIAL COURT-ORDERED

# NAME-CHANGE

# FOR THE RECORD

# ON THE RECORD

**Exhibit S2**

At Part_____ of the Supreme Court of
the State of New York, held in and
for the County of Sullivan, at
Monticello, New York, on the 15th
day of January, 1993

PRESENT:
HON _Robert C. Williams_
_____Justice
--------------------------------------X

In the Matter of the Application of          Index No. 761/93
ISSA AL HAADI AL MAHDI for leave to
change his name to                           ORDER

        MALACHI YORK.

--------------------------------------X

RECEIVED
OFFICE OF COURT CLERK
93 JAN 25 PM 12: 30

Upon the petition of ISSA AL HAADI AL MAHDI, sworn
to on the 27th day of December 1992 praying for leave
to change his name from ISSA AL HAADI AL MAHDI, to MALACHI
YORK, and the Court being satisfied thereby that the petition
is true and that there being no objection to the change of
name proposed.

NOW, upon motion of JOSEPH SADOW, attorney for
petitioner, it is

ORDERED, that the petitioner, ISSA AL HAADI AL
MAHDI, born on June 26, 1945 at Boston, Massachusetts, whose
birth certificate number is 8523, is hereby authorized to
assume the name MALACHI YORK, in place and stead of his
present name on the 12th day of MARCH 1993,
and upon compliance with the provisions of this Order, it is
further

ORDERED, that this Order shall be entered, and the papers upon which it is granted, filed within ten (10) days from the date hereof, in the office of the Clerk of the County of Sullivan, wherein petitioner resides, and it is further

ORDERED, that at least once within twenty (20) days after entry of this Order, a notice in substantially the following form, shall be published in _Sullivan County Democrat Callicoon, New York_

> Notice is hereby given that an order entered by the Supreme Court, Sullivan County on the _19th_ day of _January_ 1993, bearing Index Number _76/93_, a copy of which may be examined at the Office of the Clerk, located at Court House, Monticello, New York 12701; the date of my birth is June 26, 1945; the place of my birth is Boston, Massachusetts; my present name is ISSA AL HAADI AL MAHDI.

and it is further

ORDERED, that within forty (40) days of the making of this Order, an affidavit of publication as herein directed shall be filed in the Office of the Clerk of the County of _Sullivan_; and it is further

ORDERED, that upon full compliance with the above provisions of this Order, the petitioner shall, on and after

2

the 12th day of March 1993, be known by the name of MALACHI YORK, which he is hereby authorized to assume, and by no other.

STATE OF NEW YORK } ss.:
Sullivan County Clerk's Office }

I, George L. Cooke, County Clerk in and for said County, do hereby certify that I have compared the foregoing copy of a Order _____ with the original now remaining on File _____ in this office and that the same is a correct transcript therefrom and of the whole of said original.

In Testimony whereof, I have hereunto set my hand and affixed the seal of said County this 17th day of March A.D., 19 93

_____ Clerk

ENDORSED, FILED.
January 26, 1993
George L. Cooke
Clerk

3

# JUDICIAL NOTICE

# REGARDING EVIDENCED RECANTMENTS

# PREVIOUSLY BLOCKED

# FROM BEING ENTERED

# INTO COURT

# RECORDS FILE#5:02-CR-27-CAR,

# IN ACCORDANCE TO NEWLY

# RECEIVED AFFIDAVITS,

# PURSUANT TO REMEDY

## AFFIDAVIT OF HABIYBAH WASHINGTON

STATE OF GEORGIA )
)SS.:
COUNTY OF DEKALB)

HABIYBAH WASHINGTON, duly sworn, deposes and says:

1.     I am 28 years of age and reside in Brooklyn, New York. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I understand that in light of my previous testimony and my statements to Federal agents and an Assistant U. S. Attorney, I can be prosecuted for perjury and other crimes. In spite of the risk I am putting myself in, I am prepared to make this affidavit in order to make up for my previous perjury.

2.     In May 2001, I had a conversation with Jacob York at his house. Also present were Nuh and Rashid. Jacob told me that I should go to the FBI with a story because there were rumors going around that some people were speaking to the FBI, that the FBI had my name, and that they knew that I was in charge of the land for some period of time. He said that there were rumors that some children were telling the FBI that they had been molested and that the kids mentioned my name and said that I knew about what was going on. He told me to go to the FBI first and that I should not wait for the FBI to come to me and ask me about it. I told him that I did not want to talk to the FBI and that I did not have any reason to talk to them. I told Jacob that I did not having any knowledge that anything wrong was going on. Jacob said that he wanted his father to go

1

to jail, that his father did not deserve to live, and that we could go to the land and kidnap all the little kids there so that nothing happens to them. I told Jacob that nothing was happening to the kids and nothing would happen to them. Jacob asked me to think about it, and the conversation ended.

3.      On the way back from Florida, I had another conversation with Jacob. Farrah, ██████████████████████ were also in the car. Jacob again proposed that we go to the land to kidnap our little sisters and brothers. He again told me that I should go to the FBI and not wait for them to come to me with whatever they had on me because if I did not they could come after me. He said that whatever anyone said against me they could use against me. I believed him when he said that other people had gone to the FBI. He did not want to give me names. ██████ and I were listening. I told him that I did not want to tell a story against his father even though I was angry with Malachi. I told him that things were not good between Malachi and me and that we were just arguing all the time. Jacob said that he heard that Pops had sex with ████████ and he wanted me to confirm that. I told him that I never saw him have sex with any of these boys. He asked me over and over again, and I told him that I did not know anything about it and that he should talk to whoever it was who was telling him these things. I kept on telling him that I did not know anything. ██████████████ were saying why they were angry with Malachi. Jacob said that he was living for the day when he would see his father in jail. I asked him why he was so angry with his father. He told me that he thought his father had mistreated his mother and had a lot to do with her death. He said that his father was a coward and that he really did not believe that he should be living.

2

4.     After we got back from Florida, we stayed at Jacob's house. The next day, Jacobs showed me a documentary about cults, Charles Manson, David Koresh, Jim Jones and a guy in California. I think his name was Marshall Applegate. He asked me to compare all of these stories with the way we grew up. He said that his father had grown up in the same way that these guys had, that they had the same mentality, that we were a cult. The thought had never occurred to me before. I had mixed reactions. I told him that some of the comparisons with those groups made sense but that I still did not believe that we grew up in a cult. He said that I just didn't know that we grew up in a cult because we were living in it.

5.     I tried to contact my sister, Islah, who was still living on the land. I felt that I was getting the runaround from people on the land and at Athens. I told the lady whom I believed was giving me the runaround that if I couldn't talk to my sister matters were going to get worse. I was very angry. I told Jacob about what had happened on the phone, and he said you see this is what we are dealing with. This is the reason why we have to put and end to this, you should just be able to go up to the land and take your sister. He brought up the kidnapping thing again, and I told him that I didn't want to kidnap her and that if she wanted to leave she should just leave on her own. We started talking about living upstate, and he asked me when I started having sex with his father. I told him that it was when I was 17. He said that he didn't believe me and that it would help me if I said that I was thirteen when we first started having sex.

6.     I finally talked to my sister. She told me that my father had been kicked out and was living on the streets. I was very angry with Malachi because of this, and I vented to Jacob. He told me that if I wanted to speak to the Sheriff I could. I told him

3

that I would talk to the FBI. He called the Sheriff and made arrangements. The next day Jacob and I went to the FBI Office.

7.      They interviewed Jacob first, and I stayed in the car. Then about an hour later they called me up and interviewed me. I told him that I had sex with Malachi when I was thirteen. That was false. I had about four or five more interviews, possibly more. During this time, I was comparing notes with ███████████████████████ ██████████████████████████████████ We stayed in touch by telephone and we told each other what had happened in each of our interviews. For example, the FBI asked me if I remembered that there was a naked picture taken of ████ I told them that I didn't remember. But then I spoke to ██████ and she told me that she had told them that. So the next time I met with the FBI, I told them that I remembered.

8.      In my initial interview, I told the FBI that for a period I had run the finances. They asked me how we kept our money and if we paid taxes. I explained to them everything about the finances. The first time structuring came up was when I interviewed in 2003 by IRS agents. I believe it was September or November of 2003. After the interview I called Jalaine, and FBI agent, and told her that I didn't understand the interview, that I didn't understand the purpose. I then had another interview with the IRS agents and Richard Moultrie. They asked if Malachi had ever told me not to sign reports. I told them No. One of them told me that ██████████ had told them that he told her not to sign them. I told them that not to say Malachi was an angel, but that ██████ said that to cover her ass because she's the one who actually gave the bank tellers a hard time. They said that it was a possibility that Malachi could have said it to her, but that as far as I knew he had never said it to me. They asked if we broke down deposits so

4

that we didn't deposit more than ten thousand dollars. I told them, yes. They asked how I knew to do that. I told them that ▓▓▓▓▓▓▓▓ had explained to me how to do the finances. I do not remember if they asked me if Malachi knew about it.

9.    Malachi has never done the deposits with us. I do not know if he knew that we were breaking down the deposits. He never told me or, to my knowledge, anyone else not to deposit more than $10,000 at a time.

10.    During the interviews, the agents told me that I was doing the right thing, stay strong. They also reminded me that I could be incriminated on a lot of the charges myself, that I was doing this for the children, and that I was a victim myself. They said that the children needed me for this case, that I was the main witness.

11.    I was never molested by Malachi York. I first had sex with him when I was seventeen years old and I did it voluntarily. He never forced me to have sex. I do not know of anyone he has ever molested. I do not know of any children he has ever had sex with. I never took any children to him for the purpose of sex. I did take children to his house to watch movies in his movie theaters and to play. He would have picnics with his children so he could spend time with him. I do not know if he has ever been involved in structuring of deposits or if he ever knew that we were doing it.

5

12. My lawyer and Jonathan Marks, Malachi York's lawyer, have explained to me that I am putting myself at risk by signing this affidavit. I know that, but I want the truth to come out. I do not believe that Malachi York should be in prison for crimes he did not commit.

HABIYBAH WASHINGTON

Sworn to before me
April 23, 2004

NOTARY PUBLIC



6

## AFFIDAVIT OF HANAAN MERRIT

**CLARKE COUNTY**

I, HANAAN MERRIT, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Hanaan Merrit. I was born October 26, 1981. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I, Hanaan Merrit am stating for the record that Dr. Malachi Z. York never molested, raped, or sexually abused me in any way nor did I witness Dr. Malachi Z. York molest, rape or perform any sexual activity with anyone.

3. I, Hanaan Merrit am also stating that I have known Dr. Malachi Z. York most of my life.

4. I am affirming that on May 8, 2002, I was interviewed by Federal Agents Mary Mangrum and Lisa Speaker who questioned me about Malachi Z. York, of which I told them that I never met because I was out of mind and guns were pointing at me. I thought that I was going to die and I told them anything.

5. I am also affirming that on May 8, 2002, after being interviewed I was striped away from my family. Selha Eddington, Huana Evans, Heana Evans, Issa Johnson and myself (all minors) were taken by strangers to a small house in Milledgeville, GA without our parents consent.

6. I being intimidated, scared and threatened was interrogated by Federal Agents being told by them that they know I was molested although I denied the allegations, they continued to badger me. They repeatedly told me that I was molested and covering up for Mr. York alleging that he claimed that he was going to kill me.

7. I writing this to state that I was badgered, threatened and coerced by the Federal Agents in attempts to make statements against Malachi Z. York that were not true.

Signed

Print           Hanaan   Merritt

I HEREBY CERTIFY that on this _13_ day of _June_____, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_Hanaan   Merritt_____, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

Notary Public

My Commission Expires:

LAUREE WELCH
Notary Public, Paulding County, Georgia
My Commission Expires April 11, 2009

## AFFIDAVIT OF SAKINAH WOOD

STATE OF ALABAMA

I, SAKINAH WOOD, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Sakinah Wood. I was born February 3, 1982. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I, Sakinah Wood did reside on the property at 404 Shady Dale Rd from 1994 til 2004. I have known Dr. Malachi Z. York for most of my life and I am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in any way nor did I see nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons.

3. I am hereby affirming that I was interviewed by FBI agent Jalaine Ward, on May 8, 2002 and also two other agents were present FBI agent Sally Heintzysh and FBI agent Tracey Bradford.

4. Jalaine Ward asked me several questions pertaining to my knowledge of Mr. York and acts of sexual molestation of which I told them I had no knowledge. Jalaine Ward asked me the same questions repeatedly. My answers were consistent and truthful. I had no knowledge of any sexual molestation, rape, inappropriate touching or sexual abuse.

5. Jaline Ward then told me and I quote, "Well, Sakinah, you know, you're not saying this now, but sooner or later, it will come out, because Mr. York is never coming out!" Meanwhile, the other agents Sally Heintzysh and Tracey Bradford had their guns in my face.

6. They told me that if I did not comply with their allegations I would go to jail. At which point I felt pressured.

JUN-19-2007 07:42 FROM:                                    TO:14802475610       P.4/7
Case 1:08-cv-02631-BNB    Document 11    Filed 01/08/2009 **EXHIBIT V1-V13**

7. I also, want to state for the record that FBI agent Jalaine Ward subpoenaed me outside of the courthouse in Brunswick Georgia. She stated and I quote, "Get on the right side!"

Signed _____

Print ____Sakina wood_____

I HEREBY CERTIFY that on this ___ day of ___June___, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_____Sakina Wood_____, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

Notary Public _Kaliope Clear_

My Commission Expires: 1/7/2009

## AFFIDAVIT OF DEBORAH SMITH

My name is Deborah Smith. I am over the age of 18. I am making this Affidavit based on my personal knowledge of the facts.

I've known a man from West Africa by the name of Dr. Malichi Z. York for over 20 years. On September 14, 2002 I was arrested and detained in Clayton County Jail. Dr. Malichi Z. York was also detained there, held as a prisoner for Sheriff Howard Richard Sills.

I wrote Dr. Malichi Z. York a letter about returning to Liberia, West Africa. Dr. York never received the letter. It was used in court to prove he was a flight risk.

Dr. York had also spoke with a correction officer by the name of Yuri Johnson who worked in Clayton County. Yuri Johnson had told me that Dr. Malichi Z. York did mention that he would like to return to West Africa. I was excited and wrote Dr. York stating that I may go to West Africa, Liberia also and that I heard from Officer Johnson that he would like to return. Dr. York never received that letter.

I swear and affirm the above statement is true and correct so help me God.

_____
Deborah Smith

Sworn to and subscribed before me, this
19 day of May , 2005.

_____
Notary Public

NOTARY PUBLIC, ATHENS-CLARKE COUNTY, GEORGIA
MY COMMISSION EXPIRES MARCH 23, 2007

# AFFIDAVIT OF ISSA MICHAEL JOHNSON

## FULTON COUNTY

I, ISSA MICHAEL JOHNSON, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Issa Michael Johnson. I was born September 11, 1988. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I, Issa Michael Johnson am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in any way nor did I see nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons in Upstate New York, also called Nubia.

3. I, Issa Michael Johnson am stating for the record that Dr. Malachi Z. York never molested, raped, inappropriately touched me, or abused me sexually in any way nor did I see nor witness Dr. Malachi Z. York molest, rape or perform any sexual activity with any minors or persons in Georgia particularly 404 Shady Dale Rd. Eatonton, GA and Athens, Georgia.

4. I am affirming that in June of 2003, I was in the custody of DEFACS (Department of Family and Children Services) under the care of Ms. Eileen Burke. I was picked up from school by Jana Wydell and I asked where we were going and she replied, "You have a visit with Richard Moultrie." I told her repeatedly that I did not want to see him. I was told that it's not up to me.

5. I told FBI agent Richard Moultrie that I did not want to talk to him. That I was not molested by Mr. York or anyone else. He said that I need to make these statements.

6. FBI agent Richard Moultrie then reminded me that my mother Kathy Johnson was incarcerated and if I cooperated and made certain statements and accusations that he could get my mother out of prison and not mention her name in trial. Richard Moultrie wanted me to exchange false statements for this favor.

7. I considered lying and telling them what they wanted to hear to help my mother. Even though I felt compelled to go along with the stories I repeatedly said I was never molested.

8. There were several alleged victims namely Krystal Harden "Beluwra" and Amala Noel sent by Federal agents to get me to falsely testify against Malachi Z. York and Kathy Johnson. Krystal told me that she couldn't wait to get her money from this trial.

JUN-19-2007 07:43 FROM:                        TO:14802475610        P.7/7
Case 1:08-cv-02631-BNB    Document 11    Filed 01/08/2009  EXHIBIT V1-V13

9. The day of the trial prior to my testimony FBI agent Jalaine Ward reminded me and several others of what we needed to say. Jalaine Ward told us not to mention the previous guilty plea taken by Malachi Z. York. She made sure that we remembered all the stories given to us by the Federal agents.

10. When I didn't keep up with my end of the deal at the trial of Malachi Z. York and testified honestly, FBI agent Richard Moultrie mentioned my mother's name anyway in his last question to me during trial. He asked, "Your mother is Kathy Johnson, right? No further questions your honor."

11. After the trial the government punished me in various ways. They locked me down in a DEFACs facility and took away all privileges including phone, visits with friends and after school activities. Staff members became upset with me and treated me harshly.

12. The reason that I make this affidavit is because I know that it was not right for the Federal agents to coerce, threaten, intimidate or exchange favors for false testimony against any individual who by right should have a fair trial.

Signed _Michael Johnson_

Print _Michael Johnson_

I HEREBY CERTIFY that on this _12th_ day of _June_, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_Michael Johnson_, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

_[signature]_

Notary Public

My Commission Expires:
ELAINE A. BOLSTON
NOTARY PUBLIC, CLAYTON COUNTY, GEORGIA
MY COMMISSION EXPIRES SEPT. 30, 2007
MY Co... ...PT 30, 2007

JUN-19-2007 07:48  FROM:                                    TO:14802475610          P.3/8

**EXHIBIT V1-V13**

## AFFIDAVIT OF EBONY HILL

District of Columbia

I, EBONY HILL, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as follows:

1. My name is Ebony Hill. I was born on February 3, 1977. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity or relations with Mr. York and my witnessing Mr. York having sexual activity or relations with other children.

3. I deny having sexual relations or activity with Mr. York when I was about 13-14 years old in upstate New York or "Nubia" as we called it. I completely deny having sexual relations or activity with Mr. York in the State of New York.

4. I deny witnessing Mr. York having sexual relations or activity with any minors at any time-whether it was New York or Georgia. This includes the persons I named that I witnessed him having sexual relations and activity with in New York, including Sakinah Parham, Nicole Lopez, Chandra Lankin.

5. I deny having sexual relations or activity with Mr. York in Georgia while I was under seventeen (17) years of age.

6. I deny having sexual relations or activity with Mr. York at Disney World.

7. I affirm that Mr. York is the father of my son, born when I was eighteen (18) years old.

8. The reasons I testified untruthfully against Mr. York at trial is because I was personally angry at Mr. York. I was angry because I felt at the time that I was mistreated, neglected and shunned by the father of my son. I was jealous and envious of other women who had gained his favor and attention. I was bitter at him because of the way he allowed me to be treated on the land and not allowed to leave. I was also bitter because I wanted to have fun and experience the things that life had to offer and Mr. York would not allow me. I was vindictive and wanted to pay him back for the above perceived wrongs.

EXHIBIT V1-V13

6.    I understand that I am named as an alleged victim and witness in several counts of the State and Federal Cases against Dr. York.

7.    I was never called by the prosecution to testify in court against Dr. York. I was never given a subpoena to come to court to testify against Dr. York.

8.    I want to state again that I was never molested by Malachi York. I never witnessed Malachi York molesting anyone. I do not know of anyone he has ever molested. I do not know of any children he has ever had sex with. This includes Krystal Harden, Amala Noel, Radeya Herbert, Safa'a LaRoche, Salha Eddington, Husna, and Hasna Evans. I do not believe that Malachi York should be in prison for crimes he did not commit. I want the truth to be known.

Sworn before me
~~April 23, 2004~~ / April 25 2004

_Samaiyah Ellis_
Samaiyah Janiylah Ellis

NOTARY PUBLIC

Notary Public, Barrow County, Georgia
My Commission Expires Oct. 2, 2006

2

## AFFIDAVIT OF SAMAIYAH JAMIYLAH ELLIS

STATE OF GEORGIA
COUNTY OF CLARKE

SAMAIYAH JAMIYLAH ELLIS, duly sworn, deposes and says:

1.      My name is Samaiyah Jamiylah Ellis. I am 18 years of age and reside in Athens, Georgia. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2.      It was May 16, I was at school at my last period and I was called to go to counseling office about an hour before it was time to leave school. I went to the counseling office to a room with three other people and they stated that they wanted to talk to me. I didn't know what it was about and I went in the room and they told me, this is between them and me, not anybody else and don't tell my mother and anybody else. It's just between us, and they were asking me questions about Dr. York. They asked me if I was ever molested by Dr. York. I told them no. Then one of the females told me they were having papers sent to me in regards if I had said anything to help the situation, what were having papers sent to me in regards if I had said anything to help the situation, what to tell them, what happened and what they think happened. I told them it didn't happen and they kept forcing me by saying that if I don't say this then they'll probably put me in jail or they would file a whole bunch of papers against me.

3.      So they kept me in the room for too long and I wanted to leave because I was scared. I told them what they wanted to hear because I was very afraid of the part when the lady was telling me about going to jail. So I told them what they wanted to hear because I felt that I would go to jail if I didn't go along with what they were saying. I missed my bus ride home, so they told me that they could drop me off. Then they said they really couldn't do that so they would drop me off somewhere close to my house because they couldn't be seen with me.

4.      I came home and I told my mother they put fear in me and I told them what they wanted to hear. I was afraid and I wanted to hurry up and get out of there and the next day I felt bad about it and I called Ms. Franklin and I told her it's a conspiracy, that none of this happened then I felt bad and I told her he didn't deserve none of this because Dr. Malachi, he's a good person and he didn't do anything to me, nothing happened to anybody and he has love for everybody, and he's a good man. So I felt bad that's why I called her.

5.      I received constant phone calls and visits from many of them who had been angry with Dr. York for having all of us leave the land for many mischievous things we did. I didn't know that the conversations with Habiba Washington, Safa'a LaRoche, Krystal Hardon, etc. would lead up to the arrest of Dr. York.

1

6.    I understand that I am named as an alleged victim and witness in several counts of the State and Federal Cases against Dr. York.

7.    I was never called by the prosecution to testify in court against Dr. York. I was never given a subpoena to come to court to testify against Dr. York.

8.    I want to state again that I was never molested by Malachi York. I never witnessed Malachi York molesting anyone. I do not know of anyone he has ever molested. I do not know of any children he has ever had sex with. This includes Krystal Harden, Amala Noel, Radeya Herbert, Sath'a LaRoche, Salha Eddington, Huma, and Hagna Evans. I do not believe that Malachi York should be in prison for crimes he did not commit. I want the truth to be known.

Sworn before me
April 23, 2004 / April 25 2004

NOTARY PUBLIC

Notary Public, Barrow County, Georgia
My Commission Expires Oct. 2, 2005

*Samaiyah Ellis*
Samaiyah Janaiylah Ellis

2

Case 5:08-cv-00455-CAR-GMF   Document 13-2   Filed 03/16/09   Page 33 of 38

EXHIBIT V1-V13

JUN-19-2007 07:49 FROM Case 1:08-cv-02631-BNB   Document 11   Filed 01/08/2009   Page 05 of 15   PAGE 01
11/23/2008  10:49   404-221-1255          FEDEX KINKO'S   1527

## AFFIDAVIT OF ABDUS SALAAM LAROCHE

Fulton County

I, ABDUS SALAAM LAROCHE, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Abdus Salaam LaRoche. I was born March 20, 1984. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity. I am also stating that I did not engage in any type of sexual activity with Mr. York including oral sex or anal sex. Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with any minors or adults.

3. I deny that Khadijah "Maculiah" Merrit performed any oral sex on me in the presence of Mr. York when I was about 13, nor did I witness any sexual activity between Mr. York and Khadijah "Maculiah" Merrit in Eatonton, Georgia.

4. I deny that Mr. York performed anal sex on me at any time. I also deny any sexual relations between myself and Khadijah Merrit in the presence of Mr. York at any time.

5. I deny having or witnessing any sexual relationships with Mr. York involving the people I named at trial including Issa Johnson, and Khadijah Merrit on 404 Shady Dale Rd in Eatonton, Georgia.

6. I deny having any sexual activity with Mr. York inclusive of all inappropriate acts including anal sex or oral sex in Athens nor with any of the people that I named in my testimony including Krystal Harden, Khadijah Merrit and Nicole Harden "Susan".

7. I affirm that the reason I testified falsely against Malachi York and others aforementioned is because I was told that I had to go along with the stories as everyone else did. FBI Jalaine Ward told me and I quote, "Other people already came forth and we already know what happened and it's best that you do the same!"

Exhibit J-7

8. At this point I felt alone and scared and went along with the stories FBI Jalaine Ward gave me even though I repeatedly stated that I was never molested or sexually abused by Mr. York or anyone.

9. I was pressured by FBI agent Jalaine Ward who then told me that I would be okay if I just cooperate with stories of molestation that I had no knowledge of.

10. I also affirm that I had several interviews with FBI agent Richard Moultrie to make sure my stories matched with others.

11. I am coming forth now to put the truth on record. I am no longer afraid of hiding the truth behind the conspiracy of Malachi York. I felt that I was wrong in attesting to these false allegations and I go on record stating that I never saw any type of child molestation involving Malachi York.

Signed _____

Print _____

I HEREBY CERTIFY that on this 21st day of November, 2005, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

_____, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

Notary Public

My Commission Expires:

JUN-19-2007 07:50 FROM: Case 1:08-cv-02631-BNB    Document 11    Filed 01/08/2009    TO:14802475610    P.7/8    EXHIBIT V1-V13

## AFFIDAVIT OF TAARIQ "DAVID" NOEL

Fulton County

I, TAARIQ NOEL, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as following:

1. My name is Taariq Noel. I was born October 25, 1985. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2. I am hereby affirming that the majority of my testimony at the Federal criminal trial of Dwight York (Malachi York) was false, specifically in the area of my personal sexual activity. I am also stating that I did not engage in any type of sexual activity with Mr. York including oral sex or anal sex. Nor did I witness Mr. York engage in sexual activity or any inappropriate sexual behavior with any minors or adults.

3. I deny having any sexual involvement with Mr. York in upstate New York at age 7 or any age.

4. I deny having watched or seen any pornographic cartoons or inappropriate adult material with Mr. York nor any adult specifically Chandra Lampkin "Najlaa" at any time.

5. I deny being involved in any sexual activity or witnessing any inappropriate behavior with Mr. York or any adults as I testified in court specifically Kathy Johnson, Chandra Lampkin "Najlaa" or Khadijah Merrit "Mucullah" while living in Eatonton Georgia.

6. I deny having or witnessing any sexual intercourse including oral nor anal involving Khalid Eddington "Eddie", Issa Johnson, and Abdul Salaam "Shilemooh" with Mr. York, Kathy Johnson, Chandra Lampkin "Najlaa" or Khadijah Merrit "Mucullah".

7. I testified falsely against Malachi York, Kathy Johnson, Chandra Lampkin "Najlaa" and Khadijah Merrit "Mucullah" for several reasons. The main reason was the threats made against me by FBI agent Joan Cronier and FBI agent Richard Moultrie. I was told by Joan Cronier that if I denied the allegations that my mother would be incarcerated for fraud.

EXHIBIT V1-V13

8.  I didn't know my legal rights and I was told that several individuals involved my name falsely in these allegations. At that age you don't know that you can disagree with the FBI.

9.  The specifics of my testimony come from stories that were forced on me by FBI agents Joan Cronier and Richard Moultrie. I felt trapped to go along with the allegations in order to protect my family including my mother Barbara Noel, and my sisters Nicole Lopez and Amala Noel from the threats of being incarcerated.

Signed _____

Print _____

I HEREBY CERTIFY that on this 12th day of July, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared

TAARIO NOEL _____, known to me, or satisfactorily proven, to be the person whose name is subscribe to the within instrument and did acknowledge that executed the same for the purposes therein contained.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

                                        Notary Public

                    BLAINE A. POLSTON
            NOTARY PUBLIC, CLAYTON COUNTY, GEORGIA
            MY COMMISSION EXPIRES SEPT. 30, 2007
My Commission Expires:

**EXHIBIT V1-V13**

## AFFIDAVIT OF RADEYA MUHAMMAD

STATE OF GEORGIA
COUNTY OF FULTON

I, RADEYA MUHAMMAD, being first duly sworn and being competent to testify and having personal knowledge of the facts herein, states as follows:

1.    My name is Radeya Muhammad. I am 22 years of age and reside in Orlando Florida. I make this affidavit of my own free will. No one has threatened or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit. I am prepared to make this affidavit in order to tell the truth and let it be known.

2.    On March 25, 2002 I was taken by my father to the FBI Office in Orlando, Florida and was questioned by FBI agent Savage. My father, Hamdha A. Muhammad was present and did most of the initial talking. I was 17 years old at the time.

3.    Prior to meeting with the F.B.I. my father had been in contact with Sheriff Sills for years in relationship to his visitation efforts to see me. It is alleged that my father could not enter the land. My father did not agree with me and my mother moving in and living on the land (404 Shady Dale Road, Eatonton, GA). The dispute between my mother, Haroline Herbert and my father was the reason my father was not allowed to visit.

4.    I was told that I was important to the case against Malachi York because Habibah Washington had told the FBI about me. I was asked questions about Malachi York and my involvement with Nuwaubians.

5.    My father, Hamdha A. Muhammad filed a Civil Suit in Clark County Georgia against Malachi Z. York one month after the arrest of Mr. York. This civil suit has since been dismissed.

6.    I was told by the agent that they knew what had happened on the land and what happened to me. They lied to me and told me that Malachi York was already arrested and my statements would not make a difference and I was scared so I went along to just get it over with.

7.    I personally feel that statements attributed to me in the F.B.I interview of March 25, 2002 are not my words. There are many, many, inaccuracies. My relationship with Mr. York was like a father- step daughter relationship.

1

**EXHIBIT V1-V13**

8.  They told me that others mentioned my name as being molested by Malachi. They (FBI) gave me details of what others allegedly said and I was told by everyone to admit to it and go along.

9.  I felt pressured and coerced into cooperating with the F.B.I. I figured that if I didn't cooperate, that I would be going to jail.

10.  I was subpoenaed to testify, and did testify before the grand jury of the State of Georgia out of fear and previous intimidation by detectives and FBI agents during interviews.

11.  I never had sexual relations or sexual activity with Malachi York. I never witnessed Malachi York having sexual activity with anyone. I do not know of anyone he has ever molested. I do not know of any minors he has ever had sex with. This includes Krystal Harden, Amala Noel, Samaiyah Ellis, Safi'a LaRoche, Salha Eddington, Husna, and Hasna Evans.

I HEREBY CERTIFY that on this 20 day of _May_, 2007, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared _Rabee Muhammad_, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument and did acknowledge that executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year aforesaid.

My Commission Expires.

Notary Public

STEVEN GRIFFITH
NOTARY PUBLIC DEKALB COUNTY, GA
MY COMMISSION EXPIRES APRIL 15, 2008

2