**EXHIBIT V1-V13**

## Affidavit of Ebony Richards

State of  Georgia
County of  Clarke
 Ebony Richards personally came and appeared before me,
The undersigned notary, the within named _Ebony M Richards_
Who is a resident of _Clarke_ County, State
Of _Georgia_, and makes this her statement and Affidavit
Upon oath and affirmation of belief and personal knowledge that
The following matters, facts and things set forth are true and correct
To the best of her knowledge.

My name is Ebony Richards born November 20, 1980. My maiden name is Ebony Henry. I have been married to Gerald Richards since July 22, 2002. I am 26 years of age and reside in Athens,GA. I make this affidavit of my own free will. No one has threatened me or coerced me to make it. Nor have I been offered anything of value in return for making this affidavit.

On February 11, 1995 ,at the age of  14 years old, I moved onto the property at 404 Shady Dale Rd. in Eatonton, GA.  I resided there until August,2004.

I, Ebony Richards state for the record that Malachi Z. York has never molested, raped, touched or behaved in any indecent or inappropriate manner towards me  in any form or fashion, nor have I seen Mr. Malachi Z. York  molest, rape, touch, or behave indecent or inappropriate towards  any other child, adult etc..  Malachi Z. York and myself, Ebony Richards have never engaged in sexual activities of any kind, form or fashion together. I, Ebony Richards have never engaged in sexual activities of any kind, form or fashion with other individuals in the presence of Malachi Z. York.

I, Ebony Richards state for the record that I have never witnessed Malachi Z. York having or engaged in any sexual activities of any kind, form or fashion with the following individuals- Amaia Noel, Safaa La Roache, Saiha Eddington, Arlene Hamilton.

I, Ebony Richards state that while living in Eatonton, GA, I never was witness to nor participated in any video of  pornographic or sexual nature with anyone including Malachi Z. York.

Dated the _June 07_ day of _07_, 20_07_.

_Ebony M Richards_
Signature of Affiant.
Sworn to and subscribed before me, this is the _7th_ day of
_June_, 20_07_.

# Second Nuwaubian recants testimony

## Witnesses say York never molested them

**Pat Hogan**
phogan@covnews.com

United States District Attorneys are suffering their second setback in less than two weeks in the case against Malachi York, highly publicized figurehead of the United Nuwaubian Nation of Moors, after a second important witness and alleged victim has come forward to recant earlier testimony that York molested her.

In a video recording that, as of Monday afternoon, had been released only to The Covington News, Samaiyah Jamiylah Ellis, one of 14 alleged victims listed in the original York indictment, recanted her original allegation to the FBI that she was molested by York as a juvenile.

The video, dated April 20, was produced by a videographer with Ellis' personal attorney present, according to Frederick Johnson, a York legal supporter and Nuwaubian member.

In the taped statement, Ellis, who was reportedly pulled out of a high school class by FBI agents investigating York, said that she told the agents "what they wanted to hear" because she was frightened.

According to Ellis, the FBI agents instructed her not to tell anyone, including her mother, about the interview, which reportedly took place within the school.

After the interview, the agents reportedly drove Ellis home because she had missed her bus, but they refused to drop her off in front of her house in order to avoid being seen with her, according to Ellis.

Ellis said that she did tell her mother about the incident and reported to officials the following day that she had lied to the FBI agents.

Attempts to contact FBI lead investigator Jalaine Ward were unsuccessful.

## Trial transcripts sealed

Transcripts of Ellis' testimony in the federal trial against York are unavailable due to the fact that U.S. District Court Judge C. Ashley Royal sealed all transcripts of the trial nearly one month ago, according to officials at the U.S. District Court Office in Macon. The motion to seal the transcripts, which was filed by the prosecution, is sealed as well.

Ellis' recantment comes on the heels of another reversal of testimony. On April 18, 2003, a key witness for the prosecution's case, former Nuwaubian member Habiba Washington, filmed a video recantment in the presence of her personal attorney,

See Nuwaubians page 5



Tuesday, May 18, 2004

PROUD TO BE NEWTON COUNTY'S NEWSPAPER SINCE 1865

Phone: 770-787-NEWS

WWW.covnews.com

The Covington News

# Nuwaubians:

*From front page*

Dwight Johnson.

In the video, Washington claims that she lied to investigators and lied while testifying in the federal trial and asserts that the lies were part of a conspiracy concocted by his estranged son to implicate his father.

According to Washington, York's son, Jacob, convinced her and several other former Nuwaubian members listed on the indictment that, unless they testified that York had molested them and other members, they would be implicated in a looming investigation by the FBI. Jacob York apparently convinced Washington and the other former members during a vacation to Florida. Photographs exist to document the group on their trip.

## Conspiracy against York?

Prior to the vacation, none of the former members had made accusations about York's alleged misconduct. However, within days of returning from the trip, several of them, including Washington, had voluntarily gone to the FBI with allegations of conspiracy and molestation. Despite statements from Assistant U.S. Attorney Richard Moultrie indicating that Washington was not a vital witness to the prosecution, she did hold the position of financial manager under York while living on the Nuwaubian property outside Eatonton.

Washington's testimony regarding York's alleged money structuring activities plays a large role in the entire federal case. York was originally indicted in the federal case on four charges of transporting a minor across state lines for the purpose of having sex with them.

However, York supporters say that the statute of limitations for those counts had already run out. Victims of a crime have only a certain, specified amount of time once the alleged crime has taken place to make a legal accusation.

In this case, according to Johnson, too much time elapsed between the dates of the alleged incidents and the date of the allegations for a legal case to be made.

According to Johnson, federal prosecutors responded with a superseding indictment that includes allegations of crimes that carry a greater statute of limitations. As a result, York supporters argue, the new charges in the indictment — one racketeering count and three counts of evading federal financial reporting requirements — allow the original charges to remain permissible in the lawsuit.

## Case suspended; York in prison

Without the three money structuring counts, however, York's molestation charges are moot, according to Johnson. With Washington as the prosecution's key witness for the money structuring charges, her recantment could throw a wrench into the prosecution's case.

Washington, Ellis and a number of other alleged victims listed on the indictment attended a restitution hearing in the case with the intention of recanting their earlier testimony.

The hearing took place April 23, just days after a jury sentenced York to 135 years in federal prison without the possibility of parole.

Judge C. Ashley Royal denied defense attorneys' attempts to permit any of the testimony, except for that of Washington. Royal suspended the hearing until he could review the law regarding the permissibility of Washington's testimony. The case has yet to move forward.

According to officials, Washington and Ellis could face perjury charges for recanting their testimony.

Local News

## III. AFFIDAVIT OF TRUTH

Be it known to all who call themselves government, their courts, agents, and other parties, that I, Malachi York El:©™, am a natural born sovereign individual, Diplomat and citizen of Liberia DP#: 003828-04, and a Native American Moor Chief of the Yamassee Native American Moors UN # 215/1993subjects. I am not subject to anyone. I am not dominated by anyone. I am not a person as defined in your statutes when such definition includes artificial entities. I refuse to be treated as a federally or state created entity which is only capable of exercising certain rights, privileges, or immunities as specifically granted by Federal or State governments. I may voluntarily choose to comply with the laws which others attempt to impose upon me, but no such laws, nor their enforcers, have any authority over me. I am not in any jurisdiction, for I am not of subject status. Unless I have willfully harmed or violated someone or someone's property without their consent, I have not committed any crime, and am therefore not subject to any penalty (**See Exhibits**        Affidavits of alleged victims recanting their original testimony). Thus, be it known to all, that I reserve my natural right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the "liability associated with the compelled and pretended benefit of any hidden or unrevealed contract or commercial agreement. As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed benefits associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such benefits but I have not accepted them in a manner that binds me to anything. Any such participation does not constitute acceptance, because of the absence of full disclosure of any valid offer, and voluntary consent

without misrepresentation or coercion. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed contract is therefore void, from the beginning. From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights, and, as such, take notice that I revoke, cancel, and make void from the beginning my signature on any and all contracts, agreements, forms, or any instrument which may be construed in any way to give any agency or department of any government any authority, venue, or jurisdiction over me. Typical examples of such compelled and pretended benefits are:

1. Birth Certificate: The fact that a birth certificate was issued to me by a local hospital or government agency when I was born, is irrelevant to my sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any significance, as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind.

2. The use of national currency to discharge my debts: I have used these only because there is no other widely recognized currency.

3. The use of a bank account: If there is any hidden contract behind an account, my signature there with gives no validity to it. The signature is only for verification of identity. I can not be obligated to fulfill any hidden or unrevealed "contract" whatsoever, due to the absence of full disclosure and voluntary consent. Likewise, my use of the bank

account is due to the absence of an alternative. To not use any bank at all is very difficult and impractical.

4. The use of a driver's license: There is no real need for me to have such a license for traveling in a car. However, if I am stopped for any reason and found to be without a license, it is likely I would be unduly harassed and penalized. Therefore, under duress, I carry a license only to avoid extreme inconvenience.

5. State plates on my car: Similarly, if I have registered my car with the state and carry the state plates on it, I have done so only because to have any other plates or no plates at all, causes me to run the risk of police officer harassment and extreme inconvenience.

6. The use of a passport: There is no real need for me to have a United States passport (or other associated permits, visas, etc.) to travel. I have the right to travel without hindrance, wherever, however, and whenever I wish, so long as I do not encroach upon the private property of others. Though without a passport, my right to travel is unduly hindered. Therefore, under duress, I only use a "passport" to prevent extreme inconvenience and to ensure that I can travel from one country to another at all.

7. Past filing of tax returns: Because such tax returns were filed under threat, duress, and coercion, and no two-way contract was ever signed with full disclosure, there is nothing in any past filing of tax returns or payments that created any valid contract. Therefore, no obligation on my part was ever created.

8. Past enrollment and voting: Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the requirements for the supposed privilege to enroll and vote, any such enrollment or voting does not oblige me to do anything, nor grant any jurisdiction over me to anyone.

9. Citizenship: Any document I may have ever signed, in which I answered "yes" to the question, Are you a United States citizen? - cannot be used to compromise

my status as a sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed citizenship, provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no binding contract. I am not a United States citizen. I am not a resident of, an inhabitant of, a franchise of, a subject of, a ward of, the property of, the chattel of, or subject to the jurisdiction of any monarch or any corporate commonwealth, federal, state, territory, county, council, city, municipal body politic, or other government allegedly created under the authority of , or known as the United States. I am not subject to any legislation, department, or agency created by such authorities, nor to the jurisdiction of any employees, officers, or agents deriving their authority there from. Nor do any of the statutes or regulations of such authorities apply to me or have any jurisdiction over me.

Further, I am not a subject of any courts or bound by precedents of any courts, deriving their jurisdiction from said authorities. Take notice that I hereby cancel and make void fromthe beginning any such instrument or any presumed election made by any government or any agency or department thereof known as the United States, that I am or ever have voluntarily elected to be treated as a subject of any monarch or a citizen, or a resident of any commonwealth, state, territory, possession, instrumentality, enclave, division, district, or province, subject to their jurisdiction(s). (See **Exhibit K1-K4** Liberian Documents Pursuant to 8 U.S.C. § 1481, (See **Exhibit K-5** Liberian Citizenship acknowledgement by the Department of Justice and See **Exhibit K-6** The United States District Court For The District of Colorado)

10. Constitution: The document supposedly setting forth the foundations of a country and its government, has no inherent authority or obligation. A constitution has no

authority or obligation at all, unless as a contract between two or more individuals, and then it is limited only to those individuals who have specifically entered into it. At most, such a document could be a contract between the existing people at the time of its creation, but no-one has the right, authority, or power to bind their posterity. I have not knowingly, voluntarily and intentionally entered into any such constitution contract to oblige myself thereby, therefore such a document is inapplicable to me, and anyone claiming to derive their authority from such a document has no jurisdiction over me.

11. Use of semantics: Because the courts have become entangled in the game of semantics, be it known to all courts and all parties, that if I have ever signed any document or spoken any words on record, using words defined by twists in any law books different from the common usage, there can be no effect whatsoever on my sovereign status in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the definition in the common dictionary differs from the definition in the law dictionary, it is the definition in the common dictionary that prevails, because it is more trustworthy. Such compelled and supposed benefits include, but are not limited to, the aforementioned typical examples. My use of such alleged benefits is under duress only, and is with full reservation of all my natural inherent rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled benefits may be temporary, until alternatives become available, practical, and widely recognized.

## REVOCATION OF POWER OF ATTORNEY

I hereby revoke, rescind, cancel, and make void from the beginning, all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to any tax file/identification number and/or social security

number assigned to me, as it pertains to my birth certificate, and as it pertains to any and all other numbers, licenses, certificates, and other instruments issued by any and all government and quasi-governmental departments or agencies, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty and/or property. I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged benefit or gratuity associated with any of the aforementioned numbers, licenses certificates, and other instruments. My use of any such numbers, licenses, certificates, or other instruments has been for information purposes only, and does not grant any jurisdiction to anyone. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possess allodial title to any and all such property. Take notice that I also revoke, cancel, and make void from the beginning all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, governmental departments, agencies or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts. I affirm that all of the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my inalienable rights and my specific right not to be bound by any contract or obligation which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion.

# JUDICIAL NOTICE

# IN LIEU OF ADDITONAL

# ACCEPTANCES FOR

# CLOSURE, DISCHARGE, SETTLEMENT,

# AND REMEDY MISAPPROPRIATED

# IN THIS MATTER:

12/22/2008

# THIRTY (30) PIECE SILVER COINAGE VALIDATION, BY NOTARY VERIFICATION FOR THE USE AS CONSTITUTIONAL PAYMENT FOR SETTLEMENT AND CLOSURE KNOWLEDGE PURSUANT TO TITLE 1 § 1, 48 Stat, ARTICLE 1 § 10 OF THE UNITED STATES CONSTITUTION, THE COINAGE ACT OF 1792, & 12 USC § 152:

EH 519446076 US(US DISTRICT COURT PAYEE), EH 519446028 US(To IRS), EH 519446045 US(US Dept.:Treas.), EH 519446059 US(CO STATE ATTORNEY GEN.), and EH 519446031 US(Dept.:Treas. P.R.);

I _James Lumley_, A PUBLIC NOTARY FOR THE STATE OF _Colorado_, DUE HEREBY ACKNOWLEDGE THAT _Charles Arull_, _James Amir Ali_, AND _Jaame-Amen_ APPEARED BEFORE ME ON THE _20th_ DAY, IN THE MONTH: _December_, IN THE YEAR: _2008_, POSSESSING A TWO-PIECE PACKAGE SECURED PRESENTMENT OF THIRTY PIECES OF SILVER COINAGE, REAL CONSTITUTIONAL MONEY IN THEIR POSSESSION, FOR VALIDATION, BY THIS NOTARIAL ACKNOWLEDGEMENT, UNDER PENALTIES OF PERJURY, WITHIN THE CITY: _Boulder_ IN THE STATE: _Colorado_.

## NOTARIAL ACKNOWLEDGEMENT

Notary Acceptor: _James Lumley_    My Commission Expires: _04/17/2011_

Witness: _____

Witness: _____

Witness: _____

JAMES H LUMLEY
Notary Public
State of Colorado

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 24 2008

GREGORY C. LANGHAM
CLERK

# CERTIFICATION OF SILVER SURETY BOND

KNOW ALL MEN, BY THESE PRESENTS that: *DWIGHT YORK* /:Malachi York El: :®:©™ (*Authorized Representative*) appeared before the undersigned Notary with 30 Silver Coins to establish this Silver Surety Bond.

This Silver Surety Bond establishes: *DWIGHT YORK* /:Malachi York El:®:©™ as a Sui Juris with substance(not a pauper, not Bankrupt, not a vagabond)

Now I affix my hand in seal to this document to certify the above claim, establishing a Silver Surety Bond for :*DWIGHT YORK* / Malachi York El:®:©™

The Trustee:*DWIGHT YORK* / :Malachi York El:®:©™, Living Principal, Surety, Guarantor

Witness

Witness

Witness

Notary Public

Registered Surety Act and Bond Number: <u>RR 059 445 061 US DY / MY</u>

Issued By:
The Trustee: *DWIGHT YORK* /:Malachi York El:®:©™,
Living Principal, Surety and Guarantor dolus
*DWIGHT YORK*©™ / MALACHI YORK EL©™ dolus
only in my capacity as beneficiary
to the Original Jurisdiction

# DECLARATION FOR NOTICE WITH SURETY ACT AND BOND

§  The united States of America, the perpetual
§             union of sovereign states combined
§                to form a Constitutional Republic
§
§        on the soil of Georgia, a sovereign state
§             within the perpetual Union of States
§
§        at the sovereign county of __Fulton__

The Trustee :*DWIGHT YORK*©™ / :Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ / MALACHI YORK EL©™, live on the soil of Georgia a Republican form of Government. Acting in good faith and with clean hands, I declare that I am <u>not</u> a corporation or legal fiction. I am a man of age, competent for testifying, and have first-hand knowledge that the facts stated herein are true, correct, complete, certain and not misleading. I hereby and herein declare and proclaim the following:

The Trustee: Malachi York El, Living Principal, Surety and Guarantor dolus DWIGHT YORK©™ / MALACHI YORK EL©™, am acting in good conscience of my own free will and accord, in my capacity as beneficiary to the Original Jurisdiction, and hereby willingly, in the presence of my Creator, El Khaliqa / HuHe, undertake to act as surety, to pledge and provide private bond, in the amount of 30.00 dollar(s) in silver coinage, minted by the American Treasury of the united States of America, with said lawful coin dollars of the united States of America personally held by *DWIGHT YORK*©™ / :Malachi York El:®:©™ (Authorized Representative).

This Declaration for Notice with Surety Act and Bond is payment for the case of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™ by my appellation, in my capacity as beneficiary to the Original Jurisdiction, as a full faith guarantee to any lawful Bill of Redemption, duly presented under lawful specie money of account of the united States of America, Original Jurisdiction.

The Bill of Redemption, (Surety Act and Bond) is a tender, as set-off for any alleged contract, agreement, consent or assent purportedly held, as an obligation or duty against The Trustee-*DWIGHT YORK*©™ / :Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus DWIGHT YORK / MALACHI YORK EL©™, so as to cause an imputed disability or presumption against the capacity, rights and powers of *DWIGHT YORK*©™ /:Malachi York El:®:©™ This Declaration for Notice with Surety Act and Bond under duly establishes, by my witness, in lawful specie money, of The Trustee *DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK*©™ /:Malachi York El:®:©™

Declaration for Notice with Surety Act and Bond                    Page 1 of 3

I do make this surety, pledge and bond, as my full faith guarantee to any lawful Bill, duly presented to The Trustee :*DWIGHT YORK©™* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™, in lawful specie money of account of the united States of America, in the matter of correct public judicial/corporate actions in the forum of Original Jurisdiction and Original Rules, for the benefit of The Trustee *DWIGHT YORK©™* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™, and his heirs and assigns.

The specific intent of this Declaration for Notice with Surety Act and Bond is to establish, by my witness, in lawful specie dollars of the united States of America, in the sum certain amount of at least 30.00 dollar(s) in silver coinage, minted by the American Treasury of the united States of America and which carry no debt obligations worldwide, available to bond the actions of The Trustee, *DWIGHT YORK©™* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™. *"AMERICAN BANK AND TRUST COMPANY, ET AL., PETITIONER vs. DALLAS COUNTY, ET AL."*, No. 81-1717, a/k/a *463 U.S. 855, 77 L.ED.2D 1072, "No state shall make anything (assuming the name of any State) may take private property for public use without just compensation (AND NOT DEBT PAPER)"*. At *Affidavit file #5325060, #3555, #2312-#2326 at Lee county, Florida state for the united states of America, et al.* Further, in reservation of rights under common law and customs of the united States of America, Original Jurisdiction and Original Rules, The Trustee :DWIGHT YORK©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™, cannot be bankrupt or be a vagrant or be a ward of the State, or be the *dolus* trust *"DWIGHT YORK©™ / MALACHI YORK EL©™"*, a legal entity, and is not acting in *cessio bonorum.*

The Demand is hereby made for all city, state and federal fiduciaries operating in a corporate capacity, to present a Declaration for Notice with Surety Act and Bond, into evidence in the case of *DWIGHT YORK©™* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus *DWIGHT YORK©™* / MALACHI YORK EL©™.

The life of this Declaration for Notice with Surety Act and Bond covers a period of life from the date of issue from the date of issue for the Secured Party Sovereign, Trustee *DWIGHT YORK©™* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor. *DWIGHT YORK* /:Malachi York El:®:©™ herein confirm, attest, and affirm this Declaration for Notice with Surety Act and Bond. Any and all assumptions and/or presumptions are required to be proven in written form, and signed and sealed before three witnesses, in order to be a valid response.

Failure to, within three business days of receipt, (*Truth In Lending, Regulation Z*) respond to, request additional time for responding for, or refute the foregoing Declaration for Notice with Surety Act and Bond, point for point (see Commercial Maxims of Law), (UCC 1-204) is a default, and the adverse party is collaterally estopped from any further adversarial actions against The Trustee *DWIGHT YORK©™* / Malachi York El:®:©™, Living Principal, Surety and Guarantor, and for good cause not limited to the laws of collateral estoppel, coercion, fraud and want of jurisdiction of the subject-matter, The Trustee *DWIGHT YORK* /:Malachi York El:®:©™, Living Principal, Surety and Guarantor, sovereign, demands that the cause(s) be vacated and dismissed, and that the accounts be immediately discharged with prejudice. It is hereby made plain and clear that the said failure of response or rebuttal, under penalties of perjury, clearly defines the adverse parties assent to the foregoing Declaration for Notice with Surety Act and Bond, and that a fault exists creating fraud UCC §1-201(16) through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc., both expressed or implied, from the beginning, (UCC §1-103) of which the adverse party is relying on, and that is no longer permission by consent or assent for any demand of payment being ordered or levied against The Trustee :*DWIGHT YORK©™* / Malachi York El:®:©™, Living Principal, Surety and

Declaration for Notice with Surety Act and Bond                    Page 2 of 3

Guarantor further demands that the record of the cause(s) be expunged. Failure to comply with the foregoing Declaration for Notice with Surety Act and Bond, within three business days of receipt, will negate the adverse party's remedies. Any third-parties serving on the cause(s) will be liable for civil and criminal prosecution.

The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™ Living Principal, Surety and Guarantor, hereby and herein explicitly reserve all of my rights without recourse, I hereby and herein <u>claim</u> my right to common law jurisdiction and <u>refuse</u> statutory jurisdiction and/or admiralty jurisdiction.

Asserverated, signed and issued, in good faith and with clean hands, without, *dolus* on this ___17th___ day of the ___/c.___ month in the year of our Lord, ___2225___, at the county of ___Fulton___.

*Teste Melpso*

The Trustee :*DWIGHT YORK*©™ /:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus DWIGHT YORK©™ / MALACHI YORK EL©™, UCC 1-207, UCC 1-308;

Witness/Trustee: _____

Witness/Trustee: _____

Witness/Trustee: _____

## Authentication

§ The united States of America, the perpetual
§ union of sovereign states combined
§ to form a Constitutional Republic
§
§ on the soil of Georgia, a sovereign state
§ within the perpetual Union of States
§
§ at the sovereign county of ___Fulton___

Having witnessed the signing and sealing of the foregoing "Declaration for Notice with Surety Act and Bond", by the Trustee :*DWIGHT YORK*©™/:Malachi York El:®:©™, Living Principal, Surety and Guarantor dolus and seal hereon as an authentic act as a Public Notary, on this ___17___ day of the ___/c.___ month in the year of our Lord, ___2225___, at the county of ___Fulton___.

_____
Public Notary

Seal





**ACCEPT FOR VALUE**

Officer Holder of the Treasury:

EL, MALACHI Z YORK CESTUI QUE TRUST, Accepts for Value and Consideration

RELATED MORTGAGES,

ARTICLE 9, ARTICLE

AND ARTICLE 4 OF THE UCC

"Preferred Stock", Registered Account

RR059445061US, Thru Treasury Dept

ATTN: Henry M. Paulson Jr

CUSIP-AUTOTRIS#06436027

THROUGH US DISTRICT COURT "et al"

ACCOUNT# 5:02-CR-27-CAR, "et al";

PROPERTY ADDRESS: USP FLORENCE ADMAX

PO BOX 8500

FLORENCE, CO 81226

ACCOUNT NUMBER: 1:07-cv-01297-EWM-KLM "et al"

FOR FULL SET-OFF

PAYMENT AMOUNT: $350Mil USD

TO US District Court

901 19th St

Denver Colorado 80294

18

ACCEPT FOR VALUE

Officer Holder of the Treasury:

EL, MALACHI Z YORK, CESTUI QUE TRUST, Accepts for Value and Consideration hereby, Endorsements, or all associated Debts

A. Must be located upon the exercise of due diligence;

B. Has been transferred, sold, or deposited with a third person;

C. Has been placed beyond the jurisdiction of the Court;

D. Has been substantially diminished in value;

E. Has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property of DWIGHT YORK, or Assets of equal value up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 2253 and Rules 32.2 of the Federal Rules of Criminal Procedure.

RELATED MORTGAGES PURSUANT TO: UCC1-207, UCC1-308, ARTICLE 9, ARTICLE 2, ARTICLE 3, ARTICLE 8, ARTICLE 4 OF THE UCC.

"Preferred Stock", Registered Account# RR059445061US, TRUE BILL, US Treasury Dep

ATTN: Henry M. Paulson Jr.

Presented By:

MAXWELL WOOD
UNITED STATES ATTORNEY

RICHARD S. MOULTRIE JR.
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

STEPHANIE D. THACKER
TRIAL ATTORNEY

FOREPERSON OF THE GRAND JURY

#1161272,

THROUGH AUTOTRIS/US DISTRICT COURT
COUNT# 5:02-CR-27-CAR, "et al":
ADDRESS:USP FLORENCE ADMAX
P.O. BOX 8500
FLORENCE, CO 81226
PROPER:1:07-cv-01297-EWM-KLM "et al"
ACCOUNT AMOUNT:$350Mil. USD.
FULL SET-OFF
PAYMENT AMOUNT:$350Mil. USD
TO US District Court
901 19th St
Denver, Colorado 80294

Authorized Representative: [signature] Dec 12/12/[illegible]

17

# JUDICIAL NOTICE

# FOR THE COURT,

# UNITED STATES OF AMERICA'S OFFER

# ACCEPTED FOR VALUE AND CONSIDERATION

# FOR REMEDY IN THIS MATTER

OATH OF OFFICE

STATE OF COLORADO

RECEIVED
JAN 10 2007
ELECTIONS / LICENSING
SECRETARY OF STATE

20070501884  C
OATH_OFFICE
SECRETARY OF STATE
01/11/2007  10:23:45

I, JOHN SUTHERS, DO SOLEMNLY SWEAR BY THE EVERLIVING GOD THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES AND OF THE STATE OF COLORADO, AND WILL FAITHFULLY PERFORM THE DUTIES OF THE OFFICE OF ATTORNEY GENERAL OF THE STATE OF COLORADO, UPON WHICH I AM ABOUT TO ENTER.

John Suthers

Subscribed and sworn to before me this 9th day of January A.D. 2007.

Mary J. Mullarkey
Chief Justice

**STATE OF COLORADO**
**Department of State**
1700 Broadway, Suite 270
Denver, CO 80290



**Mike Coffman**
Secretary of State

**Holly Z. Lowder**
Director, Elections Division



OATHS and BONDS

## ARTICLE XII SECTION 8 AND SECTION 9

SECTION 8 **Oath of civil officers.** Every civil officer, except members of the general assembly and such inferior officers as may be by law exempted, shall, before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the constitution of the United States and of the state of Colorado, and to faithfully perform the duties of the office upon which he shall be about to enter.

SECTION 9 **Oaths-where filed.** Officers of the executive department and judges of the supreme and district courts, and district attorneys, shall file their oaths of office with the secretary of state; every other officer shall file his oath of office with the county clerk of the county wherein he shall have been elected.

Types:

    Elected officials including District Attorneys and Deputy District Attorneys
    County Clerk and Recorders and Deputy Clerks (above-CRS 30-10-401-$5,000 Bond)
    Supreme Court Justices (above)
    District Court Judges    (above)
    Appointed State Officials  (Executive Branch) (above)
    Public Trustees [CRS 38-37-102(1)-$25,000 bond]
    State Engineer  (above-CRS 37-80-101-$10,000 bond)
    Deputy State Engineer (above-CRS 37-80-106)
    RTD Commissioners (above-CRS 32-9-113-$10,000 bond)
    Public Administrators [CRS 15-12-619(2) $10,000 bond CRS 15-12-619(3)]
    Clerks of Courts & Deputies  (above CRS 24-12-101)
    Notaries  (CRS 12-55-104)

Treaty of Peace And Friendship

To all Persons to whom these Presents shall come or be made known:

Whereas the United States of America in Congress assembled by their Commission bearing date the twelfth day of May One thousand Seven hundred and Eighty four thought proper to constitute John Adams, Benjamin Franklin and Thomas Jefferson their Ministers Plenipotentiary, giving to them or a Majority of them full Powers to confer, treat & negotiate with the Ambassador, Minister or Commissioner of His Majesty the Emperor of Morocco concerning a Treaty of Amity and Commerce, to make & receive propositions for such Treaty and to conclude and sign the same, transmitting it to the United States in Congress assembled for their final Ratification, And by one other (commission bearing date the Eleventh day of March One thousand Seven hundred & Eighty five did further empower the said Ministers Plenipotentiary or a majority of them, by writing under the* hands and Seals to appoint such Agent in the said Business as they might think proper with Authority under the directions and Instructions of the said Ministers to commence & prosecute the said Negotiations & Conferences for the said Treaty provided that the said Treaty should be signed by the said Ministers:

And Whereas, We the said John Adams & Thomas Jefferson two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the Hand and Seal of the said John Adams at London October the fifth, One thousand Seven hundred and Eighty five, & of the said Thomas Jefferson at Paris October the Eleventh of the same Year, did appoint Thomas Barclay, Agent in the Business aforesaid, giving him the Powers therein, which by the said second Commission we were authorized to give, and the said Thomas Barclay in pursuance thereof, hath arranged Articles for a Treaty of Amity and Commerce between the United States of America and His Majesty the Emperor of Morocco, which Articles written in the Arabic Language, confirmed by His said Majesty the

Emperor of Morocco & seal'd with His Royal Seal, being translated into the Language of the said United States of America, together with the Attestations thereto annexed are in the following Words, To Wit.

In the name of Almighty God,

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this Book and sealed with our Royal Seal at our Court of Morocco on the twenty fifth day of the blessed Month of Shaban, in the Year One thousand two hundred, trusting in God it will remain permanent.

1. ☐ We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.

2. ☐ If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.

Back to Top

3. ☐ If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.

4. ☐A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.

5. ☐If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.

6. ☐If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.

7. ☐If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.

8. ☐If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.

9. ☐If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not

be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.

10. ☐If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.

11. ☐If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.

Back to Top

12. ☐If any Ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the Place compel them to be brought on Shore on any pretext, nor require any payment for them.

13. ☐If a Ship of War of either Party shall put into a Port of the other and salute, it shall be returned from the Fort, with an equal Number of Guns, not with more or less.

14. ☐The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass

shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.

24. ☐If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.

25. ☐This Treaty shall continue in full Force, with the help of God for Fifty Years.

We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred.

I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nunez, Interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOS BARCLAY

our Country and Sea Ports whenever they please without interruption.

15. ☐Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.

16. ☐In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.

17. ☐Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations.

18. ☐All goods shall be weighed and examined before they are sent on board, and to avoid all detention of Vessels, no examination shall afterwards be made, unless it shall first be proved, that contraband Goods have been sent on board, in which Case the Persons who took the contraband Goods on board shall be punished according to the Usage and Custom of the Country and no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever.

19. ☐No vessel shall be detained in Port on any presence whatever, nor be obliged to take on board any Article without the consent of the Commander, who shall be at full Liberty to agree for the Freight of any Goods he takes on board.

Back to Top

20. ☐If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.

21. ☐If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.

22. ☐If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.

23. ☐The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

EL,MALACHI Z. YORK,CESTUI QUE TRUST
Nonresident/Non-Domestic
FirstClass, Delivery
c/o PO BOX 391182
Snellville, Georgia state
Near[30039]

RECEIVED
AUG 1 0 2008
~~~~~~~~~~~~~~~~~~~~~~~, U.S.C.
D.U.S.C. Fulton Co., GA
Fulton County, GA   Aug 19, 2008

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| Deed Book 46894 Pg526 2008-0150084 | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR EL,MALACHI Z. YORK,CESTUI QUE TRUST | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| XXXXX0272 | | TRUST-SPV | continental / International | E13933229 | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

THIS IS ACTUAL CONSTRUCTIVE NOTICE OF QUANTUM-ABSTRACT TITLE-CLAIM OWNERSHIP, BY THIS ABSTRACT-QUANTUM-COPYRIGHT-COPYCLAIM KNOWLEDGE OF THE TITLES HEREIN MENTIONED, SUCH AS; ISA MUHAMMAD,ISA ALIHAD MAHDI,BABA,ISA ABD'ALLAH MUHAMMED,ISSA AL HAADI AL MAHDI,MALAKAI Z. YORK,MALACHI Z. YORK, MALACHI Z. YORK EL, DR. MALACHI Z. YORK EL, DR. MALACHI Z. YORK, DWIGHT YORK, DWIGHT D. YORK, DWIGHT P. YORK, ISA MUHAMMED: NOT EXCLUDING ASSOCIATED FILE NUMBERS-1:07-cv-01297-EWM-KLM, 1:06-cv-00807-ZLW,5:07-cv-90001-CAR-GMF, 02-00027-CR-CAR-5-1, 5:02-CR-27-CAR,"et al":

"SEE ATTACHMENTS"

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR EL,MALACHI Z. YORK,CESTUI QUE TRUST(AUTHORIZED REPRESENTATIVE / TRUSTEE) | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

The Secured Party, Authorized Representative, Seller,Bailee,Grantor,Guarantor,Beneficiary, Specie Surety(Not Corporate Surety)Trustee: Malachi-Z.:York El©®™ / Malachi Z. York El©®™

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

# Acknowledgment of Initial Financing Statement

| | |
|---|---|
| **File Number** | 2008-239-2968-1 |
| **File Date/Time** | 08/26/2008 3:36PM |
| **Lapse Date** | NONE |
| **Initial Filing Number** | 2008-239-2968-1 |
| **Fee Amount ($US)** | 11.00 |
| **Filing Office** | WA DOL |
| **File Status** | Accepted |
| | Alt. Filing Type: TransmittingUtility |
| **Debtor** | YORK EL, MALACHI Z<br>PO BOX 522<br>Decatur GA [30031] USA<br><br>Debtor Alt Capacity:Trust |
| **Debtor** | YORK, DWIGHT D<br>PO BOX 522<br>Decatur GA 30031 USA<br><br>Debtor Alt Capacity:Trust |
| **Debtor** | EL,MALACHI Z. YORK,CESTUI QUE TRUST<br>PO BOX 522<br>Decatur GA [30031] USA<br>Organizational Type: TRUST-SPV<br>Jurisdiction: International<br>Organizational ID: E13933229<br><br>Debtor Alt Capacity:Trust |
| **Debtor** | YORK,DWIGHT D<br>PO BOX 522<br>Decatur GA [30031] USA<br>Organizational Type: TRUST-SPV<br>Jurisdiction: International<br>Organizational ID: RR059445061US<br><br>Debtor Alt Capacity:Trust |
| **Secured Party** | York El, Malachi Z<br>3535 Peachtree Road Suite#520<br>Atlanta GA [30326] USA |
| **Collateral** | This is Actual and Constructive Notice that all of the Debtors interest now held or hereafter acquired is hereby accepted as collateral for securing contractual obligation(s) in favor of the Secured Party as detailed in a true, correct, complete, notarized Security Agreement in the possession of the Secured Party. NOTICE, IN accordance with various USC Sections RE, Property, This is the entry of the Debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same as public notice of a commercial transaction, Certificate of Birth documents Numbers, 422, 890872, and Registration Number 8523 and Emplyer Identification Number 064 36 0272, UCC Contract Trust Account Numbers RR870932460US, RR870932487US,MOST RECENT RR059445061US, AND RR059445490US, All property is accepted for value and is exempt from Levy. Adjusting of this filing is from Public Policy HJR 192, Public Law 73 10, UCC 10 104, |

Case 5:08-cv-00455-CAR-GMF   Document 13-3   Filed 03/16/09   Page 31 of 38

All proceeds, products, accounts, fixtures and the orders there from are released to the Debtor. EL,MALACHI Z. YORK, ORGANIZATION/TRADE NAME/TRADE MARK DEBTOR, YORK,DWIGHT D, ORGANIZATION/TRADE NAME/TRADE MARK DEBTOR. SEE ATTACHED NOTICE OF SECURITY PRIVATE AGREEMENT and PRIVATE BOND No.E13933229 NOTE, THIS IS ACTUAL CONSTRUCTIVE NOTICE OF QUANTUM ABSTRACT TITLE CLAIM OWNERSHIP, BY THIS ABSTRACT QUANTUM COPYRIGHT COPYCLAIM KNOWLEDGE OF THE TITLES HEREIN MENTIONED, SUCH AS, ISA MUHAMMAD,ISA ALIHAD MAHDI,BABA,ISA ABD ALLAH MUHAMMED, ISSA AL HAADI AL MAHDI,MALAKAI Z. YORK,MALACHI Z. YORK, MALACHI Z. YORK EL, DR. MALACHI Z. YORK EL, DR. MALACHI Z. YORK, DWIGHT YORK, DWIGHT D. YORK, DWIGHT P. YORK, ISA MUHAMMED: NOT EXCLUDING ASSOCIATED FILE NUMBERS 1:07 cv 01297 EWM KLM, 1:06 cv 00807 ZLW,5:07 cv 90001 CAR GMF, 02 00027 CR CAR 5 1, 5:02 CR 27 CAR, and any or all following Accounts.

**Real Estate**
Designation: NOType
Description: Private Secured Trust. .
Owner:

El YORK, Malachi Z.
PO BOX 522
Decatur, GA [30031] USA

**Search On**   NONE

---

This acknowledgment reflects the information that was filed with the Department of Licensing, Uniform Commercial Code office, on this date.

_Elizabeth A. Luce_

Elizabeth Luce, Director, Department of Licensing

8/26/2008

History and Government > U.S. Presidents

# The Presidential Oath of Office

The oath to be taken by the president on first entering office is specified in Article II, Section 1, of the Constitution:

> I do solemnly swear (or affirm) that I will faithfully execute the office of President of the United States, and will to the best of my ability, preserve, protect, and defend the Constitution of the United States.

Information Please® Database, © 2007 Pearson Education, Inc. All rights reserved.

| Salaries of the President, Vice President, and Other U.S. Officials, 2005 | U.S. Presidents | Presidential Oaths of Office: Dates and Locations |
| --- | --- | --- |

## More on Presidential Oath of Office from Infoplease:

Presidential Oaths of Office: Dates and Locations - Presidential Oaths of Office: Dates and Locations Date President Location Oath administered by ...

Presidential Oaths of Office: Dates and Locations - Presidential Oaths of Office: Dates and Locations Date President Location Oath administered by ...

Article II - Article II Section 1 [The president; the executive power.—1.] The executive power shall be ...

Article II - Article II Section 1 [The president; the executive power.—1.] The executive power shall be ...

Inauguration Factfile - Inaugural Factfile Media coverage, famous addresses, inaugural trivia, and life after the ...

Premium Partner Content

 **HighBeam** RESEARCH

**Related content from HighBeam Research on:**
**The Presidential Oath of Office**

The Presidential oath of office.(DEVELOPING READING COMPREHENSION (1-2)) *(Weekly Reader, Edition K (including Science Spin))*

So help me God: religion and presidential oath-taking.(The Sound of Legal Thunder: The Chaotic Consequences of Crushing Constitutional Butterflies) *(Constitutional Commentary)*

Everything I need to know about presidents I learned from Dr. Seuss.(Presidential Oath) *(Harvard Journal of Law & Public Policy)*

FELIPE CALDERON TAKES OATH OF OFFICE IN CHAOTIC CEREMONY; NEW PRESIDENT MAKES TWO CONTROVERSIAL CABINET APPOINTMENTS. *(SourceMex Economic News & Analysis on Mexico)*

Americans deserve whole truth and nothing but.(proposal to change the presidential and vice-presidential oaths) (Column) *(Insight on the News)*

Liberia and Africa's first elected female head of state takes oath of office.(AFRICAN AFFAIRS)(Dr. Ellen Johnson Sirleaf) *(Jet)*

Speaking presidential: two centuries of life lessons from the highest office in the land. (Social Graces).(Brief Article) *(Town & Country)*

Rodney Slater takes oath as 1st black fed. highway administration chief. (new administrator of the Federal Highway Administration) *(Jet)*

<u>Ellison not first to forgo Bible for oath.(Keith Ellison)</u> *(The Christian Century)*

<u>Bible not the only book used for politicians' oath-takings.(IN THE BEGINNING)</u> *(National Catholic Reporter)*

**Search HighBeam Research for:**    The Presidential Oath of Of

Additional search results provided by HighBeam Research, LLC. © Copyright 2005. All rights reserved.

- © 2000–2008 Pearson Education, publishing as Infoplease •

## IN THE US DISTRICT COURT OF SUMMIT COUNTY
## IN THE DISTRICT OF COLORADO

IN THE MATTER OF THE UNLAWFUL  )      Alleged Case No.5:02-CR-27-CAR, "et al"
DETAINMENT OF,               )      AND ALL FOLLOWING ACCOUNT #s:
                             )
DWIGHT YORK / MALACHI Z. YORK©™ )
AND OR ASSOCIATED APPELLATIONS )
Noble: Malachi York El:©™          )

**Ky/Co/Ga UCC File Numbers: 2007-2268538-33(KY), 20082078133 C (CO), and
044-2007-004525 (GA),etc.;
Writ of Habeas Corpus for Indigenous Peoples
PURSUANT TO: TITLE 28 USC § 2255:**

**To the Sheriff of said County, GREETINGS:**

I, Malachi Z. York: El, Petitioner, Indigenous Individual, alleged accused/ aggrieved party, and unlawfully detained; and pursuant to state law command that the Summit County Sheriff, forthwith notify the County prosecutor to hold and to attend an examining court that they show the cause of taking and restraining the said Petitioner with evidence of Subject Matter Jurisdiction, JAMA v. U.S.., 22 F. Supp., 2d 353, 357 and F.R.C.P. 12(b)(1) over said Petitioner, or have case dismissed per F.R.C.P 12(b)(6).

Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by the law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement. It is the ruling of the U.S.-Supreme Court that; "If any Tribunal (Court) finds absence of Proof of Jurisdiction over person and subject matter, that case must be overturned if necessary." Louisville RR v. Motley, 211 US 149, 29 S. Ct. 42, per F.R.C.P. 12(b)(1), 12(h)(3), and 12(b)(6).

**DEMAND IS HEREBY MADE FOR THE US DISTRICT COURT, DISTRICT OF COLRADO TO ISSUE THE FOLLOWING ORDERS AND SUBPOENAS DUCAS TACEM IN BEHALF OF THE PETITIONER, ORDERING TO THE EXAMINING COURT HEARING, THE FOLLOWING ITEMS;**

1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedures as are established by law. All citations or complaints charging or accusing the Petitioner with some offense or crime with supporting affidavits and indictments establishing Subject Matter Jurisdiction over Petitioner;

2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him. All information or indictments, signed or unsigned, by any prosecutor which charged or accuse the Petitioner of some offense or crime with proof of an enacting clause for all named offenses with Title 42 U.S.C.§ 1983, Title 28 U.S.C.§ 636, Civil Claim 60 b, and Title 46 U.S.C.§ 781;

Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful, because of non-disclosure of the requirements of the prosecutor to establish subject matter jurisdiction, other than an unsubstantiated statement;

19

All warrants and summons that form the basis for the restraint and commitment of the Petitioner, with evidence of subject matter jurisdiction over said Petitioner, including the laws and enacting clauses for the offense of All Allegations, assumptions, presumptions, and opinionated charges ;

All affidavits in support of any judicial contempt accusations, and commitment papers ordering the Petitioner committed to jail;
Copies of all Constitutional Laws, which the executive, or judicial employee or officer relied upon to accuse the Petitioner, and thereby detain the Petitioner, and restrain him from his liberty.  The law requires PROOF OF JURISDICTION to appear on the record of the administrative agency and all administrative requirement of F.R.C.P 12(b)(1), 12(h)(3) and 12(b)(6);

**DEMAND IS HEREBY MADE FOR THE COURT TO ISSUE THE FOLLOWING SUBPOENAS OR ORDERS ON BEHALF OF THE PETITIONER, ORDERING TO THE EXAMINING COURT A HEARING OF THE FOLLOWING PERSONS:**

The alleged harmed party, or other executive officers, who charged Petitioner with an offense that resulted in the Petitioners detainment, to provide the name, and an enacting clause, for all alleged offenses, and substantiated statements of accusation;

The contract which Petitioner violated, with Subject Matter Jurisdiction over Petitioner, that resulted in the detainment of Petitioner, other than a sign statement of the Petitioner with non-disclosure;

The judicial officer who signed any executive or judicial arrest warrant that resulted in the detainment of the Petitioner with affidavits and indictments and any other supporting documents to establish subject matter jurisdiction over Petitioner, to support probable cause for said warrant;

The judge or Magistrate who presided over any proceedings of probable cause, or any other judicial proceedings or court forum, prior to the commitment of Petitioner, to show a cause of action with subject matter jurisdiction as per F.R.C.P 12(b)(1), or order dismissal of the case per F.R.C.P 12(b)(6);

The judicial officer or other person who signed the commitment papers ordering the Petitioner detained, MUST bring forward evidence of subject matter jurisdiction;

Be it further ordered by the court that before any hearing is held that may deprive Petitioner of Life, Liberty, or Property, the Petitioner be afforded all the tools to defend, enacting clauses of all laws in which Petitioner violated, and evidence of subject matter jurisdiction over Petitioner, as the prosecutor has to prosecute according to the mandates of Constitutional Laws;

To act otherwise would be to deny due process of law under "color of law."  Be it further ordered that the pleadings of the Petitioner be held to a lesser standards than an attorney, **Haines v. Herner, 92 S. Ct. 594.** Be it further ordered that Petitioner be afforded his right to counsel of his choice as it set forth in the Constitution, said counsel be **"anyone of his choice".**

_____Malachi York El:®:©™_____
**Petitioner or Petitioner's Next Friend**

## AFFIRMATION AND VERIFICATION

STATE OF COLORADO
SUMMIT COUNTY

I :Malachi York El: :®:©™ (TTE), your Affiant, being first duly sworn according to law, having first hand knowledge of the facts herein, and being competent to testify, do affirm that the Petition to which this affirmation is attached is truly stated by your affiant to his best knowledge and belief:

12/1/2008
Date

Malachi York El:®:©™
Affiant or Affiant's Next Friend

## NOTICE

Using a notary on this document does not constitute any adhesion, nor does it alter an Indigenous Peoples status in any manner:  The purpose of the notary is verification and identification only and not for entrance into foreign jurisdiction:

## NOTARY ACKNOWLEDGEMENT

On this  1st  day of December 2008 before me, the undersigned Notary Public in and for the STATE OF GEORGIA, appeared: Secured Party-Trustee, self identified as an Indigenous Peoples and proved to me on the basis of satisfactory evidence, to be the person whose signature appear on the within instrument and acknowledged to me that he executed it with intent of purpose:

As witness, my hand and official seal

NOTARY PUBLIC BARRY M. HAMILTON

MY COMMISSION EXPIRES 12/27/2009

## CERTIFICATE OF DELIVERY

DELIVERED TO THE_____ COURT DEPUTY-/_____;
Recieved by the Sheriff: Day_____    Time_____

SIGNED:_____

21

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| EL,MALACHI Z. YORK, CESTUI QUE TRUST or MALACHI YORK EL (Executor, T | 064360272 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**PO BOX 181398**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Denver, Colorado [80218]**

Fiduciary's name

**TIMOTHY GEITHNER, US TREASURER, JUAN C. PUIG MORALES AND CLERK OF COURT GREGORY J. LEANORD**

Address of fiduciary (number, street, and room or suite no.)

**1500 Pennsylvania Avenue NW    /    PO BOX 9024140**

City or town, state, and ZIP code

**Washington, D.C. 20220    /    San Juan, Puerto Rico 00902**

Telephone number (optional) ( )

### Part II    Authority

1    Authority for fiduciary relationship. Check applicable box:

a(1) ☑ Will and codicils or court order appointing fiduciary . . . . . . . . (2) Date of death _____

b(1) ☑ Court order appointing fiduciary . . . . . . . . . . . . (2) Date (see instructions) _____

c ☑ Valid trust instrument and amendments

d ☑ Other. Describe ▶ **ALL COMMERCIAL RELATED TRANSACTIONS AS DIRECTED** _____

### Part III    Nature of Liability and Tax Notices

2    Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL** _____

3    Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **FORMS 1040V, 1096, 1099OID;** _____

4    Year(s) or period(s) (if estate tax, date of death) ▶ **01-25-1972----CURRENT** _____

5    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . ▶ ☑

6    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☑ and list the applicable federal tax form number and the year(s) or period(s) applicable   **COPIES ONLY** _____

### Part IV    Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

a ☐ Court order revoking fiduciary authority

b ☐ Certificate of dissolution or termination of a business entity

c ☐ Other. Describe ▶

#### Section B—Partial Revocation

8a    Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . . ▶ ☐

b    Specify to whom granted, date, and address, including ZIP code.

▶ _____

#### Section C—Substitute Fiduciary

9    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . ▶ ☐

▶ _____

For Paperwork Reduction Act and Privacy Act Notice, see back page.

Cat. No. 16375I

Form **56** (Rev. 12-2007)

