## UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK

MIDDLE DISTRICT OF GEORGIA

475 MULBERRY STREET

P.O. BOX 128

MACON, GEORGIA 31202-0128

**GREGORY J. LEONARD**

CLERK

PHONE: 478-752-0711

FAX: 478-752-3450

gregory_leonard@gamd.uscourts.gov

March 16, 2009

| OFFICES | |
| --- | --- |
| ALBANY | 31701 |
| ATHENS | 30601 |
| COLUMBUS | 31902 |
| MACON | 31202 |
| THOMASVILLE | 31792 |
| VALDOSTA | 31601 |

Mr. Malakai Z. York
Post Office Box 181398
Denver, CO  80218

RE:    York vs. FBI and USA,
       Civil Action Number 5:08-CV-455(CAR)

Dear Mr. York:

I am returning the $40.00 Postal Money Order dated March 10, 2009, and payable to the Clerk of Court.  This Postal Money Order accompanied a thick stack of documents entitled "Notice of International Commercial Claim of Admiralty Administrative Remedy".

I was not clear on how to interpret this document but I did note that there were several references on the first number of pages to the above referenced pending civil case.  Accordingly, I am filing these latest documents as a motion in the pending civil case.  You will, therefore, not need to pay a filing fee.

If you have any questions regarding this matter, please feel free to contact me.

Sincerely,

GREGORY J. LEONARD
CLERK

GJL/dhs

Enclosure

cc:    Mr. Malakai Z. York
       REG 17911-054
       Florence Admax U. S. Penitentiary
       P. O. Box 8500
       Florence, CO 81226