# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION

MALACHI Z. YORK-EL©™,
misnomer DWIGHT YORK©™,
"et al"

**CASE NO. 5:08-cv-00455-CAR-GMF**

Noble: Malachi York El:©™

     **Plaintiff**

v.

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SILLS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND,  AND ZITA L. WEINSHIENK

    **Defendant Respondents**

---

## AFFIDAVIT NOTICE BY RE-RECORDED BONDED PROMISSORY NOTE

---

*PURSUANT TO 46 U.S.C. § 781,  5 U.S.C. § 552,  and 42 U.S.C. § 1986;*

**NON-NEGOTIABLE**
**RE-ISSUED DATE: 16/03/2009**

**NON-NEGOTIABLE**
**MATURITY DATE: 16/03/2039**

### BONDED PROMISSORY NOTE
#### PURSUANT TO PUBLIC POLICY CONVEYANCE

**For the record, on the record:**

Comes now is I, **Malachi York El:©™** , **A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al

haadi Al Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al., **all rights**

**reserved**, Secured Party, Liberian Diplomat D/P #003828-04, Owner in fact, Holder in due course

(*Pro Per*), Surety in fact, Grantor, and Beneficiary due hereby notice the court(s);

**NON-NEGOTIABLE**

**NON- NEGOTIABLE**

1

**NON-NEGOTIABLE**                                        **NON-NEGOTIABLE**

# BONDED PROMISSORY NOTE

**U.S. Expressed Mail Number:** *TRACKING#s: 486738162 US (To the Dept.:Treas.GA), EH 486738145 US(To Co-Payee),

## $300,000,000.00
### Three Hundred Million United States Dollars and Zero Cents 00/100

**To the Order of:**  INTERNAL REVENUE SERVICE, Juan C. Puig Morales, Jr. d/b/a TIMOTHY GEITHNER, Secretary of the United States Treasury, Juan C. Puig Morales d/b/a JUAN C. PUIG MORALES, & UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION:

**UCC#·2007-2268538-33; PRIVATE BOND#** ⊔979 27756; **MY RESERVED R/T#** ⊾039402
**OPTIONAL BOOK-ENTRY TREASURY R/T NUMBERS:** 254-7540-9 D.C., and 0215-0222-8 P.R.;
**In the Amount of:** Three Hundred Million United States Dollars and 00/100 cents ($300,000,000.00) in USD;
**For:**    Internal Revenue Service, **UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION;**

**Routing Through:**  Private Offset Bond No. RR 059 445 061 US, and RR 059 445 490 US to Secretary of Treasury, Timothy Geithner d/b/a TIMOTHY GEITHNER, Secretary of the Department of Treasury, Juan C. Puig Morales d/b/a JUAN C. PUIG MORALES;

This negotiable instrument, tendered lawfully by **Malachi York:®:©™** "Maker" in good faith shall evidence as a debt to the Payee pursuant to the following terms:

1. This Note shall be posted **in full** dollar for dollar amount pursuant to the Credit order noted above and presented to the co-payee, Secretary of Treasury, Timothy Geithner d/b/a TIMOTHY GEITHNER Secretary of the Department of Treasury- Juan C. Puig Morales d/b/a JUAN C. PUIG MORALES and

2. Payee shall, upon receipt of this instrument, charge the Pass-Through Account **064360272** for the purpose of terminating any past, present, or future liabilities express or implied attached to the above contract, and

3. Payee shall ledger this Note Negotiable, Assignable, Transferable, Divisible and Renewable for a period of Twelve (12) months according to the Uniform Commercial Code (UCC) commencing the five (365) days, at an interest rate of seven percent (7%) per annum, and

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered against *Private Offset Bond No.* RR 059 445 061 US, and RR 059 445 490 US (USPS Registered Mail Tracking#s) held and secured by Juan C. Puig Morales d/b/a JUAN C. PUIG MORALES, Secretary of the Department of Treasury, and Timothy Geithner d/b/a TIMOTHY GEITHNER, and the US Treasury.

| 16/03/2009 | : WADJET TUM NEFER EL | : Authorized Representative |
|---|---|---|
| /:Date/ | :Surety | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Malachi York El:®:©™ | Timothy Geithner,etc. Trustee | Department of the Treasury |
|---|---|---|
| c/o PO BOX 181398 | US / Department of Treasury | INTERNAL REVENUE SERVICE CENTER |
| Denver, Colorado | 1500 Pennsylvania Ave NW | ATTN: FRANK SCOFIELD |
| Nonresident / Non-domestic | Washington, D.C. 20220, and | Austin, Texas 73301 |
| Near 80218 | PO Box 4515 San Juan, Puerto Rico 00902 | |
| EL,MALACHI Z. YORK,CESTUI QUE TRUST c/o PO BOX 181398 DENVER, CO 80218 | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA 433 CHERRY STREET MACON, GEORGIA 31202 | DEPARTMENTE DE HACIENDA PO Box 9024140 SAN JUAN, PUERTO RICO |

**NON-NEGOTIABLE**                                        **NON-NEGOTIABLE**

2

FOR VALUE RECEIVED, ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(WITHOUT RECOURSE)

06-4360272

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OF ASSIGNEE)

_____Shares

of the capital / Preferred stock amount represented by the within Certificate, and do hereby irrevocably constitute and appoint

_____UNITED STATES DSTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA_____ Attorney

to transfer the said mpte on the books of the within named Company with full power of substitution in the premises.

Dated_____16/03/2009_____
       Day/Month/Year

NOTICE: THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S), AS WRITTEN
UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERNATION OR ENLARGEMENT
OR ANY CHANGE WHATEVER.

SIGNATURE(S) GUARANTEED:

_____
THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION:

_____
LEAD UNDERWRITER:

_____
TRANSFER AGENT:

2.1

**Respectfully,**

**Malachi York El:©™**

**Nonresident / Non-Domestic**

**First Class, Delivery**

**c/o P.O. Box 181398**

**Denver, Colorado state**

**Near [80218]**

3



**ReadyPost®**

utility Mailer

From:

P.O. Box 181398

Denver Colorado

80218

RETURN RECEIPT
REQUESTED

7008 1830 0002 5082 9827

To: United States District Court Middle

District of Georgia

Attn. Clerk of Court. Gregory Leonard

475 Mulberry St Macon GA 31201





0000    31202



U.S. POSTAGE
PAID
MACON,GA
MAR 18,'09
AMOUNT

$6.75
0008500-11