FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 MAR 19  AM 8: 46

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA-MACON DIVISION**

*CQuoton*
DEPUTY CLERK

MALACHI Z. YORK-EL©™,
misnomer DWIGHT YORK©™,
"et al"

CASE NO. 5:08-cv-00455-CAR-~~GMF~~

Noble: Malachi York:El:©™

    **Plaintiff**

**V.**

UNITED STATES OF AMERICA, AGENTS/HEIRS,
FEDERAL BUREAU OF PRISONS, U.S. DEPARTMENT OF JUSTICE,
CHARLES ASHLEY ROYAL, EDWARD NOTTINGHAM,
MARCY E. COOK, RON WILEY, CHRIS SYNSVOLL,
KRISTEN MIX, HOWARD RICHARD SEALS, TROY EID,
MICHAEL MUKASEY, JOHN SUTHERS, DAVE GOUETTE,
FREDRICK BRIGHT, RICHARD MOULTRIE, JALAINE WARD,
TRACEY BRADFORD, SALLY HEINTZYSH, MARY MANGRUM,
LISA SPEAKER, JOAN CROANIER, FBI AGENT SAVAGE,
TOM CODY, BOYD N. BOLAND,  AND ZITA L. WEINSHIENK

    **Defendants**

---

### AFFIDAVIT NOTICE FOR NON-RESPONSE

---

*PURSUANT TO 46 U.S.C. § 781,  5 U.S.C. § 552,  and 42 U.S.C. § 1986;*

**Opening Statement:**

**For the record, on the record:**

Comes now is I, **Malachi York El:©™** , **A/K/A** H.E. Dr Malachi Z. York-EL©™, A/K/A Issa Al haadi Al

Mahdi, A/K/A Dr. Malachi Kobina York, misnomered DWIGHT D. YORK et, al., **all rights reserved**, Secured

Party, Liberian Diplomat D/P #003828-04, Owner in fact, Holder in due course (*Pro Per*), due hereby

notice the court(s);

## Intent

## And Terms

Since this matter has been a commercial agreement by all associated parties of interest, at interest, and interested, under contract law hereby it is a tacit agreement upon the 'Accepted' accusing party(ies) who are in default, three (3) days from **this knowledge** to response to all affidavits entered on the record hereby for the record for and on the record, including **this knowledge** for response to all affidavits entered on the record hereby for the record, including the United States Account-Numbers: **5:08-cv-00455-CAR-GMF and 1:08-cv-02631-BNB-ZLW**, the burden of proof hereby lies on all accusing parties associated as liabilities who've **defaulted 72hrs**, after the court and its fiduciary are serviced due to previous recorded accounts, pursuant to remedy, **3 days** after this knowledge is rendered on the record to the United States District Court Clerk's of the Court, including- **Gregory Leonard and Gregory Langham**, both parties of the United States District Court for the Middle District of Georgia and the United States District Court For the District of Colorado, any other alternative answers, other than the questions relayed hereby, will be recorded as your tacit agreement to them being *meaning your answer or response* **Moot, according to the United States of America's terminology and definitions thereby;**

**Note:** Failure by Non-Response to the subtotaled affidavits entered in on the Court(s) records, point for point Constitutes your *meaning the 'Accepted Accusers'* tacit agreement on the record to have **'Dishonored the commercial Transaction'** within the Admiralty, which in turn results in the Notary's **'Notice of your Dishonor'**, thereby rendering an administrative and judicial **exhaustion by default, 72hrs** after the fact;

**\*\*\*POINTS OF INTEREST ADDRESSED TO THE COURT:**

1.  Before proceeding further; Have you ever presented judicial notice knowledge referencing Your personal 'Oath of Office'?

2.  Do you have knowledge of my 'Acceptance to Contract'? *see attached 'True Bill'*

3.  Do you have the recorded judicial notice knowledge, in lieu of my initial 'Acceptances' by my previously recorded <u>orders</u> conveyed thru the court docket transcripts, via 'Offer Performance'?

4.  Why haven't you *meaning assigned judges and or clerk* **answered** any pre-recorded affidavits, point for point I've entered on the court records?

5.  If you are a magistrate operating under the guise of a prior judge *third article or otherwise,* can you provide both your / his / her **'Oaths Of Office'** on the record, **Insurance Bonds as your tacit agreed liability Insurance Policies**, pursuant to your attestation(s) of **non-perjury** of your 'Oaths Of Office'?

6.  Are you aware that I've **<u>'paid'</u>** my **<u>'Alleged Debt'</u>** , via **<u>'pre-paid '</u>** , by Bonds (see associated files), Real Money (my Thirty Pieces of Silver Tendered to both Courts), and Indemnity Bond(s)

    'Wind Fall Acceptance', previously recorded by both Clerks of Court <u>Gregory -
    Leonard and Gregory Langham</u> of the United States District Court For the District of Colorado, and United States District Court For the Middle District of Georgia's- Macon Division, Case File Account Numbers: 5:08-cv-00455-CAR-GMF and 1:08-cv-02631-BNB-ZLW?

7.  Are you aware that United States District Court for the District of Colorado's <u>**Attorney Marcy E. Cook**</u> as a **Co-Payee** on behalf the United States did **previously received one of my Tendered**

**Rated AAA Bonds, in the Bond Amount:$50,000,000.00 Fifty Million United States Dollars,**

Sent directly to her, via Registered mail thru the <u>Clerk</u> of the United States Post Office, tracking

Number:<u>RB803414873US,</u> certified by United States Notaries, in accordance with an attached

**Estoppels / Pre-Ordered judgment,** <u>whereby she has not entered or processed it, and has not been</u>

<u>Authorized to hold it to purchase stock, wherein have the court seen it posted by her to date?</u>

8.  **Has the Court(s) not been noticed that its fiduciaries are individually responsible for the Withheld liabilities?**

9.  Do you have 1st hand knowledge, that the alleged defendant pursuant to case file

    **5:02-CR-27-CAR** damaged the initial accusing Plaintiff prior the United States District Court's

    judge Charles Ashley Royal's *sic* intervention? If not, I hereby impeach and disqualify the witnesses

    and the associated 'True Bill / Indictment' thereof, via verified Notary Seal(s) on and for the record;

Note: ORDERED DEMAND IS HEREBY ENTERED IN ON THE COURTS RECORDS FOR AN <u>IMMEDIATE RESPONSE</u>

TO ALL *AFFIDAVITS ENTERED ON THE RECORD, PURSUANT TO CASE FILE NUMBERS **5:08-cv-00455-CAR-**

**GMF and 1:08-cv-02631-BNB-ZLW, via NOTARIAL KNOWLEDGE HEREBY;** *See Notarial 'Evidence of Service'.*

Respectfully,

**Authorized Representative**

**Nonresident / Non-Domestic**

**First Class, Delivery**

**c/o P.O. Box 181398**

**Denver, Colorado Near [80218]**