5:08 - cv - 00455 - CAR - GMF



# JUDICIAL NOTICE.

# KNOWLEDGE OF

# THE ENCLOSED

# EVIDENCED, DEMAND DEPOSIT', ACCEPTED, 'NON-PERFORMED TRANSFER',

# BY CLERK OF COURT,

# PURSANT TO

# RULE 201, RULE 202,

# UCC 3-410,

# 42 U.S.C. SECTION 198


**UNITED STATES POSTAL SERVICE**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EH48 6733 085U S**
Status: **Delivered**

Your item was delivered at 8:45 AM on March 16, 2009 in MACON, GA 31202. The item was signed for by J WISDOM.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

*PROOF OF TENDERED 'DEMAND DEPOSIT' PAYABLE TO THE SECRETARY OF THE' UNITED STATES TREASURY, 'UNREPORTED' BY RECIEVER-CLERK OF COURT GREGORY LEONARD*

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          3/30/2009


**UNITED STATES POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EH48 6738 162U S**
Status: **Delivered**

Your item was delivered at 7:40 AM on March 5, 2009 in DENVER, CO 80218. Waiver of signature was exercised at time of delivery.

( **Additional Details >** )  ( **Return to USPS.com Home >** )

| Track & Confirm |
| --- |
| Enter Label/Receipt Number. |

( **Go >** )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( **Go >** )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( **Go >** )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                3/30/2009


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **RB80 3414 873U S**
Status: **Delivered**

Your item was delivered at 9:56 am on February 25, 2008 in DENVER, CO 80202. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)     ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

PROOF OF TENDERED - DEMAND DEPOSIT ACCEPTED AND UNREPORTED BY MARCY E. COOK

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                3/30/2009



## UNITED STATES POSTAL SERVICE®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EH27 3416 336U S**
Status: **Delivered**

Your item was delivered at 11:16 am on September 15, 2008 in
DENVER, CO 80203. The item was signed for by S LOPATOWSKI.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)     ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

## Proof of Delivery

Verify who signed for your item by email, fax, or mail.   ( Go > )

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**     No FEAR Act EEO Data     FOIA

DEMAND DEPOSIT ACCEPTED BY STATE OF COLORADO'S ATTORNEY GENERAL - JOHN SUTHERS OFFICE

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    3/30/2009