## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

MALACHI YORK©™ misnomer          :
DWIGHT YORK,                     :
                               :

     **Plaintiff,**               :
                               :    **Civil Action**
v.                            :    **No. 5:08-cv-455 (CAR)**
                               :

USA,                           :
FEDERAL BUREAU OF PRISONS, and   :
AGENTS/HEIRS,               :
                               :

     **Defendants.**            :
_____  :

## ORDER TO SHOW CAUSE

Plaintiff, proceeding *pro se,* filed the above-captioned action on December 29, 2008. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had 120 days from that date to perfect service on the Defendants. There is no indication in the record that service has been perfected as required.

Accordingly, Plaintiff is **HEREBY ORDERED** to show cause why this case should not be dismissed for failure to perfect service of the summons and complaint. If Plaintiff does not respond in writing within ten (10) days from the date of this Order, Plaintiff's case against the Defendants will be *dismissed without prejudice* pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

It is SO ORDERED this 31st day of July, 2009.

                             S/ C. Ashley Royal
                             C. ASHLEY ROYAL, JUDGE
                             UNITED STATES DISTRICT COURT

chw