**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

MALACHI YORK ©TM misnomer          *
DWIGHT YORK,                        *

    Plaintiff                  *
                     Case Number 5:08-CV-455 (CAR)
vs.                                 *

USA, Federal Bureau of Prisons,    *
and Agents/Heirs,

    Defendants                 *

## J U D G M E N T

Pursuant to this Court's Order dated September 11, 2009, and for the reasons stated therein, JUDGMENT is hereby entered dismissing case.  Plaintiff shall recover nothing from Defendants.

This 15th day of September, 2009.

                         Gregory J. Leonard, Clerk

                         S/ Cheryl M. Alston
                         Deputy Clerk