UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2010 OCT 25  PM 3: 59

_C. Clinton_
DEPUTY CLERK

DWIGHT D. YORK,

    Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS, and
UNITED STATES OF AMERICA,

    Defendants.

Case No. 5:08-CV-455 (CAR)

## ORDER

Plaintiff Dwight D. York filed this pro se civil complaint on December 29, 2008. At the time of filing, plaintiff, for reasons unknown to the court, also filed with the Clerk a package containing thirty (30) individually packaged silver dollars.

The complaint was dismissed without prejudice on September 11, 2009, and final judgment has been entered. No appeal was filed from the entry of judgment.

The Clerk is directed to mail the thirty (30) silver dollars to plaintiff along with a copy of this order. So Ordered this 25 day of October, 2010.

_C. Ashley Royal_
C. ASHLEY ROYAL
CHIEF UNITED STATES DISTRICT JUDGE