This is to certify that I have this date prepared a package containing a copy of this Order and said thirty (30) silver dollars, and mailed said package via U.S. Postal Service Priority Mail, Certified Mail No. 7007 2680 0002 2200 8736, Return Receipt Requested, addressed to:

Dwight D. York
Reg No 17911-054
USP Florence ADMAX
US Penitentiary
PO Box 8500
Florence, CO 81226

This 1ST day of November, 2010.

*Twranna Hicks* (signature)

Twranna Hicks
Financial Administrator